**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

In re:                                                    §
                                                          §
                                                          §          Chapter 11
EL DORADO GAS & OIL, INC.,                                §
                                                          §          Case No. 23-51715-JAW
                                                          §
            Debtor.[1]                                    §
                                                          §

## MOTION FOR ADMISSION *PRO HAC VICE*

Jeffrey R. Barber of Jones Walker LLP ("Jones Walker"), as counsel on behalf of Drew McManigle, in his capacity as the duly-appointed chapter 11 trustee (the "Trustee") in the jointly-administered bankruptcy cases captioned *In re Escambia Operating Company, LLC, et al.*, Case No. 23-50491-JAW, requests that Olivia K. Greenberg be admitted *pro hac vice* in the above-captioned bankruptcy case (the "El Dorado Case") and any subsequent, related adversary proceedings, and in support thereof states as follows:

1.     Olivia K. Greenberg is an associate at Jones Walker, out of the firm's Houston, Texas office. Ms. Greenberg is admitted to practice, among other courts, before the United States District Court for the Southern District of Texas. Pursuant to Rule 9010-1(b)(1)(A) of the Uniform Local Bankruptcy Rules for the Northern and Southern Districts of Mississippi (the "Local Rules"), a true and correct copy of Ms. Greenberg's Certificate of Good Standing issued by the Clerk of the United States District Court for the Southern District of Texas is attached hereto as Exhibit "A." Ms. Greenberg is of good character and reputation.

---

[1] The last four digits of the Debtor's federal tax identification number are (4581).

2

2.     Pursuant to Rule 9010-1(b)(1)(C) of the Local Rules, Ms. Greenberg is familiar with the Local Rules and practice in this Court and attaches as Exhibit "B" the required certification.

3.     Mr. Barber, admitted to practice before this Court, will continue to act as counsel for the Trustee in the El Dorado Case and the related adversary proceedings.

4.     Mr. Barber requests that Ms. Greenberg be admitted to practice in this Court for the purpose of appearing in the El Dorado Case and any related adversary proceedings.

WHEREFORE, PREMISES CONSIDERED, the Jeffrey R. Barber requests that this Motion be granted and that Olivia K. Greenberg be admitted to practice in this Court for the purpose of appearing in the El Dorado Case and any related adversary proceedings, as set forth in the proposed order attached hereto.

[*signature page follows*]

#101897707v1

Dated: December 28, 2023          Respectfully submitted,


                                  */s/ Jeffrey R. Barber*
                                  Jeffrey R. Barber (Mississippi Bar No. 1982)
                                  JONES WALKER LLP
                                  3100 North State Street, Suite 300 (39216)
                                  P.O. Box 427
                                  Jackson, Mississippi 39205
                                  Tel: 601-949-4765
                                  Fax: 601-949-4804
                                  Email: jbarber@joneswalker.com

                                  -and-

                                  Olivia K. Greenberg (Texas Bar No. 24127683)
                                  JONES WALKER LLP
                                  811 Main Street, Suite 2900
                                  Houston, Texas 77002
                                  Tel: 713-437-1800
                                  Fax: 713-437-1810
                                  Email: ogreenberg@joneswalker.com

                                  **Counsel for Drew McManigle, Duly-Appointed Chapter 11 Trustee of Escambia Operating Company, LLC and Escambia Asset Company, LLC**

#101897707v1

4

## **<u>CERTIFICATE OF SERVICE</u>**

I do hereby certify that on this day, Thursday, December 28, 2023, the foregoing was filed electronically with the Clerk of the Court using the Court's ECF system, which served a true and correct copy of such paper electronically on all parties enlisted to receive service electronically as of the date hereof, including the following:

Patrick A. Sheehan, Esq.
pat@sheehanramsey.com
Counsel for Debtor

David W. Asbach
USTPRegions05.JA.ECF@usdoj.gov
United States Trustee

Abigail M. Marbury
Abigail.m.marbury@usdoj.gov
Assistant U.S. Trustee

*/s/ Jeffrey R. Barber*

4

#101897707v1