# EXHIBIT A

## Certificate of Good Standing

# United States District Court
## Southern District of Texas

## Certificate of Good Standing

I, Nathan Ochsner, Clerk of Court, United States District Court for the Southern District of Texas, certify that the attorney identified below is admitted to practice in this court, and is in good standing as a member of the Bar of this Court.

Olivia Kathleen Greenberg, Federal ID No 3780888

Admission date: August, 12, 2022

Dated November 9, 2023, at Houston, Texas.

Nathan Ochsner, Clerk of Court

By: Claire Cassady, Deputy Clerk

