**Exhibit B**

#101897565v1

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

|  |  |  |
|---|---|---|
| In re: | § § § | |
| | § | Chapter 11 |
| EL DORADO GAS & OIL, INC., | § § | |
| | § | Case No. 23-51715-JAW |
| | § | |
| Debtor.[1] | § § | |
| | § | |

**CERTIFICATION OF FAMILIARITY WITH LOCAL RULES**

In accordance with Miss. Bankr. L.R. 9010-1(b)(1)(C), the undersigned certifies in connection with the *Motion for Admission Pro Hac Vice* that attorney Olivia K. Greenberg has read and is familiar with the Uniform Local Bankruptcy Rules for the Northern and Southern Districts of Mississippi.

SO CERTIFIED.

Dated: December 28, 2023

Respectfully submitted,

*/s/ Olivia K. Greenberg*
Olivia K. Greenberg (Tex. Bar No. 24127683)
JONES WALKER LLP
811 Main Street, Suite 2900
Houston, Texas 77002
Tel: 713-437-1800
Fax: 713-437-1810
Email: ogreenberg@joneswalker.com

---

[1] The last four digits of the Debtor's federal tax identification number are (4581).

#101897565v1