**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| EL DORADO GAS & OIL, INC., | § § § | Case No. 23-51715-JAW |
| Debtor.[1] | § § § § | |

**ORDER APPROVING MOTION FOR ADMISSION *PRO HAC VICE***

Upon consideration of the *Motion for Admission Pro Hac Vice* (the "Motion") filed by Jeffrey R. Barber of Jones Walker LLP, as counsel on behalf of Drew McManigle, in his capacity as the duly-appointed chapter 11 trustee (the "Trustee") in the jointly-administered bankruptcy cases captioned *In re Escambia Operating Company, LLC, et al.*, Case No. 23-50491-JAW, in the above-captioned bankruptcy case (the "El Dorado Case"), the Court, being fully advised in the premises, finds that the Motion is well taken and should be granted.

---

[1] The last four digits of the Debtor's federal tax identification number are (4581).

#101897818v1

**IT IS, THEREFORE, ORDERED** that Olivia K. Greenberg be admitted to practice in this Bankruptcy Court for the purpose of appearing in the El Dorado Case and any subsequent related adversary proceedings as set forth in the Motion.

**\*\*END OF ORDER\*\***

SUBMITTED BY:

Jeffrey R. Barber (Mississippi Bar No. 1982)
JONES WALKER LLP
3100 North State Street, Suite 300 (39216)
P.O. Box 427
Jackson, Mississippi 39205
Tel: 601-949-4765
Fax: 601-949-4804

*Counsel for Drew McManigle,*
*Duly-Appointed Chapter 11 Trustee of*
*Escambia Operating Company, LLC*
*and Escambia Asset Company, LLC*

#101897818v1