| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **El Dorado Gas & Oil, Inc.** | |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF MISSISSIPPI** | ☐ Check if this is an amended filing |
| Case number (if known): | **23-51715** | |

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 Compression LLC<br>5636 Shirley Dr.<br>Tyler, TX 75708 | | | | | | $99,878.27 |
| Associated Resources<br>14425 Torrey Chase Blv<br>Ste. 320<br>Houston, TX 77014 | | | | | | $150,000.00 |
| Assured Partners<br>2900 North Loop West<br>Ste. 1150<br>Houston, TX 77092 | | | | | | $39,801.30 |
| CherCo<br>2900 North Loop W<br>Ste. 830<br>Houston, TX 77092 | | | | | | $156,000.00 |
| Critical Control<br>29059 Network Place<br>Chicago, IL 60673 | | | | | | $105,759.96 |
| Eagel Rock Freight LLC<br>427 North Ohio Ave.<br>Gaylord, MI 49735 | | | | | | $103,879.00 |
| Energy Fishing & Rental Services<br>P.O. Box 6406<br>Corpus Christi, TX 78466 | | | | | | $167,224.10 |
| Energy Gas Compression<br>2020 N Lexington Blvd.<br>Corpus Christi, TX 78409 | | | | | | $24,295.84 |

Debtor **El Dorado Gas & Oil, Inc.**
Name

Case number *(if known)* **23-51715**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Express Oil & Gas** 3709 Citation Way Medford, OR 97504 | | | | | | $200,000.00 |
| **Howdy Enterprises Ltd** 4256 St Hwy 21 W Caldwell, TX 77836 | | | | | | $191,946.29 |
| **JBH Equipment PetroRigs** 333 NW 5th St. #707 Oklahoma City, OK 73102 | | | | | | $63,000.00 |
| **JW Power** P.O. Box 674814 Dallas, TX 75267 | | | | | | $8,696.64 |
| **Lawrence Companies Inc** 327 North Roberts St. Gilmer, TX 75644 | | | | | | $6,672.93 |
| **Mid Continental** P.O. Box 21468 Tulsa, OK 74121 | | | | | | $368,478.75 |
| **P2 Energy Solutions** 1670 Broadway Ste. 2800 Denver, CO 80202 | | | | | | $83,300.04 |
| **Park Energy Servs LLC** 500 N Broadway, S #300 Oklahoma City, OK 73102 | | | | | | $604,700.00 |
| **Pilot Thomas Logistics** P.O. Box 737749 Dallas, TX 75373-7749 | | | | | | $604,852.67 |
| **Premier Metal Buyers** 1555 Highway 36 Brenham, TX 77833 | | | | | | $30,000.00 |
| **RJ Young** P.O. Box 306412 Nashville, TN 37230 | | | | | | $58,034.29 |
| **TX Industrial Engine** P.O. Box 590 George West, TX 78022 | | | | | | $72,482.29 |