## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In re: | |
| EL DORADO GAS & OIL, INC. | Case No. 23-51715-JAW |
| Debtor. | Chapter 11 Case |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that the undersigned attorney appears on behalf of **First Service Bank**. The undersigned attorney submits this Notice of Appearance and requests that he receive notice of all hearings and conferences and service of all papers in this bankruptcy case, including all papers and notices pursuant to Bankruptcy Rules 2002, 3017, 9007, and 9010, and Bankruptcy Code §§ 342 and 1109(b) (if applicable). All notices and papers in this Bankruptcy Case shall be served upon the undersigned as follows:

> Paul S. Murphy (MSB # 101396)
> BUTLER SNOW LLP
> 1300 25th Avenue, Suite 204
> Gulfport, MS 39501
> T: (228) 864-1170
> F: (228) 868-1531
> E: paul.murphy@butlersnow.com

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service includes not only the notices and papers referred to in the Bankruptcy Rules and the sections of the Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial affairs, reports, letters, applications, motions, complaints, objections, claims, demands, hearings, petitions, pleadings, or requests, whether formal or informal, whether written or oral, and in any way transmitted or filed with or delivered to the Bankruptcy Clerk, Clerk, Court, or Judge (as those terms are defined in Bankruptcy Rule 9001) in

connection with this Bankruptcy Case and any adversary proceedings related to this Bankruptcy Case.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service shall not be deemed or construed to be a waiver of the rights of First Service Bank: (i) to have final orders in any non-core matters entered only after *de novo* review by a District Judge; (ii) to a trial by jury in any matter so triable in this Bankruptcy Case or in any case, controversy, or proceeding related to this Bankruptcy Case; or (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

This the 3rd day of January, 2024.

Respectfully submitted,

**BUTLER SNOW LLP**

*/s/ Paul S. Murphy*
Paul S. Murphy (MSB # 101396)
BUTLER SNOW LLP
1300 25th Avenue, Suite 204
Gulfport, MS 39501
T: (228) 864-1170
F: (228) 868-1531
E: paul.murphy@butlersnow.com

*Counsel for First Service Bank*

## CERTIFICATE OF SERVICE

I, Paul S. Murphy, certify that the foregoing Notice was filed electronically through the Court's ECF system and served electronically on all parties enlisted to receive service electronically.

Dated: January 3, 2024

*/s/ Paul S. Murphy*
Paul S. Murphy

85176777.v1