**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **In re** | |
| **EL DORADO GAS & OIL, INC.** | **Case No. 23-51715-JAW** |
| **Debtor.** | **Chapter 11 Case** |

**MOTION FOR ADMISSION PRO HAC VICE**

John A. Crawford, Jr., a member of good standing of the bar of the state of Mississippi, and an attorney admitted to practice before the United States District and Bankruptcy Courts for the Southern District of Mississippi, does hereby move this Honorable Court for the entry of an Order permitting Kelley Killorin Edwards, with the firm of Okin Adams Bartlett Curry LLP, to practice *pro hac vice* in the above captioned bankruptcy case (the "El Dorado Case") and any subsequent, related adversary proceedings, and in support thereof states as follows:

1.      Keley Killorin Edwards is an associate at Okin Adams Bartlett Curry LLP with offices located at 1113 Vine Street, Suite 240, Houston, Texas 77002. Ms. Edwards is admitted to practice before the United States District Court for the Southern District of Texas. Pursuant to Rule 9010-1(b)(1)(A) of the Uniform Local Bankruptcy Rules for the Northern and Southern Districts of Mississippi (the "Local Rules"), a true and correct copy of Ms. Edwards' Certificate of Good Standing issued by the State Bar of Texas is attached hereto as **Exhibit A**. Ms. Edwards is of good character and reputation.

2.      Pursuant to Rule 9010-1(b)(2)(C) of the Local Rules, Ms. Edwards is familiar with the Local Rules and practices in this Court and attached as **Exhibit B** is the required certification.

3.      Mr. Crawford, admitted to practice before this Court, will continue to act as local counsel in the El Dorado Case and the related adversary proceedings.

4.      Mr. Crawford requests that Ms. Edwards be admitted to practice in this Court for the purpose of appearing in the El Dorado Case and any related adversary proceedings.

5.      WHEREFORE premises considered, John A. Crawford, Jr. requests that this Motion be granted and that Kelley Killorin Edwards be admitted to practice in this Court for the purpose of appearing in the El Dorado Case and any related adversary proceedings, as set forth in the proposed order attached hereto.

Respectfully submitted this 4th day of January, 2024.

**BUTLER SNOW LLP**

By:  /s/ *Jack Crawford*
John A. Crawford, Jr. (MSB No. 10346)
Paul S. Murphy (MSB No. 101396)
1020 Highland Colony Parkway, Suite 1400
Ridgeland, Mississippi 39157
Tel: 601.985.4532
Fax: 601.985.4500
Email: jack.crawford@butlersnow.com
Email: paul.murphy@butlersnow.com

*Counsel for First Service Bank*

4858-6645-4170, v. 2

CERTIFICATE OF SERVICE

I, John A. Crawford, Jr., do hereby certify that on this 4th day of January, 2024, I have electronically filed this document with the Clerk of this Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Jack Crawford*
John A. Crawford, Jr.