EXHIBIT B

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**In re**

**EL DORADO GAS & OIL, INC.**                            **Case No. 23-51715-JAW**

                            **Debtor.**                            **Chapter 11 Case**

**AFFIDAVIT**

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| | § | |
| COUNTY OF HARRIS | § | |

BEFORE ME, the undersigned authority, personally appeared Kelley Killorin Edwards, who, being by me duly sworn, deposed as follows:

1.      My name is Kelley Killorin Edwards, I am over eighteen (18) years of age and fully competent to make this affidavit. I have personal knowledge of the facts stated herein, and they are true and correct.

2.      I am an associate at Okin Adams Bartlett Curry LLP.

3.      I submit this affidavit in support of my admission to practice *pro hac vice* in the above captioned matter.

4.      I am a member of good standing of the State Bar of Texas for the past seventeen (17) months  and United States District Court for the Southern District of Texas for the past nine (9) months, as shown in the certificate of good standing attached hereto as **Exhibit A**.

5.      No disciplinary proceedings nor any criminal charges have ever been instituted against me.

6.      I am admitted in and have received training and have used the United States Bankruptcy Court and United States District Court's Electronic Case Filing System for the United

States Bankruptcy and District Courts for the Southern District of Texas.

7.      I agree to comply with the Local Rules of this Honorable Court.

8.      Wherefore your affiant respectfully submits that he is qualified to appear as counsel

and advocate *pro hac vice* in this one case.

_Kelley Edwards_
Kelley Killorin Edwards
Okin Adams Bartlett Curry LLP
Associate

Subscribed and sworn to before me, the undersigned authority on this the 4th day of
January, 2024.

_Natalie Hollon_
Notary Public in and for the State of Texas

NATALIE HOLLON
Notary ID #133512224
My Commission Expires
January 4, 2026

2

4867-3808-3226, v. 1