United States Bankruptcy Court

Southern District of Mississippi

In re: | Case No. 23-51715-JAW

El Dorado Gas & Oil, Inc. | Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6          User: mssbad          Page 1 of 2

Date Rcvd: Jan 02, 2024          Form ID: pdf012          Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | El Dorado Gas & Oil, Inc., 1261 Pass Road, Gulfport, MS 39501-6236 |
| cr | | Drew McManigle, c/o Jeffrey R. Barber, JONES WALKER LLP, Post Office Box 427, Jackson, MS 39205-0427 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2024          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan Lee Smith | on behalf of Creditor Mestena  LLC asmith@bakerdonelson.com |
| Jeffrey Ryan Barber | on behalf of Creditor Drew McManigle jbarber@joneswalker.com jmaxey@joneswalker.com;mgreen@joneswalker.com;jeff-barber-3516@ecf.pacerpro.com |
| Joseph Eric Bain | on behalf of Creditor Drew McManigle jbain@joneswalker.com |
| Patrick A. Sheehan | on behalf of Debtor In Possession El Dorado Gas & Oil  Inc. Pat@sheehanramsey.com, tammy@sheehanramsey.com;lisa@sheehanramsey.com;Dona@sheehanramsey.com;mike@sheehanramsey.com;drew@sheehanramsey.com;greenstonecap1@gmail.com |
| United States Trustee | |

District/off: 0538-6                        User: mssbad                              Page 2 of 2
Date Rcvd: Jan 02, 2024                     Form ID: pdf012                           Total Noticed: 2

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: January 2, 2024**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

|  |  |  |
|---|---|---|
| | § | |
| In re: | § | |
| | § | Chapter 11 |
| EL DORADO GAS & OIL, INC., | § | |
| | § | Case No. 23-51715-JAW |
| | § | |
| Debtor.[1] | § | (Dkt. #16) |

### ORDER APPROVING MOTION FOR ADMISSION *PRO HAC VICE*

Upon consideration of the *Motion for Admission Pro Hac Vice* (the "Motion") filed by Jeffrey R. Barber of Jones Walker LLP, as counsel on behalf of Drew McManigle, in his capacity as the duly-appointed chapter 11 trustee (the "Trustee") in the jointly-administered bankruptcy cases captioned *In re Escambia Operating Company, LLC, et al.*, Case No. 23-50491-JAW, in the above-captioned bankruptcy case (the "El Dorado Case"), the Court, being fully advised in the premises, finds that the Motion is well taken and should be granted.

---

[1] The last four digits of the Debtor's federal tax identification number are (4581).

**IT IS, THEREFORE, ORDERED** that Joseph E. Bain be admitted to practice in this Bankruptcy Court for the purpose of appearing in the El Dorado Case and any subsequent related adversary proceedings as set forth in the Motion.

**\*\*END OF ORDER\*\***

SUBMITTED BY:


Jeffrey R. Barber (Mississippi Bar No. 1982)
JONES WALKER LLP
3100 North State Street, Suite 300 (39216)
P.O. Box 427
Jackson, Mississippi 39205
Tel: 601-949-4765
Fax: 601-949-4804

*Counsel for Drew McManigle,*
*Duly-Appointed Chapter 11 Trustee of*
*Escambia Operating Company, LLC*
*and Escambia Asset Company, LLC*

#101897780v1