Form hn001jaw (07/21)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

  **El Dorado Gas & Oil, Inc.**

    **DEBTOR.**

              **CASE NO. 23–51715–JAW**

              **CHAPTER 11**

### NOTICE OF HEARING

  The Debtor has filed a Motion for Additional Time to File Schedules and Statements (the "Motion") (Dkt. #37) with the Court in the above–styled case.

  **<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

  The Court will hold an evidentiary hearing (the "Hearing") January 9, 2024, at 01:30 PM in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to consider and act upon the Motion .

  If you filed a response, you or your attorney are required to attend the Hearing. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. The Hearing will be electronically recorded by the Court.

  Dated: 1/5/24

              Danny L. Miller, Clerk of Court
              U.S. Bankruptcy Court
              Dan M. Russell, Jr. U.S. Courthouse
              2012 15th Street, Suite 244
              Gulfport, MS 39501
              228–563–1790

Courtroom Deputy
601–608–4642 (use to advise of settlement)
601–608–4693

Parties Noticed:

El Dorado Gas & Oil, Inc., Debtor–In–Possession

Patrick A. Sheehan, Esq., Counsel for the Debtor–In–Possession

United States Trustee

Parties Filing a Notice of Appearance