quadient    FIRST-CLASS MAIL

01/05/2024

US POSTAGE $001.59⁰



ZIP 39157
041M11470394

# BUTLER | SNOW

*Butler Snow LLP*

Post Office Box 6010 • Ridgeland, MS 39158-6010

US Bankruptcy Court
Southern District of Mississippi
**RECEIVED**

**JAN 10 2024**

Danny L. Miller, Clerk of Court
By:_____,Deputy Clerk

U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501-2036

