BUTLER | SNOW

*Butler Snow LLP*
*Post Office Box 6010 • Ridgeland, MS 39158-6010*

US Bankruptcy Court
Southern District of Mississippi
**RECEIVED**

**JAN 10 2024**

Danny L. Miller, Clerk of Court
By:_____
_____Deputy Clerk

U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501-2036



SCREENED

quadient
01/05/2024
US POSTAGE $001.59⁹
ZIP 39157
041M11470394

FIRST-CLASS MAIL

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## GULFPORT DIVISION

In re:

EL DORADO GAS & OIL, INC.

Debtor.

Case No. 23-51715-JAW

Chapter 11 Case

### FIRST SERVICE BANK'S LIMITED OBJECTION TO MOTION FOR ADDITIONAL TIME TO FILE SCHEDULES AND STATEMENTS
[Related ECF No. 37]

First Service Bank ("FSB") submits this *Limited Objection* (the "Limited Objection") to the *Motion for Additional Time to File Schedules and Statements* (the "Motion"), and respectfully states the following in support of the Objection:

### Limited Objection

1.      FSB, a secured lender[1] and party in interest in the above-captioned chapter 11 case (the "Chapter 11 Case"), objects to the Debtor's Motion in that the Motion seeks thirty (30) additional days to file its Schedules and Statements of Financial Affairs.

2.      As the Court is aware, the Debtor has not filed any of the usual "first day" pleadings that facilitate a smooth transition into chapter 11. Moreover, FSB has had to file the *Emergency Motion for Entry of an Order (I) Prohibiting the Use of Cash Collateral, or, in the alternative, (II) to Provide for Adequate Protection as a Condition to Use Cash Collateral* [ECF No. 30] (the "Cash Collateral Motion") on the grounds that the Debtor had not sought approval from this Court to use the Bank's cash collateral, nor has the Debtor contacted FSB for a consensual use of cash collateral. Among other things, the Cash Collateral Motion asserts that

---

[1] The Debtor is a guarantor on a Term Note and Term Note Credit Agreement entered into among FSB, as secured lender, El Dorado Gas & Oil, Inc., as borrower, (which also filed a voluntary chapter 11 petition in the Southern District of Mississippi Bankruptcy Court, Case No. 23-51139), and the Debtor, World Aircraft, Inc., and Thomas Swarek each as guarantors.

the Debtor has provided little to no information to FSB regarding its collateral or the state of the Debtor's operations.

3. Upon information and belief, several of the Debtor's current employees have walked off the job at certain well sites due to non-payment of wages. The value of the Debtor is being actively destroyed through mismanagement. Time is of the essence to address the substantial issues already permeating this Chapter 11 Case, and waiting an additional thirty (30) days to February 4, 2024 for the Debtor to file its Schedules and Statement of Financial Affairs will greatly hinder FSB's and other creditor's ability to actively analyze the financial condition of the Debtor.

4. FSB submits that under these specific circumstances, a shorter extension of seven (7) additional days from the date the Schedules and Statement of Financial Affairs are originally due is reasonable and appropriate.

*[Remainder of Page Intentionally Left Blank]*

Dated: January 5, 2024

Respectfully submitted,

*s/ Jack Crawford*
John A. Crawford, Jr. (MSB # 10346)
Paul S. Murphy (MSB # 101396)
BUTLER SNOW LLP
P.O. Box 6010
Ridgeland, MS 39158-6010
T: (601) 948-5711
F: (601) 985-4500
E: jack.crawford@butlersnow.com
E: paul.murphy@butlersnow.com

-and-

**OKIN ADAMS BARTLETT CURRY, LLP**

Christopher Adams (*pro hac vice pending*)
Texas Bar No. 24009857
David L. Curry, Jr. (*pro hac vice pending*)
Texas Bar No. 24065107
Edward A. Clarkson, III (*pro hac vice pending*)
Texas Bar No. 24059118
Kelley Killorin Edwards (*pro hac vice pending*)
Texas Bar No. 24129017
1113 Vine Street, Ste. 240
Houston, Texas 77002

*Attorneys for FSB Bank*

## CERTIFICATE OF SERVICE

I, John A. Crawford, Jr., hereby certify that on this day a true and correct copy of the above pleading was electronically mailed to the parties registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

*/s/ Jack Crawford*
John A. Crawford, Jr.