IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DISTRICT

IN RE:  EL DORADO GAS & OIL, INC.

CHAPTER 11
NO. 23-51715-JAW

GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGIES,
AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES OF ASSETS
AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The Schedules of Assets and Liabilities (collectively with attachments, the "**Schedules**")
and Statements of Financial Affairs (collectively with attachments, the "**Statements**," and
together with the Schedules, the "**Schedules and Statements**"), filed by the above-captioned
debtor and debtor-in-possession (the "**Debtor**"), were prepared pursuant to Section 521 of Title
11 of the United States Bankruptcy Code (the "**Bankruptcy Code**") and Rule 1007 of the
Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") by the Debtor's management,
with the assistance of the Debtor's advisors, and are unaudited.

These Global Notes and Statement of Limitations, Methodologies, and Disclaimers
Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs
(the "**Global Notes**") are incorporated by reference in and comprise an integral part of the
Debtor's Schedules and Statements and should be referred to and considered in connection with
any review of the Schedules and Statements.

While the Debtor's management has made reasonable efforts to ensure that Schedules
and Statements are as accurate and complete as possible under the circumstances, based on
information that was available at the time of preparation, inadvertent errors, inaccuracies, or
omissions may have occurred or the Debtor may discover subsequent information that requires
material changes to the Schedules and Statements.  Because the Schedules and Statements

contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are complete.

The Schedules and Statements have been signed by Thomas L. Swarek, President of the Debtor. Accordingly, in reviewing and signing the Schedules and Statements, Mr. Swarek necessarily relied upon the efforts, statements, and representations of the Debtor's other personnel and advisors. Mr. Swarek has not (and could not have) personally verified the accuracy of each such statement and representation, including, but not limited to, statements and representations concerning amounts owed to creditors, the value of assets, classification of such amounts, and respective addresses; but such is accurate to the best of his knowledge and belief.

The Global Notes supplement and are in addition to any specific notes contained in each of Debtor's respective Schedules and Statements.

Disclosure of information in the Schedules, and Statement, or one or more exhibits or attachments to the Schedules or Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statement, exhibits, or attachments.

1. **Description of Case**. On December 22, 2023 (the "**Petition Date**") the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Mississippi (the "**Bankruptcy Court**"). The Debtor continues to operate its businesses and manage its properties as Debtor-in-Possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code. No statutory committee has been appointed and no Chapter 11 Trustee has been appointed.

2. **General Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend or supplement the Schedules and Statements

3. **[Ref. Sched. A/B, Item 50 #1]** Property listed as collateral for the First Service Bank (FSB) $50,000,000 loan is scheduled in this item See **Exhibit "A"** for a list of such equipment. The scheduled value is estimated

4. [**Ref. Sched. A/B, Item 50 #2**]  Property  purchased after September 17, 2020 (date of FSB $50 Million loan.  An itemized list is not presently available. The scheduled value is estimated.

5. [**Ref. Sched. A/B, Item 50 #6**]  Property of El Dorado located on the premises of The Big Escambia Creek Refinery (BEC Refinery) at Atmore, Alabama appears in this item.  An itemized list is attached as **Exhibit "B."**

6. [**Ref. Sched. A/B, Item 55.21**]  Oil and gas leases appear in Schedule A/B in bulk.  It is Debor's position that an oil and gas lease, under Texas law, is a fee simple determinable interest and is properly classified as an interest in real property.  A list of  leases is attached as **Exhibit "C".**

7. [**Ref. Sched. D**]  Information concerning royalty interest owners is in the custody of PetroLedger Financial Services, a contract disbursing agent.  The Debtor has made demand for access to this data but as of this filing has not received it.  The Schedules will be amended to include this information.

8. [**Ref. SOFA Item 20 #4**]  Equipment owned by the Debtor and stored at the BEC Refinery is listed on **Exhibit "D"**.

9. [**Ref. SOFA Item 20 #5**]  Property listed as collateral for the First Service Bank (FSB) $50,000,000 loan is listed in this item.  See **Exhibit "A"**

**THIS** the 22nddday of January 2024.

**EL DORADO GAS & OIL, INC.**

/s/Patrick A. Sheehan
**PATRICK A. SHEEHAN**
Attorney for Debtor

Patrick A. Sheehan, MS Bar #6747
Sheehan & Ramsey, PLLC
429 Porter Avenue
Ocean Springs, MS 39564
Phone: (228) 875-0572
pat@sheehanramsey.com

**Fill in this information to identify the case:**

Debtor name    **El Dorado Gas & Oil, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)    **23-51715**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 22, 2024**            X **/s/ Thomas Swarek**
                                                    Signature of individual signing on behalf of debtor

                                                    **Thomas Swarek**
                                                    Printed name

                                                    **President**
                                                    Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |
| Debtor name **El Dorado Gas & Oil, Inc.** |
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF MISSISSIPPI |
| Case number (if known) **23-51715** |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:**  Summary of Assets

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*........................................................................     $    233,642,387.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*......................................................................     $     91,249,049.20

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................     $    324,891,436.20

**Part 2:**  Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................     $     81,455,448.02

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................     $            0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$     4,129,842.75

4.  Total liabilities ...............................................................................................
    Lines 2 + 3a + 3b

    $     85,585,290.77

**Fill in this information to identify the case:**

Debtor name    El Dorado Gas & Oil, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)    23-51715

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

     Current value of debtor's interest

3.    Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | First Service Bank | Dormant Account | 0912 | $1,064.21 |
| 3.2. | First Service Bank | Escrow Account | 1515 | $0.00 |
| 3.3. | First Service Bank | Operating Account | 1553 | $1,417.51 |
| 3.4. | First Service Bank | AWP Revenue Account | 1560 | $122,971.93 |
| 3.5. | First Service Bank | Blackbeard Revenue Account | 1561 | $225,632.28 |
| 3.6. | First Service Bank | AWP Royalty Distribution Account | 1751 | $191,641.21 |
| 3.7. | First Service Bank | Blackbeard Royalty Distribution Account | 1752 | $97.14 |

Debtor   **El Dorado Gas & Oil, Inc.**
         Name                                    Case number *(if known)*  **23-51715**

| | | | | |
|---|---|---|---|---|
| 3.8. | First Service Bank | PUTS Account | 1825 | $200,468.11 |
| 3.9. | First Service Bank | Blackbeard Royalty Distribution Account | 2125 | $45,363.64 |
| 3.10 | First Service Bank | Checking Account | 4337 | $63.56 |
| 3.11. | The First | Fee Account | 1871 | $571.33 |
| 3.12. | The First | Oil & Gas Account | 1889 | $73,880.21 |
| 3.13. | The First | Repair Account | 2242 | $161.54 |
| 3.14. | The First | Checking Account | 2614 | $436.56 |
| 3.15. | The First | Office Supply Account | 2812 | $9.03 |
| 3.16. | The First | Checking Account | 3422 | $22.32 |
| 3.17. | The First | Checking Account | 3513 | $64,609.63 |
| 3.18. | The First | Checking Account | 1830 | $4,377.60 |
| 3.19. | The First | Checking Account | 4008 | $80.00 |
| 3.20. | Guaranty Bank | Checking Account | 3205 | $14.35 |
| 3.21. | Simmons Bank | Lyles Carpet Mart Account | 9501 | $231.54 |

Debtor  El Dorado Gas & Oil, Inc.                     Case number *(if known)* 23-51715
        Name

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$933,113.70** |

| **Part 2:** | **Deposits and Prepayments** |

**6. Does the debtor have any deposits or prepayments?**

  ☑ No. Go to Part 3.
  ☐ Yes Fill in the information below.

| **Part 3:** | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

  ☐ No. Go to Part 4.
  ☑ Yes Fill in the information below.

11.      **Accounts receivable**

| 11b. Over 90 days old: | 19,161,226.00 | – | 0.00 | =.... | **$19,161,226.00** |
| | face amount | | doubtful or uncollectible accounts | | |

12.      **Total of Part 3.**
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | **$19,161,226.00** |

| **Part 4:** | **Investments** |

**13. Does the debtor own any investments?**

  ☑ No. Go to Part 5.
  ☐ Yes Fill in the information below.

| **Part 5:** | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

  ☐ No. Go to Part 6.
  ☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** <br> Unsold product | | | | **$1,103,696.00** |

20.      **Work in progress**

21.      **Finished goods, including goods held for resale**

22.      **Other inventory or supplies**

23.      **Total of Part 5.**
        Add lines 19 through 22.  Copy the total to line 84. | **$1,103,696.00** |

24.      **Is any of the property listed in Part 5 perishable?**
        ☑ No
        ☐ Yes

Debtor **El Dorado Gas & Oil, Inc.**
_____
Name

Case number *(if known)* **23-51715**

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?
☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** 6 computers, 6 printers, phone system, various small office supplies & equipment | $0.00 | Estimate | $5,000.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. Total of Part 7.
Add lines 39 through 42. Copy the total to line 86.

| | $5,000.00 |
|---|---|

44. Is a depreciation schedule available for any of the property listed in Part 7?
☑ No
☐ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2023 Toyota Tacoma** Vin #5795 | $0.00 | Internet Research | $28,500.00 |

| Debtor | El Dorado Gas & Oil, Inc. | Case number *(If known)* 23-51715 |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 47.2. | 2023 Toyota Tacoma<br>Vin #0765 | $0.00 | Internet Research | $28,100.00 |
| 47.3. | 2023 Toyota Tacoma<br>Vin #5798 | $0.00 | Internet Research | $28,100.00 |
| 47.4. | 2023 Toyota Tacoma<br>Vin #4702 | $0.00 | Internet Research | $28,100.00 |
| 47.5. | 2023 Toyota Tacoma<br>Vin #5933 | $0.00 | Internet Research | $28,100.00 |
| 47.6. | 2022 Toyota Tacoma<br>Vin #6022 | $0.00 | Internet Research | $31,100.00 |
| 47.7. | 2022 Toyota Tacoma<br>Vin #2206 | $0.00 | Internet Research | $38,100.00 |
| 47.8. | 2023 Toyota Tacoma<br>Vin #6603 | $0.00 | Internet Research | $35,500.00 |
| 47.9. | 2022 Toyota Tacoma<br>Vin #6691 | $0.00 | Internet Research | $30,600.00 |
| 47.10. | 2023 Toyota Tacoma<br>Vin #5832 | $0.00 | Internet Research | $25,500.00 |
| 47.11. | 2022 Toyota Tundra<br>Vin #4561 | $0.00 | Internet Research | $46,700.00 |
| 47.12. | 2022 Toyota Tundra<br>Vin #7335 | $0.00 | Internet Research | $64,600.00 |
| 47.13. | 2022 Toyota Tundra<br>Vin #8956 | $0.00 | Internet Research | $75,600.00 |
| 47.14. | 2022 Toyota Tundra<br>Vin #0169 | $0.00 | Internet Research | $76,500.00 |
| 47.15. | 2022 Toyota Tundra<br>Vin #2283 | $0.00 | Internet Research | $46,900.00 |
| 47.16. | 2022 Toyota Tundra<br>Vin #7637 | $0.00 | Internet Research | $42,900.00 |
| 47.17. | 2022 Toyota Tundra<br>Vin #1965 | $0.00 | Internet Research | $36,400.00 |

Debtor    El Dorado Gas & Oil, Inc.                                      Case number *(if known)*  23-51715
          Name

| | | | |
|---|---|---|---|
| 47.18. | **2022 Toyota Tundra**<br>Vin #2982 | $0.00 | Internet Research | $37,300.00 |
| 47.19. | **2022 Toyota Corolla**<br>Vin #2652 | $0.00 | Internet Research | $20,900.00 |
| 47.20. | **2022 Toyota Corolla**<br>Vin #2730 | $0.00 | Internet Research | $20,900.00 |
| 47.21. | **2022 Toyota Corolla**<br>Vin #5283 | $0.00 | Internet Research | $21,200.00 |
| 47.22. | **2022 Toyota Corolla**<br>Vin #5730 | $0.00 | Internet Research | $20,900.00 |
| 47.23. | **2023 Toyota Camry**<br>Vin #5233 | $0.00 | Internet Research | $29,100.00 |
| 47.24. | **2022 Toyota Camry**<br>Vin #1811 | $0.00 | Internet Research | $24,700.00 |
| 47.25. | **2023 Toyota Camry**<br>Vin #2694 | $0.00 | Internet Research | $29,900.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Oil field equipment & trucks at various locations in South TX - See Attached Exhibit "A" (initial collateral to First Service Bank)** | $0.00 | Estimate | $35,000,000.00 |
| **Refinery, oil field, & industrial supplies & equipment, office furniture, machine tools & equipment, pipe, bulk metal, fork lifts, welding machines, 3D printers, robotic welders, crypto currency computers, large stainless steel tanks, generators, induction motors, electric motors, misc. tools & equipment (located at various locations in South TX & 1085 Highway 80, Jackson, MS) (purchased after September 17, 2020 - date of First Service Bank $50,000,000.00 loan)** | $0.00 | Estimate | $30,000,000.00 |
| **Welding machines, welding tools & supplies, fork lifts, misc office furniture (located at 2234 East Pass Rd., Gulfport, MS)** | $0.00 | Estimate | $500,000.00 |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 6

Debtor   __El Dorado Gas & Oil, Inc._____   Case number *(if known)*  __23-51715__
         Name

| | | | |
|---|---|---|---|
| Gear hobbing equipment & gear inventory (located at 17917 Roseland Rd., Cleveland, OH) | $0.00 | Estimate | $50,000.00 |
| Fabrication machinery, bulk metal (located at 3362 South Main St., Elkhart, IN) | $0.00 | Estimate | $1,000,000.00 |
| Property listed on attached Exhibit "B" (located at 3888 Sardis Church Rd., Atmore, AL) | $0.00 | Estimate | $2,240,700.00 |
| Filing cabinets, used computers, & other light equipment (located at 2301 31st St, Gulfport, MS) | $0.00 | Estimate | $10,000.00 |

51.  **Total of Part 8.**                                                         | $69,696,900.00 |
     Add lines 47 through 50. Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☑ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  1259, 1261, 1263, & 1265 Pass Rd., Gulfport, MS 39501 Parcel No. 0811A-05-053.000 Parcel No. 0811A-05-051.000 Parcel No. 0811A-05-050.001 Parcel No. 0811A-05-052.000 | | $0.00 | Estimate | $1,350,000.00 |

Debtor   El Dorado Gas & Oil, Inc. _____   Case number *(if known)*  23-51715
      Name

| | | | | | |
|---|---|---|---|---|---|
| 55.2. | 1310 36th Ave.,<br>Gulfport, MS 39501<br>Parcel No.<br>07111-01-031.000 | | $0.00 | Estimate | $162,000.00 |
| 55.3. | 319 Hiern Ave.,<br>Gulfport, MS 39501<br>Parcel No.<br>0313G-01-006.000 | | $0.00 | Estimate | $169,200.00 |
| 55.4. | 278 Big John Rd.,<br>Gulfport, MS 39501<br>Parcel No.<br>12061-01-030.000 | | $0.00 | Estimate | $14,571.00 |
| 55.5. | 12406 Brookwood<br>Lane, Gulfport, MS<br>39503<br>Parcel No.<br>0808B-01-011.006 | | $0.00 | Estimate | $162,500.00 |
| 55.6. | 13544 Huntington Cir,<br>Gulfport, MS 39501<br>Parcel No.<br>08071-01-001.061 | | $0.00 | Estimate | $232,000.00 |
| 55.7. | 1094 Highway 281<br>Bypass N, Alice, TX<br>78332<br>Parcel No.<br>10036-098-007-00 | | $0.00 | Estimate | $50,000.00 |
| 55.8. | 3352 South Main St.,<br>Elkhart, IN 46517<br>Parcel Nos.<br>20-05-22-127-049.000-<br>011,<br>20-06-22-127-035.000-<br>011,<br>20-06-22-127-036.000-<br>011,<br>20-06-22-127-051.000-<br>011 | | $0.00 | Appraisal | $1,500,000.00 |
| 55.9. | 29630 Double Eagle<br>Circle, Boerne, TX<br>78015 | | $0.00 | Estimate | $1,232,000.00 |
| 55.10. | 17917 Roseland Rd.,<br>Cleveland, OH | | $0.00 | Estimate | $50,000.00 |

Debtor   El Dorado Gas & Oil, Inc.          Case number *(if known)* 23-51715
         _____
         Name

| | | | | |
|---|---|---|---|---|
| 55.11 | Property located on Highway 49, Lots 8 & 9, Block 408, North Gulfport, MS Parcel No. 0810F-05-021.000 | $0.00 | Estimate | $14,571.00 |
| 55.12 | Property located on Highway 49, Lots 10 & 11, Less R/W for Highway, Block 408, North Gulfport, MS Parcel No. 0810F-05-019.000 | $0.00 | Estimate | $14,571.00 |
| 55.13 | Property located on Arkansas Avenue, Lots 16 & 18, Block 408, North Gulfport, MS Parcel No. 0810F-05-017.000 | $0.00 | Estimate | $14,571.00 |
| 55.14 | Property located on Arkansas Avenue, All that Part of Lot 19, Block 408, North Gulfport, MS Parcel No. 0810F-05-016.000 | $0.00 | Estimate | $14,571.00 |
| 55.15 | Property located on Arkansas Avenue, that Part of Lot 20, Block 408, North Gulfport, MS, Subd Lying East of Old Highway 49, Gulfport, MS Parcel No. 0810F-05-025.000 | $0.00 | Estimate | $14,571.00 |
| 55.16 | Property located on Arkansas Avenue, That Part of Lot 24, Block 408, North Gulfport, Lying East of Old Highway 49, Gulfport, MS Parcel No. 0810F-05-023.001 | $0.00 | Estimate | $14,574.00 |
| 55.17 | 3.21 acre tract of land in Live Oak County, TX | $0.00 | Estimate | $133,819.00 |

| Debtor | El Dorado Gas & Oil, Inc. | Case number (if known) | 23-51715 |
|--------|--------------------------|------------------------|----------|
|        | Name                     |                        |          |

| | | | | |
|---|---|---|---|---|
| 55.18 | 1301 31st St.,<br>Gulfport, MS 39501 | $0.00 | Estimate | $162,000.00 |
| 55.19 | 1085 Highway 80,<br>Jackson, MS<br>(Land - $4.00 sq ft,<br>building - $30.00 sq ft) | $0.00 | Estimate | $15,969,600.00 |
| 55.20 | 2022 Cabeza Rd.,<br>Nordheim, TX<br>(Gas gathering &<br>processing plant) | $0.00 | Estimate | $65,000.00 |
| 55.21 | Oil & Gas Leases -<br>See Attached Exhibit<br>"C" | $0.00 | Estimate | $210,500,000.00 |
| 55.22 | 3806 & 3810 E Rio<br>Grande St., Victoria,<br>TX<br>(former<br>Schlumberger<br>property) | $0.00 | Estimate | $1,130,000.00 |
| 55.23 | 2209 SW Ben Jordan<br>St., Victoria, TX<br>77901 | $0.00 | Title Insurance | $40,000.00 |
| 55.24 | 2620 Highway 72,<br>Three Rivers, TX<br>78071<br>Parcel No. 21730 | $0.00 | Estimate | $179,805.00 |
| 55.25 | 2624 Highway 72,<br>Three Rivers, TX<br>78071<br>Parcel No. 22129 | $0.00 | Estimate | $452,463.00 |

56.  **Total of Part 9.**                                                                          | $233,642,387.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☑ Yes

**Part 10:    Intangibles and intellectual property**

59. Does the debtor have any interests in intangibles or intellectual property?

Debtor    El Dorado Gas & Oil, Inc.                           Case number *(if known)* 23-51715
          _____
          Name

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  Patents, copyrights, trademarks, and trade secrets | | | |
| 61.  Internet domain names and websites | | | |
| Eldoradogasandoil.com | $0.00 | | $0.00 |

62.    Licenses, franchises, and royalties

63.    Customer lists, mailing lists, or other compilations

64.    Other intangibles, or intellectual property

65.    Goodwill

66.    Total of Part 10.                                                                          $0.00

       Add lines 60 through 65. Copy the total to line 89.

67.    Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ☑ No
       ☐ Yes

68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?
       ☑ No
       ☐ Yes

69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?
       ☑ No
       ☐ Yes

**Part 11:    All other assets**

70. Does the debtor own any other assets that have not yet been reported on this form?
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ☑ Yes Fill in the information below.

                                                                          Current value of debtor's interest

71.    Notes receivable
       Description (include name of obligor)

72.    Tax refunds and unused net operating losses (NOLs)
       Description (for example, federal, state, local)

73.    Interests in insurance policies or annuities

74.    Causes of action against third parties (whether or not a lawsuit has been filed)

       Claim against GTG Operating, LLC & Garza                                Unknown

| Nature of claim | Contract Dispute |
|---|---|
| Amount requested | Unknown |

Debtor   El Dorado Gas & Oil, Inc.                                    Case number *(If known)*  23-51715
         Name

Texla Energy Management, Inc.                                                                  Unknown
Nature of claim          Contract Dispute
Amount requested                Unknown

Potential lender liability claim against First Service Bank                                    Unknown
Nature of claim          Lender Liability
Amount requested                Unknown

Potential claim against Apex Funding Source                                                    $105,947.00
Nature of claim          Preference Recovery
Amount requested                $105,947.00

Potential claim against Arcadia Funding Partners                                               $243,166.50
Nature of claim          Preference Recovery
Amount requested                $243,166.50

75.   Other contingent and unliquidated claims or causes of action of
      every nature, including counterclaims of the debtor and rights to
      set off claims

76.   Trusts, equitable or future interests in property

77.   Other property of any kind not already listed *Examples:* Season tickets,
      country club membership

78.   **Total of Part 11.**                                                        $349,113.50
      Add lines 71 through 77. Copy the total to line 90.

79.   Has any of the property listed in Part 11 been appraised by a professional within the last year?
      ☑ No
      ☐ Yes

Debtor    El Dorado Gas & Oil, Inc.                                    Case number *(if known)*  23-51715
                    Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $933,113.70 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $19,161,226.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,103,696.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $69,696,900.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................> | | $233,642,387.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $349,113.50 | |
| 91. **Total.** Add lines 80 through 90 for each column | $91,249,049.20 | + 91b. $233,642,387.00 |
| 92. **Total of all property on Schedule A/B. Add lines 91a+91b=92** | | $324,891,436.20 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 13

| S/N, VIN, or MODEL # | DESCRIPTION |
|---|---|
| 1M2S125C7CA001211 | Mack truck |
| 1S9DT46357H787001 | Cooled Tubing Unit |
| 1L01B422581165635 | Cryogenic Vessel |
| 2XKWD29X8FM320600 | Kenworth W900 Winch Truck |
| 201810312801 | Frac pum GEORGE Engine |
| 4H377 | Bowen power swivel |
| 1FV4TWEB8XHA85193 | Freight liner wireline truck |
| 30170 | Cryogenic Vessel |
| 3810X3808 | Cooper Well Service Rig |
| 1M2B197C5JW002797 | Swab Unit |
| 2FZHAZCV95AN96767 | Sterling Winch Truck |
| 1M2AA13Y3YW133073 | Mack kill Pump Truck |
| 1M1AA14Y72W147617 | Mack Vacuum Truck |
| 1XPALEOX9LD302436 | Peterbilt Cement Blender Truck |
| 1FT7X2B60FEB71298 | Ford F-250 |
| 1FTX2B69FEB71297 | Ford F-250 |
| 1FTFW1EF8DKF41397 | Ford F-150 |
| 2FWYKDYB6XAB62498 | Sterling Vacuum Truck |
| 1XPAM50X6MN299729 | Peterbilt Bobtail Vacuum Truck |
| Cat D398 | Triplex Pump |
| 1A9L947407A245165 | Coiled Tubing Unit |
| 41FKF4330W100057 | Coiled Tubing Unit Trailer |
| 1A9L745297A245057 | Triplex Cryogenic Pump |
| 1A9L745277A245056 | Triplex Cryogenic Pump |
| LAN ARK 2500 | Trailer Mtd Drilling Rig |
| Bowen S2.5 | Drill Mobile w Triplex Pump |
| Franks 1058 | Franks Well Service Rig |
| s/n 06037 | Top Drive 250 ton |
| s/n TD20 | Bowen Top Drive 200 ton |
| 1HTSDAAN9XH686194 | Gearhart wireline unit |
| 2PLCO483XXBF93350 | Coiled Tubing Unit & Package |
| ID19247936Co | Mud Sharker Tank |
| 1098G53L031208341 | Hydraulic Catwalk |
| s/n 81066-6 | Franks Well Service Rig |
| 5DDKM422171003038 | Kayla Siebert Hydration Unit |
| 5DDKM36206100200 | Kayla Siebert Blender |
| 5DDKM362651001769 | Kayla Siebert Blender |

Page 1 of 11



| | |
|---|---|
| 1M2AX04Y1BM010303 | Mack GU713 |
| 3GCPKTE34BG188730 | Chevrolet Silverado |
| 1FT7W2BT3DEB73522 | Ford F-250 King Ranch |
| 1M1AA18Y9YW128201 | Mack CH613 |
| 1M2AA14Y4YW131086 | Mack CH613 |
| 1M2AG11C16M044293 | Mack CV713 |
| Model 5120 | Spencer Harris 7000 Drilling Rig pymt 1 |
| | |
| Model 5120 | Spencer Harris 7000 Drilling Rig pymt 2 |
| s/n 21116 | Casing 4.5" |
| 3HSDJSJR5DN299268 | International Prostar |
| 3HSDJSJR3CN623557 | International Prostar |
| FT226724408101211 | Stewart & Stevenson Frac pump |
| 4U181D1X3W1X36310 | Dynaweld 55 ton Lowboy |
| 1NKCLUTX52S889047 | Kenworth C500 Rig up Truck |
| Custombuilt s/n n/a | T/A 60 BPM Frac Blender |
| 1XKWDB0X57J205507 | W 900 Kenworth Truck |
| I1FTFX1ET3DFC36501 | Ford F150 4x4 |
| s/n G0510471 | Portable Fracturing Unit |
| 1P9FC362431260577 | Pioneer Portable Fracturing Unit |
| s/n TC75135 | Portable Fracturing Unit |
| 1HTMMAAL2DH194240 | International 4300SBA Durastar Van |
| 2PLC041375BM12113 | Peerless CH413A Tridem Frac Trailer |
| 1HTGGAHT9WH548882 | International 2574 Hot Oil Truck |
| 1FTFW1ET2CFC22803 | Ford F 150 4x4 |
| 1FTFX1EF1DKF37477 | Ford F 150 4x4 |
| 1GCVKPEC2EZ149363 | Chevrolet 1500 4x4 |
| 1M2P278CX2M002359 | Mack RD888SX Rig Up Truck |
| 1M1AK06Y66N008191 | Mack CXN613 Truck Tractor |
| s/n 13244 | Taylor T300L 3klb Forklift |
| 1M1AA13Y81W143852 | Mack CH613 Vacuum Truck |
| 1HTGMAAR6WH545140 | International Prostar Hydro Vacuum Truck |
| s/n 65H7571 | LinkBelt HTC1100 100-ton Hyd Crane |
| Grove TMS 300 | 35-ton Hydraulics Crane |
| Franks 1287/160 | Back In Well Service Rig |
| Franks 1287/160 | Back In Well Service Rig |
| Franks 1287/160 | Back In Well Service Rig |
| Gardner Denver | PAH Triplex Pump |
| 1M2AJ07Y6N002187 | Mack CH613 Tractor Truck |
| 5DDKE455181003870 | Kaylyn Siebert Lowboy |

| | |
|---|---|
| CHW 613 | Mack Truck Tractor |
| 1M2P198C8MM008677 | Mack RD690S Gin Pole Truck |
| Wilson Mogul 42B | Well Service Rig |
| 74035- | Franks Well Service Rig |
| National JWS 400 | Triplex Pump |
| 736119 | Gardner Denver Triplex Pump |
| | Gardner Denver Triplex Pump |
| | Gardner Denver Triplex Pump |
| 1S9AC15B5EH474143 | Stephens PA Trailer |
| 1XKDP4TX9CR336537 | Kenworth T800 Truck Tractor |
| HS2814ST | Bowen S2.5 Power Swivel Hyd Motor |
| 1NKDLB0X07R169294 | Kenworth T800B T/A Hot Oil Truck |
| 2FWJAZCK27AY65215 | Sterling LT9500 Winch Truck Tractor |
| Pemco D/D 586 | Back In Well Service Rig |
| Franks 658 | Back In Well Service Rig |
| s/n CB810282 | Loadcraft Swab Rig |
| s/n n/a | Circle Z Pressure Pumps (Cham sent Wire) |
| s/n 4RG01007 | Genset Cat 3406-B Diesel Engine |
| s/n 904035 | Genset Cat 3406-A Diesel Engine |
| s/n 70679 | Triplex Frac Pump |
| s/n R417841 | George Frac Pump |
| | RTS Energy Services (Bart Lorenz) |
| 1B9WS56238T287068 | Appco FS40 Sand King Trailer |
| 1B9WS55207T287213 | Appco FS30 Sand King Trailer |
| 1B9WS6029AT297239 | Appco FS40 Sand King Trailer |
| s/n 9483 | Aztex Single Step Lowboy |
| NMC235SLDF5050917 | NUTTAL 3 Axle Lowboy |
| 1H471L47301102299 | HERCULES Narrow Neck Lowboy |
| 1XP8LA9XOBP143393 | PETERBILT Bobtail Vacuum |
| 059903/2004 | OKUMA Vertical CNC |
| B209C2040S | Hypac C766B Tandem Vibratory Roller |
| 109B15803680 | Hypac C330D Tandem Vibratory Roller |
| 1FVHBXAK91HH59679 | Freightliner Wireline Truck |
| 1XP5DB0X8J126794 | Peterbilt 379 Tow Truck |
| s/n n/a | Swab Trailer |
| s/n n/a | Swab Trailer |
| 4EPPQ4232YBBA3145 | Vantage Pneumatic Bulk Trailer |
| s/n VSLU3230436 | 20 ft Container |
| 1FD8X3GT9FEB46534 | Ford F 350 Service Truck |

| VIN/Serial | Description |
|---|---|
| 1FDAF56R49EA25842 | Ford F 550 Flatbed Truck |
| IFT8W3BT7EEA86881 | Ford F 350 Flatbed Truck |
| 1FT8W3AT2BEC85740 | Ford F 350 Flatbed Truck |
| 1FT8W3A62DEB58788 | Ford F 350 Crew Cab Pickup |
| 1FT7X2A67BEC78070 | Ford F 250 Pickup |
| 1FT7X2A6XCEC96645 | Ford F 250 Pickup |
| 1FTFW1C89AFA90517 | Ford F 150 Pickup |
| 1FTFW1CMOCKD71516 | Ford F 150 Pickup |
| 1FTFW1CFXDKF43638 | Ford F 150 Pickup |
| 1FTFW1CF1EKD69959 | Ford F 150 Pickup |
| 1FTFW1CF2CKD38300 | Ford F 150 Pickup |
| 1FBSS3BL2DDA22631 | Ford F 350 Van |
| 1FBSS3BL5EDA47735 | Ford F 350 Van |
| 16VGX302SE2607671 | Gooseneck Trailer |
| 1B9WS6024ET287039 | Appco FS40 Sand Trailer |
| 1B9WS6022ET287038 | Appco FS40 Sand Trailer |
| 1B9WS6020ET287037 | Appco FS40 Sand Trailer |
| 1B9WS6025ET287034 | Appco FS40 Sand Trailer |
| 1B9WS6027ET287035 | Appco FS40 Sand Trailer |
| 1B9WS6023ET287033 | Appco FS40 Sand Trailer |
| 1B9WS6026CT287458 | Appco FS40 Sand Trailer |
| 1B9WS6024CT287457 | Appco FS40 Sand Trailer |
| 1B9WS6022CT287456 | Appco FS40 Sand Trailer |
| 1B9WS602XCT287432 | Appco FS40 Sand Trailer |
| 1B9WS6028CT287431 | Appco FS40 Sand Trailer |
| 1B9WS6026CT287430 | Appco FS40 Sand Trailer |
| 1B9WS6025BT287157 | Appco FS40 Sand Trailer |
| 1B9WS6023BT287156 | Appco FS40 Sand Trailer |
| 1B9WS6021BT287155 | Appco FS40 Sand Trailer |
| 1B9WS6029BT287131 | Appco FS40 Sand Trailer |
| 5R8GN3636AMO15754 | Gooseneck Trailer |
| s/n 71D192 | Caterpillar Motor Grader |
| 201902270972 | Foster Hyd Rod Tong w b/u and lift hanger |
| 201902270968 | Oil Country Hyd Rod Tong w lift hanger |
| LZ F 1000 | Triplex Mud Pump |
| HHF F 1000 | Triplex Mud Pump |
| 917485 | Gardner Denver Triplex Mud Pump |
| 4120285 | 40' Shipping Container |
| s/n n/a | 40' Shipping Container |

| | |
|---|---|
| TRLU5781650 | 40' Shipping Container |
| s/n n/a | 10'Wx40'L Tool Pushers House |
| s/n n/a | 10'Wx40'L Tool Pushers House |
| s/n n/a | 10'Wx40'L Tool Pushers House |
| s/n 200810 | Sentry Low Profile Pumping Unit |
| Model 22821386 | Pump Jack Pumping Unit |
| 5RVSL1623DM016955 | Smith Indust. Horizontal Separator w Trailer |
| 5RVSL1621DM016954 | Smith Indust. Horizontal Separator w Trailer |
| 5RVSL1620DM016962 | Smith Indust. Horizontal Separator w Trailer |
| 5RVUT1625EM017633 | Smith Indust. Horizontal Separator w Trailer |
| s/n n/a | National Oilwell Skid Power Swivel |
| s/n n/a | T/A Lowboy |
| s/n 61744 | JLG 40H Manlift |
| s/n HJCU4053974 | 40' Shipping Container |
| s/n n/a | 40' Shipping Container Office Furniture |
| s/n n/a | Open Top Tank 200bbl Skid Mounted |
| s/n n/a | Open Top Tank 200bbl Skid Mounted |
| s/n n/a | Open Top Tank 200bbl |
| 1F9FS1220Y1025367 | Fleming Vacuum Trailer |
| B1005504 | 23945- Flatbed |
| Gardner Denver Tee | Triplex Pump w Bottled Cap |
| 1A9DA02R7CA014281 | Axle Bumper Pull Camper |
| 5VNBU1627FT146067 | Lone Star Smokers Wood Burn BBQ |
| s/n n/a | Keeter Smokers Custom Built BBQ |
| 16vVPX1420D2E80540 | Big Tex Bumper Pull Cooker |
| 1503JM0005 | Frymaster Deep Fryer |
| 1503JM0003 | Frymaster Deep Fryer |
| 1A9DA02R1BA014162 | Axle Bumper Pull Camper |
| 1A9DA02R4CA014240 | Axle Bumper Pull Camper |
| 1XPAHA8X6ND314447 | Peterbilt 357 Wireline Truck |
| 5BEBU10195C138025 | Trailmaster 6x10 Bumper Pull Camper |
| 5BEBU10145C138028 | Trailmaster 6x10 Bumper Pull Camper |
| 1342929 | Shopbuilt Bumper Pull BBQ |
| 1FTVX1EF4CKE24648 | Ford F 150 XLT 4x4 |
| 5KKHALDE35PU11624 | SSI Rig Assist Snubbing Unit |
| 1XPFDB9X93DS93718 | Peterbilt 378 Sleeper Truck |
| FTW58048SLA | Fontaine Sliding Axle Flatbed Trailer |
| 1JJF482WX25791554 | Wabash Spread Axle Flatbed Truck |
| 1JJF482W92S792937 | Wabash Spread Axle Flatbed Truck |

| VIN/Serial | Description |
|---|---|
| 1JJF482W525792904 | Wabash Spread Axle Flatbed Truck |
| 1GRDM9627XM042919 | Great Dane Flatbed Trailer |
| 5YCBE121XCH004984 | Kobe 2 Hyd Pressure Test Unit |
| vin n/a | 5th Wheel Kingpin Rolling Tailboard |
| 18320135911A | 5' Pipe Trailer |
| B3607 | Bowen 4 3/8" OD GR Overshot |
| s/n n/a | Gas Powered Welder Mounted Trailer |
| 4LF3M4625R3503641 | Fontaine Coil Tubing Reel Trailer |
| s/n n/a | 40'x46' Catwalk |
| s/n n/a | 40'x54' Catwalk |
| 1GBT7H4C41J503848 | Falcon SW428 Swab Rig |
| 2HSCHAMRXYC054955 | Frac Sand Blender |
| s/n n/a | Cabot 1000 S/D Trailer Mtd Drilling Rig & Trailer |
| 420 BBL Crimped Steel | Mud Shaker Tank |
| 5'x40' | Base Beam Storage Box |
| Koomey Type 80 T10080 | 5 Station Closing Unit |
| 12'W x 45'L | Tool Pusher House |
| 12'wx50'L | Rig House 4 Bedrooms |
| 2HSCNAPR65C031639 | International 9400i Truck Tractor w Sleeper |
| 1FUYDMDBXVL844524 | Freightliner Truck Tractor |
| 1GRAA9628KW006732 | Great Dane Scissorneck Trailer |
| W855611 | Mast Trailer 55' telescoping mast |
| US5379-WLV | 5000 psi Wireline BOP |
| SR300461 | Mast Trailer telescoping mast |
| US-01019-WV | 5000 psi Wireline BOP |
| T30F120-4L-2329 | American 120 Pump Jack |
| E77505L/431228 | Lufkin M320-305 120 Pump Jack |
| T25F120-4AL-3529 | AMW 320-213 120 Pump Jack |
| s/n n/a | Lufkin C 320D-256-100 Pump Jack |
| s/n S113 | Bethlehem Pump Jack |
| T30F120-30SL-1342 | American 120 Pump Jack |
| s/n 916U | American 120 Pump Jack |
| D49379M/373238 | Lufkin Pump Jack |
| D101407R/4611411 | Lufkin Pump Jack |
| T30F-100-4A-6458 | American Pump Jack |
| 2NKHLN9X39M237796 | Kenworth T370 Wireline Truck |
| 1M2AK02C95N002017 | Mack CXN612 Winch Truck |
| 1FDUF4GT1CE00136 | Ford F 450 Superduty Reg Cab |
| 1FUJBBCK47X04453 | Freightliner CST120 Day Cab Truck Tractor |

| | |
|---|---|
| 1M1AJ06Y87N007385 | Mack CHN613 Truck Tractor w Pump |
| 2NKHHN7X09M247688 | Kenworth T370 Data Van |
| 1R9S03212HA494024 | Rolligon Frac Sand Unloader/Conveyer |
| s/n 59770 | NOV 2250 Triplex Pump |
| 1B9WS4921CT287424 | Appco MS 82-30 Sand Conveyer |
| 1B9WS4928CT287470 | Appco MS 82-30 Sand Conveyer |
| 1B9WS4928BT287211 | Appco MS 82-30 Sand Conveyer |
| 71065BDD44F | Rigtech Franks 658 Well Service Rig |
| 1GC1CVCG6BF229669 | Chevrolet 2500HD Crew Cab |
| s/n 21128 | Shaffer LWS 5M Dbl BOP w RAMS |
| s/n 6665 | Shaffer LWS 5M Dbl BOP w RAMS |
| s/n 27718A | Shaffer LWS 5M Dbl BOP w RAMS |
| s/n 5089 | Shaffer LWS 5M Dbl BOP w RAMS |
| s/n 5365 | Shaffer LWS 5M Dbl BOP w RAMS |
| Miller CP-200 DC | Arc Welder/Feeder |
| K009110 | Baker Single Grip Compression Rockers |
| K009112 | Baker Single Grip Compression Rockers |
| K009115 | Baker Single Grip Compression Rockers |
| K009114 | Baker Single Grip Compression Rockers |
| K009099 | Baker Single Grip Compression Rockers |
| K009113 | Baker Single Grip Compression Rockers |
| K009108 | Baker Single Grip Compression Rockers |
| K009111 | Baker Single Grip Compression Rockers |
| 13ZHP2026B1005481 | Gooseneck Monorail Trailer |
| 13ZHP2026B1005884 | Gooseneck Monorail Trailer |
| 1M1AK06Y87N021817 | Mack CXN613 Sleeper Truck Tractor |
| s/n 917091 | Heil Jet Pneumatic Bulk Trailer |
| 1FTNF1CF5CKD70539 | Ford F150 XL Long Bed Pickup |
| 1FTNF1CF88KD76625 | Ford F150 XL Long Bed Pickup |
| 1FTPF1CT9BKD94792 | Ford F150 XL Long Bed Pickup |
| 1FTFX1EF8BFC95275 | Ford F 150 Pickup |
| 1FTFW1CV9AFC49370 | Ford F 150 XLT Crew Cab |
| 1FTPF1CV2AKA48227 | Ford XL F 150 Single Cab |
| 1FTVF12V99KA47368 | Ford F150 XL Long Bed Pickup |
| 1FTPF12V08KB17380 | Ford F150 XL Long Bed Pickup |
| s/n n/a | Frac Sand Blender w Operators Console |
| Franks 658 D/D | Back In Well Service Rig |
| JALC4B16967000397 | Isuzu Box Truck |
| s/n n/a | Ford F350 4x4 |
| s/n n/a | Swab Unit |

| | |
|---|---|
| s/n 00415167 | SullAir Portable Air Compressor |
| Whisperwatt Multiquip | Portable Generator |
| 2HSCEAHR65C008487 | International Rig Truck |
| s/n 0200200459 | JLG 2630ES Electric Scissorlift |
| Shaffer LXT 7-1/16" | Dbl Hyd Blowout Preventer |
| Valerus 48"x10ft | 1440 psi H2S Scavenger Contactor (x2) |
| Natco 25,000/BTU | 1440 psi Contactor Tower Seperator |
| | |
| 1FTSW21568ED51068 | Ford F 250 XL Super Duty Crew Cab |
| 1FTSW21518EE57217 | Ford F 250 XL Super Duty Crew Cab |
| Texas Oilfield | 15k LB Quad Blowout |
| Ref# 201810312594 | 3-5/8" OD Jar Intensifier |
| Ref#201810312596 | 3-1/8" OD Hyd Bailer w Checks/Drain |
| Ref#201810312595 | 3-5/8" OD Bumper Jar |
| Ref#201810310021 | Mission Sandmaster Boost Pump |
| s/n 46723 | Dragon 500bbl Frac Tank |
| s/n 21155 | Dragon 500bbl Frac Tank |
| s/n 9815DR | Dragon 500bbl Frac Tank |
| s/n 46159 | Dragon 500bbl Frac Tank |
| s/n 46152 | Dragon 500bbl Frac Tank |
| s/n 46135 | Dragon 500bbl Frac Tank |
| s/n 5AGFT47156S391527 | Dragon 500bbl Frac Tank |
| s/n 5AGFT47136S391526 | Dragon 500bbl Frac Tank |
| s/n 46719 | Dragon 500bbl Frac Tank |
| s/n 46140 | Dragon 500bbl Frac Tank |
| s/n 9808DR | Dragon 500bbl Frac Tank |
| s/n 21708 | Dragon 500bbl Frac Tank |
| s/n 5AGFT47176S391562 | Dragon 500bbl Frac Tank |
| s/n 20465 | Dragon 500bbl Frac Tank |
| s/n 46156 | Dragon 500bbl Frac Tank |
| s/n 5AGFT471X6S391524 | Dragon 500bbl Frac Tank |
| s/n 46147 | Dragon 500bbl Frac Tank |
| s/n 46717 | Dragon 500bbl Frac Tank |
| s/n 5AGFT4718S391523 | Dragon 500bbl Frac Tank |
| Ref# 201905220787 | Gardner Denver Tee Triplex Pump |
| Ref#201905220155 | 5K Lubricator Tubing |
| Ref#201905220154 | 5K Lubricator Tubing |
| Ref#201905220153 | 5K Lubricator Tubing |
| Ref#201905220158 | 5K Lubricator Tubing |
| Ref#201905220157 | 5K Lubricator Tubing |

| | |
|---|---|
| Ref#201905220156 | 5K Lubricator Tubing |
| Ref# 201905220162 | 5K Lubricator Tubing |
| Ref#201905220161 | 5K Lubricator Tubing |
| Ref#201905220160 | 5K Lubricator Tubing |
| Ref#201905220163 | 5K Lubricator Tubing |
| Ref#201905220180 | 5K Lubricator Tubing |
| Ref#201905220183 | 5K Lubricator Tubing |
| Ref#201905220182 | 5K Lubricator Tubing |
| Ref#201905220185 | 5K Lubricator Tubing |
| Ref#201905220195 | (2) 5000 psi Working Pressure |
| Ref#201905220166 | 5K Lubricator Tubing |
| Ref#201905220198 | (2) 5000 psi Working Pressure |
| Ref#201905220169 | 5K Lubricator Tubing |
| Ref#201905220172 | 5K Lubricator Tubing |
| Ref#201905220174 | 5K Lubricator Tubing |
| | |
| Ref#201905220947 | 40' Shipping Container |
| 1B9WS56026BT287068 | Appco Sand King Trailer |
| 1B9WS56021BT287446 | Appco Sand King Trailer |
| 1B9WS56021BT287124 | Appco Sand King Trailer |
| 1B9WS6025BT287448 | Appco Sand King Trailer |
| 1B9WS56207T287029 | Appco Sand King Trailer |
| 1B9WS56295T287005 | Appco Sand King Trailer |
| 1B9WS582XCT287090 | Appco Sand King Trailer |
| 1B9WS5824BT287360 | Appco Sand King Trailer |
| 1B9WS55247T287146 | Appco Sand King Trailer |
| 1B9WS55247T287194 | Appco Sand King Trailer |
| 1B9WS55275T287019 | Appco Sand King Trailer |
| 1W9TN3G2XBL216004 | Worley Welding Blender Trailer |
| 2931113 | EG Boyd Trailer Co Dry Bulk Transport |
| s/n PF0764 | Quintuplex Frac Pump |
| s/n PF0548 | Quintuplex Frac Pump |
| s/n n/a | 12'Wx52"L Crimped Wall Toolpushers House |
| s/n n/a | 12'Wx52"L Crimped Wall Toolpushers House |
| s/n n/a | 12'Wx52"L Crimped Wall Toolpushers House |
| s/n n/a | Oilwell Rotary Table w Split Bushing |
| s/n n/a | Oilwell Rotary Table w Split Bushing |
| s/n 46B4985 | Genset CAT 353 350kw Generator |
| s/n 46B1327 | Genset CAT 353 350kw Generator |
| 1FTWF31Y78ED01801 | Ford F350 XL Super Duty Crew Cab |

| | |
|---|---|
| 1FTSX31S04EB74259 | Ford F350 XL Super Duty Crew Cab |
| 1GDK7H1C6XJ514155 | GMC C6500 Flatbed Fuel Truck |
| 1GBG6H1P1NJ102016 | GMC Kodiak Tool Truck |
| R80DVY46816 | Ford 3000 DRW Haul Truck |
| 80811 | Tempe T/A Float |
| 4P5GF2425Y1032684 | PJ Gooseneck Trailer |
| ITKC02424DM023339 | Trail King Bumper Pull Hitch Trailer |
| s/n n/a | ADP Frac Valve Flanged w Transport Skid |
| s/n n/a | ADP Frac Valve Flanged w Transport Skid |
| Dbl Port | Oil Saver w/ Hand Pump & Hose |
| Dbl Port | Oil Saver w/ Hand Pump & Hose |
| T78851199 | Pacific Pole Truck |
| 7693 | Willock T/A Oilfield Float |
| Type H | Oil Saver & Hand Pump |
| 93R Hyd Closed | Face Tongs w Air Backup and Heads |
| Cert. 4"IDx85"L Grade E | Rotary Hose 7500lbs (New) |
| MRP Jones 4" | Rotary Hose 5000lbs |
| 1GBJ6C1G07F420983 | Chevrolet C6500 Laydown Unit |
| 1H4C04247BF083901 | Fruehauf 4-Axle Lowboy |
| 26181L04 | Nabors 4 Axle-Lowboy |
| 1PTF71TJ3C6000219 | Trim T/A Float |
| 4D6EB12287C014024 | Bumper Pull Crew House Trailer |
| 4D6EB12206C010970 | Bumper Pull Crew House Trailer |
| s/n n/a | 2 Station Closing Unit w Triplex Pump |
| s/n n/a | 2 Station Closing Unit w Triplex Pump |
| s/n n/a | Shaffer 5000lb Dbl Hyd Blowout |
| 5DDKM42235100742 | Kayln Siebert Hydration Unit |
| 4D6EB20287C016025 | Cargo Craft Command Center Bumper Pull |
| Dbl (New) | Oil Saver w/ Hand Pump & Hose |
| Dbl (New) | Oil Saver w/ Hand Pump & Hose |
| Model C | 80 ton Tubing/Spider Air Slip |
| John Deere | John Deere Motor Grader 670B |
| North Star | Grease Skid Compressor Honda GX390 |
| s/n n/a | Fruitland Vacuum Pump |
| s/n n/a | Cowboy Vacuum Pump |
| s/n n/a | Cowboy Vacuum Pump |
| s/n n/a | Cowboy Vacuum Pump |
| s/n n/a | Cowboy Vacuum Pump |
| s/n n/a | Fruitland Vacuum Pump |

Page 10 of 11

| | |
|---|---|
| s/n n/a | Fruitland Vacuum Pump |
| s/n n/a | Fruitland Vacuum Pump |
| 6EWK6 | Speed Air Compressor |
| TR194301 | Homemade Bumper Pull Utility Trailer |
| Manitowoc | Ice Machine |
| 1FAFP53U47A119665 | Ford Taurus 4 door Sedan SE |
| 1FTNF1CF5BKD98663 | Ford F 250 XL Reg Cab |
| 1FTRW12W48FB68097 | Ford F 150 XLT Crew Cab |
| 1FTSW20558ED51371 | Ford F 250 XL Crew Cab |
| 1FTSW20568EC38285 | Ford F 250 XL Crew Cab |
| 1GCEC19Z06E14761 | Chevy Silverado 1500 ext cab |
| 3GPTP2TEA3BG350037 | GMC Sierra |
| 1FT7W2BT9BEB18943 | Ford F 250 Super Duty |
| s/n n/a | Caterpillar Generator Set |
| s/n 112901 | Dragon 500bbl Frac Tank |
| s/n 60934 | Dragon 500bbl Frac Tank |
| s/n 112902 | Dragon 500bbl Frac Tank |
| s/n 40973 | Dragon 500bbl Frac Tank |
| s/n n/a | Dragon 500bbl Frac Tank |
| s/n n/a | Dragon 500bbl Frac Tank |
| s/n 112903 | Dragon 500bbl Frac Tank |
| s/n n/a | Dragon 500bbl Frac Tank |
| s/n 0ZJB00423 | 9370 Tractor paid off |
| s/n A25376 | Komatsu PC290LC 10 Hyd Excavator |
| s/n A25210 | Komatsu PC290LC 10 Hyd Excavator |
| 1T0850KXTCE220529 | John Deere 850K Crawler Tractor |
| 1T0850KXPBE215380 | John Deere 850K Crawler Tractor |

| Describe the property | Value |
|---|---|
| John Deere Finishing Mower #CM10844 | $10,000.00 |
| John Deere Mower #1MOZ425JTCM120108 | $10,000.00 |
| Crane #CM10844 | $20,000.00 |
| MAC Truck (White, no title) #1M1AG11Y92M002666 | $7,000.00 |
| Green Eagle Truck (no title) USDOT 148G393 | $5,000.00 |
| International Box Truck (white, no title) #1HTMKAARSSH691391 | $5,000.00 |
| International Box Truck (yellow, no title) #1HTMMAAML4H593438 | $5,000.00 |
| West Star Truck (green/white, no title) #WIT14AC87176 | $5,000.00 |
| John Deere Back Hoe #1T03105KCDEZ54349 | $15,000.00 |
| Fork Lift #G8G10877 | $15,000.00 |
| John Deer Tractor with Accessories #1LV4105HGCH510427 | $20,000.00 |
| Mini Excavator #A94H13643 | $20,000.00 |

| Describe the property | Value |
|---|---|
| 2 Workover Rigs | $2,000,000.00 |
| 14 Light Plants | $7,000.00 |
| 4 Air Compressors | $1,200.00 |
| 9 Pressure Washers | $900.00 |
| 9 Generators | $1,800.00 |
| 4 Welding Machines | $3,000.00 |
| 4 Frac Machines | $3,000.00 |
| 1 6x6 Gator Utility Vehicle | $2,000.00 |
| 2 6x6 Polaris Utility Vehicles | $2,000.00 |
| 1 Aluminum Coner Box | $800.00 |
| Peterbilt Boom Truck with Accessories (no title) #2NPRLNOX89M777897 | $15,000.00 |
| 5 Man Lifts | $5,000.00 |



EXHIBIT
B

| Describe the property | Value |
|---|---|
| Dump Trailer Gooseneck #16VGX3026E2607671 | $2,500.00 |
| Flatbed Trailer Gooseneck #16VGX202XC265017 | $1,500.00 |
| Flatbed Trailer Gooseneck #16VGX1631C2643436 | $1,500.00 |
| Frrehauf Trailer Flatbed Trailer (no title) #2V02612TE062206 | $1,500.00 |
| FedEx Freight Trailer (no title) #1NWVA28113KM137572 | $1,000.00 |
| Rusted Color Trailer with Tank Lowboy (no title) #C541830 | $1,000.00 |
| Becks Custom Gooseneck Trailer (no title) #MV6C557870 | $1,500.00 |
| Red Pense Brothers Trailer (no title) #453602 | $1,000.00 |
| Grey Enclosed Box Trailer (no title) #472AB1621YX008239 | $1,000.00 |
| Rust Colored Gooseneck (no title) No VIN # | $1,500.00 |
| White 53 ft Trailer (no title) No VIN # | $1,500.00 |
| Breathing Air Trailer (Texas Bragg Trailer - 10 foot, no title) #17XFZ081XH1076116 | $1,000.00 |

| Describe the property | Value |
|---|---|
| Green Generator Trailer (no title) #4FVCABAA7EV460496 | $1,500.00 |
| Black 53 ft Trailer (858) (no title) #869-4FV0H | $1,500.00 |
| 53 ft Trailer with Pipe Hauling Sides (no title) #PP9795 | $1,500.00 |
| 53 ft Blue Trailer with Sides (no title) #KROM9028EMO84009 | $1,500.00 |
| 53 ft White Utility Trailer (no title) No VIN # | $1,500.00 |
| 53 ft Red Utility Trailer (no title) #13N14226401SS6440 | $1,500.00 |
| Black Bulldog Gooseneck Trailer (no title) No VIN # | $1,500.00 |
| 53 ft Rusty Colored Flatbed Trailer (no title) No VIN # | $1,000.00 |
| 53 ft Black & Yellow Trailer (no title) No VIN # | $1,500.00 |
| 53 ft Black Trailer with Yellow Sides (no title) #1TT-F4520-X-J1031331 | $1,500.00 |
| Black Big Tex Gooseneck (22GN) (no title) #16VGX302XC2650187 | $1,500.00 |
| Big Tex Gooseneck (25GN) (no title) #16VGX3026E2607671 | $1,500.00 |

| Describe the property | Value |
|---|---|
| Rede Gooseneck (no title) #17XFG202211010266 | $1,500.00 |

| Describe the property | Value |
|---|---|
| Green Great Dane Trailer (Box) (no title) #1GRAA922755700197 | $1,500.00 |

| Describe the property | Value |
|---|---|
| 53 ft Red Trailer (no title) No VIN # | $1,500.00 |

| Describe the property | Value |
|---|---|
| 53 ft Yellow Trailer (no title) No VIN # | $1,500.00 |

| Describe the property | Value |
|---|---|
| Yellow & Red 53ft Trailer (no title) #14YF52377VA63401 | $1,000.00 |

| Describe the property | Value |
|---|---|
| Red Rusted Color Trailer 53ft (no title) #TC-5644 | $1,000.00 |

| Describe the property | Value |
|---|---|
| Burgandy Trailer with Tank 53ft (no title) #1BY0402YR1003727 | $1,500.00 |

| Describe the property | Value |
|---|---|
| Yellow Rusted Trailer 53 ft (no title) #FHT395001 | $1,000.00 |

| Describe the property | Value |
|---|---|
| Great Dane Trailer with Tank 53 ft (no title) #1GRDM9422BM011129 | $2,000.00 |

| Describe the property | Value |
|---|---|
| Yellow & Blue Pipe Hauling Trailer 53 ft (no title) #13NNY52C091547347 | $2,500.00 |

| Describe the property | Value |
|---|---|
| Yellow & Blue Pipe Hauling Trailer 53 ft (no title) #26-260-FB658 | $2,500.00 |

| Describe the property | Value |
|---|---|
| Blue Rusted Trailer 53 ft (no title) No VIN # | $1,000.00 |

| Describe the property | Value |
|---|---|
| Yellow Rusted Trailer 53 ft (no title) No VIN # | $1,000.00 |

| Describe the property | Value |
|---|---|
| Blue Trailer with Mud Tank on Top (blue) 53ft no markings (no title) No VIN # | $1,000.00 |

| Describe the property | Value |
|---|---|
| Open Bed Pipe Truck (no title) No VIN # | $2,000.00 |

| Describe the property | Value |
|---|---|
| Chevy 3500 4 door Flatbed (white, no title) #1GBACYLGXGF183676 | $2,500.00 |

| Describe the property | Value |
|---|---|
| Chevy 2500 2 door Flatbed (white, no title) #1GCHC24V16E190355 | $1,500.00 |

| Describe the property | Value |
|---|---|
| Chevy 2500 4 door Truck (white, no title) #1GCHK23V06F189777 | $1,500.00 |

8,680 acres of land, more particularly described in that certain Oil, Gas and Mineral Lease from D.J. Sullivan, as Lessor, to Humble Oil & Refining Company, as Lessee, dated November 1, 1934, recorded at Volume 6, Page 256, of the Lease Records of Brooks County, Texas insofar and limited to that certain 8,680 acres described on Page 2 of that instrument titled "Designation of Area" executed January 8, 1945, and recorded at Volume 22, page 106-108, of the Oil and Gas Records of Brooks County, Texas, from the surface down to and including the subsea depth of 9,100'.

*Less and except the following parcels and five acres in a square around the wells and flowline from these wells to the compression station :*

| Well Name | API Number | Well Name | API Number | Well Name | API Number |
|---|---|---|---|---|---|
| DJ Sullivan No. 11 | 42-047-0032 | DJ Sullivan No. 68 | 42-047-3034 | DJ Sullivan No. 108 | 42-047-32818 |
| DJ Sullivan No. 11 | 42-047-0059 | DJ Sullivan No. 70 | 42-047-31328 | DJ Sullivan No. 28 | 42-047-31383 |
| DJ Sullivan No. 32 | 42-047-0024 | DJ Sullivan No. 80 | 42-047-31285 | DJ Sullivan No. 29 | 42-047-31386 |
| DJ Sullivan No. 37 | 42-047-00767 | DJ Sullivan No. 83 | 42-047-31411 | DJ Sullivan No. 86 | 42-047-31414 |
| DJ Sullivan No. 43 | 42-047-30930 | DJ Sullivan No. 83 | 42-047-31412 | DJ Sullivan No. 93 | 42-047-31438 |
| DJ Sullivan No. 47 | 42-047-50842 | DJ Sullivan No. 84 | 42-047-31413 | DJ Sullivan No. 101 | 42-047-31609 |
| DJ Sullivan No. 48 | 42-047-50854 | DJ Sullivan No. 85 | 42-047-31414 | DJ Sullivan No. 103 | 42-047-31757 |
| DJ Sullivan No. 49 | 42-047-51366 | DJ Sullivan No. 92 | 42-047-31441 | DJ Sullivan No. 104 | 42-047-31728 |
| DJ Sullivan No. 50 | 42-047-50965 | DJ Sullivan No. 98 | 42-047-31494 | DJ Sullivan No. 105 | 42-047-31930 |
| DJ Sullivan No. 51 | 42-047-50965 | DJ Sullivan No. 100 | 42-047-31608 | DJ Sullivan No. 106 | 42-047-31807 |
| DJ Sullivan No. 53 | 42-047-30031 | DJ Sullivan No. 102 | 42-047-31600 |  |  |
| DJ Sullivan No. 56 | 42-047-30032 | DJ Sullivan No. 107 | 42-047-31617 |  |  |
| DJ Sullivan No. 64 | 42-047-30521 |  |  |  |  |



EXHIBIT
C

El Dorado Gas & Oil, Inc.
McMullen County, Texas

| ID Numbers | Lease (Lessor) Name | Lessee Name | County | Status | Lease Date | Book | Page | Entry |
|---|---|---|---|---|---|---|---|---|
| TX-1604-001 | THEODORE R FEHRENBACH, TRUSTEE | SWIFT ENERGY COMPANY | MC MULLEN | PR | 03-01-1995 | 359 | 374 | --- |
| TX-1604-002 | TEXAS OSAGE ROYALTY POOL INC | SWIFT ENERGY COMPANY | MC MULLEN | PR | 08-24-1995 | 359 | 406 | |
| TX-1604-003 | KERR-MCGEE CORPORATION | SWIFT ENERGY COMPANY | MC MULLEN | PR | 09-25-1995 | 360 | 224 | 51321 |
| TX-1701-001 | EVELYN WHEELER SWENSON ET AL | SWIFT ENERGY COMPANY | MC MULLEN | PR | 12-31-1995 | 363 | 110 | |
| TX-1715 | EVELYN WHEELER SWENSON ET AL | SWIFT ENERGY COMPANY | MC MULLEN | PR | 04-15-1996 | 365 | 18 | |
| TX-1716 | CLIFTON CHARLES WHEELER ET AL | SWIFT ENERGY COMPANY | MC MULLEN | PR | 04-15-1996 | 365 | 1 | |
| TX-1717 | CLIFTON CHARLES WHEELER ET AL | SWIFT ENERGY COMPANY | MC MULLEN | PR | 04-15-1996 | 365 | 29 | |
| TX-1719 | EVELYN WHEELER SWENSON ET AL | SWIFT ENERGY COMPANY | MC MULLEN | PR | 04-15-1996 | 365 | 5 | |
| TX-1720 | EVELYN WHEELER SWENSON ET AL | SWIFT ENERGY COMPANY | MC MULLEN | PR | 04-15-1996 | 365 | 11 | |
| TX-1837 | HARRY G ZAVISCH JR ET AL | SWIFT ENERGY COMPANY | MC MULLEN | PR | 07-26-1996 | 367 | 307 | |
| TX-1898 | CLIFTON CHARLES WHEELER ET AL | SWIFT ENERGY COMPANY | MC MULLEN | PR | 10-25-1996 | 370 | 221 | |
| TX-1899 | EVELYN WHEELER SWENSON ET AL | SWIFT ENERGY COMPANY | MC MULLEN | PR | 10-01-1996 | 370 | 198 | |

| ID Numbers | Lease (Lessor) Name | Lessee Name | County | Status | Lease Date | Book | Page | Entry |
|---|---|---|---|---|---|---|---|---|
| TX-1920-001 | ALVIN R AMBLER | SWIFT ENERGY COMPANY | MC MULLEN | PR | 10-31-1996 | 370 | 284 | |
| TX-1920-002 | DEIDRE DANIELLE ALMAGUER | SWIFT ENERGY COMPANY | MC MULLEN | PR | 10-31-1996 | 370 | 288 | |
| TX-1920-003 | SANDRA AMBLER WILDER | SWIFT ENERGY COMPANY | MC MULLEN | PR | 10-31-1996 | 370 | 280 | |
| TX-1920-004 | JAMES E AMBLER | SWIFT ENERGY COMPANY | MC MULLEN | PR | 10-31-1996 | 370 | 290 | |
| TX-1920-005 | LAWRENCE E AMBLER | SWIFT ENERGY COMPANY | MC MULLEN | PR | 10-31-1996 | 370 | 286 | |
| TX-1920-006 | WILLIAM C AMBLER | SWIFT ENERGY COMPANY | MC MULLEN | PR | 10-31-1996 | 370 | 282 | |
| TX-1930 | LEE BRACKEN WHEELER ET AL | SWIFT ENERGY COMPANY | MC MULLEN | PR | 11-01-1996 | 371 | 95 | |
| TX-3490 | SAM L HUFF ET AL | TEXAS OIL & GAS CORP | MC MULLEN | PR | 07-15-1976 | 142 | 392 | |
| TX-4018 | CLIFTON WHEELER ET AL | RUSSELL MAGUIRE ET AL | MC MULLEN | PR | 07-01-1957 | 68 | 107 | |
| TX-6367 | THE MIKAL C WATTS FAMILY PARTNERSHIP | SWIFT ENERGY COMPANY | MC MULLEN | PR | 04-26-2006 | 445 | 5 | 61761 |
| TX-6522-001 | JOHN N HUFF ET AL | SWIFT ENERGY OPERATING LLC | MC MULLEN | PR | 01-01-2009 | 479 | 106 | 65845 |

| Lease No. | Lease (Lessor) Name | Lessee Name | County | Lease Date | Book | Page | Entry | Depths |
|---|---|---|---|---|---|---|---|---|
| TX-6485-301 | TEXAS OSAGE ROYALTY POOL, INC | SWIFT ENERGY OPERATING LLC | MC MULLEN | 12/17/2008 | 465 | 48 | 64543 | Surface to 100 ft. |
| TX-6485-002 | ANTHONY FOREST PRODUCTS COMPANY | SWIFT ENERGY OPERATING LLC | MC MULLEN | 12/17/2008 | 465 | 205 | 64577 | Below Base of the Olmos Surface to 100 ft. |
| TX-6486-001 | TEXAS OSAGE ROYALTY POOL, INC | SWIFT ENERGY OPERATING LLC | MC MULLEN | 01/27/2009 | 465 | 396 | | Below Base of the Olmos Surface to 100 ft. |
| TX-6486-002 | ANTHONY FOREST PRODUCT COMPANY | SWIFT ENERGY OPERATING LLC | MC MULLEN | 04/15/2009 | 469 | 260 | 64805 | Below Base of the Olmos Surface to 100 ft. |
| TX-6486-004 | SIDDONS RANCH PARTNERS LTD | SWIFT ENERGY OPERATING LLC | MC MULLEN | 06/04/2009 | 469 | 363 | 64818 | Below Base of the Olmos Surface to 100 ft. |
| TX-6486-006 | NORMAN WOOD CHARLTON III | SWIFT ENERGY OPERATING LLC | MC MULLEN | 03/03/2009 | 471 | 90 | 64990 | Below Base of the Olmos Surface to 100 ft. |
| TX-6486-007 | JOHN B LESTER JR ET AL | SWIFT ENERGY OPERATING LLC | MC MULLEN | 08/11/2009 | 471 | 426 | 65075 | Below Base of the Olmos Surface to 2,500 feet below the surface to 100 ft. |
| TX-5185 | BRACKEN PARTNERS LTD ET AL | SWIFT ENERGY COMPANY | MC MULLEN | 11/23/1998 | 390 | 343 | | Below Base of the Olmos Surface to 100 Ft. |
| TX-6487 | BRACKEN PARTNERS LTD ET AL | SWIFT ENERGY OPERATING LLC | MC MULLEN | 02/01/2009 | 468 | 138 | 64660 | Below Base of the Olmos Surface to 100 Ft. |
| TX-6496 | BRACKEN PARTNERS LTD ET AL | SWIFT ENERGY OPERATING LLC | MC MULLEN | 07/01/2009 | 471 | 17 | 64973 | Below Base of the Olmos |

| TX-1711 | JOHN ARTHUR WHITEHURST ET AL | SWIFT ENERGY COMPANY | MC MULLEN | 03/22/1996 | 364 | 288 | | Surface to 100 Ft. Below Base of the Olmos |
| TX-6346 | JOHN ARTHUR WHITEHURST ET AL | SWIFT ENERGY COMPANY | MC MULLEN | 12/19/2005 | 441 | 197 | 61379 | Surface to 100 Ft. Below Base of the Olmos |
| TX-1921-001 | JAMES R BAUMAN ET AL | SWIFT ENERGY COMPANY | MC MULLEN | 10/03/1996 | 372 | 218 | 52736 | Surface to 100 Ft. Below Base of the Olmos |
| TX-1921-002 | JAMES S WILKINS | SWIFT ENERGY COMPANY | MC MULLEN | 10/01/1996 | 370 | 178 | 52479 | Surface to 100 Ft. Below Base of the Olmos |
| TX-1921-003 | WILLIAM G BRANCH | SWIFT ENERGY COMPANY | MC MULLEN | 10/01/1996 | 370 | 182 | | Surface to 100 Ft. Below Base of the Olmos |
| TX-1921-004 | OLIVE VIRGINIA SHORT | SWIFT ENERGY COMPANY | MC MULLEN | 10/01/1996 | 370 | 180 | | Surface to 100 Ft. Below Base of the Olmos |
| TX-1921-005 | BARBARA L LYNN BROWN | SWIFT ENERGY COMPANY | MC MULLEN | 10/01/1996 | 370 | 174 | 52477 | Surface to 100 Ft. Below Base of the Olmos |
| TX-1921-006 | ELAINE TISDALE BROWN | SWIFT ENERGY COMPANY | MC MULLEN | 10/01/1996 | 370 | 184 | | Surface to 100 Ft. Below Base of the Olmos |
| TX-1921-007 | GEOFFREY A BROWN | SWIFT ENERGY COMPANY | MC MULLEN | 10/01/1996 | 370 | 176 | 52478 | Surface to 100 Ft. Below Base of the Olmos |
| TX-1922 | JAMES R BAUMAN ET AL | SWIFT ENERGY COMPANY | MC MULLEN | 10/03/1996 | 372 | 226 | 52737 | Surface to 100 Ft. Below Base of the Olmos |
| TX-1923 | JAMES R BAUMAN ET AL | SWIFT ENERGY COMPANY | MC MULLEN | 10/03/1996 | 371 | 445 | | Surface to 100 Ft. Below Base of the Olmos |

| Tract | Grantor | Grantee | County | Date | Vol | Page | Depth |
|---|---|---|---|---|---|---|---|
| TX-1924 | JAMES R BAUMAN ET AL | SWIFT ENERGY COMPANY | MC MULLEN | 10/03/1996 | 372 | 328 | Surface to 100 Ft. Below Base of the Olmos |
| TX-1925 | JAMES R BAUMAN ET AL | SWIFT ENERGY COMPANY | MC MULLEN | 10/03/1996 | 372 | 203 | Surface to 100 Ft. Below Base of the Olmos |
| | : | SWIFT ENERGY COMPANY | MC MULLEN | 10/03/1996 | 354 | 282 | Surface to 100 Ft. Below Base of the Olmos |
| TX-1407-001 | SHIRLEY BRACKEN WILSON EVANS ET AL | SWIFT ENERGY COMPANY | MC MULLEN | 09/30/1994 | 363 | 22 | Surface to 100 Ft. Below Base of the Olmos |
| TX-1407-002 | JOHNNY PAUL PRICE | SWIFT ENERGY COMPANY | MC MULLEN | 09/30/1994 | 144 | 72 | Surface to 100 Ft. Below Base of the Olmos |
| TX-1583 | L S MCCLAUGHERTY JR ET UX | TEXAS OIL & GAS CORPORATION | MC MULLEN | 09/14/1976 | 144 | 72 | Surface to 100 Ft. Below Base of the Olmos |
| TX-1584 | L S MCCLAUGHERTY SR ET UX | TEXAS OIL & GAS CORPORATION | MC MULLEN | 09/14/1976 | 144 | 220 | Olmos only |
| TX-3481-001 | SHIRLEY BRACKEN WILSON EVANS ET AL | WALTER OIL & GAS CORPORATION | MC MULLEN | 11/04/1982 | 208 | 278 | Surface to 100 Ft. Below Base of the Olmos (331 61) |
| TX-3481-002 | MARY LOUISE HARVILLE | WALTER OIL & GAS CORPORATION | MC MULLEN | 01/04/1983 | 216 | 41 | Surface to 100 Ft. Below Base of the Olmos |
| TX-3481-003 | WILSON RYLAND | WALTER OIL & GAS CORPORATION | MC MULLEN | 01/04/1983 | 216 | 57 | Surface to 100 Ft. Below Base of the Olmos |
| TX-3481-004 | LOWIE CUNNINGHAM | WALTER OIL & GAS CORPORATION | MC MULLEN | 03/04/1983 | 216 | 205 | Surface to 100 Ft. Below Base of the Olmos |
| TX-3481-005 | JAMES RYLAND | WALTER OIL & GAS CORPORATION | MC MULLEN | 02/05/1983 | 216 | 29 | Below Base of the Olmos |
| TX-3481-006 | FLORENCE BOYD | WALTER OIL & GAS CORPORATION | MC MULLEN | 01/04/1983 | 220 | 79 | Surface to 100 Ft. Below Base of the Olmos |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TX-3481-007 | VICKI L BOYD ET AL | WALTER OIL & GAS CORPORATION | MCMULLEN | 01/04/1983 | 216 | 33 | | Surface to 100 Ft. Below Base of the Olmos |
| TX-0401 | SHIRLEY BRACKEN WILSON EVANS ET AL | SHELL OIL COMPANY | MCMULLEN | 07/10/1975 | 136 | 374 | | Surface to 100 Ft. Below Base of the Olmos |
| TX-0516 | L S MCCLAUGHERTY SR | SHELL OIL COMPANY | MCMULLEN | 03/04/1975 | 133 | 44 | | Surface to 100 Ft. Below base of the Olmos |
| TX-0479 | F B HORTON ET UX | RANDOLPH COLMAN | MCMULLEN | 11/11/1956 | 64 | 484 | 10031 | Below Base of the Olmos |
| TX-5471 | LEO O QUINTANILLA ET AL | BROAD OAK ENERGY INC | MCMULLEN | 2/14/2007 | 450 | 430 | 63352 | Surface to 100 Ft. Below Base of the Olmos |
| TX-6459-001 | RUBEN GONZALES REVOCABLE TRUST | THOMAS W SCHEIER & ASSOCIATES | MCMULLEN | 8/10/2006 | 449 | 4 | 62277 | Surface to 100 Ft. Below Base of the Olmos |
| TX-6453-002 | MARIANNA R NOONER | THOMAS W SCHEIER & ASSOCIATES | MCMULLEN | 10/1/2006 | 449 | 10 | 62279 | Surface to 100 Ft. Below Base of the Olmos |
| TX-6453-003 | CARL NOONER TRUST | THOMAS W SCHEIER & ASSOCIATES | MCMULLEN | 10/1/2006 | 449 | 7 | 62278 | Surface to 100 Ft. Below Base of the Olmos |
| TX-6453-004 | SUSAN NOONER CARTER | THOMAS W SCHEIER & ASSOCIATES | MCMULLEN | 10/1/2006 | 449 | 13 | 62280 | 2,000 below the surface to 100 feet below the base of the Olmos |
| TX-6465-001 | WILLIAM OTIS HENRY ET AL | SWIFT ENERGY OPERATING LLC | MCMULLEN | 8/2/2006 | 471 | 419 | 65074 | Surface to 100 Ft. Below Base of the Olmos |
| TX-6467-002 | RALPH EDWARDS HENRY ET UX | SWIFT ENERGY OPERATING LLC | MCMULLEN | 8/3/2009 | 471 | 413 | 65073 | 2,000 feet below the surface to 100 feet below the base of the Olmos |

**Fill in this information to identify the case:**

Debtor name   El Dorado Gas & Oil, Inc.

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)   23-51715

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br><br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1  Advance Compression** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
| Creditor's Name | **Oil & Gas Lease & Well** | | |
| **Equipment, LLC**<br>**7502 US Highway 59**<br>**North Victoria, TX 77905** | | | |
| Creditor's mailing address | Describe the lien | | |
| | **Mineral Lien** | | |
| | Is the creditor an insider or related party? | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| Date debt was incurred | ■ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Last 4 digits of account number | | | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed | | |

| | | | |
|---|---|---|---|
| **2.2  Annette Wied Sorrells** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
| Creditor's Name | **Unknown** | | |
| **c/o Richard Morales**<br>**602 E Calton Rd, #202**<br>**Laredo, TX 78041** | | | |
| Creditor's mailing address | Describe the lien | | |
| | | | |
| | Is the creditor an insider or related party? | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| Date debt was incurred | ☐ No | | |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Last 4 digits of account number | | | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |

| Debtor | El Dorado Gas & Oil, Inc. | Case number (if known) | 23-51715 |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

---

| 2.3 | **Armstrong-El Sordo Ltd** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Unknown** | | |

**c/o Richard Morales**
**602 E Calton Rd, #202**
**Laredo, TX 78041**
Creditor's mailing address

Describe the lien

_____

Creditor's email address, if known

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Is anyone else liable on this claim?
- ☐ No
- ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

---

| 2.4 | **Bexar County** | Describe debtor's property that is subject to a lien | $83.15 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Unknown** | | |
| | | **Claim #4** | | |

**c/o Don Stecker**
**112 E Pecan St, #2200**
**San Antonio, TX 78205**
Creditor's mailing address

Describe the lien
**Ad Valorem Taxes**

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.5 | **Border Well Services** | Describe debtor's property that is subject to a lien | $4,390.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Oil & Gas Lease & Well** | | |

**P.O. Box 1925**
**Laredo, TX 78044-1925**
Creditor's mailing address

Describe the lien
**Mineral Lien**

Is the creditor an insider or related party?
- ■ No

---

| Debtor | El Dorado Gas & Oil, Inc. | Case number (if known) | 23-51715 |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ Yes
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | El Gato SWD, Inc. | Describe debtor's property that is subject to a lien | $37,721.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Oil & Gas Lease & Well** | | |

Von Jones, Esq.
1250 NE Loop 410 #808
San Antonio, TX 78209
Creditor's mailing address

**Describe the lien**
**Mineral Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | Excalibur Rentals, Inc | Describe debtor's property that is subject to a lien | $72,256.88 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Oil & Gas Lease & Well** | | |

P.O. Box 3941
Victoria, TX 77903
Creditor's mailing address

**Describe the lien**
**Mineral Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  El Dorado Gas & Oil, Inc.                                     Case number (if known)   23-51715
_____
Name

| 2.8 | **First Service Bank** | Describe debtor's property that is subject to a lien | $53,891,253.17 | $292,830,600.00 |
|---|---|---|---|---|

Creditor's Name

**Attn Tom Grumbles**
**136 South Broadview**
**Greenbrier, AR 72058**

**All real & personal property including after acquired.**
**Claim #2**

Creditor's mailing address

Describe the lien
_____

Is the creditor an insider or related party?
Creditor's email address, if known       ■ No
_____                  ☐ Yes

Date debt was incurred                   Is anyone else liable on this claim?
                                         ☐ No
Last 4 digits of account number          ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an            As of the petition filing date, the claim is:
interest in the same property?           Check all that apply
■ No                                     ☐ Contingent
☐ Yes. Specify each creditor,            ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.

---

| 2.9 | **Frank Armstrong** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**c/o Richard Morales**
**602 E Calton Rd, #202**
**Laredo, TX 78041**

**Unknown**

Creditor's mailing address

Describe the lien
_____

Is the creditor an insider or related party?
Creditor's email address, if known       ■ No
_____                  ☐ Yes

Date debt was incurred                   Is anyone else liable on this claim?
                                         ☐ No
Last 4 digits of account number          ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an            As of the petition filing date, the claim is:
interest in the same property?           Check all that apply
■ No                                     ■ Contingent
☐ Yes. Specify each creditor,            ■ Unliquidated
including this creditor and its relative ■ Disputed
priority.

---

| 2.10 | **Franklin Howard Wied** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**c/o Richard Morales**
**602 E Calton Rd, #202**
**Laredo, TX 78041**

**Unknown**

Creditor's mailing address

Describe the lien
_____

Is the creditor an insider or related party?
Creditor's email address, if known       ■ No
_____                  ☐ Yes

Date debt was incurred                   Is anyone else liable on this claim?
                                         ☐ No
                                         ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Official Form 206D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page 4 of 20

| Debtor | El Dorado Gas & Oil, Inc. | Case number (if known) | 23-51715 |
|---|---|---|---|
| | Name | | |

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

---

| **2.1 1** | **Global Compressor Serv** | Describe debtor's property that is subject to a lien | $24,533.55 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Oil & Gas Lease & Well** | | |
| | **15 Smith Rd.** | | | |
| | **Ste. 4000** | | | |
| | **Midland, TX 79705** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Mineral Lien** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Last 4 digits of account number | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| **2.1 2** | **Howdy Enterprises Ltd** | Describe debtor's property that is subject to a lien | $191,942.96 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | | | |
| | **P.O. Box 1656** | | | |
| | **Leander, TX 78646** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Last 4 digits of account number | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| **2.1 3** | **Katco Vacuum Service** | Describe debtor's property that is subject to a lien | $26,588.50 | Unknown |
|---|---|---|---|---|

Debtor  **El Dorado Gas & Oil, Inc.**                          Case number (if known)   **23-51715**
_____                                    _____
Name

| | |
|---|---|
| Creditor's Name | **Oil & Gas Lease & Well** |
| **P.O. Box 399** <br> **Hebbronville, TX 78361** | |
| Creditor's mailing address | **Describe the lien** <br> **Mineral Lien** |
| | **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** <br> ■ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** | |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |

| | | | |
|---|---|---|---|
| 2.1 4 | **Katherine Stroman Nanc** | **Describe debtor's property that is subject to a lien** <br> **Unknown** | Unknown    Unknown |
| | Creditor's Name <br> **c/o Richard Morales** <br> **602 E Calton Rd, #202** <br> **Laredo, TX 78041** | | |
| | Creditor's mailing address | **Describe the lien** | |
| | | **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** <br> ☐ No <br> ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Date debt was incurred** | | |
| | **Last 4 digits of account number** | | |
| | **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ■ Contingent <br> ■ Unliquidated <br> ■ Disputed | |

| | | | |
|---|---|---|---|
| 2.1 5 | **Mark Stephen Wied** | **Describe debtor's property that is subject to a lien** <br> **Unknown** | Unknown    Unknown |
| | Creditor's Name <br> **c/o Richard Morales** <br> **602 E Calton Rd, #202** <br> **Laredo, TX 78041** | | |
| | Creditor's mailing address | **Describe the lien** | |
| | | **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** <br> ☐ No <br> ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Date debt was incurred** | | |
| | **Last 4 digits of account number** | | |

| Debtor | El Dorado Gas & Oil, Inc. | Case number (if known) | 23-51715 |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

**2.1 6**  **MetLife Investment Mgt**
Creditor's Name

6750 Poplar Ave.
Ste. 109
Memphis, TN 38138
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Describe debtor's property that is subject to a lien**
Farm land owned by World AG, Inc.

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

$25,000,000.00    $77,000,000.00

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 7**  **Park Energy Servs LLC**
Creditor's Name

500 N Broadway, S
#300
Oklahoma City, OK 73102
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Describe debtor's property that is subject to a lien**
Oil & Gas Lease & Well

**Describe the lien**
Mineral Lien
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

$604,700.00    Unknown

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 8**  **Qwik Pipe**
Creditor's Name

1825 Upland Dr.
Houston, TX 77043

**Describe debtor's property that is subject to a lien**
Oil & Gas Lease & Well

$344,427.14    Unknown

---

Debtor   El Dorado Gas & Oil, Inc.                                  Case number (if known)   23-51715
_____Name_____

Creditor's mailing address

Describe the lien
**Mineral Lien**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 9 | **Stroman Ranch Co Ltd** | Describe debtor's property that is subject to a lien | Unknown | Unknown |

Creditor's Name

**c/o Richard Morales**
**602 E Calton Rd, #202**
**Laredo, TX 78041**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Unknown**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.2 0 | **Thru Tubing Solutions** | Describe debtor's property that is subject to a lien | $92,408.08 | Unknown |

Creditor's Name

**P.O. Box 203379**
**Dallas, TX 75320**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Oil & Gas Lease & Well**

Describe the lien
**Mineral Lien**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

---

Official Form 206D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 8 of 20

| Debtor | El Dorado Gas & Oil, Inc. | | Case number (if known) | 23-51715 |
|---|---|---|---|---|
| | Name | | | |

- ☐ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

**2.2 1** Toyota Motor Credit Co

Creditor's Name

14841 Dallas Parkway
Ste. 350
Dallas, TX 75254

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
3288

Do multiple creditors have an interest in the same property?
- ☐ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
2023 Toyota Tacoma
Vin #5795

Describe the lien

Is the creditor an insider or related party?
- ☐ No
- ☐ Yes

Is anyone else liable on this claim?
- ☐ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$32,093.13        $28,500.00

---

**2.2 2** Toyota Motor Credit Co

Creditor's Name

14841 Dallas Parkway
Ste. 350
Dallas, TX 75254

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
3587

Do multiple creditors have an interest in the same property?
- ☐ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
2023 Toyota Tacoma
Vin #0765

Describe the lien

Is the creditor an insider or related party?
- ☐ No
- ☐ Yes

Is anyone else liable on this claim?
- ☐ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$31,862.21        $28,100.00

---

**2.2 3** Toyota Motor Credit Co

Creditor's Name

14841 Dallas Parkway
Ste. 350
Dallas, TX 75254

Creditor's mailing address

Describe debtor's property that is subject to a lien
2023 Toyota Tacoma
Vin #5798

Describe the lien

$31,774.21        $28,100.00

---

| Debtor | El Dorado Gas & Oil, Inc. | Case number (if known) | 23-51715 |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known** _____

**Date debt was incurred** _____

**Last 4 digits of account number** 3537

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 4 | **Toyota Motor Credit Co** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Toyota Motor Credit Co**

14841 Dallas Parkway
Ste. 350
Dallas, TX 75254

Creditor's mailing address

Describe debtor's property that is subject to a lien      $31,864.82      $28,100.00

2023 Toyota Tacoma
Vin #4702

Describe the lien _____

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known** _____

**Date debt was incurred** _____

**Last 4 digits of account number** 3589

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 5 | **Toyota Motor Credit Co** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Toyota Motor Credit Co**

14841 Dallas Parkway
Ste. 350
Dallas, TX 75254

Creditor's mailing address

Describe debtor's property that is subject to a lien      $31,857.97      $28,100.00

2023 Toyota Tacoma
Vin #5933

Describe the lien _____

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known** _____

**Date debt was incurred** _____

**Last 4 digits of account number** 4156

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | El Dorado Gas & Oil, Inc. | Case number (if known) | 23-51715 |
|--------|---------------------------|------------------------|----------|
|        | Name |  |  |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 6 | Toyota Motor Credit Co | Describe debtor's property that is subject to a lien | $38,420.39 | $31,100.00 |

**Creditor's Name**

14841 Dallas Parkway
Ste. 350
Dallas, TX 75254

**Creditor's mailing address**

2022 Toyota Tacoma
Vin #6022

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**3285**

**Do multiple creditors have an Interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 7 | Toyota Motor Credit Co | Describe debtor's property that is subject to a lien | $47,634.90 | $38,100.00 |

**Creditor's Name**

14841 Dallas Parkway
Ste. 350
Dallas, TX 75254

**Creditor's mailing address**

2022 Toyota Tacoma
Vin #2206

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**6164**

**Do multiple creditors have an Interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 8 | Toyota Motor Credit Co | Describe debtor's property that is subject to a lien | $38,822.86 | $35,500.00 |

**Creditor's Name**

14841 Dallas Parkway
Ste. 350
Dallas, TX 75254

**Creditor's mailing address**

2023 Toyota Tacoma
Vin #6603

**Describe the lien**

---

| Debtor | El Dorado Gas & Oil, Inc. | Case number (if known) | 23-51715 |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
6969

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 9 | Toyota Motor Credit Co | Describe debtor's property that is subject to a lien | $36,412.77 | $30,600.00 |
|---|---|---|---|---|
| | Creditor's Name | 2022 Toyota Tacoma Vin #6691 | | |
| | 14841 Dallas Parkway Ste. 350 Dallas, TX 75254 | | | |
| | Creditor's mailing address | Describe the lien | | |

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
0872

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 0 | Toyota Motor Credit Co | Describe debtor's property that is subject to a lien | $38,816.53 | $25,500.00 |
|---|---|---|---|---|
| | Creditor's Name | 2023 Toyota Tacoma Vin #5832 | | |
| | 14841 Dallas Parkway Ste. 350 Dallas, TX 75254 | | | |
| | Creditor's mailing address | Describe the lien | | |

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
7342

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | El Dorado Gas & Oil, Inc. | Case number (if known) | 23-51715 |
|---|---|---|---|
| | Name | | |

- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

**2.3 1** **Toyota Motor Credit Co**

Creditor's Name

**14841 Dallas Parkway Ste. 350 Dallas, TX 75254**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2022 Toyota Tundra Vin #4561**

**$53,493.09**     **$46,700.00**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
- ☑ No
- ☐ Yes

Is anyone else liable on this claim?

Date debt was incurred
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**0009**

Do multiple creditors have an interest in the same property?
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

**2.3 2** **Toyota Motor Credit Co**

Creditor's Name

**14841 Dallas Parkway Ste. 350 Dallas, TX 75254**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2022 Toyota Tundra Vin #7335**

**$71,287.69**     **$64,600.00**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
- ☑ No
- ☐ Yes

Is anyone else liable on this claim?

Date debt was incurred
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**1262**

Do multiple creditors have an interest in the same property?
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

**2.3 3** **Toyota Motor Credit Co**

Creditor's Name

**14841 Dallas Parkway Ste. 350 Dallas, TX 75254**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2022 Toyota Tundra Vin #8956**

**$82,138.99**     **$75,600.00**

Describe the lien

---

| Debtor | El Dorado Gas & Oil, Inc. | Case number (if known) | 23-51715 |
|---|---|---|---|
| | Name | | |

---

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**
2090

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.34 | Toyota Motor Credit Co | Describe debtor's property that is subject to a lien | $84,425.05 | $76,500.00 |
|---|---|---|---|---|

Creditor's Name

**14841 Dallas Parkway**
**Ste. 350**
**Dallas, TX 75254**
Creditor's mailing address

2022 Toyota Tundra
Vin #0169

**Describe the lien**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**
4118

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.35 | Toyota Motor Credit Co | Describe debtor's property that is subject to a lien | $53,228.48 | $46,900.00 |
|---|---|---|---|---|

Creditor's Name

**14841 Dallas Parkway**
**Ste. 350**
**Dallas, TX 75254**
Creditor's mailing address

2022 Toyota Tundra
Vin #2283

**Describe the lien**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**
7605

**Do multiple creditors have an interest in the same property?**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 14 of 20

| Debtor | El Dorado Gas & Oil, Inc. | Case number (if known) | 23-51715 |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 6 | Toyota Motor Credit Co | Describe debtor's property that is subject to a lien | $49,943.27 | $42,900.00 |
|---|---|---|---|---|

**Creditor's Name**

**14841 Dallas Parkway**
**Ste. 350**
**Dallas, TX 75254**
Creditor's mailing address

2022 Toyota Tundra
Vin #7637

Describe the lien

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7791**

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Do multiple creditors have an interest in the same property?
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 7 | Toyota Motor Credit Co | Describe debtor's property that is subject to a lien | $42,813.97 | $36,400.00 |
|---|---|---|---|---|

**Creditor's Name**

**14841 Dallas Parkway**
**Ste. 350**
**Dallas, TX 75254**
Creditor's mailing address

2022 Toyota Tundra
Vin #1965

Describe the lien

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**8636**

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Do multiple creditors have an interest in the same property?
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 8 | Toyota Motor Credit Co | Describe debtor's property that is subject to a lien | $43,078.37 | $37,300.00 |
|---|---|---|---|---|

**Creditor's Name**

**14841 Dallas Parkway**
**Ste. 350**
**Dallas, TX 75254**
Creditor's mailing address

2022 Toyota Tundra
Vin #2982

Describe the lien

---

Official Form 206D       Additional Page of Schedule D: Creditors Who Have Claims Secured by Property       page 15 of 20

| Debtor | El Dorado Gas & Oil, Inc. | Case number (if known) | 23-51715 |
| --- | --- | --- | --- |
| | Name | | |

---

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
8650

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3 9**

**Toyota Motor Credit Co**
Creditor's Name

14841 Dallas Parkway
Ste. 350
Dallas, TX 75254
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
5680

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2022 Toyota Corolla
Vin #2652

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$24,738.13    $20,900.00

---

**2.4 0**

**Toyota Motor Credit Co**
Creditor's Name

14841 Dallas Parkway
Ste. 350
Dallas, TX 75254
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
5661

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
2022 Toyota Corolla
Vin #2730

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$24,337.16    $20,900.00

---

Official Form 206D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page 16 of 20

| Debtor | El Dorado Gas & Oil, Inc. | Case number (if known) | 23-51715 |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

**2.4 1**

**Toyota Motor Credit Co**
Creditor's Name

14841 Dallas Parkway
Ste. 350
Dallas, TX 75254
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**8590**

Do multiple creditors have an interest in the same property?
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2022 Toyota Corolla**
**Vin #5283**

Describe the lien

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$25,114.90     $21,200.00

---

**2.4 2**

**Toyota Motor Credit Co**
Creditor's Name

14841 Dallas Parkway
Ste. 350
Dallas, TX 75254
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**4680**

Do multiple creditors have an interest in the same property?
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2022 Toyota Corolla**
**Vin #5730**

Describe the lien

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$24,409.18     $20,900.00

---

**2.4 3**

**Toyota Motor Credit Co**
Creditor's Name

14841 Dallas Parkway
Ste. 350
Dallas, TX 75254
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2023 Toyota Camry**
**Vin #5233**

Describe the lien

$33,321.00     $29,100.00

---

Official Form 206D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 17 of 20

| Debtor | El Dorado Gas & Oil, Inc. | Case number (if known) | 23-51715 |
|--------|---------------------------|------------------------|----------|
|        | Name                      |                        |          |

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
2023

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 4 | **Toyota Motor Credit Co** | Describe debtor's property that is subject to a lien | $28,252.34 | $24,700.00 |
|-------|----------------------------|------------------------------------------------------|------------|------------|

Creditor's Name

**14841 Dallas Parkway**
**Ste. 350**
**Dallas, TX 75254**

Creditor's mailing address

2022 Toyota Camry
Vin #1811

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
2106

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 5 | **Toyota Motor Credit Co** | Describe debtor's property that is subject to a lien | $34,837.46 | $29,900.00 |
|-------|----------------------------|------------------------------------------------------|------------|------------|

Creditor's Name

**14841 Dallas Parkway**
**Ste. 350**
**Dallas, TX 75254**

Creditor's mailing address

2023 Toyota Camry
Vin #2694

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
2785

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | El Dorado Gas & Oil, Inc. | Case number (if known) | 23-51715 |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.46**

| **Vault Pressure Control** | Describe debtor's property that is subject to a lien | $130,164.72 | Unknown |
|---|---|---|---|
| Creditor's Name | Oil & Gas Lease & Well | | |
| **2929 West Same Houston Parkway North** | | | |
| **Houston, TX 77043** | | | |
| Creditor's mailing address | Describe the lien | | |
| | **Mineral Lien** | | |
| | Is the creditor an insider or related party? | | |
| | ☑ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| Date debt was incurred | ☑ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Last 4 digits of account number | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | **$81,455,448.02** |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Butler, Snow, O'Mara, Stevens & Cana P.O. Drawer 22567 Jackson, MS 39225-2567 | Line  2.8 | |
| Louise Vollmer, Esq. 8610 Broadway St. Ste. 440 San Antonio, TX 78217 | Line  2.19 | |
| Louise Vollmer, Esq. 8610 Broadway St. Ste. 440 San Antonio, TX 78217 | Line  2.14 | |
| Louise Vollmer, Esq. 8610 Broadway St. Ste. 440 San Antonio, TX 78217 | Line  2.2 | |

| Debtor | El Dorado Gas & Oil, Inc. | Case number (if known) | 23-51715 |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| Louise Vollmer, Esq.<br>8610 Broadway St.<br>Ste. 440<br>San Antonio, TX 78217 | Line | 2.15 |
| Louise Vollmer, Esq.<br>8610 Broadway St.<br>Ste. 440<br>San Antonio, TX 78217 | Line | 2.10 |
| Louise Vollmer, Esq.<br>8610 Broadway St.<br>Ste. 440<br>San Antonio, TX 78217 | Line | 2.9 |
| MetLife Investment Mgt<br>P.O. Box 733935<br>Dallas, TX 75373-3935 | Line | 2.16 |
| Okin Adams, LLP<br>1113 Vine St.<br>Ste. 240<br>Houston, TX 77002 | Line | 2.8 |
| PMBG Law<br>8610 Broadway St.<br>Ste. 440<br>San Antonio, TX 78217 | Line | 2.19 |
| PMBG Law<br>8610 Broadway St.<br>Ste. 440<br>San Antonio, TX 78217 | Line | 2.14 |
| PMBG Law<br>8610 Broadway St.<br>Ste. 440<br>San Antonio, TX 78217 | Line | 2.2 |
| PMBG Law<br>8610 Broadway St.<br>Ste. 440<br>San Antonio, TX 78217 | Line | 2.15 |
| PMBG Law<br>8610 Broadway St.<br>Ste. 440<br>San Antonio, TX 78217 | Line | 2.10 |
| PMBG Law<br>8610 Broadway St.<br>Ste. 440<br>San Antonio, TX 78217 | Line | 2.9 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | El Dorado Gas & Oil, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF MISSISSIPPI |
| Case number (if known) | 23-51715 |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $99,878.27 |
|---|---|---|---|
| | 7 Compression LLC<br>5636 Shirley Dr.<br>Tyler, TX 75708 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,700.00 |
|---|---|---|---|
| | ALFF Geologic Consult<br>17132 Bishopsgate Dr.<br>Pflugerville, TX 78660 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | Alfonso H. Perez<br>c/o Donato Ramos, Esq.<br>P.O. Box 452009<br>Laredo, TX 78045 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,953.00 |
|---|---|---|---|
| | Apex Funding Source<br>3050 Biscayne Blvd.<br>Ste. 502<br>Miami, FL 33137 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

26134

| Debtor | El Dorado Gas & Oil, Inc. | Case number (if known) | 23-51715 |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,422.40 |
|---|---|---|---|

**Arcadia Funding Prtnrs**
2355 East Camelback Rd
Ste. 210
Phoenix, AZ 85016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Arturo S. Perez**
c/o Donato Ramos, Esq.
P.O. Box 452009
Laredo, TX 78045

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |
|---|---|---|---|

**Associated Resources**
14425 Torrey Chase Blv
Ste. 320
Houston, TX 77014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,801.30 |
|---|---|---|---|

**Assured Partners**
2900 North Loop West
Ste. 1150
Houston, TX 77092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $156,000.00 |
|---|---|---|---|

**CherCo**
2900 North Loop W
Ste. 830
Houston, TX 77092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,750.00 |
|---|---|---|---|

**Claws Fibers Solutions**
P.O. Box 561
San Diego, TX 78384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,477.99 |
|---|---|---|---|

**Coastal Chemical**
# 910, 140 10 Ave SE
Calgary, AB T2G OR1

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | El Dorado Gas & Oil, Inc. | Case number (if known) | 23-51715 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $133,849.17 |
| | Critical Control<br>29059 Network Place<br>Chicago, IL 60673 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Claim #2__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $147,229.00 |
| | CUUD Pressure Control<br>P.O. Box 203379<br>Dallas, TX 75320-3379 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $103,879.00 |
| | Eagel Rock Freight LLC<br>427 North Ohio Ave.<br>Gaylord, MI 49735 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $167,224.10 |
| | Energy Fishing &<br>Rental Services<br>P.O. Box 6406<br>Corpus Christi, TX 78466 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,295.84 |
| | Energy Gas Compression<br>2020 N Lexington Blvd.<br>Corpus Christi, TX 78409 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $453,750.00 |
| | Equify Financial LLC<br>777 Main St.<br>Ste. 3900<br>Fort Worth, TX 76102-5343 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200,000.00 |
| | Express Oil & Gas<br>3709 Citation Way<br>Medford, OR 97504 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | El Dorado Gas & Oil, Inc. | Case number (if known) | 23-51715 |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Gilberto Perez, Jr.<br>c/o Donato Ramos, Esq.<br>P.O. Box 452009<br>Laredo, TX 78045 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $191,946.29 |
|---|---|---|---|
| | Howdy Enterprises Ltd<br>4256 St Hwy 21 W<br>Caldwell, TX 77836 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,000.00 |
|---|---|---|---|
| | JBH Equipment<br>PetroRigs<br>333 NW 5th St. #707<br>Oklahoma City, OK 73102 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Jorge D. Perez<br>c/o Donato Ramos, Esq.<br>P.O. Box 452009<br>Laredo, TX 78045 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,696.64 |
|---|---|---|---|
| | JW Power<br>P.O. Box 674814<br>Dallas, TX 75267 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,672.93 |
|---|---|---|---|
| | Lawrence Companies Inc<br>327 North Roberts St.<br>Gilmer, TX 75644 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Maria Hinojosa<br>c/o Donato Ramos, Esq.<br>P.O. Box 452009<br>Laredo, TX 78045 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | El Dorado Gas & Oil, Inc. | Case number (if known) | 23-51715 |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $368,478.75 |
|---|---|---|---|

**Mid Continental**
P.O. Box 21468
Tulsa, OK 74121

Date(s) debt was incurred _
Last 4 digits of account number _

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,310.00 |
|---|---|---|---|

**Oscar Ruiz**
216 SW 3rd St.
Premont, TX 78375

Date(s) debt was incurred _
Last 4 digits of account number _

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $83,300.04 |
|---|---|---|---|

**P2 Energy Solutions**
1670 Broadway
Ste. 2800
Denver, CO 80202

Date(s) debt was incurred _
Last 4 digits of account number _

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Palmyra Minerals, Ltd**
c/o Donato Ramos, Esq.
P.O. Box 452009
Laredo, TX 78045

Date(s) debt was incurred _
Last 4 digits of account number _

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $594,202.29 |
|---|---|---|---|

**Parker & Son, Inc.**
Jason Watkins, Esq.
4317-A Midmost Dr.
Mobile, AL 36609

Date(s) debt was incurred _
Last 4 digits of account number _

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $142,000.00 |
|---|---|---|---|

**Petroledge Financial**
800 Isom Rd., Ste. 101
San Antonio, TX 78216

Date(s) debt was incurred _
Last 4 digits of account number _

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $604,852.67 |
|---|---|---|---|

**Pilot Thomas Logistics**
P.O. Box 737749
Dallas, TX 75373-7749

Date(s) debt was incurred _
Last 4 digits of account number _

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | El Dorado Gas & Oil, Inc. | Case number (if known) | 23-51715 |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Premier Metal Buyers**
1555 Highway 36
Brenham, TX 77833

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,662.38 |
|---|---|---|---|

**RDP Exploration LLC**
82 S Player Manor Circ
Spring, TX 77382

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Claim #3

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,114.15 |
|---|---|---|---|

**Republic Services**
P.O. Box 78829
Phoenix, AZ 85062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58,034.29 |
|---|---|---|---|

**RJ Young**
P.O. Box 306412
Nashville, TN 37230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,100.00 |
|---|---|---|---|

**Terry Producing**
4436 FM 1459
Sweeny, TX 77480

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,176.00 |
|---|---|---|---|

**Titanium Well Services**
1216 Airport
Alice, TX 78332-7334

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72,482.29 |
|---|---|---|---|

**TX Industrial Engine**
P.O. Box 590
George West, TX 78022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | El Dorado Gas & Oil, Inc. | Case number (if known) | 23-51715 |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,603.96 |
|---|---|---|---|

**USA Compression Partnr**
**2591 Dallas Parkway**
**Ste. 300**
**Frisco, TX 75034**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 4,129,842.75 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | 4,129,842.75 |

Fill in this information to identify the case:

Debtor name     **El Dorado Gas & Oil, Inc.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)     **23-51715**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases               12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**                     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Premium finance contract** | |
|---|---|---|---|
| | State the term remaining | **4 months** | **IPFS** |
| | List the contract number of any government contract | **N/A** | **2900 N Loop West**<br>**Houston, TX 77092** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **El Dorado Gas & Oil, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF MISSISSIPPI |
| Case number (if known) | **23-51715** |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: Codebtor                                                                 Column 2: Creditor

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Blackbeard Operating | 201 West Wall St. Ste. 900 Midland, TX 79701 | Stroman Ranch Co Ltd | ■ D  2.19<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | Blackbeard Operating | 201 West Wall St. Ste. 900 Midland, TX 79701 | Katherine Stroman Nanc | ■ D  2.14<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | Blackbeard Operating | 201 West Wall St. Ste. 900 Midland, TX 79701 | Annette Wied Sorrells | ■ D  2.2<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | Blackbeard Operating | 201 West Wall St. Ste. 900 Midland, TX 79701 | Mark Stephen Wied | ■ D  2.15<br>☐ E/F ____<br>☐ G ____ |

| Debtor | El Dorado Gas & Oil, Inc. | | Case number *(if known)* | 23-51715 |

**Additional Page to List More Codebtors**
Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: Codebtor | Column 2: Creditor

| | | | | |
|---|---|---|---|---|
| 2.5 | Blackbeard Operating | 201 West Wall St. Ste. 900 Midland, TX 79701 | Franklin Howard Wied | ■ D   2.10 ☐ E/F _____ ☐ G _____ |
| 2.6 | Blackbeard Operating | 201 West Wall St. Ste. 900 Midland, TX 79701 | Frank Armstrong | ■ D   2.9 ☐ E/F _____ ☐ G _____ |
| 2.7 | Blackbeard Operating | 201 West Wall St. Ste. 900 Midland, TX 79701 | Armstrong-El Sordo Ltd | ■ D   2.3 ☐ E/F _____ ☐ G _____ |
| 2.8 | Blue Diamond Energy | 1261 Pass Rd. Gulfport, MS 39501 | Parker & Son, Inc. | ☐ D _____ ■ E/F   3.30 ☐ G _____ |
| 2.9 | Bluestone Natural | Resources II South TX 1261 Pass Rd. Gulfport, MS 39501 | Stroman Ranch Co Ltd | ■ D   2.19 ☐ E/F _____ ☐ G _____ |
| 2.10 | Bluestone Natural | Resources LLC 2100 S Utica Ave, #200 Tulsa, OK 74114 | Stroman Ranch Co Ltd | ■ D   2.19 ☐ E/F _____ ☐ G _____ |
| 2.11 | Bluestone Natural | Resources Holding II 2100 S Utica Ave, #200 Tulsa, OK 74114 | Stroman Ranch Co Ltd | ■ D   2.19 ☐ E/F _____ ☐ G _____ |

| Debtor | El Dorado Gas & Oil, Inc. | Case number (if known) | 23-51715 |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: Codebtor                                  Column 2: Creditor

| | | | | |
|---|---|---|---|---|
| 2.12 | Bluestone Natural | Resources II South TX<br>1261 Pass Rd.<br>Gulfport, MS 39501 | Katherine Stroman Nanc | ■ D  2.14<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | Bluestone Natural | Resources LLC<br>2100 S Utica Ave, #200<br>Tulsa, OK 74114 | Katherine Stroman Nanc | ■ D  2.14<br>☐ E/F _____<br>☐ G _____ |
| 2.14 | Bluestone Natural | Resources Holding II<br>2100 S Utica Ave, #200<br>Tulsa, OK 74114 | Katherine Stroman Nanc | ■ D  2.14<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | Bluestone Natural | Resources II South TX<br>1261 Pass Rd.<br>Gulfport, MS 39501 | Annette Wied Sorrells | ■ D  2.2<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | Bluestone Natural | Resources LLC<br>2100 S Utica Ave, #200<br>Tulsa, OK 74114 | Annette Wied Sorrells | ■ D  2.2<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | Bluestone Natural | Resources Holding II<br>2100 S Utica Ave, #200<br>Tulsa, OK 74114 | Annette Wied Sorrells | ■ D  2.2<br>☐ E/F _____<br>☐ G _____ |
| 2.18 | Bluestone Natural | Resources II South TX<br>1261 Pass Rd.<br>Gulfport, MS 39501 | Mark Stephen Wied | ■ D  2.15<br>☐ E/F _____<br>☐ G _____ |

| Debtor | El Dorado Gas & Oil, Inc. | | Case number *(if known)* | 23-51715 |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor |
|---|---|---|---|

| 2.19 | Bluestone Natural | Resources LLC<br>2100 S Utica Ave, #200<br>Tulsa, OK 74114 | Mark Stephen Wied | ■ D    2.15<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|
| 2.20 | Bluestone Natural | Resources Holding II<br>2100 S Utica Ave, #200<br>Tulsa, OK 74114 | Mark Stephen Wied | ■ D    2.15<br>☐ E/F _____<br>☐ G _____ |
| 2.21 | Bluestone Natural | Resources II South TX<br>1261 Pass Rd.<br>Gulfport, MS 39501 | Franklin Howard Wied | ■ D    2.10<br>☐ E/F _____<br>☐ G _____ |
| 2.22 | Bluestone Natural | Resources LLC<br>2100 S Utica Ave, #200<br>Tulsa, OK 74114 | Franklin Howard Wied | ■ D    2.10<br>☐ E/F _____<br>☐ G _____ |
| 2.23 | Bluestone Natural | Resources Holding II<br>2100 S Utica Ave, #200<br>Tulsa, OK 74114 | Franklin Howard Wied | ■ D    2.10<br>☐ E/F _____<br>☐ G _____ |
| 2.24 | Bluestone Natural | Resources II South TX<br>1261 Pass Rd.<br>Gulfport, MS 39501 | Frank Armstrong | ■ D    2.9<br>☐ E/F _____<br>☐ G _____ |
| 2.25 | Bluestone Natural | Resources LLC<br>2100 S Utica Ave, #200<br>Tulsa, OK 74114 | Frank Armstrong | ■ D    2.9<br>☐ E/F _____<br>☐ G _____ |

| Debtor | El Dorado Gas & Oil, Inc. | Case number *(if known)* | 23-51715 |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: Codebtor                          Column 2: Creditor

| 2.26 | Bluestone Natural | Resources Holding II<br>2100 S Utica Ave, #200<br>Tulsa, OK 74114 | Frank Armstrong | ■ D    2.9<br>☐ E/F ____<br>☐ G ____ |
| 2.27 | Bluestone Natural | Resources II South TX<br>1261 Pass Rd.<br>Gulfport, MS 39501 | Armstrong-El Sordo Ltd | ■ D    2.3<br>☐ E/F ____<br>☐ G ____ |
| 2.28 | Bluestone Natural | Resources LLC<br>2100 S Utica Ave, #200<br>Tulsa, OK 74114 | Armstrong-El Sordo Ltd | ■ D    2.3<br>☐ E/F ____<br>☐ G ____ |
| 2.29 | Bluestone Natural | Resources Holding II<br>2100 S Utica Ave, #200<br>Tulsa, OK 74114 | Armstrong-El Sordo Ltd | ■ D    2.3<br>☐ E/F ____<br>☐ G ____ |
| 2.30 | Columbus Energy LLC | 1000 Memorial<br>Ste. 500<br>Houston, TX 77024 | Stroman Ranch Co Ltd | ■ D    2.19<br>☐ E/F ____<br>☐ G ____ |
| 2.31 | Columbus Energy LLC | 1000 Memorial<br>Ste. 500<br>Houston, TX 77024 | Katherine Stroman Nanc | ■ D    2.14<br>☐ E/F ____<br>☐ G ____ |
| 2.32 | Columbus Energy LLC | 1000 Memorial<br>Ste. 500<br>Houston, TX 77024 | Annette Wied Sorrells | ■ D    2.2<br>☐ E/F ____<br>☐ G ____ |

| Debtor | El Dorado Gas & Oil, Inc. | Case number *(if known)* | 23-51715 |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: Codebtor                                      Column 2: Creditor

| | | | | | |
|---|---|---|---|---|---|
| 2.33 | Columbus Energy LLC | 1000 Memorial Ste. 500 Houston, TX 77024 | Mark Stephen Wied | ■ D    2.15 ☐ E/F _____ ☐ G _____ |
| 2.34 | Columbus Energy LLC | 1000 Memorial Ste. 500 Houston, TX 77024 | Franklin Howard Wied | ■ D    2.10 ☐ E/F _____ ☐ G _____ |
| 2.35 | Columbus Energy LLC | 1000 Memorial Ste. 500 Houston, TX 77024 | Frank Armstrong | ■ D    2.9 ☐ E/F _____ ☐ G _____ |
| 2.36 | Columbus Energy LLC | 1000 Memorial Ste. 500 Houston, TX 77024 | Armstrong-El Sordo Ltd | ■ D    2.3 ☐ E/F _____ ☐ G _____ |
| 2.37 | Escambia Asset Co | Drew Mcmanigle Trustee 700 Milam, Ste. 1300 Houston, TX 77002 | Parker & Son, Inc. | ☐ D _____ ■ E/F    3.30 ☐ G _____ |
| 2.38 | Escambia Operating Co | Drew Mcmanigle Trustee 700 Milam, Ste. 1300 Houston, TX 77002 | Parker & Son, Inc. | ☐ D _____ ■ E/F    3.30 ☐ G _____ |
| 2.39 | Hugoton Operating Co | 1261 Pass Rd. Gulfport, MS 39501 | Palmyra Minerals, Ltd | ☐ D _____ ■ E/F    3.29 ☐ G _____ |

| Debtor | El Dorado Gas & Oil, Inc. | | Case number *(if known)* | 23-51715 |
|--------|---------------------------|---|--------------------------|----------|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: Codebtor          Column 2: Creditor

| | Codebtor | Address | Creditor | | |
|---|----------|---------|----------|---|---|
| 2.40 | Hugoton Operating Co | 1261 Pass Rd. Gulfport, MS 39501 | Gilberto Perez, Jr. | ☐ D _____ ■ E/F   3.19 ☐ G _____ | |
| 2.41 | Hugoton Operating Co | 1261 Pass Rd. Gulfport, MS 39501 | Jorge D. Perez | ☐ D _____ ■ E/F   3.22 ☐ G _____ | |
| 2.42 | Hugoton Operating Co | 1261 Pass Rd. Gulfport, MS 39501 | Maria Hinojosa | ☐ D _____ ■ E/F   3.25 ☐ G _____ | |
| 2.43 | Hugoton Operating Co | 1261 Pass Rd. Gulfport, MS 39501 | Alfonso H. Perez | ☐ D _____ ■ E/F   3.3 ☐ G _____ | |
| 2.44 | Hugoton Operating Co | 1261 Pass Rd. Gulfport, MS 39501 | Arturo S. Perez | ☐ D _____ ■ E/F   3.6 ☐ G _____ | |
| 2.45 | Hugoton Operating Co | 1261 Pass Rd. Gulfport, MS 39501 | Stroman Ranch Co Ltd | ■ D   2.19 ☐ E/F _____ ☐ G _____ | |
| 2.46 | Hugoton Operating Co | 1261 Pass Rd. Gulfport, MS 39501 | Katherine Stroman Nanc | ■ D   2.14 ☐ E/F _____ ☐ G _____ | |
| 2.47 | Hugoton Operating Co | 1261 Pass Rd. Gulfport, MS 39501 | Annette Wied Sorrells | ■ D   2.2 ☐ E/F _____ ☐ G _____ | |

| Debtor | El Dorado Gas & Oil, Inc. | Case number *(if known)* | 23-51715 |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: Codebtor                                   Column 2: Creditor

| | | | | | |
|---|---|---|---|---|---|
| 2.48 | Hugoton Operating Co | 1261 Pass Rd. Gulfport, MS 39501 | Mark Stephen Wied | ■ D | 2.15 |
| | | | | ☐ E/F | ____ |
| | | | | ☐ G | ____ |
| 2.49 | Hugoton Operating Co | 1261 Pass Rd. Gulfport, MS 39501 | Franklin Howard Wied | ■ D | 2.10 |
| | | | | ☐ E/F | ____ |
| | | | | ☐ G | ____ |
| 2.50 | Hugoton Operating Co | 1261 Pass Rd. Gulfport, MS 39501 | Frank Armstrong | ■ D | 2.9 |
| | | | | ☐ E/F | ____ |
| | | | | ☐ G | ____ |
| 2.51 | Hugoton Operating Co | 1261 Pass Rd. Gulfport, MS 39501 | Armstrong-El Sordo Ltd | ■ D | 2.3 |
| | | | | ☐ E/F | ____ |
| | | | | ☐ G | ____ |
| 2.52 | Hugoton Operating Co | 1261 Pass Rd. Gulfport, MS 39501 | First Service Bank | ■ D | 2.8 |
| | | | | ☐ E/F | ____ |
| | | | | ☐ G | ____ |
| 2.53 | Rio Grande E & P LLC | 1000 Memorial Ste. 500 Houston, TX 77024 | Stroman Ranch Co Ltd | ■ D | 2.19 |
| | | | | ☐ E/F | ____ |
| | | | | ☐ G | ____ |
| 2.54 | Rio Grande E & P LLC | 1000 Memorial Ste. 500 Houston, TX 77024 | Katherine Stroman Nanc | ■ D | 2.14 |
| | | | | ☐ E/F | ____ |
| | | | | ☐ G | ____ |

| Debtor | El Dorado Gas & Oil, Inc. | | Case number *(if known)* | 23-51715 |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: Codebtor                                                    Column 2: Creditor

| 2.55 | Rio Grande E & P LLC | 1000 Memorial Ste. 500 Houston, TX 77024 | Annette Wied Sorrells | ■ D  **2.2** ☐ E/F _____ ☐ G _____ |
| 2.56 | Rio Grande E & P LLC | 1000 Memorial Ste. 500 Houston, TX 77024 | Mark Stephen Wied | ■ D  **2.15** ☐ E/F _____ ☐ G _____ |
| 2.57 | Rio Grande E & P LLC | 1000 Memorial Ste. 500 Houston, TX 77024 | Franklin Howard Wied | ■ D  **2.10** ☐ E/F _____ ☐ G _____ |
| 2.58 | Rio Grande E & P LLC | 1000 Memorial Ste. 500 Houston, TX 77024 | Frank Armstrong | ■ D  **2.9** ☐ E/F _____ ☐ G _____ |
| 2.59 | Rio Grande E & P LLC | 1000 Memorial Ste. 500 Houston, TX 77024 | Armstrong-El Sordo Ltd | ■ D  **2.3** ☐ E/F _____ ☐ G _____ |
| 2.60 | Thomas Swarek | 1261 Pass Rd. Gulfport, MS 39501 | MetLife Investment Mgt | ■ D  **2.16** ☐ E/F _____ ☐ G _____ |
| 2.61 | Thomas Swarek | 1261 Pass Rd. Gulfport, MS 39501 | Parker & Son, Inc. | ☐ D _____ ■ E/F  **3.30** ☐ G _____ |

| Debtor | El Dorado Gas & Oil, Inc. | Case number *(if known)* | 23-51715 |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* Codebtor                                   *Column 2:* Creditor

| 2.62 | World AG Investment | 1261 Pass Rd. Gulfport, MS 39501 | MetLife Investment Mgt | ■ D   2.16 ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **El Dorado Gas & Oil, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)   **23-51715**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From  1/01/2023 to Filing Date | ■ Operating a business<br>☐ Other | $35,103,124.00 |
   | **For prior year:**<br>From  1/01/2022 to 12/31/2022 | ■ Operating a business<br>☐ Other | $85,728,412.00 |
   | **For year before that:**<br>From  1/01/2021 to 12/31/2021 | ■ Operating a business<br>☐ Other | $48,073,399.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- |

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   | --- | --- | --- | --- |

| Debtor | El Dorado Gas & Oil, Inc. | | Case number (if known) | 23-51715 |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Arcadia Funding Prtnrs<br>2355 East Camelback Rd<br>Ste. 210<br>Phoenix, AZ 85016 | 9/25/23 -<br>1/10/24 | $204,259.86 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | Apex Funding Source<br>3050 Biscayne Blvd.<br>Ste. 502<br>Miami, FL 33137 | 10/25/23 -<br>12/22/23 | $81,959.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | None other than regularly<br>scheduled payments to creditors. | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Blue Diamond Energy<br>1261 Pass Rd.<br>Gulfport, MS 39501<br>Co-owned company | 12/10/23 -<br>11/13/23 | $1,500.00 | Inner company transfer |
| 4.2. | Escambia Operating Co<br>Drew Mcmanigle<br>700 Milam, Ste. 1300<br>Houston, TX 77002<br>Co-owned company | 7/03/23 -<br>11/30/23 | $63,100.00 | Inner company transfer<br>(Acct #1781) |
| 4.3. | Escambia Operating Co<br>Drew Mcmanigle, Trustee<br>700 Milam, Ste. 1300<br>Houston, TX 77002<br>Co-owned company | 7/07/23 -<br>7/27/23 | $366,000.00 | Inner company transfer<br>(Acct #1766) |
| 4.4. | Hugoton Operating Co<br>1261 Pass Rd.<br>Gulfport, MS 39501<br>Subsidiary | 2/10/23 -<br>6/12/23 | $90,000.00 | Inner company transfer |
| 4.5. | Swarek Partnersip<br>1261 Pass Rd.<br>Gulfport, MS 39501<br>Co-owned company | 12/22/22 -<br>11/16/23 | $263,200.00 | Inner company transfer |

| Debtor | El Dorado Gas & Oil, Inc. | | Case number *(if known)* | 23-51715 |

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.6. **Trinity Stem Cell**<br>1261 Pass Rd.<br>Co-owned company | 1/05/23 -<br>9/29/23 | $1,908,035.00 | Inner company transfer |
| 4.7. **World Aircraft**<br>1261 Pass Rd.<br>Gulfport, MS 39501<br>Co-owned company | 10/03/23 -<br>12/20/23 | $26,600.00 | Transportation expense |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Silverbow Resources Operating, LLC<br>vs.<br>El Dorado Gas and Oil, Inc.**<br>202177360 | Contract Dispute | In the District Court of Harris County, TX<br>215th Judicial District | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **David Keller, individually and on behalf of all other similarly situated<br>vs.<br>El Dorado Oil & Gas, Inc.; Bullzeye Oilfield Services, LLC; Thomas Swarek; and Zackry Maxey**<br>1:22-CV-42-HSO-RPM | Wage/Hour Dispute | United States District Court<br>Southern District of Mississippi<br>Southern Division | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | El Dorado Gas & Oil, Inc. | Case number (if known) | 23-51715 |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | Fast Trac Transportation, LLC<br>vs.<br>Black Diamond Services Inc.,<br>El Dorado Gas & Oil Inc,<br>Equify Financial LLC, Tri<br>Element Inc, Baldemar Alaniz,<br>Claws Fiber Solutions LLC,<br>Millenium Energy<br>Corporation, and<br>Diamondback Resources LLC<br>2022-76135 | Contract Dispute | In the District Court of<br>Harris County, TX<br>281st Judicial District | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Palmyra Minerals, Ltd,<br>Gilberto Perez Jr, Jorge D<br>Perez, Maria Felicidad Perez<br>Hinojosa, Alfonso H. Perez,<br>and Artuo S. Perez<br>vs.<br>Blackbeard Operating LLC,<br>Hugoton Operating Company<br>Inc, Bluestone Natural<br>Resources II LLC, and El<br>Dorado Oil and Gas Inc.<br>11.379 | Contract Dispute | In the District Court of<br>Zapata County, TX<br>49th Judicial District | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | El Dorado Gas & Oil, Inc.<br>vs.<br>GTG Operating LLC and<br>Garza Gold, LLC<br>M-22-0006-CV-B | Contract Dispute | In the District Court of<br>McMullen County, TX<br>156th Judicial District | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | Stroman Ranch Co Ltd,<br>Katherine Stroman Nance,<br>Annette Wied Sorrells, Mark<br>Stephen Wied, Franklin<br>Howard Wied, Frank<br>Armstrong, and Armstrong-El<br>Dorado Ltd<br>vs.<br>Bluestone Natural Resources<br>II LLC, Bluestone Natural<br>Resources Holdings II LLC,<br>Bluestone Natural Resources<br>II - South Texas LLC,<br>Blackbeard Operating LLC,<br>Hugoton Operating Company<br>Inc, El Dorado Gas & Oil Inc,<br>Columbus Energy LLC, Rio<br>Grande E & P LLC<br>2022CVK000603D4 | Contract Dispute | In the Distict Court of<br>Webb County, TX | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | Cactus Wellhead, LLC<br>vs.<br>El Dorado Gas & Oil, Inc.<br>2023-30831 | Collection | In the District Court of<br>Harris County, TX<br>295th Judicial District | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | Thru Tubing Solutions, Inc.<br>vs.<br>El Dorado Gas & Oil, Inc.<br>M-23-0022-CV-A | Collection | In the District Court of<br>McMullen County, TX<br>36th Judicial District | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | El Dorado Gas & Oil, Inc. | | Case number *(if known)* | 23-51715 |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.9. | Price Partners, Ltd.<br>vs.<br>El Dorado Gas & Oil, Inc.<br>M-23-0031-CV-A | Collection | In the District Court of McMullen County, TX 36th Judicial District | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | El Dorado Gas & Oil, Inc. and El Dorado Oil & Gas, Inc.<br>vs.<br>Texla Energy Management, Inc.<br>2022-33271 | Contract Dispute | In the District Court of Harris County, TX | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | ETC Texas Pipeline, Ltd<br>vs.<br>Silverbow Resources Operating, LLC and El Dorado Gas & Oil, Inc.<br>04-23-00680-CV | Damages | In the Fourth Court of Appeals at San Antonio, TX | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| 7.12. | Single Barrel Oil and Gas<br>vs.<br>El Dorado Gas and Oil, Inc. | Collection | In the District Court of McMullen County, TX | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | Howdy Enterprises<br>vs.<br>El Dorado Gas and Oil, Inc. | Collection | In the District Court of McMullen County, TX | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | USA Compression<br>vs.<br>El Dorado Gas and Oil, Inc. | Collection | In the District Court of McMullen County, TX | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. | United Rentals, Inc.<br>vs.<br>El Dorado Gas & Oil, Inc. | Collection | In the District Court of McMullen County, TX | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. | Improved Production Technologies, LLC<br>vs.<br>El Dorado Gas and Oil, Inc. | Collection | In the District Court of McMullen County, TX | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. | Pilot Thomas Logistics, LLC<br>vs.<br>El Dorado Gas and Oil, Inc. | Collection | In the District Court of McMullen County, TX | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. | Park Energy Services, LLC<br>vs.<br>El Dorado Gas and Oil, Inc. | Collection | In the District Court of McMullen County, TX | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. | Qwik Pipe, Inc.<br>vs.<br>El Dorado Gas and Oil, LLC | Collection | In the District Court of McMullen County, TX | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | El Dorado Gas & Oil, Inc. | Case number *(if known)* | 23-51715 |
|---|---|---|---|

■ None

## Part 4:  Certain Gifts and Charitable Contributions

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:  Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

## Part 6:  Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  Sheehan & Ramsey, PLLC 429 Porter Ave. Ocean Springs, MS 39564 | $25,000.00 | 12/2023 | $25,000.00 |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor __El Dorado Gas & Oil, Inc.__       Case number *(if known)* __23-51715__

■ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

### Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

### Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

    __Names, address, social security numbers__

Does the debtor have a privacy policy about that information?
■ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None.

| Financial Institution name and<br>Address | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

| Debtor | El Dorado Gas & Oil, Inc. | Case number (if known) | 23-51715 |
|--------|---------------------------|------------------------|----------|

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 2301 31st St.<br>Gulfport, MS 3951 | Thomas Swarek<br>1261 Pass Rd.<br>Gulfport, MS 39501 | Filing cabinets, used computers, & other light equipment | ☐ No<br>■ Yes |
| 2234 East Pass Rd.<br>Gulfport, MS | Thomas Swarek<br>1261 Pass Rd.<br>Gulfport, MS 39501 | Welding machines, welding tools & supplies, fork lifts, misc office furniture | ☐ No<br>■ Yes |
| 1085 Highway 80<br>Jackson, MS | Thomas Swarek<br>1261 Pass Rd.<br>Gulfport, MS 39501 | Refinery, oil field, & industrial supplies & equipment, office furniture, machine tools & equipment, pipe, bulk metal, fork lifts, welding machines, 3D printers, robotic welders, crypto currency computers, large stainless steel tanks, generators, induction motors, electric motors, misc. tools & equipment (located at various locations in South TX & 1085 Highway 80, Jackson, MS) (purchased after September 17, 2020 - date of First Service Bank $50,000,000.00 loan) | ☐ No<br>■ Yes |
| BEC Plant<br>3888 Sardis Church Rd.<br>Atmore, AL | Thomas Swarek<br>1261 Pass Rd.<br>Gulfport, MS 39501 | See attached Exhibit "D" | ☐ No<br>■ Yes |
| Various Locations in South TX | Thomas Swarek<br>1261 Pass Rd.<br>Gulfport, MS 39501 | Oil field equipment & trucks at various locations in South TX - See Attached Exhibit "A" (initial collateral to First Service Bank) | ☐ No<br>■ Yes |
| 3362 South Main st.<br>Elkhart, IN 46517 | Thomas Swarek<br>1261 Pass Rd.<br>Gulfport, MS 39501 | Fabrication machinery, bulk metal | ☐ No<br>■ Yes |
| 17917 Roseland Rd.<br>Cleveland, OH | Thomas Swarek<br>1261 Pass Rd.<br>Gulfport, MS 39501 | Gear hobbing equipment & gear inventory | ☐ No<br>■ Yes |

| Debtor | El Dorado Gas & Oil, Inc. | Case number *(if known)* | 23-51715 |
|---|---|---|---|

---

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Escambia Operating Company, LLC** c/o Drew McManigle, Trustee 700 Milam, Ste. 1300 Houston, TX 77002 | **Gulfport, MS** **Jackson, MS** **Possibly other various locations** | Unknown | Unknown |

---

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. | Dates business existed |
|---|---|---|---|

Debtor    El Dorado Gas & Oil, Inc. _____    Case number *(if known)*  23-51715

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. | |
|---|---|---|---|
| | | Dates business existed | |
| 25.1. Bluestone Natural Resources, II South Texas, LLC 1261 Pass Rd. Gulfport, MS 39501 | Oil & gas production | EIN:<br>From-To | 2021 - present |
| 25.2. Dorado Drilling, Inc. 1261 Pass Rd. Gulfport, MS 39501 | Oil & gas operation | EIN:<br>From-To | 2018 - present |
| 25.3. El Dorado Oil & Gas Operating Co, Inc. 1261 Pass Rd. Gulfport, MS 39501 | Dormant | EIN:<br>From-To | 2020 - present |
| 25.4. El Dorado Oil & Gas, Inc. 1261 Pass Rd. Gulfport, MS 39501 | Dormant | EIN:  71-1544581<br>From-To | 2020 - present |
| 25.5. Family Worship Center of Jackson, Inc. 1261 Pass Rd. Gulfport, MS 39501 | Non-profit holding company | EIN:<br>From-To | 2022 - present |
| 25.6. Hugoton Operating Company, Inc. 1261 Pass Rd. Gulfport, MS 39501 | Oil & gas operation | EIN:  81-4683245<br>From-To | 2018 - present |
| 25.7. Ohio Machine Shop, Inc. 1261 Pass Rd. Gulfport, MS 39501 | Holding company | EIN:<br>From-To | 2018 - present |
| 25.8. Southern Compression Company, Inc. 1261 Pass Rd. Gulfport, MS 39501 | Dormant | EIN:<br>From-To | 2018 - present |
| 25.9. Trinity Stem Cell Treatment Center 1261 Pass Rd. Gulfport, MS 39501 | Dormant *50% owned | EIN:<br>From-To | 2018 - present |
| 25.10 World Aircraft, Inc. 1261 Pass Rd. Gulfport, MS 39501 | Holding company for aircraft equipment | EIN:<br>From-To | 2017 - present |
| 25.11 Worldwide Imports, Inc. 1261 Pass Rd. Gulfport, MS 39501 | Antique sales | EIN:  83-1497101<br>From-To | 2018 - present |

Debtor  El Dorado Gas & Oil, Inc.                                Case number *(if known)*  23-51715

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.12 Gulf Coast Aircraft Leasing, Inc.<br>1261 Pass Rd.<br>Gulfport, MS 39501 | Dormant | Dates business existed<br>EIN: 64-0749553<br>From-To |
| 25.13 Atlantis Energy<br>1261 Pass Rd.<br>Gulfport, MS 39501 | Dormant | EIN: 64-0770127<br>From-To |
| 25.14 TAS, Inc<br>1261 Pass Rd.<br>Gulfport, MS 39501 | Dormant | EIN: 71-0683317<br>From-To |
| 25.15 Kimberjay Oil & Gas, Inc.<br>1261 Pass Rd.<br>Gulfport, MS 39501 | Dormant | EIN: 64-0793297<br>From-To |
| 25.16 Lexington Cotton Producers<br>1261 Pass Rd.<br>Gulfport, MS 39501 | Dormant | EIN: 75-2220271<br>From-To |
| 25.17 T & J, Inc.<br>1261 Pass Rd.<br>Gulfport, MS 39501 | Dormant | EIN: 71-0544581<br>From-To |
| 25.18 Southern MS Farming, Inc.<br>1261 Pass Rd.<br>Gulfport, MS 39501 | Dormant | EIN: 64-0922616<br>From-To |
| 25.19 Sunnyside Farms, Inc.<br>1261 Pass Rd.<br>Gulfport, MS 39501 | Dormant | EIN: 64-0299617<br>From-To |
| 25.20 World AG Investment, Inc.<br>1261 Pass Rd.<br>Gulfport, MS 39501 | Dormant | EIN: 20-1984644<br>From-To |
| 25.21 Dorado Leasing, Inc.<br>1261 Pass Rd.<br>Gulfport, MS 39501 | Dormant | EIN: 64-0748118<br>From-To |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. Charlotte Henderson<br>1261 Pass Rd.<br>Gulfport, MS 39501 | 2021 - present |

Debtor    El Dorado Gas & Oil, Inc.                                      Case number *(if known)*  23-51715

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.2. | Thomas Swarek<br>1261 Pass Rd.<br>Gulfport, MS 39501 | 2016 - present |
| 26a.3. | Culumber, Harvey & Associates, PA<br>2300 20th St.<br>Gulfport, MS 39501 | 2016 - present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | Charlotte Henderson<br>1261 Pass Rd.<br>Gulfport, MS 39501 | 2021 - present |
| 26b.2. | Thomas Swarek<br>1261 Pass Rd.<br>Gulfport, MS 39501 | 2016 - present |
| 26b.3. | Culumber, Harvey & Associates<br>2300 20th St.<br>Gulfport, MS 39501 | 2016 - present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Charlotte Henderson<br>1261 Pass Rd.<br>Gulfport, MS 39501 | |
| 26c.2. | Thomas Swarek<br>1261 Pass Rd.<br>Gulfport, MS 39501 | |
| 26c.3. | Culumber, Harvey & Associates, PA<br>2300 20th St.<br>Gulfport, MS 39501 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | First Service Bank<br>Attn Tom Grumbles<br>136 South Broadview<br>Greenbrier, AR 72058 |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

| Debtor | El Dorado Gas & Oil, Inc. | Case number *(if known)* | 23-51715 |
| --- | --- | --- | --- |

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Thomas Swarek | 1261 Pass Rd. Gulfport, MS 39501 | President | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |
| 30.1 Anthony Swarek 8 Bayou Place Gulfport, MS 39507 | $45,000.00 | 12/27/22 - 12/21/23 | Contract Labor |
| Relationship to debtor Son | | | |
| 30.2 Thomas Swarek 1261 Pass Rd. Gulfport, MS 39501 | $97,650.00 | 12/29/22 - 12/08/23 | Owner compensation |
| Relationship to debtor Owner | | | |
| 30.3 Michael Boothe 12406 Brookwood Lane Gulfport, MS 39503 | $5,400.00 | 1/05/23 - 11/30/23 | Contract Labor |
| Relationship to debtor Son-in-law | | | |
| 30.4 Paula Swarek 369 McGregor Rd. Wiggins, MS 39577 | $18,400.00 | 2/06/23 - 7/25/23 | Contract Labor |
| Relationship to debtor Sister-in-law | | | |

Debtor   El Dorado Gas & Oil, Inc.                                      Case number *(if known)*   23-51715

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.5 | Roselyn Chapman<br>1261 Pass Rd.<br>Gulfport, MS 39501 | $176,100.00 | 12/23/22 -<br>12/14/23 | Contract Labor |
| | Relationship to debtor<br>Vice President | | | |
| 30.6 | Lacey Swarek<br>369 McGregor Rd.<br>Wiggins, MS 39577 | $7.600.00 | 1/27/23 -<br>7/24/23 | Contract Labor |
| | Relationship to debtor<br>Niece | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

   ■ No
   ☐ Yes. Identify below.

   Name of the parent corporation                          Employer Identification number of the parent corporation

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

   ■ No
   ☐ Yes. Identify below.

   Name of the pension fund                               Employer Identification number of the pension fund

**Part 14:**   Signature and Declaration

   **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

   I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on    **January 22, 2024**

   **/s/ Thomas Swarek**                                   **Thomas Swarek**
   Signature of individual signing on behalf of the debtor       Printed name

   Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

Describe the property
John Deere Finishing Mower
#CM10844

Describe the property
John Deere Mower
#1MOZ425JTCM120108

Describe the property
Crane
#CM10844

Describe the property
MAC Truck (White, no title)
#1M1AG11Y92M002606

Describe the property
Green Eagle Truck (no title)
USDOT 1486393

Describe the property
International Box Truck
(white, no title)
#1HTMKAARSSH691391

Describe the property
International Box Truck
(yellow, no title)
#1HTMMAAML4H593438

Describe the property
West Star Truck (green/white,
no title)
#WIT14AC87176

Describe the property
John Deere Back Hoe
#1T03106KCDEZ54349

Describe the property
Fork Lift
#G8G10877

Describe the property
John Deer Tractor with
Accessories
#1LV4105HGCH510427

Describe the property
Mini Excavator
#A94H13643

Describe the property
2 Workover Rigs

Describe the property
14 Light Plants

Describe the property
4 Air Compressors

Describe the property
9 Pressure Washers

Describe the property
9 Generators

Describe the property
4 Welding Machines

Describe the property
4 Frac Machines

Describe the property
1 6x6 Gator Utility Vehicle

Describe the property
2 6x6 Polaris Utility Vehicles

Describe the property
1 Aluminum Coner Box

Describe the property
Peterbilt Boom Truck with
Accessories (no title)
#2NPRLNOX89M777897

Describe the property
5 Man Lifts

Describe the property
Dump Trailer Gooseneck
#16VGX3025E2607671

Describe the property
Flatbed Trailer Gooseneck
#16VGX202XC266017

Describe the property
Flatbed Trailer Gooseneck
#16VGX1631C2643438

Describe the property
Freehauf Trailer Flatbed
Trailer (no title)
#2V02012TE062206

Describe the property
FedEx Freight Trailer (no title)
#1NWVA28113KM137672

Describe the property
Rusted Color Trailer with
Tank Lowboy (no title)
#C541830

Describe the property
Becks Custom Gooseneck
Trailer (no title)
#MV6C557870

Describe the property
Red Pense Brothers Trailer
(no title)
#453602

Describe the property
Grey Enclosed Box Trailer (no
title)
#472AB1621YX008239

Describe the property
Rust Colored Gooseneck (no
title)
No VIN #

Describe the property
White 53 ft Trailer (no title)
No VIN #

Describe the property
Breathing Air Trailer (Texas
Bragg Trailer - 10 foot, no
title)
#17XFZ081XH1076116

**EXHIBIT**

**D**

Describe the property
Green Generator Trailer (no title)
#4FVCABAA7EV460496

Describe the property
Black 53 ft Trailer (656) (no title)
#868-4FV0H

Describe the property
53 ft Trailer with Pipe Hauling Sides (no title)
#PP9795

Describe the property
53 ft Blue Trailer with Sides (no title)
#KROM9028EMO84009

Describe the property
53 ft White Utility Trailer (no title)
No VIN #

Describe the property
53 ft Red Utility Trailer (no title)
#13N14225401SS6440

Describe the property
Black Bulldog Gooseneck Trailer (no title)
No VIN #

Describe the property
53 ft Rusty Colored Flatbed Trailer (no title)
No VIN #

Describe the property
53 ft Black & Yellow Trailer (no title)
No VIN #

Describe the property
53 ft Black Trailer with Yellow Sides (no title)
#4TT-F4520-X-J1031331

Describe the property
Black Big Tex Gooseneck (22GN) (no title)
#16VGX302XC2650187

Describe the property
Big Tex Gooseneck (256N) (no title)
#16VGX3025E2607671

Describe the property
Reds Gooseneck (no title)
#17XFG202211010266

Describe the property
Green Great Dane Trailer (Box) (no title)
#1GRAA922755700197

Describe the property
53 ft Red Trailer (no title)
No VIN #

Describe the property
53 ft Yellow Trailer (no title)
No VIN #

Describe the property
Yellow & Red 53ft Trailer (no title)
#14YF52377VA63401

Describe the property
Red Rusted Color Trailer 53ft (no title)
#TC-5644

Describe the property
Burgandy Trailer with Tank 53ft (no title)
#1BY0402YR1003727

Describe the property
Yellow Rusted Trailer 53 ft (no title)
#FHT395801

Describe the property
Great Dane Trailer with Tank 53 ft (no title)
#1GRDM8422BM011129

Describe the property
Yellow & Blue Pipe Hauling Trailer 53 ft (no title)
#13NNY52C081547347

Describe the property
Yellow & Blue Pipe Hauling Trailer 53 ft (no title)
#25-250-FB658

Describe the property
Blue Rusted Trailer 53 ft (no title)
No VIN #

Describe the property
Yellow Rusted Trailer 53 ft (no title)
No VIN #

Describe the property
Blue Trailer with Mud Tank on Top (blue) 53ft no markings (no title)
No VIN #

Describe the property
Open Bed Pipe Truck (no title)
No VIN #

Describe the property
Chevy 3500 4 door Flatbed (white)
#1GBACYLGXGF183676

Describe the property
Chevy 2500 2 door Flatbed (white, no title)
#1GCHC24V16E190365

Describe the property
Chevy 2500 4 door Truck (white, no title)
#1GCHK23V06F189777

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Mississippi

In re   **El Dorado Gas & Oil, Inc.**          Case No.   **23-51715**

               Debtor(s)          Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept              $     **25,000.00**

   Prior to the filing of this statement I have received       $     **500.00 per hour**

   Balance Due                              $   **As approved by the Court**

2.   The source of the compensation paid to me was:

   ☑ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ☑ Debtor     ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

       ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January 22, 2024**             **/s/ Patrick Sheehan**
*Date*                           **Patrick Sheehan 6747**
                                   *Signature of Attorney*
                                   **Sheehan and Ramsey, PLLC**
                                   **429 Porter Ave**
                                   **Ocean Springs, MS 39564**
                                   **228-875-0572**
                                   **Pat@sheehanramsey.com**
                                   *Name of law firm*