MSSB-436-1 (01/24)

## United States Bankruptcy Court
## Southern District of Mississippi

### Audio Recording Order

| Section A | | | |
|---|---|---|---|

Requestor's Name: Patrick Sheehan    Email Address: Pat@sheehanramsey.com    Phone No.: (228) 875-0572

Address: 429 Porter Ave. Ocean Springs, MS 39564    City: Ocean Springs    State: MS    Zip Code: 39564

Case Type: ✔ Bankruptcy Case   ☐ Adversary Proceeding

| | Date of Proceedings | |
|---|---|---|
| | From: | To: |
| Case Number: 23-51715 JAW | 1/19/2024 | 1/19/2024 |
| Case Name: El Dorado Gas & Oil, Inc. | Presiding Judge | Location of Proceedings |
| | Judge Wilson | Jackson |

Nature of Proceeding [Include Dkt. No.(s)]
Emergency Motion by First Service Bank - Dkt #102

Time (Approximate Time Hearing Begun): 4:00pm

Comments
Telephonic Hearing

| Section B | | |
|---|---|---|
| Cost | Media Type | Digital Media Option |
| $34.00 | ☐ | Recordable Compact Disc - CD |
| $34.00 | ✔ | Electronic File delivered via email to: Pat@sheehanramsey.com |

**By signing below, I certify I will pay all incurred charges.**

Request Prepared By: Patrick Sheehan    Phone Number: (228) 875-0572

Signature: *Patrick Sheehan*    Date: 02/08/2024

| Court Use Only |
|---|

Fee $_____

Paid on _____ Receipt # _____

Audio reproduced on _____ by _____.

Audio delivered to: _____ on _____.

Additional Comments/Notes