## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In re:<br><br>**El Dorado Gas & Oil, Inc.,**<br><br>Debtor. | Case No. 23-51715-JAW<br><br>Chapter 11 |

### NOTICE OF APPEARANCE

Timothy J. Anzenberger hereby enters his appearance on behalf of Metropolitan Life Insurance Company, requesting that he be served with a copy of all notices given or required to be given in this case and all papers served or required to be served in this case.

Dated: March 6, 2024.

        **METROPOLITAN LIFE INSURANCE COMPANY**

        By: /s/ Timothy J. Anzenberger
             Timothy J. Anzenberger (M.B.N. 103854)
             Adams and Reese LLP
             1018 Highland Colony Parkway, Suite 800
             Ridgeland, MS 39157
             Telephone:   601.353.3234
             Facsimile:    601.355.9708
             tim.anzenberger@arlaw.com

### CERTIFICATE OF SERVICE

Service provided via Notice of Electronic Filing through the Court's Electronic Filing System on all parties signed up to receive such notices.

Dated: March 6, 2024.        /s/ Timothy J. Anzenberger
                                      Timothy J. Anzenberger