**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:
**El Dorado Gas & Oil, Inc.,**                                                  **CHAPTER 11**
     **Debtor**                                            **CASE NO.: 23-51715-JAW**

<u>**CERTIFICATE OF SERVICE**</u>

I, Charles Frank Fair Barbour, certify that the following were filed through the Court's

ECF system and served electronically on all parties enlisted to receive electronic service and

were also served via US Mail, first class postage prepaid, on all parties listed on the service list

attached hereto as Exhibit "A".

1. Notice of Hearing (Dkt. #306 – copy attached as Exhibit "B")
2. Motion to Lift Automatic Stay, to Abandon and for Adequate Protection
(Dkt. #302 – copy attached as Exhibit "C")

        Respectfully submitted,

        **BENNETT LOTTERHOS SULSER**
        **& WILSON, P.A.**

        /s/ Charles Frank Fair Barbour

**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:     (601) 944-0466
Facsimile:     (601) 944-0467
cbarbour@blswlaw.com