Label Matrix for local noticing
0538-6
Case 23-51715-JAW
Southern District of Mississippi
Gulfport-6 Divisional Office
Mon Mar 25 14:15:18 CDT 2024

American National Insurance Company
c/o Alan L. Smith, Esq.
Baker Donelson, PC
100 Vision Drive - Suite 400
Jackson, MS 39211-7009

Archrock Partners Operating LLC
c/o J. Walter Newman IV
587 Highland Colony Parkway
Ridgeland, MS 39157-8784

Bexar County, Texas
Linebarger Goggan Blair & Sampson
c/o Don Stecker
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205-1588

Brooks County
Linebarger Goggan Blair & Sampson LLP
PO Box 17428
Austin, TX 78760-7428

El Dorado Gas & Oil, Inc.
1261 Pass Road
Gulfport, MS 39501-6236

Howdy Enterprises, Ltd
P.O. Box 1656
Leander, TX 78646-1656

Hugoton Operating Company, Inc.
1261 Pass Rd.
Gulfport, MS 39501-6236

(p)IPFS CORPORATION
30 MONTGOMERY STREET
SUITE 1000
JERSEY CITY NJ 07302-3836

J-W Power Company
c/o Wessler Law Firm
P.O. Box 175
P.O. BOX 15549
Gulfport, MS 39502 United States

Jim Wells CAD
Linebarger Goggan Blair & Sampson LLP
PO Box 17428
Austin, TX 78760-7428

Live Oak CAD
Linebarger Goggan Blair & Sampson LLP
PO Box 17428
Austin, TX 78760-7428

(p)LINEBARGER GOGGAN BLAIR & SAMPSON  LLP
ATTN DON STECKER
112 E PECAN
SUITE 2200
SAN ANTONIO TX 78205-1588

Mestena, LLC
c/o Alan L. Smith, Esq.
Baker Donelson, PC
100 Vision Drive - Suite 400
Jackson, MS 39211-7009

Metropolitan Life Insurance Company
c/o Timothy J. Anzenberger
Adams and Reese LLP
1018 Highland Colony Parkway, Suite 800
Ridgeland, MS 39157-2057

Park Energy Services, LLC
c/o Connor J. Smith, Dore Rothberg Law
16225 Park Ten Place Dr
Suite 700
Houston, TX 77084

White Rock Oil & Gas
5810 Tennyson Parkway
Suite 500
Plano, TX 75024-3523

U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501-2036

7 Compression LLC
5636 Shirley Dr.
Tyler, TX 75708-6631

A. James Tulp, Esq.
Baker Donelson Bearman Caldwell & Berkow
Counsel for Mestena, LLC
100 Vision Drive, Suite 400
Jackson, Mississippi 39211-7009

A. James Tulp, Esq.
Baker Donelson Bearman Caldwell Berkowit
Counsel for ATIC Limited Partnership
100 Vision Drive, Suite 400
Jackson, Mississippi 39211-7009

A. James Tulp, Esq.
Baker Donelson Bearman Caldwell Berkowit
Counsel for American National Insurance
100 Vision Drive, Suite 400
Jackson, Mississippi 39211-7009

A. James Tulp, Esq.
Baker Donelson Bearman Caldwell Berkowit
Counsel for Briguna, LLC
100 Vision Drive, Suite 400
Jackson, Mississippi 39211-7009

A. James Tulp, Esq.
Baker Donelson Bearman Caldwell Berkowit
Counsel for Resource Strategies, LLC
100 Vision Drive, Suite 400
Jackson, Mississippi 39211-7009

ALFF Geologic Consult
17132 Bishopsgate Dr.
Pflugerville, TX 78660-1854

Advance Compression
Equipment, LLC
7502 US Highway 59
North Victoria, TX 77905-5508

Alan L. Smith, Esq.
Baker Donelson Bearman Caldwell & Berkow
Counsel for Mestena, LLC
100 Vision Drive, Suite 400
Jackson, MS 39211-7009

Alan Lee Smith, Esq.
Baker Donelson Bearman Caldwell Berkowit
Counsel for ATIC Limited Partnership
100 Vision Drive, Suite 400
Jackson, Mississippi 39211-7009

Alan Lee Smith, Esq.
Baker Donelson Bearman Caldwell Berkowit
Counsel for American National Insurance
100 Vision Drive, Suite 400
Jackson, Mississippi 39211-7009

Alan Lee Smith, Esq.
Baker Donelson Bearman Caldwell Berkowit
Counsel for Briguna, LLC
100 Vision Drive, Suite 400
Jackson, Mississippi 39211-7009

Alan Lee Smith, Esq.
Baker Donelson Bearman Caldwell Berkowit
Counsel for Resource Strategies, LLC
100 Vision Drive, Suite 400
Jackson, Mississippi 39211-7009

Alfonso H. Perez
c/o Donato Ramos, Esq.
P.O. Box 452009
Laredo, TX 78045-0049

Andrew R. Wilson, Esq.
Bennett Lotterhos Sulser & Wilson PA
Counsel for Howdy Enterprises Ltd.
P.O. Box 1488
Madison, MS 39130-1488

Annette Wied Sorrells
c/o Richard Morales
602 E Calton Rd, #202
Laredo, TX 78041-3693

Apex Funding Source
3050 Biscayne Blvd.
Ste. 502
Miami, FL 33137-4153

Arcadia Funding Prtnrs
2355 East Camelback Rd
Ste. 210
Phoenix, AZ 85016-3593

Armstrong-El Sordo Ltd
c/o Richard Morales
602 E Calton Rd, #202
Laredo, TX 78041-3693

Arturo S. Perez
c/o Donato Ramos, Esq.
P.O. Box 452009
Laredo, TX 78045-0049

Associated Resources
14425 Torrey Chase Blv
Ste. 320
Houston, TX 77014-1648

Assured Partners
2900 North Loop West
Ste. 1150
Houston, TX 77092-8855

Blackbeard Operating
201 West Wall St.
Ste. 900
Midland, TX 79701-4532

Blue Diamond Energy
1261 Pass Rd.
Gulfport, MS 39501-6236

Bluestone Natural
Resources Holding II
2100 S Utica Ave, #200
Tulsa, OK 74114-1437

Bluestone Natural
Resources II South TX
1261 Pass Rd.
Gulfport, MS 39501-6236

Bluestone Natural
Resources LLC
2100 S Utica Ave, #200
Tulsa, OK 74114-1437

Border Well Services
P.O. Box 1925
Laredo, TX 78044-1925

Brian A. Kilmer, Esq.
Phelps Dunbar LLP
Counsel for White Rock Oil & Gas
910 Louisiana Street, Suite 4300
Houston, TX 77002-4950

Butler, Snow, O'Mara,
Stevens & Cana
P.O. Drawer 22567
Jackson, MS 39225-2567

CUUD Pressure Control
P.O. Box 203379
Dallas, TX 75320-3379

CherCo
2900 North Loop W
Ste. 830
Houston, TX 77092-8805

Christopher H. Meredith, Esq.
Copeland, Cook, Taylor & Bush, P.A.
Counsel for Cudd Pressure Control, Inc.
P.O. Box 6020
Ridgeland, MS 39158-6020

Christopher H. Meredith, Esq.
Copeland, Cook, Taylor & Bush, P.A.
Counsel for Thru Tubing Solutions, Inc.
P.O. Box 6020
Ridgeland, MS 39158-6020

Claws Fibers Solutions
P.O. Box 561
San Diego, TX 78384-0561

Coastal Chemical
# 910, 140 10 Ave SE
Calgary, AB T2G OR1

Columbus Energy LLC
1000 Memorial
Ste. 500
Houston, TX 77024

Corporate Aircraft Management, LLC
Gregory Ward McCabe
55 Private Road 1119
Fouke, NM 71837-9753

Craig M. Geno, Esq.
Law Offices of Craig M. Geno PLLC
Counsel for Energy Transfer, LP
587 Highland Colony Parkway
Ridgeland, MS 39157-8784

Craig M. Geno, Esq.
Law Offices of Craig M. Geno, PLLC
Counsel for ETC Texas Pipeline, Ltd.
587 Highland Colony Parkway
Ridgeland, MS 39157-8784

Critical Control Energy Services, Inc.
3401 NNE Loop 323
Tyler, TX 75708-5645

Cudd Pressure Control, Inc.
Christopher H. Meredith, CCTB PA
P.O. Box 6020
Ridgeland, MS 39158-6020

Delta-T Geophysical Consulting, Inc.
Woodie Huffman
416 Travis St. Suite 1101
Shreveport, LA 71101-5504

Department of Treasury –
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Eagel Rock Freight LLC
427 North Ohio Ave.
Gaylord, MI 49735-1918

El Gato SWD, Inc.
Von Jones, Esq.
1250 NE Loop 410 #808
San Antonio, TX 78209-1525

Energy Fishing &
Rental Services
P.O. Box 6406
Corpus Christi, TX 78466-6406

Energy Gas Compression
2020 N Lexington Blvd.
Corpus Christi, TX 78409-1335

Equify Financial LLC
777 Main St.
Ste. 3900
Fort Worth, TX 76102-5343

Eric T. Haitz, Esq.
BONDS ELLIS EPPICH SCHAFER JONES LLP
Counsel for Pilot Thomas Logistics LLC
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102-3727

Escambia Asset Co
Drew Mcmanigle Trustee
700 Milam, Ste. 1300
Houston, TX 77002-2736

Escambia Operating Co
Drew Mcmanigle Trustee
700 Milam, Ste. 1300
Houston, TX 77002-2736

Excalibur Rentals, Inc
P.O. Box 3941
Victoria, TX 77903-3941

Excalibur Rentals, Inc.
John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Express Oil & Gas
3709 Citation Way
Medford, OR 97504-9022

FESCO, Ltd.
Von A. Jones
1250 NE Loop 410, Ste. 808
San Antonio, TX 78209-1525

First Service Bank
Butler Snow LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157-2139

Frank Armstrong
c/o Richard Morales
602 E Calton Rd, #202
Laredo, TX 78041-3693

Franklin Howard Wied
c/o Richard Morales
602 E Calton Rd, #202
Laredo, TX 78041-3693

Gilberto Perez, Jr.
c/o Donato Ramos, Esq.
P.O. Box 452009
Laredo, TX 78045-0049

Glenn E. Glover, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
Counsel for Cactus Wellhead, LLC
1819 Fifth Avenue North
Birmingham, Alabama 35203-2119

Global Compressor Serv
15 Smith Rd.
Ste. 4000
Midland, TX 79705-5455

Hogan Thompson Schuelke LLP
1001 Fannin Street, Suite 4775
Houston, TX 77002-6716

Howdy Enterprises Ltd
4256 St Hwy 21 W
Caldwell, TX 77836-7797

IPFS
2900 N Loop West
Houston, TX 77092-8841

Internal Revenue Service
c/o United States Attorney
1575 20th Avenue, 2nd Floor
Gulfport, MS 39501-2040

J-W Power Company
c/o Julie A. Walker
Miller Mentzer Walker, P.C.
P. O. Box 130
Palmer, TX 75152-0130

J. Walter Newman IV, Esq.
Newman & Newman
Counsel for Archrock Partners Operating
587 Highland Colony Parkway
Ridgeland, Mississippi 39157-8784

JBH Equipment
PetroRigs
333 NW 5th St. #707
Oklahoma City, OK 73102-3033

JBH Equipment, LLC
PO Box 154
Arcadia, OK 73007-0154

JDS Aviation, Inc.
318 Regents Park Avenue
Wentzville, MO 63385-7303

JW Power
P.O. Box 674814
Dallas, TX 75267-4814

Jeffrey Ryan Barber, Esq.
Jones Walker LLP
Counsel for Drew McManigle
3100 North State St, Ste 300
Jackson, MS 39216-4013

John A. Crawford, Jr., Esq.
BUTLER SNOW LLP
Counsel for First Service Bank
P.O. Box 6010
Ridgeland, MS 39158-6010

Jorge D. Perez
c/o Donato Ramos, Esq.
P.O. Box 452009
Laredo, TX 78045-0049

Joseph E. Bain, Esq.
JONES WALKER LLP
Counsel for Drew McManigle
811 Main Street, Suite 2900
Houston, Texas 77002-6116

Joshua N. Eppich, Esq.
BONDS ELLIS EPPICH SCHAFER JONES LLP
Counsel for Pilot Thomas Logistics LLC
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102-3727

Julie A. Walker, Esq.
Miller Mentzer Walker P.C.
Counsel for J-W Power Company
100 N. Main St.
Palmer, TX 75152-9538

Katco Vacuum Service
P.O. Box 399
Hebbronville, TX 78361-0399

Katherine Stroman Nanc
c/o Richard Morales
602 E Calton Rd, #202
Laredo, TX 78041-3693

Kevin A. Rogers, Esq.
WELLS MARBLE & HURST, PLLC
Counsel for Mike Menke
300 Concourse Boulevard, Suite 200
Ridgeland, Mississippi 39157-2053

Kevin M. Maraist, Esq.
ANDERSON LEHRMAN BARRE & MARAIST LLP
Counsel for Archrock Partners Operating
Gaslight Square - 1001 3rd St., Ste. 1
Corpus Christi, Texas 78404

Kristina M. Johnson, Esq.
JONES WALKER LLP
Counsel for Trustee, Drew McManigle
3100 North State Street, Suite 300
Jackson, Mississippi 39216-4013

Lawrence Companies Inc
327 North Roberts St.
Gilmer, TX 75644-1914

Louise Vollmer, Esq.
8610 Broadway St.
Ste. 440
San Antonio, TX 78217-6355

Maria Hinojosa
c/o Donato Ramos, Esq.
P.O. Box 452009
Laredo, TX 78045-0049

Mark Stephen Wied
c/o Richard Morales
602 E Calton Rd, #202
Laredo, TX 78041-3693

MetLife Investment Mgt
6750 Poplar Ave.
Ste. 109
Memphis, TN 38138-7407

MetLife Investment Mgt
P.O. Box 733935
Dallas, TX 75373-3935

Mid Continental
P.O. Box 21468
Tulsa, OK 74121-1468

Mike D. Menke
84 Turquoise Drive
Sandia Park, NM 87047-9515

Mississippi Department of Revenue
Bankruptcy Section
P.O. Box 22808
Jackson, MS 39225-2808

Nathan T. Simpson, Esq.
Simpson Law Firm PA
Counsel for Pilot Thomas Logistics, LLC
P.O. Box 2058
Madison, MS 39130-2058

Okin Adams, LLP
1113 Vine St.
Ste. 240
Houston, TX 77002-1044

Olivia K. Greenberg, Esq.
JONES WALKER LLP
Counsel for Drew McManigle
811 Main Street, Suite 2900
Houston, Texas 77002-6116

Oscar Ruiz
216 SW 3rd St.
Premont, TX 78375

P2 Energy Solutions
1670 Broadway
Ste. 2800
Denver, CO 80202-4800

PGH Petroleum & Environmental Engineers, LLC
a GAI Company
Lawrence S. Gendzier
618 E. South Street, Suie 700
Orlando FL 32801-2986

PMBG Law
8610 Broadway St.
Ste. 440
San Antonio, TX 78217-6355

Palmyra Minerals, Ltd
c/o Donato Ramos, Esq.
P.O. Box 452009
Laredo, TX 78045-0049

Park Energy Servs LLC
500 N Broadway, S
#300
Oklahoma City, OK 73102-6200

Parker & Son, Inc.
Jason Watkins, Esq.
4317-A Midmost Dr.
Mobile, AL 36609-5507

Paul S. Murphy, Esq.
BUTLER SNOW LLP
Counsel for First Service Bank
1300 25th Avenue, Suite 204
Gulfport, MS 39501-1994

Petroledge Financial
800 Isom Rd., Ste. 101
San Antonio, TX 78216-4052

Petroledger Financial Services, LLC
Bruce Smith
800 Isom Road, Suite 101
San Antonio, TX 78216-4052

Pilot Thomas Logistics
P.O. Box 737749
Dallas, TX 75373-7749

Premier Metal Buyers
1555 Highway 36
Brenham, TX 77833-1887

Qwik Pipe
1825 Upland Dr.
Houston, TX 77043-3003

R. Michael Bolen, Esq.
Hood & Bolen, PLLC
Counsel for Trustee, Dawn Ragan
3770 Hwy. 80 West
Jackson, MS 39209-7504

R. Scott Wells, Esq.
RUSHING & GUICE, P.L.L.C.
Counsel for Imperative Chemical Partners
Post Office Box 1925
Biloxi, Mississippi 39533-1925

(p)RDP EXPLORATION  LLC
82 S PLAYER MANOR CIRCLE
THE WOODLANDS TX 77382-1807

RJ Young
P.O. Box 306412
Nashville, TN 37230-6412

Republic Services
P.O. Box 78829
Phoenix, AZ 85062-8829

Rio Grande E & P LLC
1000 Memorial
Ste. 500
Houston, TX 77024

Ryand Health Services, LLC
Danial Dickerson
5612 Darmondale
San Antonio, TX 78261-2623

Sarah Beth Wilson, Esq.
Phelps Dunbar LLP
Counsel for White Rock Oil & Gas
4270 I-55 North
Jackson, MS 39211-6391

Stroman Ranch Co Ltd
c/o Richard Morales
602 E Calton Rd, #202
Laredo, TX 78041-3693

TX Industrial Engine
P.O. Box 590
George West, TX 78022-0590

Terry Producing
4436 FM 1459
Sweeny, TX 77480-8337

Thomas Swarek
1261 Pass Rd.
Gulfport, MS 39501-6236

Thru Tubing Solutions
P.O. Box 203379
Dallas, TX 75320-3379

Thru Tubing Solutions, Inc.
Christopher H. Meredith, CCTB, P.A.
P.O. Box 6020
Ridgeland, MS 39158-6020

Timothy J. Anzenberger, Esq.
Adams and Reese LLP
Counsel for Metropolitan Life Insurance
1018 Highland Colony Parkway, Suite 800
Ridgeland, MS 39157-2057

Titanium Well Services
1216 Airport
Alice, TX 78332-7334

Tom Joiner & Associates, Inc.
Kendall P. Hanby
P.O. Box 1490
Tuscaloosa, AL 35403-1490

Toyota Motor Credit Co
14841 Dallas Parkway
Ste. 350
Dallas, TX 75254-7685

Toyota Motor Credit Corporation
PO Box 9013
Addison, Texas 75001-9013

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, Suite 900
Atlanta, GA 30326-1382

U.S. Securities and Exchange Commission
c/o United States Attorney
1575 20th Avenue, 2nd Floor
Gulfport, MS 39501-2040

USA Compression Partnr
2591 Dallas Parkway
Ste. 300
Frisco, TX 75034-8563

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

Vault Pressure Control
2929 West Same Houston
Parkway North
Houston, TX 77043-1643

World AG Investment
1261 Pass Rd.
Gulfport, MS 39501-6236

Dawn Ragan
CR3 Partners
13355 Noel Road
Ste 2005
Dallas, TX 75240-6635

Drew McManigle
c/o Jeffrey R. Barber
JONES WALKER LLP
Post Office Box 427
Jackson, MS 39205-0427

Patrick A. Sheehan
429 Porter Avenue
Ocean Springs, MS 39564-3715

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IPFS Corporation
30 Montgomery Street
Suite 1000
Jersey City, NJ 07302

McMullen County
Linebarger Goggan Blair & Sampson
c/o Don Stecker
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205

(d)Pecos County
Linebarger Goggan Blair & Sampson
c/o Don Stecker
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205

(d)Bexar County
Linebarger Goggan Blair & Sampson LLP
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205

(d)Bexar County
c/o Don Stecker
112 E Pecan St, #2200
San Antonio, TX 78205

(d)Bexar County
c/o Don Stecker
112 E. Pecan Street, Suite 2200
San Antonio, TX  78205

(d)McMullen County
Linebarger Goggan Blair & Sampson, LLP
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205

(d)Pecos County
Linebarger Goggan Blair & Sampson, LLP
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205

RDP Exploration LLC
82 S Player Manor Circ
Spring, TX 77382

(d)RDP Exploration, LLC
82 S Player Manor Circle
The Woodlands, TX 77382

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)ATIC Limited Partnership

(u)Briguna, LLC

(u)Cactus Wellhead, LLC

(u)Copeland, Cook, Taylor & Bush, P.A.

(u)Cudd Pressure Control, Inc.

(u)ETC Texas Pipeline, Ltd.

(u)Energy Transfer, LP

(u)First Service Bank

(u)Imperative Chemical Partners, Inc.

(u)PILOT THOMAS LOGISTICS,LLC

(u)Resource Strategies, LLC

(u)Thru Tubing Solutions, Inc.

(u)Toyota Motor Credit Corporation

(d)Brooks County
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760-7428

(d)Howdy Enterprises Ltd
P.O. Box 1656
Leander, TX 78646-1656

(d)Hugoton Operating Co
1261 Pass Rd.
Gulfport, MS 39501-6236

(d)Jim Wells CAD
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760-7428

(d)Live Oak CAD
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760-7428

(d)Dawn Ragan
CR3 Partners
13355 Noel Road
Suite 2005
Dallas, TX 75240-6635

(d)Mike D Menke
84 Turquoise Drive
Sandia Park, NM 87047-9515

End of Label Matrix
Mailable recipients   153
Bypassed recipients    20
Total                 173