**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

     **EL DORADO GAS & OIL, INC.,** *et al.,*[1]       **CASE NO. 23-51715-JAW**

     **DEBTORS-IN-POSSESSION.**             **CHAPTER 11**
     *Jointly Administered*

**NOTICE OF HEARING AND DEADLINES**

     Toyota Motor Credit Corporation has filed a Motion for Relief from the Automatic Stay, to Abandon Property Against the Debtor, in the Alternative for Adequate Protection and Other Relief (the "Motion") (Dkt. #302) with the Court in the above-styled case.

     **<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to contact one.)**

     The Court will hold an evidentiary hearing (the "Hearing") on April 30, 2024, at 10:00 AM, in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to consider and act upon the Application.

     If you do not want the Court to grant the Application, or if you want the Court to consider your views on the Application, you or your attorney must file a written response explaining your position so that the Court receives it on or before April 24, 2024 (Response Due Date). Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Others should file any response at U.S. Bankruptcy Court, Thad Cochran U.S. Courthouse, 501 East Court Street, Suite 2.300, Jackson, MS 39201. If you file a response, you or your attorney are required to attend the Hearing. The Hearing will be electronically recorded by the Court.

     If you or your attorney do not take these steps, the Court may decide that you do not oppose the Application. If no response is filed, the Court may consider the Application and enter an order granting relief before the Hearing date.

     Dated: 3/25/24                 Danny L. Miller, Clerk of Court
                                U.S. Bankruptcy Court
                                Thad Cochran U.S. Courthouse
                                501 E. Court Street, Suite 2.300

Courtroom Deputy                 Jackson, MS 39201
601-608-4642 (use to advise of settlement)   601-608-4600
601-608-4693

---

[1] Jointly administered with *In re: Hugoton Operating Company, Inc.,* Case No. 23-51139-JAW.

**Parties Noticed**:

El Dorado Gas & Oil, Inc., Debtor- In-Possession

Hugoton Operating Company, Inc., Jointly Administered Debtor

Patrick A. Sheehan, Esq., Counsel for the Debtors

Dawn Ragan, Chapter 11 Trustee

Joseph Daniel Austin, Esq.

R. Michael Bolen, Esq.

Katherine Hopkins, Esq.

Nancy Lee Ribaudo, Esq.

United States Trustee

Abigail M. Marbury, Esq.

Charles Frank Fair Barbour, Esq., Counsel for the Movant

All Parties Filing a Notice of Appearance