**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:
**El Dorado Gas & Oil, Inc.,**                                                                    **CHAPTER 11**
        **Debtor**                                                                    **CASE NO.: 23-51715-JAW**

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY, TO ABANDON**
**PROPERTY AGAINST THE DEBTOR, IN THE ALTERNATIVE**
**FOR ADEQUATE PROTECTION AND OTHER RELIEF**

**COMES NOW**, Toyota Motor Credit Corporation ("Movant"), a secured creditor herein,

and moves for relief from the automatic stay, for abandonment, in the Alternative for Adequate

Protection and for other relief, and in support would show unto the Court the following:

1.      Movant holds a claim against the Debtor which is secured by a 2022 Toyota

Tundra, VIN: 5TFMA5AB0NX004561 ("Property").  Copies of the contract and State of

Mississippi Certificate of Title for a vehicle are attached hereto as Exhibits "A" and "B".

2.      Debtor is continuing to use the Property.  The Property is declining in value.

3.      As of March 20, 2024, Debtor owes Movant the total debt of approximately

$56,216.98 including arrears in the approximate amount of $4,099.57.

4.      The value of the Property is approximately $50,670.00 based on ninety percent of

the NADA retail value as of March 20, 2024.

5.      Good and sufficient cause exists to lift, terminate and annul the automatic stay of

11 U.S.C. § 362, and for the Property to be abandoned.

6.      In the alternative, Movant has not been provided adequate protection with respect

to its claim secured by the Property, and Movant is entitled to adequate protection payments.

7.      Movant requests that the 14-day stay prescribed by Federal Rule of Bankruptcy

Procedure 4001(a)(3) be waived and that the order granting this Motion be effective immediately

upon entry.  Good cause exists for this waiver due to continued accrual of an increasing debt

arrearage and ongoing violation of Movant's contractual rights.

8.      Other grounds and issues to be presented at a hearing hereon.

**WHEREFORE**, Movant moves for an order for relief from the automatic stay and to

abandon property pursuant to 11 U.S.C. §§ 362 and 554, to terminate any other restraint against

Movant exercising its rights as to its collateral and to authorize Movant to take possession, sell,

lease, or otherwise dispose of the Property, or in the alternative for an order for adequate

protection.  Movant prays for such other and general relief as this Court may deem just.

Respectfully submitted,

BENNETT LOTTERHOS SULSER
& WILSON, P.A.

/s/ Charles Frank Fair Barbour

**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:     (601) 944-0466
Facsimile:     (601) 944-0467
cbarbour@blswlaw.com

## CERTIFICATE OF SERVICE

I, Charles Frank Fair Barbour, do hereby certify this day that I electronically filed the
above and foregoing with the Clerk of the Court using the ECF system which sent notification of
such filing to all parties enlisted to receive service through the CM/ECF system including the
following:

Patrick A. Sheehan at pat@sheehanlawfirm.com

US Trustee at USTPRegion05.AB.ECF@usdoj.gov

/s/ Charles Frank Fair Barbour

2