**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**


In re:  El Dorado Gas & Oil, Inc.[1]                                    Case no.  23-51715-JAW
                                                                        Chapter 11

     Debtor

**<u>CERTIFICATE OF SERVICE</u>**

     I, R. Michael Bolen, do hereby certify that I have this day served by electronic mail, electronic filing transmission, hand delivered or mailed by first class mail, postage prepaid, a true and correct copy of the motion [Dkt. # 399] to the parties on the attached service list and to those on the CM/ECF mailing system on this the 9<u>th</u> day of <u>May</u>, 20<u>24</u>

*/s/ R. Michael Bolen*
R. Michael Bolen
MSB # 3615
HOOD & BOLEN, PLLC
ATTORNEYS AT LAW
3770 HWY. 80 WEST
JACKSON, MISSISSIPPI 39209
(601)923-0788
rmb@hoodbolen.com

---

[1] The Debtors in this jointly administered chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: El Dorado Gas & Oil, Inc. (4581) and Hugoton Operating Company, Inc. (3245).