Special Notice List
Case No. 23-51715-jaw
El Dorado & Hugoton
04/15/2024
3917414_2

Dawn Ragan
Chapter 11 Trustee
13355 Noel Road
Ste. 2005
Dallas, TX  75240-6635

Dawn Ragan, Trustee
Attn: R. Michael Bolen
Hood & Bolen, PLLC
3770 Hw. 80 West
Jackson, MS  39209

Dawn Ragan, Trustee
Attn: Katherine T Hopkins
Kelly Hart & Hallman LLP
201 Main St., Suite 2500
Fort Worth, TX  76102

Dawn Ragan, Trustee
Attn: Nancy Ribaudo
Kelly Hart & Hallman LLP
201 Main St., Ste. 2500
Fort Worth, TX  76102

Dawn Ragan, Trustee
Attn: Joseph D. Austin
Kelly Hart & Hallman LLP
201 Main St., Suite 2500
Fort Worth, TX  76102

U.S. Trustee
Attn Abigail M. Marbury
501 East Court St., Ste. 6-430
Jackson, MS  39201

World Aircraft, Inc.
Attn: Patrick A. Sheehan
429 Porter Avenue
Ocean Springs, MS  39564-3715

Bluestone Natural Resources II -
South Texas, LLC
Attn: Patrick A. Sheehan
429 Porter Avenue
Ocean Springs, MS  39564-3715

U.S. Trustee
Attn: Christopher J. Steiskal, Sr.
501 East Court St., Ste. 6-430
Jackson, MS  39201

El Dorado Gas & Oil, Inc.
Attn: Thomas Swarek
1261 Pass Rd.
Gulfport, MS  39501

Escambia Asset Co
Drew McManigle Trustee
700 Milam, Ste. 1300
Houston, TX  77002

Dorado Drilling Inc.
Attn: Thomas Swarek
1261 Pass Rd.
Gulfport, MS  39501

Hugoton Operating Co. Inc
El Dorado Gas & Oil, Inc.
Attn: Patrick A. Sheehan
429 Porter Ave
Ocean Springs, MS  39564-3715

El Dorado Gas & Oil, Inc.
1261 Pass Road
Gulfport, MS  39501

Hugoton Operating Co., Inc.
1261 Pass Rd.
Gulfport, MS  39501

Advance Compression
Equipment, LLC
7502 US Highway 59
North Victoria, TX  77905

Annette Wied Sorrells
c/o Richard Morales
602 E. Calton Rd., #202
Laredo, TX  78041

Armstrong-El Sordo Ltd.
c/o Richard Morales
602 E. Calton Rd., #202
Laredo, TX  78041

Bexar County
c/o Don Stecker
112 E. Pecan St., #2200
San Antonio, TX  78205

Border Well Services
P.O. Box 1925
Laredo, TX  78044-1925

El Gato SWD, Inc.
Von Jones, Esq.
1250 NE Loop 410 #808
San Antonio, TX  78209

Excalibur Rentals, Inc.
P.O. Box 3941
Victoria, TX  77903

First Service Bank
Attn: Tom Grumbles
136 South Broadview
Greenbrier, AR 72058

Frank Armstrong
c/o Richard Morales
602 E. Calton Rd., #202
Laredo, TX  78041

Franklin Howard Wied
c/o Richard Morales
602 E. Calton Rd., #202
Laredo, TX  78041

Global Compressor Serv.
15 Smith Rd.
Ste. 4000
Midland, TX  79705

Howdy Enterprises Ltd.
P.O. Box 1656
Leander, TX  78646

Katco Vacuum Service
P.O. Box 399
Hebbronville, TX  78361

Katherine Styroman Nance
c/o Richard Morales
602 E. Calton Rd., #202
Laredo, TX  78041

Mark Stephen Wied
c/o Richard Morales
602 E. Calton Rd., #202
Laredo, TX  78041

MetLife Investment Mgt.
6750 Poplar Ave., Ste. 109
Memphis, TN  38138

Park Energy Servs LLC
500 N. Broadway, S #300
Oklahoma City, OK  73102

Qwik Pipe
1825 Upland Dr.
Houston, TX  77043

Stroman Ranch Co. Ltd.
c/o Richard Morales
602 E. Calton Rd., #202
Laredo, TX  78041

Thru Tubing Solutions
P.O. Box 203379
Dallas, TX  75320

Toyota Motor Credit Co.
PO Box 9013
Addison, TX  75001

Vault Pressure Control
2929 West Same Houston
Parkway North
Houston, TX  77043

TX Industrial Engine
P.O. Box 590
George West, TX  78022

Toyota Motor Credit Co.
14841 Dallas Parkway
Ste. 350
Dallas, TX  75254

Archrock
901 W Hwy 72
Kenedy, TX  78119

Brooks County
Linebarger Goggan Blair
P.O. Box 17428
Austin, TX  78760

Columbus Energy LLC
Brett Owens
3773 Richmond Ave. #950
Houston, TX  77046

Duvall County
Linebarger Goggan Blair
P.O. Box 17428
Austin, TX  78760

Fourth Floor Partners
Attn: Brett Owens
373 Richmond Ave #950
Houston, TX  77046

Freer ISD
Linebarger Goggan Blair
P.O. Box 17428
Austin, TX  78760

Hidalgo County
Linebarger Goggan Blair
P.O. Box 17428
Austin, TX  78760

Jim Hogg Co ISD
Linebarger Goggan Blair
P.O. Box 17428
Austin, TX  78760

Lavaca County
Linebarger Goggan Blair
P.O. Box 17428
Austin, TX  78760

McMullen County TX
Linebarger Goggan Blair
P.O. Box 17428
Austin, TX  78760

Mestena, LLC
Attn: Alan L. Smith
Baker, Donelson, Bearman et al.
100 Vision Drive, Ste. 400
Jackson, MS  39211-7009

Nueces County
Linebarger Goggan Blair
P.O. Box 17428
Austin, TX  78760

Price Partners
PMBG Law
8610 Broadway, Ste 440
San Antonio, TX  78217

Rio Grande City ISD
Linebarger Goggan Blair
P.O. Box 17428
Austin, TX  78760

Roma ISD
Linebarger Goggan Blair
P.O. Box 17428
Austin, TX  78760

SBOG, LLC
c/o Alan Smith Esq.
100 Vision Dr., #400
Jackson, MS  39211

Sidestream, LLC
1020 Highland Colony Pkwy
Ste. 1400
Ridgeland, MS  39157

Starr County
Linebarger Goggan Blair
P.O. Box 17428
Austin, TX  78760

Victoria County
Linebarger Goggan Blair
P.O. Box 17428
Austin, TX  78760

Webb CISD
Linebarger Goggan Blair
P.O. Box 17428
Austin, TX  78760

White Rock Oil & Gas
5810 Tennyon Pkwy
Ste. 500
Plano, TX  75024

7 Compression LLC
5636 Shirley Dr.
Tyler, TX  75708

Associated Resources
14425 Torrey Chanse Blvd.
Ste. 320
Houston, TX  77014

CherCo
2900 North Loop W., Ste. 850
Houston, TX  77092

Critical Control
29059 Network Place
Chicago, IL  60673

Eagle Rock Freight, LLC
427 North Ohio Ave.
Gaylord, MI  49735

Energy Fishing & Rental Services
P.O. Box 6406
Corpus Christi, TX  78466

Energy Gas Compression
2020 N. Lexington Blvd.
Corpus Christi, TX  78409

Express Oil & Gas
3709 Citation Way
Medford, OR  97504

Howdy Enterprises Ltd.
4256 St. Hwy. 21 W.
Caldwell, TX  77836

JBH Equipment PetroRigs
333 NW 5th St., #707
Oklahoma City, OK  73102

JW Power
P.O. Box 674814
Dallas, TX  75267

Lawrence Companies Inc.
327 North Roberts St.
Gilmer, TX  75644

Mid Continental
P.O. Box 21468
Tulsa, OK  74121

P2 Energy Solutions
1670 Broadway, Ste. 2800
Denver, Co  80202

Park Energy Service LLC
500 N. Broadway, S #300
Oklahoma City, OK  73102

Pilot Thomas Logistics
P.O. Box 737749
Dallas, TX  75373-7749

Premier Metal Buyers
1555 Highway 36
Brenham, TX  77833

RJ Young
P.O. Box 306412
Nashville, TN  37230

| | | |
|---|---|---|
| ~~Archrock~~<br>~~901 W. Hwy. 72~~<br>~~Kenedy, TX  78119~~ | ~~Border Well Service~~<br>~~P.O. Box 1925~~<br>~~Laredo, TX  78044-1925~~ | Assured Partners<br>2900 North Loop West, Ste. 1150<br>Houston, TX  77092 |
| Coastal Chemical<br>P.O. Box 843365<br>Dallas, TX  75284-3365 | Critical Control Energy Srvs., Inc.<br>3401 N. Northeast Loop 323<br>Tyler, TX  75708 | El Gato<br>P.O. Box 399<br>Hebbronville, TX  78361 |
| Excalibur<br>P.O. Box 3941<br>Victoria, TX  77903 | Foam Master<br>P.O. Box 159<br>Santa Elena, TX  78591 | Imperative Chemicals<br>P.O. Box 679330<br>Dallas, TX  75267 |
| J & J Pipe & Supply<br>P.O. Box 276<br>Ganado, TX  77962 | K & R Operating<br>P.O. Box 463<br>Houston, TX  77210-4985 | Katco<br>P.O. Box 399<br>Hebbronville, TX  78361 |
| Lone Star Industries<br>57 E Hwy 359<br>P.O. Box 188<br>Hebbronville, TX  78361 | Moran Equipment<br>319 Industrial Parkway<br>Elk City, OK  73644 | Thru Tubing<br>P.O. Box 203379<br>Dallas, TX  75320 |
| Pilot Thomas<br>P.O. Box 2136<br>Grapevine, TX  76099 | Qwik Pipe<br>1825 Upland Dr.<br>Houston, TX  77043 | Dept. of Treasury -<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 |
| United Rentals<br>10330 David Taylor Dr.<br>Charlotte, NC  28262-2334 | United Site Services<br>P.O. Box 246<br>Columbus, TX  78934 | Zapata County<br>Linebarger Goggan Blair<br>P.O. Box 17428<br>Austin, TX  78760 |
| United States Trustee<br>c/o Abigail M. Marbury<br>501 E. Court St., Suite 6-430<br>Jackson, MS  39201-5002 | Internal Revenue Service<br>Dept. of the Treasury<br>401 W. Peachtree St., NW<br>M/S 334-D<br>Atlanta, GA  30308-3539 | Internal Revenue Service<br>c/o U.S. Attorney<br>1575 20th Avenue, 2nd Floor<br>Gulfport, MS  39501-2040 |
| Mississippi Dept. of Revenue<br>Bankruptcy Section<br>P.O. Box 22808<br>Jackson, MS  39225-2808 | U.S. Securities & Exchange Comm.<br>Office of Reorg.<br>950 East Paces Ferry Rd., Ste. 900<br>Atlanta, GA  30326-1382 | US Securities & Exchange Comm.<br>c/o U.S. Attorney<br>1575 20th Ave., 2nd Floor<br>Gulfport, MS  39501-2040 |

U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS  39501-2036

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA  19101-7346

Texas Comptroller of Public Accts.
Ofc. of the Attorney General
Bankr. and Collections Div.
P.O. Box 12548, MC-008
Austin, TX  78711-2548

~~U.S. Bankruptcy Court~~
~~Dan M. Russell, Jr. U.S. Courthouse~~
~~2012 15th Street, Suite 244~~
~~Gulfport, MS  39501-2036~~

U.S. Securities & Exchange Comm.
c/o US Attorney
501 E. Court St., Suite 4.430
Jackson, MS  39201-5002

Internal Revenue Service
c/o U.S. Attorney
501 E. Court Street, Ste. 4.430
Jackson, MS  39201-5025

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA  19114

Pecos County
Linebarger Goggan Blair &
Sampson, LLP
112 E. Pecan Street, Suite 2200
San Antonio, TX  78205

McMullen County
Linebarger Goggan Blair &
Sampson, LLP
112 E. Pecan Street, Suite 2200
San Antonio, TX  78205

Live Oak CAD
Linebarger Goggan Blair &
Sampson, LLP
PO Box 17428
Austin, TX  78760-7428

Jim Wells CAD
Linebarger Goggan Blair &
Sampson, LLP
PO Box 17428
Austin, TX  78760-7428

JBH Equipment, LLC
PO Box 154
Arcadia, OK  73007

Excalibur Rentals, Inc.
c/o John Massouh
PO Box 15008
Amarillo, TX  79105

Mike D. Menke
84 Turquoise Drive
Sandria Park, NM  87047

K.S. Bracken Limited Partnership
P.O. Box 131209
Tyler, TX  75713

Bracken 1984 Children's Trust
FBO A. Bracken
Walter J. Batla
10941 Circle Drive
Austin, TX  78736

Bracken 1984 Children's Trust
FBO H. Bracken
Walter J. Batla
10941 Circle Drive
Austin, TX  78736

Bracken 1984 Children's Trust
FBO R. Bracken
Walter J. Batla
10941 Circle Drive
Austin, TX  78736

Bracken 1984 Children's Trust
FBO J. Bracken
Walter J. Batla
10941 Circle Drive
Austin, TX  78736

Bracken Children's Trust
Walter J. Batla
10941 Circle Drive
Austin, TX  78736

Bracken Partners Limited
Walter J. Batla
10941 Circle Drive
Austin, TX  78736

Robert Bracken
dba Bracken Enterprises
Walter J. Batla
10941 Circle Drive
Austin, TX  78736

Kay S. Bracken
Walter J. Batla
10941 Circle Drive
Austin, TX  78736

S. Evans LTD
Walter J. Batla
10941 Circle Drive
Austin, TX  78736

PLC O&G Properties, LP
Walter J. Batla
10941 Circle Drive
Austin, TX  78736

Glenda Bracken
Walter J. Batla
10941 Circle Street
Austin, TX  78736

**ECF/NOA**
**El Dorado**

Resource Strategies LLC, Am. Nat'l Ins. Co.,
Briguna LLC, ATIC Ltd. Partnrshp.
Attn: Alan L. Smith
Baker, Donelson, Bearman et al.
100 Vision Drive, Ste. 400
Jackson, MS  39211
asmith@bakerdonelson.com

Drew McManigle
Attn: Jeffrey R. Barber
Jones Walker LLP
3100 North State St., Ste. 300
Jackson, MS  39216
jbarber@joneswalker.com

Drew McManigle
Attn: Joseph E. Bain
Jones Walker LLP
811 Main St., Suite 2900
Houston, TX  77002
jbain@joneswalker.com

Drew McManigle
Attn: Olivia K. Greenberg
Jones Walker LLP
811 Main St., Suite 2900
Houston, TX  77002
ogreenberg@joneswalker.com

White Rock Oil & Gas
Attn: Sarah Beth Wilson
Phelps Dunbar LLP
4270 I-55 North
Jackson, MS  39211
Sarah.Beth.Wilson@Phelps.Com

First Service Bank
Attn: John A. Crawford, Jr.
Butler Snow LLP
P.O. Box 6010
Ridgeland, MS  39158-6010
jack.crawford@butlershnow.com

First Service Bank
Attn: Paul S. Murphy
Butler Snow LLP
1300 25th Avenue, Ste. 204
Gulfport, MS  39501
paul.murphy@butlersnow.com

White Rock Oil & Gas
Attn: Brian A. Kilmer, Esq.
Phelps Dunbar LLP
910 Louisiana St., Ste. 4300
Houston, TX  77002
Brian.kilmer@Phelps.com

Thru Tubing Solutions, Inc.
Attn: Christopher H. Meredith
Copeland, Cook, Taylor & Bush, PA
P.O. Box 6020
Ridgeland, MS  39158-6020
cmeredith@cctb.com

Mike Menke
Attn: Kevin A. Rogers
Wells Marble & Hurst, PLLC
300 Concourse Blvd., Ste. 200
Ridgeland, MS  39157
krogers@wellsmar.com

Mestena, LLC
Attn: A. James Tulp, Esq.
Baker, Donelson, Bearman et al.
100 Vision Drive, Ste. 400
Jackson, MS  39211
jtulp@bakerdonelson.com

Resource Strategies LLC, Am. Nat'l Ins. Co.,
Briguna LLC, ATIC Ltd. Partnrshp.
Attn: A. James Tulp, Esq.
Baker, Donelson, Bearman et al.
100 Vision Drive, Ste. 400
Jackson, MS  39211
jtulp@bakerdonelson.com

Resource Strategies LLC, Am. Nat'l Ins. Co.,
Briguna LLC, ATIC Ltd. Partnrshp.
Attn: Alan L. Smith
Baker, Donelson, Bearman et al.
100 Vision Drive, Ste. 400
Jackson, MS  39211
asmith@bakerdonelson.com

J-W Power Company
Attn: Julie A. Walker
Miller Mentzer Walker, PC
P.O. Box 130
100 N. Main St.
Palmer, TX  75152
jwalker@milmen.com

Drew McManigle
Attn: Kristina M. Johnson
Jones Walker LLP
3100 North State St., Ste. 300
Jackson, MS  39216
kjohnson@joneswalker.com

Pilot Thomas Logistics, LLc
Attn: Nathan T. Simpson
Simpson Law Firm PA
P.O. Box 2058
Madison, MS  39130-2058
nsimpson@simpsonlawfirm.net

Pilot Thomas Logistics, LLC
Attn: Joshua N. Eppich
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton St., Ste. 1000
Fort Worth, TX  76102
joshua@bondsellis.com

Pilot Thomas Logistics, LLc
Attn: Nathan T. Simpson
Simpson Law Firm PA
P.O. Box 2058
Madison, MS  39130-2058
nsimpson@simpsonlawfirm.net

Hugoton Oper. Co. Inc.
Attn: R. Michael Bolen
Hood & Bolen, PLLC
3770 Hwy. 80 West
Jackson, MS  39209
rmb@hoodbolen.com

Cactus Wellhead, LLC
Attn: Glenn E. Glover
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, AL  35203
gglover@bradley.com

ETC Texas Pipeline, Ltd.
c/o Graig M. Geno
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, MS  39157
cmgeno@cmgenolaw.com

Archrock Partners Operating LLC
Attn: J. Walter Newman IV
Newman & Newman
587 Highland Colony Parkway
Ridgeland, MS  39157
wnewman95@msn.com

Archrock Partners Operating LLC
c/o Kevin M. Maraist
Anderson Lehrman Barre & Maraist, LLP
Gaslight Sq., 1001 Third St., Ste. 1
Corpus Christi, TX  78404
kmaraist@albmlaw.com

Metropolitan Life Ins. Company
c/o Timothy J. Anzenberger
Adams and Reese LLP
1018 Highland Colony Pkwy., Ste. 800
Ridgeland, MS  39157
Tim.anzenberger@arlaw.com

Imperative Chemical Partners, Inc.
Attn: R. Scott Wells
Rushing & Guice, PLLC
P.O. Box 1925
Biloxi, MS  39533-1925
swells@rushingguice.com

Border Well Services, Inc.
Attn: William P. Wessler
P.O. Box 175
Gulfport, MS  39502
william@wesslerbankruptcy.com

Therese Crocker
Attn: W. Jarrett Little
2505 14th St., Suite 212
Gulfport, MS  39501
jarrett@thelittlelaw.com

Drew McManigle
Attn: Elizabeth Weis De Leon
Jones Walker LLP
811 Main Street, Suite 2900
Houston, TX 77002
edeleon@joneswalker.com

Howdy Enterprises Ltd.
Attn: Andrew R. Wilson
Bennett Lotterhos Sulser & Wilson PA
P.O. Box 1488
Madison, MS  39130
awilson@blswlaw.com

Sidestream, LLC
Attn: Thomas M Hewitt
Butler Snow LLP
1020 Highland Colony Pkwy., Ste. 1400
Ridgeland, MS  39157
Thomas.hewitt@butlersnow.com

Park Energy Services, LLC
Attn: Sharon L. Andrews
        Connor J. Smith
2086 Old Taylor Rd., Ste. 1022
Oxford, MS  38655
sharon@andrewsvalenti.com

Cudd Pressure Control, Inc.
Attn: Christopher H. Meredith
Copeland, Cook, Taylor & Bush, PA
P.O. Box 6020
Ridgeland, MS  39158-6020
cmeredith@cctb.com

Bayshore Energy KS LLC
c/o George Parrott, II
701 Poydras St., #4500
New Orleans, LA  70139
Robert.parrott@arlaw.com

Columbus Energy, LLC
Attn: Jonathan M Lieb
McDowell Knight Roedder & Sledge LLC
P.O. Box 350
Mobile, AL  36601
jlieb@mcdowellknight.com

Texas Comptroller of Pub. Accts.
Attn: Kimberly A. Walsh
Asst AG, TX Atty. Gen. Ofc./Bankr. Div.
P.O. Box 12548
Austin, TX  78711-2548
Kimberly.walsh@oag.texas.gov