**United States Bankruptcy Court**
**Southern District of Mississippi**

In re:   El Dorado Gas & Oil, Inc.                                     Case No.: 23–51715–JAW
      dba El Dorado Oil & Gas, Inc.

                                                          Chapter 11

**To: All Persons of Record at Hearing/Trial**

### NOTICE OF FILING OF TRANSCRIPT
### AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript was filed on **May 14, 2024** (Dkt. # 418) regarding a hearing/trial held on **April 23, 2024** (Dkt. #333).

The parties have until **May 21, 2024** to communicate with the transcriber of any intent to redact the transcript.

Transcript redaction request to the transcriber is **<u>required</u>** on or before **June 4, 2024**.

If a transcript redaction request is submitted to the transcriber, the deadline for the redacted transcript to be filed with the Court is **June 14, 2024**.

If no redacted transcript is filed before the 90–day restriction period expires, the transcript may become available for remote electronic access on **August 12, 2024**, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber, *J&J Court Transcribers, Inc.; 268 Evergreen Avenue; Hamilton, New Jersey 08619; 609–586–2311*, or you may view the transcript at the clerk's office public terminal.

Dated: 5/14/24                                      Danny L. Miller
                                         Clerk, U. S. Bankruptcy Court
                                         Dan M. Russell, Jr. U.S. Courthouse
                                         2012 15th Street, Suite 244
                                         Gulfport, MS 39501

                                         228–563–1790