**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| *In re:* | § | **Chapter 11** |
| | § | |
| **EL DORADO GAS & OIL, INC.**[1] | § | **Case No.: 23-51715-JAW** |
| | § | |
| **Debtors.** | § | |

*Jointly Administered*

---

### CERTIFICATE OF SERVICE

---

I, Alan L. Smith, do hereby certify that on May 29, 2024, I caused to be filed electronically with the Clerk of the Court, using the Court's Electronic Case Filing system, that certain ***Motion Requesting Confirmation that Section 362 Automatic Stay is Not Applicable to the Initiation and Pursuit of Texas Railroad Commission Complaints and Related Regulatory Enforcement Actions Regarding Hugoton Operating Company, LLC as "Operator" of Hydrocarbon Wells Located on Mestena Real Property or, in the Alternative, for Relief from Stay*** [Bkr. Dkt. #476] (the "Stay Relief Motion"), which electronically served a true and correct copy of the Stay Relief Motion on all persons and entities enlisted to receive service electronically as of said date, including the following:

> Office of the United States Trustee
> USTPRegion05.JA.ECF@usdoj.gov

I further certify that on May 30, 2024, I caused to be mailed via United States mail, first-class postage prepaid, a true and copy of the Stay Relief Motion, together with a true and correct copy of that certain ***Notice of Hearing*** [Bkr. Dkt. #478] (the "Hearing Notice"), to the following:

> El Dorado Gas & Oil, Inc.
> 1261 Pass Road
> Gulfport, MS 39501
>
> 20 Largest Unsecured Creditors (as reflected on the creditor matrix dated May 30, 2024, as is attached hereto as **Exhibit "1"**), together with all non-ECF parties having filed a request for notices in this matter.

---

[1] Jointly administered with *In re: Hugoton Operating Company, Inc*., Case No. 23-51139-JAW.

4870-6459-9747v1
2966230-000001

THIS the 31st day of May, 2024.

/s/ALAN L. SMITH
ALAN L. SMITH, ESQ. (MSB #10345)

**OF COUNSEL:**

BAKER, DONELSON, BEARMAN,
      CALDWELL & BERKOWITZ, PC
One Eastover Center
100 Vision Drive
Jackson, Mississippi 39211
Telephone:    (601) 351-8932
Facsimile:    (601) 974-8932
asmith@bakerdonelson.com

4870-6459-9747v1
2966230-000001

## CERTIFICATE OF SERVICE

I, Alan Lee Smith, Esq., do hereby certify that on this day the foregoing paper was filed electronically with the Clerk of the Court using the Court's ECF system, which served a true and correct copy of such paper electronically on all parties enlisted to receive service electronically as of the date hereof, including the following:

> Office of the United States Trustee
> USTPRegion05.JA.ECF@usdoj.gov

This, the 31st day of May, 2024.

/s/ Alan L. Smith
Alan L. Smith, Esq. (MS Bar No. 10345)

4870-6459-9747v1
2966230-000001