**23-51715-JAW** El Dorado Gas & Oil, Inc. and Hugoton Operating Company, Inc.
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Jamie A. Wilson
**Date filed:** 12/22/2023 **Date of last filing:** 05/30/2024

# Creditors

**7 Compression LLC**
5636 Shirley Dr.
Tyler, TX 75708

(5317250)
(20)

**Associated Resources**
14425 Torrey Chase Blv
Ste. 320
Houston, TX 77014

(5317251)
(20)

**Assured Partners**
2900 North Loop West
Ste. 1150
Houston, TX 77092

(5317252)
(20)

**CherCo, LLC**
c/o Alan L. Smith, Esq. -
Baker Donelson, PC
100 Vision Drive - Suite 400
Jackson, MS 39211

(5317253)
(20)

**Critical Control Energy Services, Inc.**
3401 NNE Loop 323
Tyler, TX 75708

(5317255)
(20)

**Eagel Rock Freight LLC**
427 North Ohio Ave.
Gaylord, MI 49735

(5317256)
(20)

**Energy Fishing &**
Rental Services
P.O. Box 6406
Corpus Christi, TX 78466

(5317257)
(20)

**Energy Gas Compression**
2020 N Lexington Blvd.
Corpus Christi, TX 78409

(5317258)
(20)

**Express Oil & Gas**
3709 Citation Way
Medford, OR 97504

(5317259)
(20)

**Howdy Enterprises Ltd**
4256 St Hwy 21 W
Caldwell, TX 77836

(5317261)
(20)

**JBH Equipment**
PetroRigs

(5317262)
(20)

Exhibit "1"

5/30/24, 1:56 PM                                    CM/ECF - U.S. Bankruptcy Court:mssb

333 NW 5th St. #707
Oklahoma City, OK 73102

**JW Power**                                      (5317263)
P.O. Box 674814                                   (20)
Dallas, TX 75267

**Lawrence Companies Inc**                        (5317264)
327 North Roberts St.                             (20)
Gilmer, TX 75644

**Mid Continental**                               (5317265)
P.O. Box 21468                                    (20)
Tulsa, OK 74121

**P2 Energy Solutions**                           (5317266)
1670 Broadway                                     (20)
Ste. 2800
Denver, CO 80202

**Park Energy Servs LLC**                         (5317267)
500 N Broadway, S                                 (20)
#300
Oklahoma City, OK 73102

**Pilot Thomas Logistics**                        (5317268)
P.O. Box 737749                                   (20)
Dallas, TX 75373-7749

**Premier Metal Buyers**                          (5317269)
1555 Hwy 36N                                      (20)
Brenham, TX 77833

**RJ Young**                                      (5317270)
P.O. Box 306412                                   (20)
Nashville, TN 37230

**TX Industrial Engine**                          (5317271)
P.O. Box 590                                      (20)
George West, TX 78022

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/30/2024 13:55:57 | | | |
| **PACER Login:** | AlanSmith123 | **Client Code:** | |
| **Description:** | Creditor List | **Search Criteria:** | 23-51715-JAW Creditor Type: 20 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |