### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| **In re:** | § | **Case No. 23-51715-JAW** |
| | § | |
| **El Dorado Gas & Oil, Inc., et al.,**[1] | § | **Chapter 11** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |
| | § | |

### REPORT OF FIRST VIRTUAL AUCTION SALE
### [DKT. ## 550, 607]

1.      In accordance with the *Order Granting First Motion for Entry of Order (I) Approving Sale of Certain Personal Property by Auction; (II) Approving Notices Related Thereto; (III) Authorizing and Approving Sale Free and Clear of All Liens, Claims, Rights, Encumbrances, and Other Interests; and (IV) Granting Related Relief* (the "First Auction Order") [Dkt. # 607], Tiger Capital Group, LLC ("Tiger Capital") submits this report of the first virtual auction sale ("Auction Sale") of the Debtors' certain personal property, including certain equipment ("Equipment") currently being located at 1085 Hwy 80, Jackson, MS; 10636 Shelton Street, Collierville, TN 38017; Logistec Stevedoring (Ontario) Inc. Suite 360, 100 Main Street, Thunder Bay, Ontario, Canada; and Rideau Bulk Terminals, Inc., 3006 County Road, No. 2, Johnstown, Ontario, Canada;  and as more particularly described in the *First Motion for Entry of Order (I) Approving Sale of Certain Personal Property by Auction; (II) Approving Notices Related Thereto; (III) Authorizing and Approving Sale Free and Clear of All Liens, Claims, Rights, Encumbrances, and Other Interests; and (IV) Granting Related Relief* [Dkt. # 550].

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: El Dorado Gas & Oil, Inc. (4581); Hugoton Operating Company, Inc. (3245); Bluestone Natural Resources II - South Texas, LLC (4581); and World Aircraft, Inc. (4581).

2.      In accordance with the Orders entered on June 13, 2024 (collectively, "Retention Orders") [Dkt ## 540, 541], the Court authorized the retention of Tiger Capital as auctioneers of Dawn Ragan, the Chapter 11 Trustee (the "Trustee") of Hugoton Operating, Company, Inc. ("Hugoton") and El Dorado Gas & Oil, Inc. ("El Dorado"), Independent Manger for Bluestone Natural Resources II - South Texas, LLC ("Bluestone") and World Aircraft, Inc. ("World Aircraft" and collectively with Hugoton, El Dorado and Bluestone, the "Debtors"). In accordance with the Retention Orders, Tiger Capital will seek compensation in the form of a 10% commission per each Auction Sale, plus the reimbursement of expenses, subject to the submission of expenses to the United States Trustee and the DIP Lenders pursuant to the Retention Orders.

3.      Tiger Capital has a blanket insurance policy covering all sales conducted by Tiger Capital.

4.      Tiger Capital advertised the virtual online Auction Sale of the Equipment as follows including: Industrial Marketplace, Surplus Record, Bidspotter, Jackson Clarion Ledger, Google, Facebook, and other channels.  In addition, Tiger Capital sent direct mailings to targeted recipients, engaged in telemarketing campaigns and engaged a public relations company to assist with the promotion of the Auction Sale.

5.      A listing of the Equipment was also posted on Tiger Capital's website (www.soldtiger.com)  prior to the Auction Sale.

6.      All registered bidders accepted the Terms and Conditions of Sale prior to bidding on the Equipment.

7.      On July 17, 2024 Tiger Capital conducted a virtual Auction Sale of the Equipment. The adjusted gross dollar amount of the sale of the Equipment was $237,433.92.

8.      An itemized list of the Equipment sold, the names of the purchasers and the purchase prices are annexed hereto as **Exhibit A**.

9.      An itemized statement of commissions paid ($23,743.39), expenses proposed to be paid ($56,578.70), and any remaining sale proceeds that have not yet been transferred to the Trustee's bank account at First Service Bank, and remain in the Wells Fargo bank account, is included in **Exhibit A** and **Exbibit B.**

Dated:  August 7, 2024

Respectfully submitted,

*/s/ R. Michael Bolen*
R. Michael Bolen (MSB No. 3615)
HOOD & BOLEN, PLLC
3770 Highway 80 West
Jackson, Mississippi 39209
rmb@hoodbolen.com
Telephone: (601) 923-0788
Facsimile: (601) 922-2968

and

Nancy Ribaudo, Texas Bar I.D. 24026066
Katherine Hopkins, Texas Bar I.D. 24070737
Joseph Austin, Texas Bar I.D. 24101470
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
nancy.ribaudo@kellyhart.com
katherine.hopkins@kellyhart.com
joseph.austin@kellyhart.com
Telephone: (817) 878-9377
Facsimile: (817) 878-9280

*Counsel to Dawn Ragan, Chapter 11 Trustee for Hugoton Operating Company, Inc. and El Dorado Gas & Oil, Inc.*

and

*/s/ Patrick A. Sheehan*
Patrick A. Sheehan
Sheehan & Ramsey, PLLC
429 Porter Avenue
Ocean Springs, MS  39564
228-875-0572/fax:  228-875-0895
Pat@sheehanramsey.com

*Counsel for Bluestone Natural Resources II-South Texas, LLC and World Aircraft, Inc.*

## CERTIFICATE OF SERVICE

I, R. Michael Bolen, do hereby certify that I have this day served by electronic mail, electronic filing transmission, hand delivered or mailed by first class mail, postage prepaid, a true and correct copy of the foregoing report to the parties listed below and those on the CM/ECF mailing system on this 7th day of August, 2024.

*/s/ R. Michael Bolen*
R. Michael Bolen

U. S. Trustee
Suite 6-430
501 E. Court St.,
Jackson, Mississippi 39201
USTPRegion05.JA.ECF@usdoj.gov

4