| Lot # | Description | Sale Price | First Name | Last Name |
|---|---|---|---|---|
| 2 | Coleman Powermatic Mobile Premium Air Compressor w/ Gauges & Hoses, M/N-CL0602712, S/N- B19811443, 90 psi, 27 Gal | $15.00 | Jonathan | Scallan |
| 3 | Associated Heavy Duty Fast Charger w/ Cables, M/N- 6001A | $5.00 | Scott | Hollingsworth |
| 4 | Balder Reliance Super E Motor, Cat#- CEM3770T, Spec#- 07H858X798 | $30.00 | Ben | Zvi |
| 5 | Hand Hydraulic Pallet Jack, Capacity- 4,400 Lbs. | $20.00 | Richard | Brown |
| 6 | Remington Portable Forced Air Heater, M/N- Rem 50 | $25.00 | Jonathan | Scallan |
| 9 | Triangle Engineering Portable Cooler Drum Fan, S/N- D06 | $100.00 | Scott | Hollingsworth |
| 10 | Craftsman Shop-Vac, 6HP, 16 Gal | $5.00 | Scott | Hollingsworth |
| 11 | Varian Vacuum Pump, M/N- SD-91 | $20.00 | James | Hutchins |
| 12 | 4-Step Louisville Ladder, M/N- FS1404HD, Cap- 375 Lbs | $2.00 | Richard | Spencer |
| 13 | Miller Deltaweld 651 Welder, M/N- Deltaweld 651, S/N- KD546155, DC Power Welding Source | $50.00 | Richard | Brown |
| 14 | Lot DeWalt Inspection Camera w/ (4) Lithium Ion Batteries & Charger, M/N- DCT410 | $40.00 | Richard | Brown |
| 15 | Senco Heavy Stapler w/ Staples, M/N- SNS45XP | $5.00 | Richard | Spencer |
| 17 | Mobile Versa Bench 2-Door Tool Cabinet, 48"x26"x39" | $95.00 | Jonathan | Scallan |
| 19 | Wacker Neuson Trash Pump, M/N- PTS4 | $75.00 | Jonathan | Scallan |
| 20 | Jamco Flammable Storage Cabinet, M/N- BM44, Cap- 44 Gal | $180.00 | Mike | O'Neil |
| 22 | Global Industrial Podium w/ Compartments, 54"x30"x35" | $20.00 | Scott | Hollingsworth |
| 24 | Ridgid Tripod Pipe Feeder, M/N- 92, Cat#- 42510, Max Pipe 6" | $30.00 | Richard | Brown |
| 25 | 40 Rung Aluminum Extension Ladder | $10.00 | Richard | Brown |
| 26 | 6-Compartment Locker Set, 78"x24"x46" | $100.00 | Scott | Hollingsworth |
| 27 | Dayton Mobile Tool Box, M/N- 2H280A, 30"x42"x48" | $70.00 | Richard | Brown |
| 28 | Teq Correct Professional Long Frame Jack, M/N- 3204, Cap- 5 Tons | $30.00 | Richard | Spencer |
| 30 | Greenlee 911 Wire/Cable 2- Wheel Rack Cart | $55.00 | Richard | Spencer |
| 31 | Lincoln Electric Welder w/ Trailer Attachment, M/N- SA-200, S/N- R-298082 | $375.00 | Earl | Fyke |
| 32 | 1996 General Shelters Port-A-Cool Fan, S/N- 10116 | $220.00 | Jose | Estrada |
| 34 | Midwest Pacific Impulse Foot Pedal Sealer, M/N- MP-12F-1 | $5.00 | Richard | Spencer |
| 35 | Wesco 2-Wheel Tank Cart | $10.00 | Richard | Spencer |
| 36 | 2010 6-Step Rolling Ladder | $5.00 | Richard | Brown |
| 38 | Lot Industrial Rolling Cart w/ Contents Consisting of Wrenches, Screwdrivers, Sockets, Nuts, Bolts, Screws, Gooseneck Wrecking Bar, Clamps, & Other Industry Related Items | $190.00 | James | Hutchins |
| 39 | Industrial Storage Shelf, 5- Shelves | $5.00 | Earl | Fyke |
| 41 | Goodway Dust Collector | $6.00 | Earl | Fyke |
| 43 | Aurora Centrifuge Pump, M/N- T667, 40HP | $20.00 | James | Hutchins |
| 46 | Lot Pump Housing Bracket w/ Balder Reliance Motor, 7.5HP, & Pipe Extension Flange w/ Foxboro Flow Meter | $50.00 | James | Hutchins |
| 47 | Rotark Valve Actuator Controller, S/N- B16807-192 | $25.00 | James | Hutchins |
| 48 | Lot Taco Pump & Emerson Commercial Duty Motor, M/N- C632ZZHCL-5020 | $10.00 | Richard | Brown |
| 49 | Lot Pallet of Contents Consisting of Grinnel 8" Butterfly Valve, Welch Scientific Vacuum Pump, M/N- 04113P, Reverse Flow 12" Valve, Sure Flow YF-125J, Stainless Steel Flextech Flowline Controller | $20.00 | James | Hutchins |
| 50 | Nema Premium Motor, M/N- DA15, S/N- T117540604-0013M0003, 125HP | $150.00 | Joe | Adair |
| 51 | Lot Industrial Rolling Cart w/ Contents Consisting of Sockets, Wrenches, Channel Locks, Sander Attachments, Screwdrivers, Torque Set, Ratchets, Mallet, & Other Industry Related Items | $75.00 | James | Hutchins |
| 52 | 3-Wheel Rolling Welding Tank Cart w/ Fire Extinguisher | $1.00 | Richard | Spencer |
| 53 | Varian 2-Stage Vacuum Pump, M/N- SD700, S/N- 282878 | $50.00 | James | Hutchins |
| 55 | Steel Mount Brackets w/ Shaft | $1.00 | Richard | Brown |
| 56 | Lot Pallet of Contents Consisting of Assorted Hoist, Harnesses, Mounts, Brackets, Clamps, Chains, Batteries, & Other Industry Related Items | $200.00 | Jonathan | Scallan |

| | | | | |
|---|---|---|---|---|
| 58 | Lot Air Express Blow Dryer III w/ Rolling Cart & Contents Consisting of Hoses, Wrenches, Straps, Chains, & Other Industry Related Items | $25.00 | Joe | Adair |
| 62 | Hyster Forklift Truck, M/N- S150A, S/N- A024D4370A (Out of Service) | $2,000.00 | Russell | Lane |
| 63 | Industrial Ventilator Fan w/ Weg Motor, 60HP | $1.00 | Richard | Brown |
| 64 | Nema Premium Motor w/ Grundfus Pump, M/N- FK57, S/N- 91910375 | $400.00 | James | Hutchins |
| 66 | Lot Pallet w/ Contents Consisting of (2) Balder Reliance Motors & (4) Rotary Axles | $50.00 | James | Hutchins |
| 67 | Lot Pallet w/ Contents Consisting of Eurodrive Shaft, 3HP, Oilgear PVG Pump, Harnesses, Straps, & Other Industry Related Items | $200.00 | James | Hutchins |
| 68 | Lot Pallet w/ Contents Consisting of Assorted Sized Steel Actuator Valves | $50.00 | James | Hutchins |
| 69 | 6-Step Industrial Ladder | $15.00 | Richard | Brown |
| 70 | Double-Sided Rolling 32 Compartment Cart | $5.00 | Scott | Hollingsworth |
| 71 | Lot (40) Assorted File Cabinets | $45.00 | Richard | Brown |
| 72 | Crown Hydraulic Pallet Jack, M/N- DTS-104 | $40.00 | James | Hutchins |
| 73 | Genie Scissor Lift Truck, M/N- GS-1930, Smartlink Controls, Cap- 500 Lbs | $500.00 | Aamir | Ahmed |
| 74 | Cruise Car Utility Vehicle w/ Industrial Bed & Charger | $650.00 | Richard | Brown |
| 75 | Lot (6) IT Panel Board Towers, APC Batteries, Cooling Systems Cases | $200.00 | Joe | Adair |
| 76 | Scotsman Prodigu Ice Machine, M/N- B530S, S/N- 14041320010334 | $180.00 | Earl | Fyke |
| 77 | Lot (3) Pallets w/ Heavy Duty Chains, Attachments, & Clamps | $100.00 | James | Hutchins |
| 78 | Lot (2) Pallets w/ Contents Consisting of Chains, Cables, Wire, Clamps, Hoist, & Other Industry Related Items | $110.00 | Earl | Fyke |
| 79 | Rolling Genie Lift, M/N- GL-8, S/N- 1301-20125, Cap- 400 Lbs | $100.00 | Jonathan | Scallan |
| 80 | Crown Hydraulic Pallet Jack, M/N- DTS-301 | $95.00 | James | Hutchins |
| 81 | Miller DialArc 250 Welder w/ Yellow Jacket Refrigerant Recovery System, M/N- DialArc250, S/N- JG043521 | $15.00 | Richard | Brown |
| 83 | Regal Shop Lifter, M/N- MV54, S/N- 53587, Cap- 750 Lbs | $110.00 | Earl | Fyke |
| 84 | Video Jet Ink Coding Machine, M/N- 1710, S/N- 1121809C19ZH | $40.00 | James | Hutchins |
| 85 | ESAB Mig Welder, M/N- V-452, S/N- MA-I602109 | $20.00 | Richard | Brown |
| 86 | Lot Sunex Tool Cart w/ Contents Consisting of Xtender Range, Digital Boice Gage, Boice Tri-O-Set Gage, & Other Industry Related Items | $40.00 | Earl | Fyke |
| 87 | Lot (3) Rolling Tool Chests, Craftsman, Ho-Med, & Simpson | $190.00 | Jonathan | Scallan |
| 88 | Lot (3) Rolling Sunex Tool Carts w/ Contents Consisting of Sockets, Ratchets, Screwdrivers, Levels, Screws, Nuts, Bolts, & Other Industry Related Items | $180.00 | Jonathan | Scallan |
| 89 | CM Army Type Trolly Hoist w/ Chains, Cap- 3 Tons | $15.00 | Richard | Spencer |
| 90 | Lincoln Electric Tig Welder w/ Magnum System Monitor, M/N- Squarewave Tig255, S/N- 100224195110615 | $80.00 | Jonathan | Scallan |
| 91 | Lot Pallet of Assorted Hoists Consisting of Max 1/2 Ton Hoist, CM Valustar Hoist, & Ingersoll Rand Hoist | $110.00 | James | Hutchins |
| 92 | Gulf States Precision Machine Lathe | $550.00 | Lyle | Yoder |
| 93 | Rolling Wire Storage Cage | $6.00 | Earl | Fyke |
| 94 | Lot (4) Tool Chests w/ Contents Consisting of Gages, Nuts, Bolts, Screws, Springs, Gears, Contour Plugs, Calipers, & Other Industry Related Items | $400.00 | Richard | Brown |
| 95 | Lot Miller Stick Welder, M/N- Goldstar 302,  w/ Aero-Motive Attachment | $75.00 | Richard | Brown |
| 96 | Lot (2) Strapping Carts w/ Tools Consisting of Crimping Tool, Tensioner, Steel Strapping Seals, & Other Industry Related Items | $50.00 | James | Hutchins |
| 98 | Lot (7) 2-Wheel Hand Trucks | $5.00 | Richard | Brown |
| 99 | Rolling Genie Lift w/ Battery Charger, M/N- GL-8, Cap- 400 Lbs | $150.00 | Jonathan | Scallan |
| 100 | Miller Stick Welder, M/N- Goldstar 302 | $55.00 | Richard | Brown |
| 102 | Wesco Power Lift, M/N- SFL-76-25, S/N- 234164, Cap- 1,000 Lbs | $30.00 | Earl | Fyke |
| 103 | Hobart General Welder | $30.00 | Richard | Brown |
| 104 | CM Army Type Trolly Hoist w Chains, Cap- 3 Tons | $50.00 | Earl | Fyke |
| 105 | Miller Stick Welder, M/N- Goldstar 302 | $180.00 | Aamir | Ahmed |
| 108 | Lot (4) Pallets of Oerlikon Submerged Arc Welding Wire | $200.00 | Aamir | Ahmed |
| 111 | Lot (2) Heavy Duty Work Tables, 31"x60"x35", 36"x72"x34" | $55.00 | Earl | Fyke |

| Lot | Description | Price | First | Last |
|---|---|---|---|---|
| 114 | Hammond of Kalamazoo No Dust Grinder, M/N- 124, S/N- 8131 | $35.00 | Jonathan | Scallan |
| 115 | Miller Tig/Arc, M/N- Syncrowave 500, Welding Machine | $100.00 | Aamir | Ahmed |
| 116 | Balder Bench Grinder, S/N- W4-92 | $35.00 | Donald | Gant |
| 118 | Lot (2) Pipe Feeding Tripods, (2) Pipe Rolling Braces, & Sunex Tool Rolling Cart w/ Contents Consisting of Nuts, Screws, Bolts, Washers, & Other Industry Related Items | $5.00 | Richard | Spencer |
| 119 | Lot 3-Drawer Tool Storage Cabinet w/ Contents Consisting of Wire, Soldering Rods, Stud Stretcher Kit, & Other Industry Related Items | $5.00 | Scott | Hollingsworth |
| 121 | Bridgeport Milling Machine Series I, 2HP | $275.00 | Rex | Combs |
| 122 | JET Horizontal Bandsaw, M/N- HVBS-56M, S/N- 05086018 | $230.00 | John | Nolen |
| 123 | Powermatic Houdaille Belt Sander & Disc Grinder, M/N- 30, S/N- 8430296 | $25.00 | Lyle | Yoder |
| 125 | Lincoln Electric Tig Welder, M/N- Squarewave Tig 355, S/N- 41001120836 | $300.00 | Aamir | Ahmed |
| 126 | Lot Contents of Maintenance Room Consisting of Studs, Nuts, Bolts, Screws, Fasteners, Washers, Industrial Rolling Carts, Shelves, Rolling Hoist Cart, Hydraulic Pallet Jack, Hoist, Straps, Hand Tools, Tires, Conduit, & Other Industry Related Items | $650.00 | Richard | Brown |
| 127 | Lot Industrial Multi-Compartment Storage Bin w/ Contents Consisting of Drill Bits, Nuts, Bolts, Screws, Attachments, & Other Industry Related Items | $5.00 | Scott | Hollingsworth |
| 128 | Lot Pallet w/ Contents Consisting of Magna Lift Magnet, Brackets, Mounts, Studs, Torque Set, & Other Industry Related Items | $6.00 | Earl | Fyke |
| 129 | Platform Scale, 48"x48"x5" | $325.00 | Greggory | Taste |
| 130 | Lincoln Arc Welder, M/N- AC-225-S, S/N- 7351-401 w/ Hoses & Torches | $55.00 | Richard | Brown |
| 132 | Lot (11) Industrial Multi-Compartment Storage Bins w/ Contents Consisting of Steel Fittings, Adaptors, Elbows, Studs, Clamps, Bolts, Screws, Nuts, Washers, & Other Industry Related Items | $300.00 | James | Hutchins |
| 133 | Lot Contents of 1st Floor of Stockroom Consisting of Industrial Shelving, Motors, Roller Chains, Bearings, Gears, Bores, Collars, Locks, Torque Arms, Valves, Belts, & Other Industry Related Items | $1,950.00 | James | Hutchins |
| 134 | Lot Contents of 2nd Floor of Stockroom Consisting of Industrial Shelving, Motors, File Cabinets, Desks, Hoses, Belts, Chains, Valves, & Other Industry Related Items | $2,500.00 | James | Hutchins |
| 135 | Olympian Battery Charger, M/N- VFR12HK550S03010111010000000000, S/N- EPI-972752 | $15.00 | Aamir | Ahmed |
| 136 | Alfa Laval Pump w/ Industrial Actuator Valve, M/N- SR4/079/H, S/N- I56197/01 | $190.00 | James | Hutchins |
| 138 | Balder Reliance Motor, 20HP | $25.00 | James | Hutchins |
| 139 | Lot 6-Shelf Rolling Heavy Duty Cart, 90"x60"x32" w/ (4) Valves | $95.00 | James | Hutchins |
| 143 | Generac Power Generator, 192 Hours | $20.00 | Aamir | Ahmed |
| 145 | ESC Data System Controller, M/N- 8832 Controller, S/N- A4532K | $25.00 | James | Hutchins |
| 146 | Gland Steam Condenser Exhaust w/ 3-Phase Induction Motor, 15HP | $95.00 | James | Hutchins |
| 147 | Frost Fighter Temporary Heater, M/N- IDF-350-II, S/N- 1201465282, 42 Gal | $120.00 | Richard | Brown |
| 150 | 2019 Skyjack Electric Articulating Boom Lift, M/N- SJ30-AJE, S/N- 90000739 | $15,000.00 | Blaine | Livingston |
| 155 | Lot (2) Site Sense Pipe Caps, Carbon Steel, 66" | $160.00 | Jonathan | Scallan |
| 156 | Lot (10) Circular Cylinder Pipes, Assorted Sizes & Lengths | $15.00 | Aamir | Ahmed |
| 157 | Lot (2) Site Sense Iron Reducers, Flanged Flat Face End | $15.00 | Aamir | Ahmed |
| 158 | Lot (4) Pallets of Assorted Chain Conveyor Belts | $150.00 | Aamir | Ahmed |
| 159 | Mutria Industries Mobile Welding Cart | $10.00 | Richard | Brown |
| 160 | Lot Compressor Cart w/ Contents Consisting of Everett Submersible Pump, Sanders, Mounts, & Other Industry Related Items | $10.00 | Richard | Brown |
| 161 | Lot Pallet w/ Contents Consisting of Site Sense Pipe Spool, Flange Backings, & Iron Gate Valve | $25.00 | James | Hutchins |

| 162 | Lot Mobile Utility Wagon w/ Folding Tables | $15.00 | Richard | Brown |
|---|---|---|---|---|
| 163 | Industrial Material Spool Dispenser | $10.00 | Richard | Spencer |
| 164 | Product Chute w/ Motorized Agitator, 132"x35"x216" | $10.00 | Richard | Brown |
| 165 | Lot (3) Uncoiler Units w/ Control Panels | $35.00 | Lyle | Yoder |
| 168 | Diversi-Tech Air Pollution Solutions Downdraft, 84"x65"x43" | $550.00 | Lyle | Yoder |
| 169 | Lot (3) Flammable Storage Cabinets | $130.00 | Richard | Brown |
| 170 | Lot JoBox w/ Contents Consisting of Hoses, Gauges, Grease, Electrical Cleaner, & Other Industry Related Items | $200.00 | James | Hutchins |
| 171 | Bridgeport Milling Machine Series I, M/N- 76753, S/N- 365000981W | $425.00 | Lyle | Yoder |
| 175 | Lot (2) Pallet Platform Scales w/ Meters, Cap- 1,000 Lbs | $30.00 | Aman | Aggarwal |
| 176 | Lot Assorted Sized Steel Bolts & Studs | $45.00 | Aamir | Ahmed |
| 177 | Victaulic Pipe Threader w/ Tripod Stand | $400.00 | Lyle | Yoder |
| 178 | Delta X5 Professional Jointer, M/N- 37-866X, S/N- 016851W5030 | $10.00 | Rabie | Hreish |
| 179 | Airco Portable Spot Welder, M/N- RP10-A, S/N- 016851W5030 | $95.00 | Aamir | Ahmed |
| 183 | Lot Fischer Scientific Disposable Serological Pipettes, 10Ml | $150.00 | James | Hutchins |
| 184 | Lot Roborak Conductive Filter Tips & Thermo Scientific Deapwell Reservoirs, 175 Ul, | $150.00 | James | Hutchins |
| 185 | Lot Agilent Technologies Filtered Sterile Tips & No Rib Test Tubes, 250 Ul, 16x100mm | $5,250.00 | Michael | Veynberg |
| 188 | Lot (3) Flammable Storage Cabinets | $30.00 | Earl | Fyke |
| 190 | Lot Crown Forklift w/ Loron Attachment, M/N- 5SF-SS-A173, S/N- 9A134399, 4000 Series | $150.00 | Aamir | Ahmed |
| 191 | Lot Circular Cylinder Iron Pipes, Assorted Sizes | $50.00 | Aamir | Ahmed |
| 192 | Lot (3) Pallets of Fastenal Tool Bins | $750.00 | Rick | Taylor |
| 193 | Exide Battery Charger System 1000, M/N- CL12-450Z, S/N- RD60474 | $25.00 | Aamir | Ahmed |
| 194 | Lot Assorted Sized Automatic Rolling Conveyors | $6.00 | Richard | Brown |
| 196 | Fremont Phosphating Pressure Washer System, M/N- 1024 | $110.00 | Lyle | Yoder |
| 197 | Quincy Compressor, M/N- GE-5 | $15.00 | Richard | Brown |
| 198 | Genie Aerial Base Work Platform, M/N- AWP-30S | $550.00 | Lyle | Yoder |
| 199 | Lot Knaack Tool Container w/ Contents Consisting of Wire, Cable, Power Tools, & Other Industry Related Items | $160.00 | Richard | Brown |
| 200 | Dayton Speedaire Industrial Duty Horizontal Air Compressor, M/N- 3Z063D, 10HP | $25.00 | Lyle | Yoder |
| 201 | Baldor Reliance Motor, 841XL, 100HP | $500.00 | Ryan | Murphy |
| 202 | Lot (7) Assorted Sized Rolling Automatic Conveyors w/ Motors & Control Panels | $15.00 | Richard | Brown |
| 203 | Lot (10) Pallets of #2 Prime Lumber, 2"x8"x16" | $15.00 | Earl | Fyke |
| 204 | Lot Pallet w/ Contents Consisting of Hose Reels, Gears, Shafts, Axles, & Other Industry Related Items | $10.00 | Richard | Brown |
| 206 | Baldor Reliance Super E Severe Duty Motor, 200HP | $900.00 | Ryan | Murphy |
| 207 | General Electric Space Heater, M/N- 5K8188410114, S/N- EL8402408 | $950.00 | Ryan | Murphy |
| 208 | Lot Pallet w/ Contents Consisting of Assorted Motors, Circular Mounts, Housing Units, Control Panel, & Other Industry Related Items | $110.00 | Aamir | Ahmed |
| 211 | 2000 Santasalo Gearbox Drive, M/N- 3PHT60 | $50.00 | Aamir | Ahmed |
| 212 | Lot Pallet w/ Contents Consisting of Maxon Gas Valve, Fischer Gas Valves, & Other Industry Related Items | $25.00 | James | Hutchins |
| 213 | Lot Assorted Actuator Valves | $110.00 | Aamir | Ahmed |
| 214 | Lot Pallet w/ Contents Consisting of Gearbox, Butterfly Valve, Stainless Steel Ball Valves, Filter Vessel, & Other Industry Related Items | $45.00 | Aamir | Ahmed |
| 215 | Lot (10) Neles-Jamesbury Valu-Power Control Valves | $45.00 | James | Hutchins |
| 216 | Lot Pallet w/ Contents Consisting of Apollo Pneumatic Actuator Valves, Del Torque Actuator Valves, Watts Pneumatic Actuator Valves, & Other Industry Related Items | $20.00 | Robbie | Starr |
| 217 | Lot Pallet w/ Contents Consisting of Reliance Electric Brushless Motor, Radio Energie Motors, The Witte Co. Motor, & Other Industry Related Items | $35.00 | Aman | Aggarwal |

| | | | | |
|---|---|---|---|---|
| 218 | General Electric Induction Motor, M/N- 5K445AK201-A, S/N- FC303051, 200HP | $1,250.00 | Aamir | Ahmed |
| 219 | Lot Pallet w/ Assorted Transformers Consisting of Square D Co. Transformer, Standard Trans. Co. Transformer, General Electric Transformer | $400.00 | Aamir | Ahmed |
| 220 | Lot (2) Transformers | $100.00 | Aamir | Ahmed |
| 221 | Lot Pallet w/ Contents Consisting of ARGO Compressor, Willarson Air-Rite Refrigerated Dryer, & Other Industry Related Items | $5.00 | Richard | Brown |
| 224 | Lot Pallet w/ Contents Consisting of Durco Pump Parts, Aurora Pump, Teco Motor, & Other Industry Related Items | $45.00 | Aamir | Ahmed |
| 225 | Reliance Electric Motor, M/N- VAM7246606-001-A1-MJ, 500HP | $1,500.00 | Ryan | Murphy |
| 226 | Falk Gearbox w/ Motor, M/N- 1038CF2A | $180.00 | James | Hutchins |
| 227 | Lot Pallet of Industrial Pumps w/ Motors & Valves | $25.00 | Aamir | Ahmed |
| 229 | AB Arboga Maskiner Drill Press w/ Control Panel & Casing, M/N- G2508, S/N- 325535E | $20.00 | Aamir | Ahmed |
| 232 | Sauer Donfoss Hydraulic Pump w/ Baldor Motor, 25HP | $20.00 | Aamir | Ahmed |
| 233 | Carotek Vacuum Blower w/ Sutorbuilt Motor & Siemens Controls | $150.00 | Jared | Nutter |
| 234 | Gear Box w/ Rotary Motor & Controls | $300.00 | Aamir | Ahmed |
| 238 | Lot (2) Motors w/ Rotating Shaft | $15.00 | Aamir | Ahmed |
| 239 | Lot (2) Pallets w/ Contents Consisting of Assorted Drives, Circuit Boards, Gears, Flanges, Gaskets, & Other Industry Related Items | $900.00 | Aamir | Ahmed |
| 240 | Currum 8-Step Ladder, M/N- 540-08, Cap- 250 Lbs | $15.00 | Earl | Fyke |
| 243 | Lot (3) Rolling Platform Heavy Duty Carts | $5.00 | Scott | Hollingsworth |
| 244 | Motorized Automatic Conveyors w/ H. Wire FM Sealer, M/N- SV-C305_A | $15.00 | Richard | Brown |
| 245 | 1993 Autefa Maschinen Fabrik Material Blower w/ Lazer Motor, M/N- 1002 | $10.00 | Richard | Brown |
| 249 | CM Loadstar Trolley Series 635 w/ Motor, Hoist, & Chains, Cap- 2 Ton | $325.00 | Lyle | Yoder |
| 250 | Air Desiccant System Hot Air Blower, M/N- MC-43901, S/N- 595005-407326-01-047 | $30.00 | Richard | Brown |
| 251 | Lot 4-Shelf Rolling Cart w/ Contents Consisting of Straps, Hoses, Clamps, Flex Lines, & Other Industry Related Items | $10.00 | Richard | Brown |
| 252 | Raymond Forklift w/ Dump Bin Attachment, S/N- DT-F-08-16243 | $50.00 | Aamir | Ahmed |
| 253 | Nash Elmo Regenerative Blower w/ Siemens Control Panel | $95.00 | Aamir | Ahmed |
| 254 | Lot Heavy Duty Industrial Rolling Cart w/ Contents Consisting of Vacuum Cleaner, Generator, Coleman Propane Heater, & Other Industry Related Items | $30.00 | Earl | Fyke |
| 255 | Lamina Hydraulic Drill, S/N- P1486 | $325.00 | Colin | Yoder |
| 256 | Lot Wire Crate w/ Contents Consisting of Assorted Electrical Boxes, & Other Industry Related Items | $550.00 | James | Hutchins |
| 257 | Lot Wire Crate w/ Contents Consisting of Power Plugs, Flex Hoses, Threaded Studs, Screws, Nuts, Bolts, & Other Industry Related Items | $325.00 | James | Hutchins |
| 258 | Wildcat Economy Scissor Lift w/ Platform & Control Panel, Cap- 750 Lbs | $300.00 | Darrell | Mays |
| 259 | Carbo Glide Hydraulic Pallet Jack, x-600, Cap- 5,500 Lbs | $100.00 | James | Hutchins |
| 261 | 2019 Anver Corporation Electric Powered Vacuum Lifters & Frames Generator, M/N- VPF-57-AC-L3P/6P | $750.00 | Colin | Yoder |
| 262 | 2007 Anver Corporation Electric Powered Vacuum Lifter Generator & Ingersoll Rand Compressor, Lifter M/N- ATL25M2-60MROT | $110.00 | Colin | Yoder |
| 263 | Lot Pallet w/ Contents Consisting of Threaded Studs, Brackets, Seals, Mounts, & Other Industry Related Items | $25.00 | Aman | Aggarwal |
| 264 | Lot Pallet w/ Assorted Bolts & Washers | $275.00 | Aman | Aggarwal |
| 265 | Lot (11) Pallets w/ Contents Consisting of Assorted Sized Studs, Bolts, Machine Disc, & Other Industry Related Items | $1,350.00 | Aman | Aggarwal |
| 266 | Lot Wire Crate w/ Contents Consisting of Nuts, Bolts, Screws, Auto Transformer Core, & (2) Pallets w/ Contents Consisting of Brackets, Mounts, Screws, Nuts, Bolts, Studs, Washers, Labels, Lighting & Other Industry Related Items | $2,000.00 | James | Hutchins |

| 267 | Lot Heavy Duty Industrial Rolling Cart w/ Contents Consisting of Hose Reels, Assorted Sized Wire, Step Ladder, & Other Industry Related Items | $1,000.00 | Aamir | Ahmed |
|---|---|---|---|---|
| 268 | Lot Heavy Duty Industrial Rolling Cart w/ Contents Consisting of Air Conditioners, Wire Racks, Scrappers, Dividers, & Other Industry Related Items | $20.00 | Aamir | Ahmed |
| 269 | Lot Heavy Duty Industrial Rolling Cart w/ Contents Consisting of Hoses, Tanks, Motors, Hose Reels, & Other Industry Related Items | $65.00 | Aamir | Ahmed |
| 270 | Lot Heavy Duty Industrial Rolling Cart w/ Contents Consisting of Assorted Sized Wire, Cables, & Other Industry Related Items | $650.00 | Aamir | Ahmed |
| 271 | Lot Heavy Duty Industrial Rolling Cart w/ Contents Consisting of Hose Reels, Shop Lights, Work Bench, Chicken Wire, & Other Industry Related Items | $95.00 | James | Hutchins |
| 272 | Lot Heavy Duty Industrial Rolling Cart w/ Contents Consisting of Harnesses, Straps, Cables, Hoist, Clamps, & Other Industry Related Items | $100.00 | James | Hutchins |
| 273 | Lot Heavy Duty Industrial Rolling Cart w/ Contents Consisting of Miter Saws, Earplugs, Rain Coats, Aprons, & Other Industry Related Items | $85.00 | James | Hutchins |
| 274 | Lot Heavy Duty Industrial Rolling Cart w/ Contents Consisting of Generators, Pumps, & Other Industry Related Items | $55.00 | Aamir | Ahmed |
| 275 | ABB Rotary Pump w/ Actuator Valve & Meters | $25.00 | James | Hutchins |
| 276 | Lot Heavy Duty Industrial Rolling Cart w/ Contents Consisting of Mop Buckets, Welding Tarps, Toaster, Mini Fridge, Dividers, True Temp Wheel Barrel, & Other Industry Related Items | $75.00 | Aamir | Ahmed |
| 277 | Lot Heavy Duty Industrial Rolling Cart w/ Contents Consisting of Welding Torches, Hoses, Torctite, Soldering Rods, Meters, Gauges, & Other Industry Related Items | $140.00 | James | Hutchins |
| 280 | Lot Assorted Shop Furniture Consisting of 3-Drawer Stainless Steel Cabinet, 60"x24"x55", Shop Desk w/ Cabinets, 60"x30"x88", Podium w/ Compartments, Shop Peg-Board, Work Station w/ Drawers, 71"x30"x41" | $55.00 | Scott | Hollingsworth |
| 286 | Lot Material Rack w/ Aluminum Pipes, Approx- 118.5"x.5" | $500.00 | Aamir | Ahmed |
| 288 | Lot Pallet w/ Reinforced Poly String, M/N- SP6-20100, 6 mil, 20"x100" | $150.00 | Tim | Clarke |
| 289 | Fanuc Robot Arc Mate Articulating Arm w/ Control Panel, M/N-120iB | $400.00 | Jonathan | Scallan |
| 290 | Lot Assorted Aluminum Pipes, Approx- 118.5"x.5" | $80.00 | Aamir | Ahmed |
| 291 | Crown Lift Walkie Rider Pallet Truck, M/N- PE 4000 Series, S/N- 6A223171 | $150.00 | Aamir | Ahmed |
| 293 | Lot (2) Port-A-Cool Fans, M/N- PACJS2400 | $425.00 | Jose | Estrada |
| 295 | Lot (4) Rolls of U-Line Foam, M/N- S-11778, .5", 48"x125" | $15.00 | Richard | Spencer |
| 296 | Lot (6) Containers of 2" FSK Faced Mineral Wool Pipe & Tank Insulation, 16'x8' | $25.00 | Ray | Rice |
| 297 | Makita Bevel Sliding Compound Miter Saw, M/N- LS1016L, S/N- 64007A | $140.00 | Ray | Rice |
| 298 | Lot (4) Enersys Battery Chargers, M/N- E13-HL-4Y | $160.00 | Robbie | Starr |
| 300 | Lincoln Electric Arc Link Welder, M/N- Powerwave 455M | $375.00 | Jonathan | Scallan |
| 301 | Oceanaire Portable Air Conditioner, M/N- OWL1811, S/N- X1-39751 | $15.00 | Earl | Fyke |
| 302 | Campbell Hausfeld Air Compressor w/ Motor, M/N- VH611000RB, S/N- RB11/3/2009-67235, 60G | $45.00 | Lyle | Yoder |
| 304 | National Refrigeration Recovery Unit, M/N- LV8, S/N- R98K4186 | $75.00 | Greggory | Taste |
| 305 | Dayton Pedestal Fan, M/N- 1VCE9D | $75.00 | Richard | Spencer |
| 306 | Miller Mig Welder, M/N- Deltaweld 452, S/N- KK304756 | $325.00 | Rick | Taylor |
| 307 | Regal Drum Lift, M/N- MV54, S/N- 81213, Cap- 750 Lbs | $130.00 | Earl | Fyke |
| 308 | Lot Pallet w/ FC Bonding Primer, Standard Polymers | $50.00 | Tim | Clarke |
| 309 | Westward Rolling Metal Magnet, M/N- IVTY2 | $30.00 | Aman | Aggarwal |
| 310 | Lot Pallet w/ Contents Consisting of Assorted Sized Welding Sleeves, Corner Plates, Studs, & Other Industry Related Items | $45.00 | James | Hutchins |
| 311 | The Lapointe Oil Gear Horizontal Broaching Machine for Metal Working, M/N-HP20 | $500.00 | Matt | Egrin |
| 312 | 2003 Yale Lift Truck, M/N- 0S030ECN24TE089, S/N- C801N092525 | $140.00 | Aamir | Ahmed |

| | | | | |
|---|---|---|---|---|
| 314 | Lot (2) Reel Craft Hose Reels w/ Hoses | $150.00 | Earl | Fyke |
| 316 | Toledo Weight Scale w/ Hopper Tray, M/N- 31-1801FR, S/N- 647696 | $45.00 | Colin | Yoder |
| 319 | SIHI Pump w/ U.S. Electrical Motor, 5HP | $60.00 | James | Hutchins |
| 320 | Vermette 512 Lift, M/N- 502, Cap- 500 Lbs | $275.00 | Ray | Rice |
| 321 | Champion Tank Vertical Air Compressor, M/N- VR2-6, S/N- R103721 | $150.00 | Richard | Spencer |
| 323 | Lot Steritron Ozone Water Treatment System w/ Mettler Toledo Meters, Motors, Vagon Control Panel, Gauges, & Valves | $550.00 | Aamir | Ahmed |
| 324 | Lot Steritron Ozone Water Treatment System w/ Mettler Toledo Meters, Motors, Vagon Control Panel, Gauges, & Valves | $400.00 | Aamir | Ahmed |
| 325 | Lot Wood Crate w/ Contents Consisting of Power Tools, Jack Stand, Gears, Electrical Cables, & Other Industry Related Items | $230.00 | Aamir | Ahmed |
| 327 | Lot (5) Tables & Work Benches, 26"x86"x82" | $10.00 | Scott | Hollingsworth |
| 328 | 2016 Duct System Air Tight Painting Booth w/ Horizontal Shafts, M/N- Intertec586, S/N- 1515-04 | $400.00 | Mike | O'Neil |
| 330 | Ridgid 300 Pipe Threader w/ Tripod Stand, M/N- Ridgid 300 | $10.00 | Ray | Rice |
| 331 | Porter Cable Abrasive Cut-Off Saw, M/N- 1400, S/N- 0542327 | $10.00 | Ray | Rice |
| 332 | Lot Pallet w/ Contents Consisting of Forklift Safety Gate, Forklift Forks, & Forklift Safety Bumper | $20.00 | Earl | Fyke |
| 333 | Gearbox w/ Sew-Eurodrive Motor, 5HP | $35.00 | James | Hutchins |
| 336 | Paco Pump, M/N- 11-60157-158201, S/N- 1971067218-10 | $50.00 | James | Hutchins |
| 339 | Lot (3) Assorted Ladders, Extension Ladders & Step Ladders | $10.00 | Scott | Hollingsworth |
| 343 | Cummins Onon Generator, M/N- 60JBF5, S/N- F910400126 | $100.00 | Aamir | Ahmed |
| 344 | Rolling Mixer w/ Agitator Motor, Baldor Reliance Motor | $20.00 | Aamir | Ahmed |
| 345 | Lot Pallet w/ Motors Consisting of Baldor Reliance, Electrostat, Louis Allis, Reliance Motors, & Other Industry Related Items | $55.00 | Aamir | Ahmed |
| 346 | Turnmaster 13x40 134C Gunsmithing Lathe | $375.00 | Lyle | Yoder |
| 347 | Lot Pallet w/ Contents Consisting of Milwaukee Heavy Duty Abrasive Cut-Off Saw, Century Welder, Assorted Motors, & Other Industry Related Items | $25.00 | James | Hutchins |
| 348 | Contrex Cranes Gantry w/ CM Hoist & Chain, M/N- GCT2-16, S/N- 18592 | $210.00 | Earl | Fyke |
| 350 | General Electric Induction Motor, Custom 8,000, 400HP | $500.00 | Aamir | Ahmed |
| 351 | Tsubakimoto-Mayfran Mini Tote, M/N- MF450375 | $5.00 | Richard | Brown |
| 353 | Oil Gear Processing System | $750.00 | Matt | Egrin |
| 354 | Mori Seiki Metal Working Lathe | $550.00 | Colin | Yoder |
| 356 | Motorized Transfer Filter System | $95.00 | Colin | Yoder |
| 357 | Lot Pallet w/ Motors Consisting of Siemens, 15HP, 11HP, Delco, 20HP, ABB, 15HP | $100.00 | Aamir | Ahmed |
| 358 | Lot (4) Rolling Industrial Carts | $5.00 | Scott | Hollingsworth |
| 359 | Cascals Exhaust w/ Blower Motor | $55.00 | James | Hutchins |
| 360 | Julius Blum & Co Drill Press, M/N- PT9, S/N- 105, Cap- 9/16-1/2 | $6.00 | Aamir | Ahmed |
| 361 | Lot Dayton Metal Band Saw w/ Motor & Surface Plate | $55.00 | Guy | Fielden |
| 363 | Lot Pallet w/ Motors Consisting of Siemens, Nema Premium Motor, 30HP, Siemens Motor, 30HP | $50.00 | Aamir | Ahmed |
| 364 | Reid Surface Grinder, M/N- 6184, S/N- 11810 | $15.00 | Guy | Fielden |
| 365 | Do All Cool Grinder, M/N- D-10 | $30.00 | Aamir | Ahmed |
| 368 | Dewalt Double Bevel Sliding Compound Miter Saw, M/N- 790 | $40.00 | Ray | Rice |
| 369 | Delta Rockwell Drill Press, M/N- 15-017, S/N- 1374016 | $25.00 | Rex | Combs |
| 370 | 4-Shelf U-Line Rolling Metro Rack, 72"x24"x69" | $10.00 | Scott | Hollingsworth |
| 371 | 2-Wheel Rotating Screw Jack | $30.00 | Earl | Fyke |
| 373 | Dayton Pedestal Fan, M/N- 1VCE9D | $65.00 | Richard | Spencer |
| 374 | Baldor Reliance Super E Motor, 15HP | $80.00 | Ben | Zvi |
| 377 | Lot (4) Pallets w/ Contents Consisting of Assorted Studs, Nuts, Bolts, Grids, Rollers, Washers, & Other Industry Related Items | $1,000.00 | Aamir | Ahmed |
| 378 | 72" Rotary Blade, 2/3 RAD Set Angle | $10.00 | Guy | Fielden |
| 381 | Leadwell GTC 20 CNC Turning Machine, M/N- GTC20, S/N- CE96 | $500.00 | Aamir | Ahmed |
| 382 | AGT Knife Gate Valve, M/N- 30-3636RE, S/N- 14150757 | $25.00 | James | Hutchins |

| | | | | |
|---|---|---|---|---|
| 383 | 2016 Vestil Specialty Stacker, M/N- VHPS-2000-AA, S/N- S1304651-1, Cap- 2,000 Lbs | $200.00 | Jonathan | Scallan |
| 384 | Ridgid Coleman Drum Machine, M/N- K-750 | $45.00 | James | Hutchins |
| 385 | Gates Crimp Press Machine w/ Hoses, M/N- GC32-XD | $550.00 | Guy | Fielden |
| 386 | TPI Industrial Pedestal Fan, M/N- VHP-30-P | $50.00 | Richard | Spencer |
| 387 | 2-Wheel Hand Truck | $10.00 | Richard | Spencer |
| 388 | Rockwell Power Table Saw, S/N- 918783 | $10.00 | Guy | Fielden |
| 389 | Lot (2) Hamilton Pry Bar Lever Dollies | $55.00 | Earl | Fyke |
| 390 | Lot Pallet w/ Contents Consisting of (5) Rolls of Heavy Duty Wire Cable | $20.00 | Ray | Rice |
| 391 | Hydraulic Pallet Jack, M/N- 272748, S/N- 22375173 | $50.00 | Rick | Taylor |
| 392 | Gansow Professional Floor Scrubber, M/N- CT70 | $60.00 | Eduardo | Gonzalez |
| 393 | Semi-Pro 2 Fuji Paint Sprayer w/ Hose & Cart | $95.00 | Darrell | Mays |
| 394 | Electronic Control Switch Board w/ Circuit Boards, Lenze Pro- Fibus Circuits, Cables, & Panels | $950.00 | James | Hutchins |
| 395 | 12-Step Louisville Ladder, M/N- TS1012, S/N- 72886520017, Cap- 300 Lbs | $45.00 | Scott | Hollingsworth |
| 396 | Lot Pallet w/ Motors Consisting of ABB Motor, Dayton Motor, Rossi Motor, & Other Industry Related Items | $45.00 | Aamir | Ahmed |
| 397 | 70" Professional Grade Larger Screen Display Monitors, M/N- MultisyncP701 | $1,100.00 | Darrell | Mays |
| 399 | Crown Hydraulic Pallet Jack, M/N- PTH50-027-48 | $95.00 | James | Hutchins |
| 400 | Cotterman 3-Step Rolling Ladder, M/N- MO522, Cap- 450 Lbs | $10.00 | Guy | Fielden |
| 401 | Lot (3) Werner 10-Step Ladders & (2) National Ladder & Scaffolding 10-Step Ladders | $160.00 | Ray | Rice |
| 403 | Giddings & Lewis #25 Horizontal Boring Machine | $100.00 | Aamir | Ahmed |
| 404 | Lot Metal Bin w/ Contents Consisting of HVAC Elbows, Adaptors, Reducers, Connectors, & Other Industry Related Items | $40.00 | James | Hutchins |
| 405 | 2006 Johnford Super Vertical Machining Center, M/N- SV-48H, S/N- VBD6094, 120"x112"x110" | $4,200.00 | Waraich | Arshad |
| 409 | Forklift Attachment Hopper Bin | $55.00 | Earl | Fyke |
| 411 | Hydraulic Oil Pump w/ Tank & Motor | $140.00 | Joe | Adair |
| 412 | SGC Refrigeration Unit w/ Control Panel & Communication Cables, M/N- SPCDC1L-3210-4-7, 5-3R-EIL-8Y, S/N- 17-160210100, 87"x65"x102" | $35.00 | Richard | Brown |
| 413 | Flatbed Trailer w/ Spare Tire, 102"x288" **Please Note: No Title, Off Road Use Only** | $2,300.00 | Richard | Spencer |
| 414 | Gardner Denver Auto-Sentry Air Compressor, M/N- FDF99D, S/N- S031454, 81,700 Hours | $50.00 | Eduardo | Gonzalez |
| 415 | Spectrum 60 Detroit Generator, M/N- 60DS60, S/N- 385526 | $1,150.00 | Guy | Fielden |
| 416 | Nema Premium Max-PE Motor w/ Steel Mount, 150HP | $325.00 | Aman | Aggarwal |
| 417 | Ingersoll Rand Air Compressor System w/ Intellisys Control Panel, M/N- SSR | $500.00 | Eduardo | Gonzalez |
| 419 | Caterpillar Generator Set, M/N- SR-4, S/N- 46BS3052, 1,125 Hours | $2,050.00 | Guy | Fielden |
| 420 | Lot (13) Assorted I-Beams, Chains, & Trollies | $200.00 | Jonathan | Scallan |
| 421 | Lot Columbus Galvanized Cat Walk w/ Frame, Angles, & Plates, (15) Pcs | $100.00 | Jonathan | Scallan |
| 422 | Mac-Lander Flatbed Trailer, 85"x195" **Please Note: No Title, Off Road Use Only** | $1,000.00 | James | Hutchins |
| 423 | Webb Corp Sheet Metal & Sheet Metal Bender, M/N- BMQ252-2, S/N- 80214260806 | $1,550.00 | Lyle | Yoder |
| 424 | Lot Strato-Lift Inc Scissor Lift, M/N- LR-20, S/N- L-X4466, Cap- 1,000Lbs, w/ Contents Consisting of Scaffolding, Landscape Equipment, HVAC, & Other Industry Related Items | $200.00 | Scott | Hollingsworth |
| 426 | Lot Accutek Stainless Steel Packaging Equipment Platform w/ Contents Consisting of Hopper, Agitator Motor, Mixing Auger, Meters, & Other Industry Related Items | $5.00 | Earl | Fyke |

| | | | | |
|---|---|---|---|---|
| 428 | Lot (3) Knaack Tool Chests w/ Contents Consisting of Jumper Cables, Electrical Cables, Sander Disc, Grinder Blades, Battery Charger, Hoses, Straps, & Other Industry Related Items | $275.00 | Ben | Zvi |
| 429 | Lot Global Industrial HVAC Material Rack w/ Contents Consisting of HVAC Adaptors, Sleeves, Elbows, Material, & Other Industry Related Items | $5.00 | Earl | Fyke |
| 430 | Allen Bradley Inverter Duty Motor, 75HP | $5.00 | Aman | Aggarwal |
| 431 | Webb Corp Sheet Metal & Sheet Metal Bender w/ Rolling Machine, M/N- 1000-PWR, S/N- 2677, Cap- 60,000 Lbs | $1,650.00 | Lyle | Yoder |
| 435 | Lot (2) Portable Restrooms w/ Sinks, (1) Shower, Fan Exhaust, & Toilets, 77"x86"x93" | $800.00 | John | Korczak |
| 436 | Lot Assorted Crossbeams | $750.00 | Tim | Clarke |
| 441 | Niagara A5 1/2 Sheet Metal Working Machine, M/N- A5 1/2, S/N- 25218, 110 Ton, 5 Stroke OBI Press | $75.00 | Aamir | Ahmed |
| 445 | Trane T-Series Climate Change Air Handler, M/N- JSCB050U0F000000000C00A224-0, S/N- K08C24853 | $100.00 | Aamir | Ahmed |
| 446 | Gas Powered Vibratory Concrete Screed w/ Attachment | $45.00 | Greggory | Taste |
| 447 | Mattison Metal Working Machine w/ Control Panel Surface Die Block Grinder, S/N- 24087 | $200.00 | Aamir | Ahmed |
| 448 | Rolling Industrial Work Cart | $95.00 | Joey | Hayles |
| 449 | Aluminum Pallets, 44"x28"x5" | $2,750.00 | Joey | Hayles |
| 450 | Ozark Hydraulic Fluid Power Unit, M/N- OFP-200L-UP-35.00-2000-50-SPL, S/N- 287127.1 | $100.00 | Jonathan | Scallan |
| 451 | 1969 Stainless Steel Craft Mixing Tank, S/N- 600-57, 3,000 Gal | $1,150.00 | Aamir | Ahmed |
| 454 | Gardner Denver Air Compressor, M/N- VST180, 160"x96"x84" | $1,150.00 | Eduardo | Gonzalez |
| 455 | Lot (2) Multi-Port Valve Pumps w/ Control Panels & Meters | $130.00 | Aamir | Ahmed |
| 456 | Whiteman Multiquip Cement Mixer w/ 2-Wheel Trailer Attachment | $550.00 | Rick | Taylor |
| 457 | Lot Stainless Steel Hopper w/ Release Valve & Assorted Dock Plates, 82"x58"x40" | $425.00 | Aamir | Ahmed |
| 459 | Trane T-Series Climate Change Air Handler, M/N- TSCB025U0F00000000B600A200.8, S/N- K09C62604A, 68"x88"x258" | $100.00 | Aamir | Ahmed |
| 460 | 2001 Fruehauf Flatbed Trailer, VIN- 1JJF482F315762881, 576"x102" **Please Note: No Title only a bill of sale will be provided** | $2,200.00 | Richard | Spencer |
| 461 | Lot Assorted Galvanized Steel & Aluminum Pipes, 276"x9" | $3,000.00 | Aamir | Ahmed |
| 462 | Lot (2) Bridge Support Steel I-Beams, 372"x48"x36" | $30.00 | Aamir | Ahmed |
| 463 | Lot (2) Assorted Galvanized Steel Piping w/ Threaded Endcaps, 120" | $500.00 | Aamir | Ahmed |
| 464 | Lot (2) Sheet Metal & Aluminum Gutters, Assorted Sizes | $600.00 | Aamir | Ahmed |
| 466 | Lot Flatbed Trailer, 84"x60", w/ Contents Consisting of Industrial Shelving, Dump Bin, & Other Industry Related Items **Please Note, No Title: Off Road Use Only** | $100.00 | Richard | Spencer |
| 470 | Steel Storage Tank, 60"x60"x24" | $40.00 | Aamir | Ahmed |
| 471 | Werner 10-Step Ladder, M/N- ETA10, Cap- 300 Lbs | $55.00 | Ray | Rice |
| 473 | Lot Assorted Steel Pipes, 144"-228" | $800.00 | Aamir | Ahmed |
| 474 | 1994 Dorsey Dry- Van Trailer, M/N- AIDT-LS, 53' **Please Note: No Title Off Road Use Only** | $180.00 | Earl | Fyke |
| 475 | <p>2005 Chevy Silverado 2500 HD, M/N- K25743, 4-DR, 4x4, V6, 3/4 Ton, Gas, VIN - 1GCHK23485F947556, w/ (3) Tool Chest, Pense Bros Drilling**Please Note: No Title only a bill of sale will be provided**</p> | $750.00 | Scott | Weichers |
| 476 | Lot Assorted Iron Steel Piping, Assorted Varieties | $6,250.00 | Aman | Aggarwal |
| 477 | Steel Mount Material Stand | $20.00 | Aamir | Ahmed |
| 478 | Steel Mount Material Stand | $20.00 | Aamir | Ahmed |
| 479 | Raymond Forklift w/ Forks, M/N- 750-R45TT, S/N- 750-13-AC38433 | $90.00 | Aamir | Ahmed |
| 480 | <p>2007 Chevy Silverado Z71 LT, M/N- K20743, 4-DR, 4x4, V8, 364HP, 3/4 Ton, Gas, VIN- 1GCHK23K97F519125 w/ (3) Tool Chests**Please Note: No Title only a bill of sale will be provided**</p> | $750.00 | Scott | Weichers |
| 481 | Lot (2) Industrial Material Racks | $15.00 | Aamir | Ahmed |

| | | | | |
|---|---|---|---|---|
| 485 | Clark Forklift, M/N- GCS30MB, S/N- G138MB-0212-6477FA | $150.00 | Aamir | Ahmed |
| 486 | Acute Technologies 5th-Wheel Towing Trailer, S/N- 7CG7/6-238 | $250.00 | Neil | Lee |
| 487 | Stainless Steel Tank w/ 2-Port Valve & Release Valve | $275.00 | Aman | Aggarwal |
| 489 | Lot (2) Carbon Steel Pipes, 306"x24"x2" | $210.00 | Aman | Aggarwal |
| 492 | Lot (2) Material Racks w/ Contents Consisting of Stainless Steel Piping, Steel Pipes, Threaded Piping, & Other Industry Related Items | $475.00 | Aman | Aggarwal |
| 493 | Lot (2) Material Racks w/ Contents Consisting of Steel Mounts, Beams, Metal Fence Racks, Air Tanks, & Other Industry Related Items | $650.00 | Joey | Hayles |
| 496 | Lot (2) Industrial Heavy Duty Material Racks | $20.00 | Aamir | Ahmed |
| 497 | Blue Industrial Hopper w/ Control Release Valve | $25.00 | Aamir | Ahmed |
| 498 | Lot (2) Wire Crates w/ Contents Consisting of HVAC Elbows, Adaptors, Sleeves, Reducers, & Other Industry Related Items | $6.00 | Scott | Hollingsworth |
| 499 | Lot (3) Steel Mount Support Beams | $95.00 | Jonathan | Scallan |
| 500 | Lot (3) Industrial Work Tables w/ Contents Consisting of Wire Metal Racks, HVAC Elbows, Adaptors, Reducers, Sleeves, Grids, & Other Industry Related Items | $100.00 | Earl | Fyke |
| 501 | Yale Lift Truck Forklift 40VX, M/N- GLC050VXNURE88, S/N- A910V04793C w/ Claw Attachment | $1,200.00 | Aamir | Ahmed |
| 503 | Basiloid Lift A-Pliance, M/N- SSFP21242, S/N- 151-1 | $10.00 | Joe | Adair |
| 504 | Barber TT Sandman Sand Sifting Cleaner & Soil Screener, M/N- TT, S/N- 11082 | $850.00 | Darick | Naumowicz |
| 505 | Clark Forklift, M/N- GPX25, S/N- GPX230-0364-9250K0F w/ 48" Forks | $1,200.00 | Aamir | Ahmed |
| 507 | 1997 Mayville Engineering Co Scissor Lift, M/N- 33RT, S/N- 10800520, Cap-1,250 Lbs | $55.00 | Darrell | Mays |
| 508 | Lot (5) Steel I-Beams, 360" | $300.00 | Jonathan | Scallan |
| 509 | Lot Heavy Duty Material Rack w/ Contents Consisting of Carbon Steel Piping, PVC, Aluminum Piping, I-Beam Supports, & Other Industry Related Items | $7,250.00 | Joey | Hayles |
| 513 | Lot (6) I-Beam Supports w/ Mount, 221" | $2,350.00 | Joey | Hayles |
| 515 | Mezzanine Catwalk w/ 2-Step Ladder, 100"x66"x30" | $15.00 | Aamir | Ahmed |
| 516 | Heavy Duty Industrial Rack w/ Iron Grates, 82"x53"x60" | $200.00 | Aamir | Ahmed |
| 520 | Lot Industrial Rolling Cart w/ Assorted Rotating Wheels | $210.00 | Joey | Hayles |
| 522 | Goulds Pump, M/N- A1/316SS, S/N- 219C645-1 | $200.00 | Aamir | Ahmed |
| 524 | Walker Magnetic Groups Lift Attachment, M/N- 18X30BI-POLAR, S/N- AXM-11639-2 | $5.00 | Joe | Adair |
| 527 | Kitz Gate Valve w/ 10" Flange, M/N- 150SCLS | $50.00 | James | Hutchins |
| 528 | Towable Generac Magnum 25 Generator, M/N- MMG251F4, S/N- 3002961820, VIN - 7FSBG1314JB961820**Please Note: No Title only a bill of sale will be provided** | $5,000.00 | Robert | Sentilles |
| 529 | Neway Gate Valve w/ 24" Flange, S/N- 7720413231V13D | $6,000.00 | Joey | Hayles |
| 533 | Teardrop Crossbeams, 115"x6"x3.75" | $1,500.00 | Aamir | Ahmed |
| 535 | Iron Steel End Pipe, 60" | $120.00 | John | Korczak |
| 536 | Lot Carbon Steel Elbows, 16" | $55.00 | Aamir | Ahmed |
| 537 | Lot Heavy Duty Industrial Material Racks w/ Contents Consisting of Crossbeams, Uprights, & Other Industry Related Items | $100.00 | Aamir | Ahmed |
| 538 | Lot Industrial Hopper Bin w/ Contents Consisting of 12" Steel Pipe, Flanges, Valves, Adaptors, & Other Industry Related Items | $45.00 | Aamir | Ahmed |
| 540 | Lot Pallet w/ Contents Consisting of 12" Flange Gate Valve, 6" Flange Gate Valve, & Other Industry Related Items | $1,000.00 | Aamir | Ahmed |
| 541 | Forklift Stationary Crane w/ Hook | $80.00 | Jonathan | Scallan |
| 542 | Lot (2) Gate Valves w/ 10" Flange | $50.00 | Aamir | Ahmed |
| 543 | Neway Gate Valve w/ 8" Flange | $190.00 | James | Hutchins |
| 544 | Neway Gate Valve w/ 24" Flange | $300.00 | James | Hutchins |
| 546 | 2018 Gate Valve w/ 10" Flange, M/N- SW60 | $100.00 | Aamir | Ahmed |
| 547 | Lot Assorted Pallet Racking Uprights, Red/Blue, Assorted Sizes, 325"x37", 144"x35.5" | $750.00 | Aamir | Ahmed |

| | | | | |
|---|---|---|---|---|
| 548 | Wacker Neuson Trash Pump, M/N- PTS4, S/N- 510003894200792 | $40.00 | Robbie | Starr |
| 549 | Lot Stainless Steel Equipment Consisting of Rolling Carts, Tables, 3-Compartment Sinks, Work Stations, Platforms, & Other Industry Related Items | $325.00 | Earl | Fyke |
| 550 | Stand Alone Stationary Crane w/ Hoist | $30.00 | Aamir | Ahmed |
| 551 | Lot Yellow Pallet Racking Uprights, Assorted Sizes, 204"x36" | $800.00 | Aamir | Ahmed |
| 552 | Lot Gar Bro Dump Bin w/ Assorted Sized Steel Piping | $30.00 | Aamir | Ahmed |
| 553 | Wood Crate w/ Contents Consisting of Carbon Steel Elbows, Assorted Sizes | $50.00 | Aamir | Ahmed |
| 554 | Wood Crate w/ Contents Consisting of Carbon Steel Flange Weld Necks, Assorted Sizes | $120.00 | Joey | Hayles |
| 556 | Lot (5) Steel Pipe Reducers, 18" | $80.00 | Aamir | Ahmed |
| 557 | Lot (3) Rolling Heavy Duty Steel Saw Horses | $55.00 | Earl | Fyke |
| 558 | Lot Heavy Duty Material Rack w/ Contents Consisting of Steel Beams, Steel Piping, Aluminum Piping, Galvanized Steel Piping & Other Industry Related Items | $140.00 | Jonathan | Scallan |
| 560 | Lot Green Pallet Racking Uprights, 248"x36.5" | $6,000.00 | Charley | Mccaffrey |
| 561 | Gate Valve w/ 8" Flange | $200.00 | Aamir | Ahmed |
| 562 | Lot (3) Heavy Duty Conveyor Stands | $6.00 | Aamir | Ahmed |
| 569 | Allis-Chalmers Induction Motor, S/N- 51-678-305-18, 60HP | $15.00 | Aamir | Ahmed |
| 570 | Baldor Reliance Motor, S/N- S9024495001004KI, 10HP | $80.00 | Aamir | Ahmed |
| 571 | ME Electrical Transformer, S/N- 1755105 | $100.00 | Aamir | Ahmed |
| 572 | Lot (6) Plastic Crates w/ Contents Consisting of Control Panel Casings, Electrical Boxes, Electrical Enclosures, Electrical Switch Boards, Circuit Breakers, Electrical Disconnects, & Other Industry Related Items | $25.00 | Earl | Fyke |
| 574 | Lot (6) Rolling Bakery Racks w/ (114) Sheet Pans | $55.00 | Earl | Fyke |
| 575 | Lot (2) Steel Heavy Duty Mounting Brackets | $30.00 | Aamir | Ahmed |
| 578 | Control Panel Electrical Enclosure, 54"x36"x13.5" | $5.00 | Rex | Combs |
| 584 | Lot (2) Reliance Electric Motors, 30HP | $550.00 | Aamir | Ahmed |
| 585 | Newco Gate Valve w/ 8" Flange | $150.00 | Aamir | Ahmed |
| 586 | Lot Pallet w/ Assorted Motors Ranging from 10Hp-20Hp | $50.00 | Aamir | Ahmed |
| 589 | Lot (4) Heavy Duty Vanton Vacuum Pumps | $200.00 | James | Hutchins |
| 591 | WEG Motor, M/N- 0503GST3QIE326TS-W22, 50HP | $20.00 | Lyle | Yoder |
| 593 | Baldor Reliance Super E Severe Duty Motor 841XL, S/N- S9021813-001007KL | $175.00 | Aamir | Ahmed |
| 595 | 5 Gallon Buckets | $60.00 | Tim | Clarke |
| 596 | Lot (2) Rotary Lobe Blowers, M/N- 852-518-20 | $100.00 | Aamir | Ahmed |
| 598 | Electric Supply Company Electric Transformer, S/N- 092968 | $20.00 | Aamir | Ahmed |
| 600 | Greenerd Arbor Press w/ Rolling Cart | $25.00 | Rex | Combs |
| 602 | Lot Industrial Rolling Cart w/ Contents Consisting of Rakes, Shovels, Brooms, Scoops, Push Brooms, & Other Industry Related Items | $15.00 | Aamir | Ahmed |
| 603 | Bradford VIS-ARC Welder, M/N-THFC300RJ, S/N- HG040117 | $75.00 | Aamir | Ahmed |
| 604 | Lot Pallet w/ Contents Consisting of Presses, Calibration Instruments, Microscope, Grinder, Scales, & Other Industry Related Items | $55.00 | Aamir | Ahmed |
| 608 | DoAll Machine Press w/ Dayton Motor, M/N- 5851, S/N- 58-126 | $25.00 | Rex | Combs |
| 609 | HM Belt Grinder, M/N- TAS-150, S/N- 120733 | $750.00 | Darrell | Mays |
| 615 | Baldor Reliance Motor, S/N- S9025085-001002LL, 20HP | $75.00 | Aamir | Ahmed |
| 617 | Teco 3-Phase Induction Motor, 40HP | $75.00 | Aamir | Ahmed |
| 623 | Hp DesignJet T770 w/ Hard Disk Printer, M/N- HP DesignJet T770 HDD, S/N- CN11I4H02R | $1.00 | Darrell | Mays |
| 624 | U.S. Electrical Motor w/ Industrial Valve, M/N- H363, S/N- H150P2SS, 150HP | $160.00 | Aamir | Ahmed |
| 625 | 2014 Trane Electric Heater, M/N- TWE090D300AA, S/N- 14134R5WBA | $30.00 | Tim | Clarke |
| 626 | Accutek Packaging Equipment System w/ Conveyor Control Unit, Capper, & Scale, M/N- 34-500-000, S/N- A17203827, 120"x36"x72" | $110.00 | Earl | Fyke |
| 627 | WER DC Motor, S/N- 52145-GK, 40HP | $125.00 | Aamir | Ahmed |

| | | | | |
|---|---|---|---|---|
| 631 | Lot Wood Crate w/ Contents Consisting of PVC, Adaptors, PVC Connectors, Threaded Reducers, & Other Industry Related Items | $1.00 | Richard | Spencer |
| 632 | Lot (35) Cases Touch-N-Tuff Assorted Sized Gloves & (9) Cases Disposable Non-Woven Round Hair Nets | $200.00 | Tim | Clarke |
| 634 | Lot Wood Crate w/ Contents Consisting of Flextrac Rubber Water Suction Hoses w/ Flanged Ends, 120", 150Psi | $100.00 | Aamir | Ahmed |
| 635 | Industrial Heavy Duty I-Beam w/ Trolley Tracks, 120" | $15.00 | Jonathan | Scallan |
| 636 | Lot (2) Hostile Duty Motors, S/N- HW7L2E24C, 7.5HP | $100.00 | Aamir | Ahmed |
| 640 | 2014 Trane Central Air Conditioner Unit, M/N- TTA120D400AA, S/N- 14042SUUYA | $75.00 | Aamir | Ahmed |
| 641 | Industrial Feeding Systems Vibratory Feeding Bowl w/ Control Panel, Transformer, & Platform, S/N- 20080302 | $50.00 | Aamir | Ahmed |
| 642 | 2015 Trane Forced Air Furnace w/ Cooling Unit, M/N- 4YCC3048A4096BA, S/N- 15195LH49H | $75.00 | Aamir | Ahmed |
| 643 | Hoover Materials Handling Group Tank w/ Release Valve Port, 550 Gal | $200.00 | Aamir | Ahmed |
| 646 | Lot (2) Aluminum Heavy Duty Blue Dump Bins, 48"x48"x60" | $45.00 | Richard | Spencer |
| 647 | Lot Pallet w/ Contents Consisting of Hoist, Trolly, Chains, Tow Hitch, Rubber Hoist Stoppers, & Other Industry Related Items | $25.00 | Aamir | Ahmed |
| 650 | Lot (3) Sartorius Platform Scales, M/N- FS-53 | $55.00 | Aman | Aggarwal |
| 652 | Champion Cooler Portable Air Conditioning Unit, M/N- MMBT14, S/N- XL1841246 | $25.00 | Aamir | Ahmed |
| 653 | Lot (32) Cases of Replay Plastics Drawstring Bags, 13 Gal | $75.00 | Tim | Clarke |
| 655 | Bridgeport Milling Machine Series I, M/N- F-7347-00-234, S/N- 1-16-0174, 2HP, 460 V | $130.00 | Lyle | Yoder |
| 656 | Speed Selector Inc Variable Speed Pulley w/ Lincoln Electric Motor, 20HP | $125.00 | Aamir | Ahmed |
| 660 | 1959 American Air Compressor w/ General Electric Motor, 5HP, 80 Gal | $5.00 | Scott | Hollingsworth |
| 664 | Teco 3-Phase Induction Motor, 15HP | $100.00 | Aamir | Ahmed |
| 666 | Reliance Electric Motor, S/N- P32G3324C, 50HP | $100.00 | Aamir | Ahmed |
| 669 | Parker Crimping Machine, M/N- 82C-KKB | $210.00 | Jay | Zancanaro |
| 670 | Pneumatic Motor, M/N- 4706-46L3, S/N- 114193 | $40.00 | Aamir | Ahmed |
| 676 | Coffing 2 Ton Hoist w/ Chain & Industrial Rolling Cart | $30.00 | Richard | Spencer |
| 678 | Baldor Reliance Motor, M/N- M4118T, 25HP | $110.00 | Jared | Nutter |
| 679 | Pattons Inc Rotary Screw Air Compressor, M/N- PQ23CA01, S/N- 5912N | $75.00 | Aamir | Ahmed |
| 680 | Cincinnati Hydrashift 17 Lathe, 480 V | $275.00 | Donald | Gant |
| 686 | Lot Skid w/ Contents Consisting of Control Panel, Mixing Tank, 200G, Agitator Motor, Hardy Scale Weight Controller, Filter Units, & Rotary Pump, 72"x60"x84" | $200.00 | Aamir | Ahmed |
| 694 | Allen Bradley Bulletin 1325 DC Motor w/ Gear Box & Blower | $200.00 | Aamir | Ahmed |
| 695 | Xtreme Garage Rolling Drum Fan, M/N- HVD-30T, 30" | $80.00 | Richard | Spencer |
| 696 | Allen Bradley Bulletin 1325 Inverter Duty Motor, M/N- X4471, S/N- 6510989, 200HP | $100.00 | Aamir | Ahmed |
| 698 | 2014 Trane Air Conditioning Unit, M/N- TTA090D400AA, S/N- 14112TUMYA | $200.00 | Aamir | Ahmed |
| 700 | 2015 Trane Forced Air Furnace w/ Cooling Unit, M/N- 4YCC3048A4096BA | $150.00 | Aamir | Ahmed |
| 703 | Accu-Therm Mueller Heat Exchanger, M/N- AT40101F-150, S/N- 2107947-01 | $300.00 | Aamir | Ahmed |
| 1B | Hyster 59,000 Lb. Cap., Closed Cab Diesel Forklift, S/N- B008P01697S **This lot will be invoiced in Canadian currency at the end of the sale** | $19,500.00 | Jaswinder | Kaur |
| 1C | Caterpillar 46,000 Lb. Enclosed Cab Diesel Forklift, S/N- AH-460025 **This lot will be invoiced in Canadian currency at the end of the sale** | $7,544.92 | Jaswinder | Kaur |

| | | | | |
|---|---|---|---|---|
| 1D | Lot (4) Dry Van Trailers consisting of: 1998 Wabash 53' Dry Van Trailer, Vin 1JJV532W3WL507046, Tandem Axle, Air Ride Suspension, Wood Van Floor, Panel Walls, Adjustable Axle Carriage, HD Landing Gear, Barn Doors, 1996 Dorsey 53' Dry Van Trailer, Vin 1DTV11520TA243624, Model AIDT-LS, 65,000 GVWR, Tandem Axle, Air Ride Suspension, Wood<br>Van Floor, Panel Walls, Adjustable Axle Carriage, HD Landing Gear, Barn Doors 1996 Dorsey 53' Dry Van Trailer, Vin 1DTV11528TA250000, Model AIDT-LS, 65,000 GVWR, Tandem Axle, Air Ride Suspension, Wood<br>Van Floor, Panel Walls, Adjustable Axle Carriage, HD Landing Gear, Barn Doors 1996 Dorsey 53' Dry Van Trailer, Vin 1DTV11520TA249990, 65,000 GVWR, Tandem Axle, Air Ride Suspension, Wood Van Floor, Panel<br>Walls, Adjustable Axle Carriage, HD Landing Gear, Barn Doors **Please Note: No Titles only a bill of sale will be provided** **Please Note: This lot is located in Tennessee** | $1,350.00 | Ashton | Neuville |
| Bulk Lot 1000 | Lots 1E, 7, 8, 16, 18, 21, 23, 29, 33, 37, 40, 42, 44, 45, 54, 57, 59, 60, 61, 65, 82, 97, 101, 106, 107, 109, 110, 112, 113, 117, 120, 124, 131, 137, 140, 141, 142, 144, 148, 149, 151, 152, 153, 154, 166, 167, 172, 173, 174, 180, 181, 182, 186, 187, 189, 195, 205, 209, 210, 222, 223, 228, 230, 231, 235, 236, 237, 241, 242, 246, 247, 248, 260, 278, 279, 281, 282, 283, 284, 285, 287, 292, 294, 299, 303, 313, 315, 317, 318, 322, 326, 329, 334, 335, 337, 338, 340, 341, 342, 349, 352, 355, 362, 366, 367, 375, 376, 379, 380, 398, 402, 406, 407, 408, 410, 418, 425, 427, 432, 433, 434, 437, 438, 439, 440, 442, 443, 444, 452, 458, 465, 482, 483, 484, 488, 490, 491, 494, 495, 502, 506, 510, 511, 512, 514, 517, 518, 519, 523, 525, 530, 532, 534, 555, 563, 564, 565, 566, 567, 568, 576, 577, 579, 581, 582, 587, 588, 592, 597, 599, 601, 605, 606, 607, 610, 611, 612, 613, 616, 620, 621, 622, 628, 629, 633, 639, 644, 645, 648, 649, 651, 654, 657, 658, 659, 662, 663, 677, 681, 688, 689, 690, 691, 693, 697, 702 | $10,000.00 | Aamir | Ahmed |