| GL Acct ID | GL Acct Description | Trx Date | Trans Description | Actual Exp. |
|---|---|---|---|---|
| 510501-AC | Staffing-Labor | 5/27/24 | Anthony Hazlett - El Dorado - Staffing Labor (Anthony Hazlett; AH0020) | 4,550.00 |
| 510501-AC | Staffing-Labor | 6/3/24 | Anthony Hazlett - El Dorado - Staffing Labor (Anthony Hazlett; AH0021) | 4,550.00 |
| 510501-AC | Staffing-Labor | 6/10/24 | Anthony Hazlett - El Dorado - Staffing Labor (Anthony Hazlett; AH022) | 4,550.00 |
| 510501-AC | Staffing-Labor | 7/21/24 | Anthony Hazlett - El Dorado - Staffing Labor (Anthony Hazlett; AH0024) | 1,950.00 |
| 510501-AC | Staffing-Labor | 7/23/24 | Michael Gamble - El Dorado - Staffing Labor (Michael Gamble; Mg001) Jackson MS | 1,575.00 |
| 510501-AC | Staffing-Labor | 6/2/24 | Richard Boggs - El Dorado - Staffing Labor (Richard Boggs; Internal) | 5,525.00 |
| 510501-AC | Staffing-Labor | 7/24/24 | Richard Boggs - El Dorado - Staffing Labor (Richard Boggs; Internal) | 1,275.00 |
| 510601-AC | Marketing | 7/19/24 | SRI Advertising, Inc. - El Dorado - Marketing (SRI Advertising; 6752) | 6,765.00 |
| 510601-AC | Marketing | 7/22/24 | Jaffe Communications, Inc. - El Dorado - Marketing (Jaffe Communications; 8506) Jackson/Gulfport Split 50%/50% | 224.50 |
| 510601-AC | Marketing | 8/2/24 | BidSpotter - El Dorado - Marketing (BidSpotter; 55893) Sale #1 Jackson MS | 9,579.79 |
| 511201-AC | Meals & Entertainment | 5/21/24 | Wayne Hecht - 05/06/24-Prospect - El Dorado Site Visit (Individual Meals) | 16.79 |
| 511201-AC | Meals & Entertainment | 5/21/24 | Wayne Hecht - 05/06/24-Prospect - El Dorado Site Visit (Individual Meals) | 35.75 |
| 511201-AC | Meals & Entertainment | 6/4/24 | Wayne Hecht - 05/14/24-Deal - El Dorado Setup (Business Meals (Attendees)) | 94.10 |
| 511201-AC | Meals & Entertainment | 6/4/24 | Wayne Hecht - 05/14/24-Deal - El Dorado Setup (Business Meals (Attendees)) | 230.14 |
| 511201-AC | Meals & Entertainment | 6/4/24 | Wayne Hecht - 05/14/24-Deal - El Dorado Setup (Individual Meals) | 18.67 |
| 511201-AC | Meals & Entertainment | 6/4/24 | Wayne Hecht - 05/14/24-Deal - El Dorado Setup (Individual Meals) | 12.50 |
| 511201-AC | Meals & Entertainment | 6/19/24 | Chad Farrell - 05/29/24-Deal - El Dorado Jackson (Individual Meals) | 10.02 |
| 511201-AC | Meals & Entertainment | 6/19/24 | Chad Farrell - 05/29/24-Deal - El Dorado Jackson (Individual Meals) | 39.23 |
| 511201-AC | Meals & Entertainment | 6/19/24 | Chad Farrell - 05/30/24-Deal - El Dorado Jackson (Individual Meals) | 22.45 |
| 511201-AC | Meals & Entertainment | 6/19/24 | Richard Boggs - 05/29/24-Deal - El Dorado Jackson, MD Auction Setup (Individual Meals) | 19.00 |
| 511201-AC | Meals & Entertainment | 6/19/24 | Richard Boggs - 05/28/24-Deal - El Dorado Jackson, MD Auction Setup (Individual Meals) | 7.39 |
| 511201-AC | Meals & Entertainment | 6/19/24 | Richard Boggs - 05/28/24-Deal - El Dorado Jackson, MD Auction Setup (Individual Meals) | 5.88 |
| 511201-AC | Meals & Entertainment | 6/19/24 | Richard Boggs - 05/25/24-Deal - El Dorado Jackson, MD Auction Setup (Individual Meals) | 36.00 |
| 511201-AC | Meals & Entertainment | 6/19/24 | Richard Boggs - 05/26/24-Deal - El Dorado Jackson, MD Auction Setup (Individual Meals) | 39.20 |
| 511201-AC | Meals & Entertainment | 6/19/24 | Richard Boggs - 05/27/24-Deal - El Dorado Jackson, MD Auction Setup (Individual Meals) | 27.01 |
| 511201-AC | Meals & Entertainment | 6/19/24 | Richard Boggs - 05/26/24-Deal - El Dorado Jackson, MD Auction Setup (Individual Meals) | 13.32 |
| 511201-AC | Meals & Entertainment | 6/19/24 | Richard Boggs - 05/17/24-Deal - El Dorado Jackson, MD Auction Setup (Individual Meals) | 124.16 |
| 511201-AC | Meals & Entertainment | 6/19/24 | Richard Boggs - 05/24/24-Deal - El Dorado Jackson, MD Auction Setup (Individual Meals) | 32.75 |
| 511201-AC | Meals & Entertainment | 6/19/24 | Richard Boggs - 05/22/24-Deal - El Dorado Jackson, MD Auction Setup (Individual Meals) | 29.54 |
| 511201-AC | Meals & Entertainment | 6/19/24 | Richard Boggs - 05/21/24-Deal - El Dorado Jackson, MD Auction Setup (Individual Meals) | 26.00 |
| 511201-AC | Meals & Entertainment | 6/19/24 | Richard Boggs - 05/20/24-Deal - El Dorado Jackson, MD Auction Setup (Individual Meals) | 20.32 |
| 511201-AC | Meals & Entertainment | 6/19/24 | Richard Boggs - 05/20/24-Deal - El Dorado Jackson, MD Auction Setup (Individual Meals) | 6.36 |
| 511201-AC | Meals & Entertainment | 6/19/24 | Richard Boggs - 05/21/24-Deal - El Dorado Jackson, MD Auction Setup (Individual Meals) | 20.84 |
| 511201-AC | Meals & Entertainment | 6/19/24 | Richard Boggs - 05/23/24-Deal - El Dorado Jackson, MD Auction Setup (Individual Meals) | 23.98 |
| 511201-AC | Meals & Entertainment | 6/19/24 | Richard Boggs - 05/27/24-Deal - El Dorado Jackson, MD Auction Setup (Individual Meals) | 14.98 |
| 511201-AC | Meals & Entertainment | 6/19/24 | Richard Boggs - 05/30/24-Deal - El Dorado Jackson, MD Auction Setup (Individual Meals) | 21.11 |
| 511201-AC | Meals & Entertainment | 7/25/24 | Richard Boggs - 07/16/24-Deal - El Dorado Auction Checkout (Individual Meals) | 22.50 |
| 511201-AC | Meals & Entertainment | 7/25/24 | Richard Boggs - 07/16/24-Deal - El Dorado Auction Checkout (Individual Meals) | 6.42 |
| 511201-AC | Meals & Entertainment | 7/25/24 | Richard Boggs - 07/15/24-Deal - El Dorado Auction Checkout (Individual Meals) | 1.95 |
| 511201-AC | Meals & Entertainment | 7/25/24 | Richard Boggs - 07/15/24-Deal - El Dorado Auction Checkout (Individual Meals) | 14.50 |
| 511201-AC | Meals & Entertainment | 7/25/24 | Richard Boggs - 07/15/24-Deal - El Dorado Auction Checkout (Individual Meals) | 5.30 |
| 511201-AC | Meals & Entertainment | 7/25/24 | Richard Boggs - 07/15/24-Deal - El Dorado Auction Checkout (Individual Meals) | 78.25 |
| 511202-AC | Travel-Airfare | 5/21/24 | Wayne Hecht - 05/06/24-Prospect - El Dorado (Airfare) | 815.20 |
| 511202-AC | Travel-Airfare | 5/27/24 | Anthony Hazlett - El Dorado - Travel Airfare (Anthony Hazlett; AH0020) | 901.20 |
| 511202-AC | Travel-Airfare | 6/4/24 | Wayne Hecht - 05/14/24-Deal - El Dorado Setup (Airfare) | 1,051.20 |
| 511202-AC | Travel-Airfare | 6/19/24 | Chad Farrell - 05/29/24-Deal - El Dorado Jackson (Airfare) | 630.95 |
| 511202-AC | Travel-Airfare | 7/21/24 | Anthony Hazlett - El Dorado - Travel Airfare (Anthony Hazlett; AH0024) | 686.95 |
| 511203-AC | Travel-Car Rental/Taxi/Parking | 5/21/24 | Wayne Hecht - 05/06/24-Prospect - El Dorado Site Inspection (Taxi) | 43.90 |
| 511203-AC | Travel-Car Rental/Taxi/Parking | 5/21/24 | Wayne Hecht - 05/06/24-Prospect - El Dorado Site Visit (Taxi) | 9.56 |
| 511203-AC | Travel-Car Rental/Taxi/Parking | 5/21/24 | Wayne Hecht - 05/06/24-Prospect - El Dorado Site Visit (Taxi) | 25.11 |
| 511203-AC | Travel-Car Rental/Taxi/Parking | 5/21/24 | Wayne Hecht - 05/06/24-Prospect - El Dorado Site Visit (Taxi) | 70.19 |
| 511203-AC | Travel-Car Rental/Taxi/Parking | 6/4/24 | Wayne Hecht - 05/14/24-Deal - El Dorado Setup (Car Rental) | 398.16 |
| 511203-AC | Travel-Car Rental/Taxi/Parking | 6/4/24 | Wayne Hecht - 05/14/24-Deal - El Dorado Setup (Parking) | 72.00 |
| 511203-AC | Travel-Car Rental/Taxi/Parking | 6/19/24 | Chad Farrell - 05/29/24-Deal - El Dorado Jackson (Parking) | 44.50 |
| 511203-AC | Travel-Car Rental/Taxi/Parking | 6/19/24 | Chad Farrell - 05/30/24-Deal - El Dorado Jackson (Car Rental) | 112.34 |
| 511203-AC | Travel-Car Rental/Taxi/Parking | 6/19/24 | Chad Farrell - 05/30/24-Deal - El Dorado Jackson (Parking) | 28.00 |
| 511203-AC | Travel-Car Rental/Taxi/Parking | 6/19/24 | Richard Boggs - 05/19/24-Deal - El Dorado Jackson, MD Auction Setup (Car Rental) | 805.55 |
| 511203-AC | Travel-Car Rental/Taxi/Parking | 7/25/24 | Richard Boggs - 07/15/24-Deal - El Dorado Auction Checkout (Taxi) | 28.72 |
| 511203-AC | Travel-Car Rental/Taxi/Parking | 7/25/24 | Richard Boggs - 07/15/24-Deal - El Dorado Auction Checkout (Car Rental) | 634.82 |
| 511204-AC | Travel-Lodging | 5/21/24 | Wayne Hecht - 05/06/24-Prospect - El Dorado Site Visit (Hotel) | 148.45 |
| 511204-AC | Travel-Lodging | 6/4/24 | Wayne Hecht - 05/14/24-Deal - El Dorado Setup (Hotel) | 324.02 |
| 511204-AC | Travel-Lodging | 6/19/24 | Chad Farrell - 05/30/24-Deal - El Dorado Jackson (Hotel) | 280.49 |
| 511204-AC | Travel-Lodging | 6/19/24 | Richard Boggs - 05/15/24-Deal - El Dorado Jackson, MD Auction Setup (Hotel) | 1,750.96 |
| 511204-AC | Travel-Lodging | 7/25/24 | Richard Boggs - 07/17/24-Deal - El Dorado Auction Checkout (Incidentals) | 160.50 |
| 511204-AC | Travel-Lodging | 7/25/24 | Richard Boggs - 07/10/24-Deal - El Dorado Auction Checkout (Hotel) | 1,082.73 |
| 511205-AC | Travel-Mileage/Gas | 6/4/24 | Wayne Hecht - 05/14/24-Deal - El Dorado Setup (Fuel) | 20.52 |
| 511205-AC | Travel-Mileage/Gas | 6/19/24 | Chad Farrell - 05/30/24-Deal - El Dorado Jackson (Personal Car Mileage) | 35.51 |
| 511205-AC | Travel-Mileage/Gas | 6/19/24 | Richard Boggs - 05/20/24-Deal - El Dorado Jackson, MD Auction Setup (Fuel) | 52.40 |
| 511205-AC | Travel-Mileage/Gas | 6/19/24 | Richard Boggs - 05/25/24-Deal - El Dorado Jackson, MD Auction Setup (Fuel) | 54.86 |
| 511205-AC | Travel-Mileage/Gas | 6/19/24 | Richard Boggs - 05/30/24-Deal - El Dorado Jackson, MD Auction Setup (Fuel) | 46.81 |
| 511205-AC | Travel-Mileage/Gas | 7/25/24 | Richard Boggs - 07/17/24-Deal - El Dorado Auction Checkout (Fuel) | 37.78 |
| 511205-AC | Travel-Mileage/Gas | 7/25/24 | Richard Boggs - 07/15/24-Deal - El Dorado Auction Checkout (Fuel) | 40.64 |
| 511403-AA | Outside Services | 5/1/24 | Tiger Capital Group, LLC - ElDorado - Outside Services (Angi; Quote 00001) - Jackson, MS | 241.89 |
| 511403-AA | Outside Services | 5/20/24 | The Lilly Company - El Dorado - Outside Services (The Lilly Company; TPS275954) | 2,277.08 |
| 511403-AA | Outside Services | 6/1/24 | Tiger Capital Group, LLC - El Dorado - Outside Services (Angi) - Jackson, MS | 241.88 |

| 511403-AA | Outside Services | 6/13/24 | The Lilly Company - El Dorado - Outside Services (The Lilly Company; TPS277547) | 1,701.98 |
| 511404-AA | Postage & Delivery | 7/16/24 | Tiger Capital Group, LLC - El Dorado - Postage & Delivery (FedEx; 2010135295403286) Jackson | 101.15 |

**Total Expenses**      **56,578.70**