

---

## TIGER LABOR EXPENSES

**Deal Name:**             **El Dorado Gas & Oil**

**Invoice Date:**             **May 27, 2024**

**Invoice #:**             **AH0020**

**Start Date:**             **May 20, 2024**

**End Date:**             **May 26, 2024**

**Labor Level:**             **On-Site Supervisor**

**Supervisor Name:**             **Anthony Hazlett**

**Daily Rate:**             **$ 650.00**

**Applicable Days:**             **x 7**

**Total Amount for Labor**             **$ 4,550.00**

---

## Comments

Jackson Mississippi Site



## TIGER LABOR EXPENSES

| | |
|---|---|
| **Deal Name:** | **El Dorado Gas & Oil** |
| **Invoice Date:** | **June 3, 2024** |
| **Invoice #:** | **AH0021** |
| **Start Date:** | **May 27, 2024** |
| **End Date:** | **June 2, 2024** |
| **Labor Level:** | **On-Site Supervisor** |
| **Supervisor Name:** | **Anthony Hazlett** |
| **Daily Rate:** | **$ 650.00** |
| **Applicable Days:** | x 7 |
| **Total Amount for Labor** | **$ 4,550.00** |

**Comments**

Jackson Mississippi Site

**340 N. Westlake Blvd., Suite 260, Westlake Village, California 91362    805.497.4999    TigerGroup.com**

**LOS ANGELES  |  BOSTON  |  NEW YORK  |  CHICAGO  |  HOUSTON  |  TORONTO**



---

## TIGER LABOR EXPENSES

**Deal Name:**           **El Dorado Gas & Oil**

**Invoice Date:**          **June 2, 2024**

**Invoice #:**              **Internal**

**Start Date:**            **May 20, 2024**

**End Date:**              **June 1, 2024**

**Labor Level:**          **On-Site Supervisor**

**Supervisor Name:**     **Richard Boggs**

**Daily Rate:**            **$              425.00**

**Applicable Days:**      **x                     13**

**Total Amount for Labor**     **$           5,525.00**

---

**Comments**

Jackson Mississippi Site

**340 N. Westlake Blvd., Suite 260, Westlake Village, California 91362     805.497.4999     TigerGroup.com**

**LOS ANGELES  |  BOSTON  |  NEW YORK  |  CHICAGO  |  HOUSTON  |  TORONTO**



## TIGER LABOR EXPENSES

**Deal Name:**                      **El Dorado Gas & Oil**

**Invoice Date:**                   **June 10, 2024**

**Invoice #:**                      **AH0022**

**Start Date:**                     **June 3, 2024**

**End Date:**                       **June 9, 2024**

**Labor Level:**                    **On-Site Supervisor**

**Supervisor Name:**                **Anthony Hazlett**

**Daily Rate:**                     **$              650.00**

**Applicable Days:**          **x**                    **7**

**Total Amount for Labor**          **$            4,550.00**

## Comments

Jackson Mississippi Site

**340 N. Westlake Blvd., Suite 260, Westlake Village, California 91362    805.497.4999    TigerGroup.com**

**LOS ANGELES  |  BOSTON  |  NEW YORK  |  CHICAGO  |  HOUSTON  |  TORONTO**

# TIGER

## TIGER LABOR EXPENSES

| | |
|---|---|
| **Deal Name:** | **El Dorado Gas & Oil** |
| **Invoice Date:** | **July 18, 2024** |
| **Invoice #:** | **AH0024** |
| **Start Date:** | **July 15, 2024** |
| **End Date:** | **July 17, 2024** |
| **Labor Level:** | **On-Site Supervisor** |
| **Supervisor Name:** | **Anthony Hazlett** |
| **Daily Rate:** | **$ 650.00** |
| **Applicable Days:** | **x 3** |
| **Total Amount for Labor** | **$ 1,950.00** |

### Comments

Jackson Mississippi Site

340 N. Westlake Blvd., Suite 260, Westlake Village, California 91362   805.497.4999   TigerGroup.com

LOS ANGELES  |  BOSTON  |  NEW YORK  |  CHICAGO  |  HOUSTON  |  TORONTO

# TIGER

## TIGER LABOR EXPENSES

**Deal Name:**                  **El Dorado Gas & Oil**

**Invoice Date:**               **July 18, 2024**

**Invoice #:**                  **MG001**

**Start Date:**                 **July 15, 2024**

**End Date:**                   **July 17, 2024**

**Labor Level:**                **Assistant**

**Supervisor Name:**            **Michael Gamble**

**Daily Rate:**                 **$              525.00**

**Applicable Days:**        x                   **3**

**Total Amount for Labor**      $           1,575.00

## Comments

Jackson Mississippi Site

340 N. Westlake Blvd., Suite 260, Westlake Village, California 91362    805.497.4999    TigerGroup.com

LOS ANGELES  |  BOSTON  |  NEW YORK  |  CHICAGO  |  HOUSTON  |  TORONTO

# TIGER

## TIGER LABOR EXPENSES

| | |
|---|---|
| **Deal Name:** | **El Dorado Gas & Oil** |
| **Invoice Date:** | **July 18, 2024** |
| **Invoice #:** | **Internal** |
| **Start Date:** | **July 15, 2024** |
| **End Date:** | **July 17, 2024** |
| **Labor Level:** | **On-Site Supervisor** |
| **Supervisor Name:** | **Richard Boggs** |
| **Daily Rate:** | **$ 425.00** |
| **Applicable Days:** | x 3 |
| **Total Amount for Labor** | **$ 1,275.00** |

## Comments

Jackson Mississippi Site

**340 N. Westlake Blvd., Suite 260, Westlake Village, California 91362   805.497.4999   TigerGroup.com**

**LOS ANGELES  |  BOSTON  |  NEW YORK  |  CHICAGO  |  HOUSTON  |  TORONTO**

**Jaffe Communications**

312 North Avenue East, Suite 5
Cranford, NJ  07016 US
elisa@jaffecom.com
www jaffecom com

Split 50/50 with Gulfport Sale #2 - $224.50



## INVOICE

BILL TO
Tiger Commercial and Industrial
340 N Westlake Blvd., Suite 260
Westlake Village, CA  91362
United States

| | |
|---|---|
| INVOICE | 8506 |
| DATE | 07/22/2024 |
| DUE DATE | 08/06/2024 |

| ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|
| Newswire Reimbursement | El Dorado - 7/9/24 | 449.00 |

BALANCE DUE **$449.00**

**SRI Advertising, Inc.**
16200 Ventura Blvd, Suite #227
Encino, CA  91436
818-761-1792
susan@sriadvertising.com

**sriadvertisinginc.**

# INVOICE

**BILL TO**
RE El Dorado - Jackson, MS
Tiger Remarketing Services
340 N. Westlake Blvd.,Suite
#260
Westlake Village, CA  91362

| | |
|---|---|
| **INVOICE #** | 6752 |
| **DATE** | 07/19/2024 |
| **DUE DATE** | 07/29/2024 |
| **TERMS** | 10 days |

**JOB NAME**
El Dorado - Jackson, MS

| DESCRIPTION | AMOUNT |
|---|---:|
| Surplus Record, e-blast to 10,000 Targeted Subscribers, Jul. 1-10 ($1,080.00); Machinery listings ($300.00) | 1,380.00 |
| Industrial Market Place (Advertising Package), e-blast to 55,000+ subscribers, Jul. 10; Online Auction Listing & Listing in Weekly Auction Calendar e-Blast Thru Sale | 995.00 |
| Oiltizer, e-blast to 70,000 subscribers, Jul. 1 & 10 | 1,200.00 |
| Jackson Clarion Ledger, MS, /12 page, 2"x4.92", classified Ad, Sun. Jul. 7 & 14 | 690.00 |
| Google Remarketing, Performance Max, Jul. 9-16 | 500.00 |
| Facebook Carousel Ad, Jul. 9-16 | 500.00 |
| Agency Services, HTML, Calendar HTML, Ads, Banners, Brochure Cover, Social Ad, PR Ad | 1,500.00 |

| | |
|---|---:|
| SUBTOTAL | 6,765.00 |
| TAX | 0.00 |
| TOTAL | 6,765.00 |
| BALANCE DUE | **$6,765.00** |

**BidSpotter, Inc.**

REMITTANCE ADDRESS:
PO BOX 735389
CHICAGO, IL 60673-5389

Phone: 253-858-6777

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/2/2024 | 55893 |

**Bill To**

Tiger Commercial & Industrial
340 N. Westlake Blbd. #260
Westlake Village, CA 91362

| Event Date | Terms | Due Date | Sales Rep | Technician | Event Number | Campaign |
|------------|-------|----------|-----------|------------|--------------|----------|
| 07/17/2024 | Net 15 | 8/17/2024 | H_TMH | | bscti10083 | |

| Item | Description | US Hammer | Rate | US Dollar |
|------|-------------|-----------|------|-----------|
| 300 - Event Fe... | Timed - Event Fee - SALE #1 - 35,000 SQ FT FACILITY WITH METAL FABRICATION, PROCESSING, MATERIAL HANDLING, PLANT SUPPORT, INVENTORY, ROLLING STOCK & MORE... | | 375.00 | 375.00 |
| 310 - Online P... | Timed - Online Purchase Fee | 163,493 | 0.03 | 4,904.79 |
| 750 - Email C... | Email Campaigns (7/13/2024) - BidM-33368 | | 1,075.00 | 1,075.00 |
| 750 - Email C... | Email Campaigns (7/12/2024) - BidM-33369 | | 817.00 | 817.00 |
| 650 - Featured... | Industrial & Commercial Newsletter - BidM-33370 | | 688.00 | 688.00 |
| 803 - Vertical ... | Vertical Banner - BidM-33371 | | 1,505.00 | 1,505.00 |
| 660 - Featured... | Featured Lots - BidM-33372 | | 215.00 | 215.00 |

**Everyone at BidSpotter.com thanks you for your business!
Please let us know how we may serve you!**

| | |
|---|---|
| **Total** | $9,579.79 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $9,579.79 |

**Wire Transfer Information**

JPMorgan Chase Bank NA
10430 Highland Manor Dr.
Tampa, FL 33610
BidSpotter, Inc.
ABA-Routing: 021000021
Acct.#: 851502762
SWIFT BIC: CHASUS33

**Please Reference Invoice#
on Wire or ACH**

**For Check Payments**

Please Mail to Above Address

**Expense Report**

**Report Name : El Dorado Jackson, MS.**

**Employee Name :** Boggs, Richard

**Employee ID :** rboggs

### Report Header

**Policy :** *US Expense Policy

**Business Purpose :** Auction Checkout

**Report Id :** 90869B7A267E4112936A

**Receipts Received :** Yes

**Report Date :** 07/21/2024

**Approval Status :** Approved

**Payment Status :** Payment Confirmed

**Currency :** US, Dollar

**\*Custom 01 - Division (Job) :** Auction

**\*Custom 03 - Division (Region) :** Auction

**\*Custom 05 - Division (Mktg-BD Event) :** Auction

### Car Rental

| Transaction Date | Expense Type | Business Purpose | Vendor | *Custom 08 - MBD-Other-Billable? | *Custom 02 - Job | *Custom 04 - Region | *Custom 06 - Mktg-BD Event | *Custom 11 - Client | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 07/15/2024 | Car Rental | Deal - El Dorado Auction Checkout | Hertz | Billable Expense | El Dorado | | | | $634.82 |



**Fuel**

| Transaction Date | Expense Type | Business Purpose | Vendor | *Custom 08 - MBD-Other-Billable? | *Custom 02 - Job | *Custom 04 - Region | *Custom 06 - Mktg-BD Event | *Custom 11 - Client | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 07/17/2024 | Fuel | Deal - El Dorado Auction Checkout | Circle K | Billable Expense | El Dorado | | | | $37.78 |
| 07/15/2024 | Fuel | Deal - El Dorado Auction Checkout | Speedway | Billable Expense | El Dorado | | | | $40.64 |

**Hotel**

| Transaction Date | Expense Type | Business Purpose | Vendor | *Custom 08 - MBD-Other-Billable? | *Custom 02 - Job | *Custom 04 - Region | *Custom 06 - Mktg-BD Event | *Custom 11 - Client | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 07/10/2024 | Hotel | Deal - El Dorado Auction Checkout | Airbnb | Billable Expense | El Dorado | | | | $1,082.73 |

**Incidentals**

| Transaction Date | Expense Type | Business Purpose | Vendor | *Custom 08 - MBD-Other-Billable? | *Custom 02 - Job | *Custom 04 - Region | *Custom 06 - Mktg-BD Event | *Custom 11 - Client | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 07/17/2024 | Incidentals | Deal - El Dorado Auction Checkout | Pop-a-Lock | Billable Expense | El Dorado | | | | $160.50 |

**Individual Meals**

| Transaction Date | Expense Type | Business Purpose | Vendor | *Custom 08 - MBD-Other-Billable? | *Custom 02 - Job | *Custom 04 - Region | *Custom 06 - Mktg-BD Event | *Custom 11 - Client | Amount |
|---|---|---|---|---|---|---|---|---|---|

| Transaction Date | Expense Type | Business Purpose | Vendor | *Custom 08 - MBD-Other-Billable? | *Custom 02 - Job | Amount |
|---|---|---|---|---|---|---|
| 07/16/2024 | Individual Meals | Deal - El Dorado Auction Checkout | Kroger | Billable Expense | El Dorado | $22.50 |
| 07/16/2024 | Individual Meals | Deal - El Dorado Auction Checkout | Dollar General | Billable Expense | El Dorado | $6.42 |
| 07/15/2024 | Individual Meals | Deal - El Dorado Auction Checkout | Speedway | Billable Expense | El Dorado | $1.95 |
| 07/15/2024 | Individual Meals | Deal - El Dorado Auction Checkout | Chow King | Billable Expense | El Dorado | $14.50 |
| 07/15/2024 | Individual Meals | Deal - El Dorado Auction Checkout | Speedway | Billable Expense | El Dorado | $5.30 |
| 07/15/2024 | Individual Meals | Deal - El Dorado Auction Checkout | Sam's Club | Billable Expense | El Dorado | $78.25 |

**Taxi**

| Transaction Date | Expense Type | Business Purpose | Vendor | *Custom 08 - MBD-Other-Billable? | *Custom 02 - Job | *Custom 04 - Region | *Custom 06 - Mktg-BD Event | *Custom 11 - Client | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 07/15/2024 | Taxi | Deal - El Dorado Auction Checkout | Uber | Billable Expense | El Dorado | | | | $28.72 |

| Transaction Date | Expense Type | Amount | Net Adjusted Tax Amount | Net Adjusted Reclaim Amount | Net Reclaim Amount | Adjusted Claimed Amount | Approved Amount |
|---|---|---|---|---|---|---|---|
| | Cell | | | | | | |

| Date | Type | | | | | | |
|------|------|---|---|---|---|---|---|
| 07/10/2024 | Hotel | $1,082.73 | $1,082.73 | $1,082.73 | $1,082.73 | $1,082.73 | $1,082.73 |
| 07/15/2024 | Car Rental | $634.82 | $634.82 | $634.82 | $634.82 | $634.82 | $634.82 |
| 07/15/2024 | Fuel | $40.64 | $40.64 | $40.64 | $40.64 | $40.64 | $40.64 |
| 07/15/2024 | Individual Meals | $1.95 | $1.95 | $1.95 | $1.95 | $1.95 | $1.95 |
| 07/15/2024 | Individual Meals | $5.30 | $5.30 | $5.30 | $5.30 | $5.30 | $5.30 |
| 07/15/2024 | Individual Meals | $14.50 | $14.50 | $14.50 | $14.50 | $14.50 | $14.50 |
| 07/15/2024 | Individual Meals | $78.25 | $78.25 | $78.25 | $78.25 | $78.25 | $78.25 |
| 07/15/2024 | Taxi | $28.72 | $28.72 | $28.72 | $28.72 | $28.72 | $28.72 |

**Company Disbursements**

**Total Paid By Company :**

**Employee Disbursements**

**Amount Due Company Card From Employee :** $0.00

**Total Paid By Employee :** $0.00

# Pop-A-Lock

**Serving the Mississippi Gulf Coast**

228-863-4606
228-374-5051

*Pop-A-Lock*
"Trusted Locksmith"®

6340 Kiln Delisle Rd. • Suite F
Pass Christian, MS 39571

DATE 7-17-24
EMP. 14

**LOCKSMITH WORK ORDER #**
37641

Name _Tiger Capital Gray_   Home Ph# _____
Address _7234 E Pass rd_   DL# _____
City _Gulfport_   State _MS_   Zip _39507_
POE _____   W Ph# _____

| VEHICLE INFO. | YEAR | MAKE | MODEL | | LIC. # |
|---|---|---|---|---|---|
| | VIN # | | | MILEAGE | |

| CRED. CRD. INFO. | | | | |
|---|---|---|---|---|
| Credit Card # _____ 43006 | | | | |
| Exp. Date _____ App. # _179417_ Ref. # _____ | | | | |

| CAR CLUB INFORMATION | |
|---|---|
| Car club Name: _____ |
| Member # _____ P.O./Auth. # _____ |
| Vehicle Milage _____ Vendor # _____ |

| CHECK INFORMATION | |
|---|---|
| DL# _____ State _____ CK# _____ |
| Checking Acct. # _____ |
| Company _____ App.# _____ |

| REFERRED BY | ☐ FD | ☐ TC | ☐ JS | ☐ CDU | ☑ LSM |
|---|---|---|---|---|---|

| QTY. | PART # | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 1 | ALS | S V C | 150 |
| | | | |
| | | | |
| | | | |
| | | | |

**COMMENTS**
_____
_____
_____
_____

| | VENT | | | |
|---|---|---|---|---|
| | | | COG | |
| | | | Parts | |
| FL | | FR | Labor | 150 |
| | | | Tax | 10.50 |
| RL | | RR | Total | 160.50 |

Acct. P.O. # _____

PAID BY:  ☐ Cash   ☑ Check/Credit Card

I agree to pay charge incurred
upon completion of services rendered.   X _____

I accept the work as being satisfactory and that the property and/or vehicle has been left in good working contition and that no damage occurred to same as a refult of performance of the seervice.  _____ Initials

NSF Fee will be assessed at a rate of $40.00

7/17/2024 9:11:46 AM
Order Number:
**Circle K**                      1323263
                                  2723396
2935 Highway 49
Collins, MS 39428
(601) 765-1390
Register:100

ICR

(DUPLICATE RECEIPT)
( DUPLICATE RECEIPT )

Pay at Pump Sale
Pump # 3  UNL-REG
12.597 Gallons @ $2.999/Gal        $37.78
Sub. Total:                        $37.78
Tax:                                $0.00
Total:                             $37.78
Discount Total:                     $0.00
American Express:                  $37.78
**Change**                       **$0.00**

SALE
American Express
Card Num : (C)
XXXXXXXXXXX3006
Chip Read

USD$ 37.78

AMERICAN EXPRESS
AID:
A000000025010801
TVR: 0000008000
IAD: XXXXXXXXXXXXX
TSI: E800
ARC: 00
ARQC:
DAA2EBA89ED1F3AA

07/17/2024 09:11:05

I agree to pay the
above Total Amount
according to Card
Issuer Agreement.

Thank You
Come Again

```
              *** Duplicate ***

        Kroger   FRESH
                 FOR
                 EVERYONE™


      201 LONNIE T JENKINS DR
          601-932-2325
      Your cashier was CHEC 502
   KROGER PLUS CUSTOMER.....*******9583
          DEANS DIP.......PC....1.99 B
SC.....KROGER SAVINGS....1.00..
      LANDOLAKES HVY CRM<+....3.69 B
SC.....Mega Event Savings1.00.......
 1 @ 2/5.00
          PRNGL CRISPS.......<+....1.49 B
SC.....KROGER SAVINGS....0.01..
SC.....Mega Event Savings1.00.......
 1 @ 2/5.00
          PRNGL CRISPS.......<+....1.49 B
SC.....KROGER SAVINGS....0.01..
SC.....Mega Event Savings1.00.......
          BLTH DRESSING....PC....3.50 B
SC.....KROGER SAVINGS....0.49..
          PLNTR PEANUT.......<+....2.49 B
SC.....KROGER SAVINGS....0.20..
SC.....Mega Event Savings1.00.......
 0.93 lb @ 2.99 /lb
WT.....PEACHES WHITE.........2.76 B
 2.34 lb @ 0.69 /lb
WT.....BANANA ORGNC.........1.61 B
          VLSC PICKLES.......<+....1.99 B
SC.....KROGER SAVINGS....0.80..
SC.....Mega Event Savings1.00.....
          TAX.................1.47..
    **** BALANCE.............22.50..
 PEARL MS 39208
 AMERICAN EXPRESS Purchase
 ***********3006 - C
 REF#: 813592 TOTAL: 22.50
 AID: A0000000025010801
 TC: D9E84EA42F755571


        AMEX...............22.50..
        CHANGE..............0.00..
 TOTAL NUMBER OF ITEMS SOLD =....9.....

 KROGER SAVINGS................$...7.51..
 TOTAL COUPONS................$...7.51..
 TOTAL SAVINGS (26 %)......$...7.51..

 07/16/24 04:42pm 363 502 130 999999502

 *************************************
  Annual Card Savings $77.84.......
 *************************************
 Fuel Points Earned Today: 21.........
 Total July Fuel Points: 60.........
 *************************************

 ...With Our Low Prices, You Saved.....
          $7.51.........
 PARTICIPATING ITEMS..<+..=.5.......
      Fresh opportunity awaits.......
          Join our team today!.......
```

ONLY use cart seat for children ages 6-48 months and 15-35

seguridad.

DOLLAR GENERAL STORE #13976
JACKSON, MS 601-345-3565

PLANTERS CASHEW HA 029000016071 E        6.00 N
SUBTOTAL                                   $6.00
Tax2                                       $0.42
TOTAL SALE                                 $6.42
AMEX                    3006 CHIP          $6.42
AUTH# 860168
REF: 000000011627 AID: A000000025010801
2024-07-16  09:48:58  13976 01              8803

8908857120392393165179159199129749911321171

----------------CUT HERE----------------
*****************************************  *
* Complete survey at dgcustomerfirst.com  *
*              For a chance to             *
*WIN A $100 Gift Card*
* Weekly Drawings, Must be 18+ to enter    *
*            Survey Code                   *
*      1385-9728-1007-812                  *
*****************************************  *
----------------CUT HERE----------------

**SATURDAY JULY 20TH ONLY!**



DG Store Coupon                 Valid 7/20/2024

**$5 OFF $25**
$5 off your purchase of
**$25 or more** (pretax)
OR SHOP ONLINE AT DOLLARGENERAL.COM

$25 or more (pretax) after all other DG
discounts. Limit one DG $2, $3, or $5
off store coupon per customer. Excludes:
phone, gift and prepaid financial cards;
prepaid wireless handsets, Rug Doctor
rental, propane, tobacco and alcohol.
X0573526138887391

----------------CUT HERE----------------

**MONDAY-FRIDAY ONLY!**



DG Store Coupon              Valid 7/22/24 - 7/26/24

**$5 OFF $25**
$5 off your purchase of
**$25 or more** (pretax)
OR SHOP ONLINE AT DOLLARGENERAL.COM

$25 or more (pretax) after all other DG
discounts. Limit one DG $2, $3, or $5
off store coupon per customer. Excludes:
phone, gift and prepaid financial cards;
prepaid wireless handsets, Rug Doctor
rental, propane, tobacco and alcohol.
X0683526138987391

----------------CUT HERE----------------

```
SPEEDWAY   0001439
McCalla    AL   35111
TRAN#: 1711862
7/15/2024   8:13 PM

Pump   08
Regular Unleaded
  13.114 @ $3.099/GAL
GAS TOTAL        $40.64

TAX               $0.00
TOTAL            $40.64

American Express
Card Num :
XXXXXXXXXXX3006
TERM: 0050001439001
TRANS TYPE:  CAPTURE
APPR#: 876157
ENTRY METHOD: Chip
Card

USD$ 40.64

AMERICAN EXPRESS
AID:
A000000025010801

07/15/2024 20:07:23

Cardholder agrees to
pay to issuer total
charges per the
 agreement between
cardholder & issuer.
Now Hiring!
Apply at
Speedway.com/careers
or text Speedway
to 25000
www.speedway.com
```

```
        SPEEDWAY         0001439-McCalla,AL
          22208 Hwy 216          35111-0000
        (205)565-0502    7/15/2024 8:12:04 PM
          Trans#  1711882 Reg:  3
   Lawanda L.


      1  COFFEE 20z SINGLE              1.79

      Sub. Total:                       $1.79
      Tax:                              $0.16
      Total:                            $1.95

      American Express:                 $1.95
      Change                            $0.00


   CARD TYPE: American Express
   Card Num : XXXXXXXXXXXX3006
   ENTRY METHOD: Chip Card

   TRANS TYPE:  SALE
   APPROVAL CODE: 869698


   USD$ 1.95


   AMERICAN EXPRESS
   AID: A000000025010801




                Now Hiring!
        Apply at Speedway.com/careers
          or text SPEEDWAY to 25000
               www.speedway.com
```



Chow King Buffet & Grill
1509 GLENN BLVD SW
FORT PAYNE, AL 35968
(256) 845-8199

07/15/2024                    18:20:44
Merchant ID:        ***********3354
Device ID:                    1509
Terminal ID:                  PP01.

# Credit Sale:

Transaction #:                  57
Card Type:                    AMEX
Account:            ***********3006
Entry:                        Chip
Server #:                        3

Amount:              $11.98

TIP:            $  2  52

Total:$     14.50

STAN:                          057
Auth. Code:                 864514
Batch Number:                    7
Response:                 AUTH/TKT
TRANS ID:          012507937878064
PROCESS AS:               CREDIT

Mode:                       Issuer
AID:            A000000025010801
TVR:                  0000008000
IAD:              0655010360A002
TSI:                        F800
ARC:                          00
AC:             B88F636D7B6AF0F6
ATC:                        02C1
APPLAB:         AMERICAN EXPRESS

I AGREE TO PAY ABOVE TOTAL
AMOUNT ACCORDING TO CARD ISSUER
AGREEMENT (MERCHANT AGREEMENT
IF CREDIT VOUCHER)

X..........................
BOGGS/RICHARD W

Crop

```
SPEEDWAY          0007156-Knoxville,TN
     617 Lovell Rd           37932-3148
  (865)288-6391     7/15/2024 3:44:53 PM
    Trans#  6626184 Reg:  2
Ian W.


 1  HOME CITY ICE 16LB BAG SI      4.99

Sub. Total:                      $4.99
Tax:                             $0.31
Total:                           $5.30

American Express:                $5.30
Change                           $0.00

CARD TYPE: American Express
Card Num : XXXXXXXXXXX3006
ENTRY METHOD: Chip Card

TRANS TYPE:  SALE
APPROVAL CODE: 886416

USD$ 5.30

AMERICAN EXPRESS
AID: A000000025010801



         Now Hiring!
  Apply at Speedway.com/careers
   or text SPEEDWAY to 25000
        www.speedway.com
```



Crop

# COSTCO WHOLESALE

Farragut #1116
10745 Kingston Pike
Farragut, TN 37934

## SELF-CHECKOUT

| 1E Member 119388778113 | |
|---|---|
| E 4165934 KS ALKALINE | 9.99 E |
| E 1068080 PASTURE EGGS | 7.99 E |
| E 8288 ARTISAN RMNE | 5.89 E |
| E 70476 KS COAST CHD | 12.68 E |
| E 1455728 US WAGYU BEEF | 17.99 E |
| E 18030 LAMB LOIN | 19.11 E |
| SUBTOTAL | 73.65 |
| TAX | 4.60 |
| **** TOTAL | 78.25 |

XXXXXXXXXXXX7775
AID:   A0000000031010              CHIP Read
Seq#   203963          App#: 63986C
Costco Visa       Resp: APPROVED
Tran ID#: 419700203963....

APPROVED - Purchase
AMOUNT: $78.25
07/15/2024 12:42 1116 203 96 703

| Costco Visa | 78.25 |
|---|---|
| CHANGE | 0.00 |

E 6.25% Tax
TOTAL TAX                            4.60
TOTAL NUMBER OF ITEMS SOLD =    6

1:49     ◦ıll LTE  88

✕

# Receipt

Receipt including tip    ⌄

July 15, 2024

## Thanks for tipping, Rich



Total     $28.72

1:52 · LTE 87

ENERGY SURCHARGE

TTL COUNTER TAX

Taxes

Sales Tax                               $52.33 USD

 •••• 3006

**Due at Time of Rental:**
**$634.82 USD**

# Your Trip Itinerary

**PICKUP LOCATION**
Knoxville - Island Airport (private Flights Only)
2701 Spence Place Knoxville, TN US 37920

**DROP-OFF LOCATION**
Knoxville - Island Airport (private Flights Only)
2701 Spence Place Knoxville, TN US 37920

**PICKUP DATE & TIME**
Mon, Jul 15, 2024 at 12:00 PM

**DROP-OFF DATE & TIME**
Mon, Jul 29, 2024 at 12:00 PM

**LOCATION HOURS**
Mon-Sun 7:00AM-12:00AM

**LOCATION HOURS**
Mon-Sun 7:00AM-12:00AM

Reserve Another

Rate is guaranteed. Taxes, fees and extras, if not included in the Rate, are subject to change.

NOTE: There may be discrepancies between charge detail amounts and totals. Total amounts are correct.

1:52  .ul LTE 87

# Total $634.82 USD

| | |
|---|---|
| Standard 5 Passenger SUV (L) Chevrolet Equinox or similar | $558.04 USD **2 WEEKS** AT $279.02 USD PER WEEK |

| | |
|---|---|
| **Subtotal** | **$558.04 USD** |
| Discount | CDP: PLATINUM CARD FROM AMEX Official Travel |

**Included**

UNLIMITED MILES INCLUDED

TN RENTAL TAX

ENERGY SURCHARGE

TTL COUNTER TAX

**Taxes**

| | |
|---|---|
| Sales Tax | $52.33 USD |

**3006**

**Due at Time of Rental:**
**$634.82 USD**

1:52    .ıll LTE 87



**Hertz**

/ CONFIRMATION
**K91513503F8**

Member Number: **99313630**                    Contact us

# Hi Richard Boggs,

Thank you for your reservation with Hertz. We hope you enjoy your rental experience with us. Please see below for your reservation details.

Modify or Cancel My Rental



## Standard 5 Passenger SUV

(L) Chevrolet Equinox or similar

Documents you'll need to bring:


**DRIVER'S LICENSE**


**CREDIT CARD**

2:12

◀ Gmail  LTE 85

<

<u>See all payments</u>

# Your payments for Waterfront Rez Retreat 4BR w/boat slip & pier

## Completed

 **Paid Jul 10**
AMEX ·····3006
Brandon · Jul 15–Jul 24

$2,702.73
USD

To find another payment, try our <u>Help Center</u>.

**2:12**    LTE  85

# Reservation reminder – July 15, 2024  Inbox

## Waterfront Rez Retreat 4BR w/boat slip & p...
Jul 15 – 24

| | Check in | Check out |
|---|---|---|
| 🕐 | Mon, Jul 15 at 3:00 PM | Wed, Jul 24 |

Duration of stay

9 nights

Address

104 Brook Rd, Brandon, MS 39047, USA

Confirmation number

HMXCR2EFFP

**Modify reservation**

 **Airbnb** Jul 13       ☺ ↩ •••

to me ⌄



# Pack your bags!

It's almost time for your trip to Brandon, MS.

**Expense Report**

**Report Name :  6.10.24 Report**

**Employee Name :**  Farrell, Chad R.

**Employee ID :** cfarrell

**Report Header**

**Policy :** *US Expense Policy

**Report Id :** 90C534A237764383B0EA

**Receipts Received :** Yes

**Report Date :** 06/10/2024

**Approval Status :** Approved

**Payment Status :** Sent for Payment

**Currency :** US, Dollar

**\*Custom 01 - Division (Job) :** Auction

**\*Custom 03 - Division (Region) :** Auction

**\*Custom 05 - Division (Mktg-BD Event) :** Auction

**Airfare**

| Transaction Date | Expense Type | Business Purpose | Vendor | *Custom 08 - MBD-Other-Billable? | *Custom 02 - Job | *Custom 04 - Region | *Custom 06 - Mktg-BD Event | *Custom 11 - Client | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/29/2024 | Airfare | Deal - El Dorado Jackson | United Airlines | Billable Expense | El Dorado | | | | $630.95 |

**Car Rental**

| Transaction Date | Expense Type | Business Purpose | Vendor | *Custom 08 - MBD-Other-Billable? | *Custom 02 - Job | *Custom 04 - Region | *Custom 06 - Mktg-BD Event | *Custom 11 - Client | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/30/2024 | Car Rental | Deal - El Dorado Jackson | National Car Rental | Billable Expense | El Dorado | | | | $112.34 |

**Hotel**

| Transaction Date | Expense Type | Business Purpose | Vendor | *Custom 08 - MBD- | *Custom 02 - Job | *Custom 04 - Region | *Custom 06 - Mktg-BD | *Custom 11 - Client | Amount |
|---|---|---|---|---|---|---|---|---|---|

| Transaction Date | Expense Type | Business Purpose | Vendor | *Custom 08 - MBD-Other-Billable? | *Custom 02 - Job | *Custom 04 - Region | *Custom 06 - Mktg-BD Event | *Custom 11 - Client | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/30/2024 | Hotel | Deal - El Dorado Jackson | Westin Hotels and Resorts | Billable Expense | El Dorado | | | | $308.49 |
| 05/30/2024 | Hotel | Deal - El Dorado Jackson | Westin Hotels and Resorts | Billable Expense | El Dorado | | | | $280.49 |

**Parking**

| Transaction Date | Expense Type | Business Purpose | Vendor | *Custom 08 - MBD-Other-Billable? | *Custom 02 - Job | *Custom 04 - Region | *Custom 06 - Mktg-BD Event | *Custom 11 - Client | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/30/2024 | Parking | Deal - El Dorado Jackson | Westin Hotels and Resorts | Billable Expense | El Dorado | | | | $28.00 |

**Hotel**

| Transaction Date | Expense Type | Business Purpose | Vendor | *Custom 08 - MBD-Other-Billable? | *Custom 02 - Job | *Custom 04 - Region | *Custom 06 - Mktg-BD Event | *Custom 11 - Client | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/07/2024 | Hotel | Deal - El Dorado Victoria | Hilton Hotels | Billable Expense | El Dorado | | | | $158.22 |

**Incidentals**

| Transaction Date | Expense Type | Business Purpose | Vendor | *Custom 08 - MBD-Other-Billable? | *Custom 02 - Job | *Custom 04 - Region | *Custom 06 - Mktg-BD Event | *Custom 11 - Client | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/08/2024 | Incidentals | Deal - El Dorado | | Billable Expense | El Dorado | | | | $44.36 |

**Individual Meals**

| Transaction Date | Expense Type | Business Purpose | Vendor | *Custom 08 - MBD-Other-Billable? | *Custom 02 - Job | *Custom 04 - Region | *Custom 06 - Mktg-BD Event | *Custom 11 - Client | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/30/2024 | Individual Meals | Deal - El Dorado Jackson | | Billable Expense | El Dorado | | | | $22.45 |
| 05/29/2024 | Individual Meals | Deal - El Dorado Jackson | | Billable Expense | El Dorado | | | | $10.02 |
| 05/29/2024 | Individual Meals | Deal - El Dorado Jackson | | Billable Expense | El Dorado | | | | $39.23 |
| 05/08/2024 | Individual Meals | Deal - El Dorado Victoria | | Billable Expense | El Dorado | | | | $23.27 |

| 05/08/2024 | Individual Meals | Deal - El Dorado Victoria | | Billable Expense | El Dorado | | | | $24.52 |
| 05/07/2024 | Individual Meals | Deal - El Dorado Victoria | | Billable Expense | El Dorado | | | | $22.88 |

**Parking**

| Transaction Date | Expense Type | Business Purpose | Vendor | *Custom 08 - MBD-Other-Billable? | *Custom 02 - Job | *Custom 04 - Region | *Custom 06 - Mktg-BD Event | *Custom 11 - Client | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/29/2024 | Parking | Deal - El Dorado Jackson | | Billable Expense | El Dorado | | | | $44.50 |

**Personal Car Mileage**

| Transaction Date | Expense Type | Business Purpose | Vendor | *Custom 08 - MBD-Other-Billable? | *Custom 02 - Job | *Custom 04 - Region | *Custom 06 - Mktg-BD Event | *Custom 11 - Client | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/30/2024 | Personal Car Mileage | Deal - El Dorado Jackson | | Billable Expense | El Dorado | | | | $35.51 |
| 05/07/2024 | Personal Car Mileage | Deal - El Dorado Victoria | | Billable Expense | El Dorado | | | | $362.47 |

| Transaction Date | Expense Type | Amount | Net Adjusted Tax Amount | Net Adjusted Reclaim Amount | Net Reclaim Amount | Adjusted Claimed Amount | Approved Amount |
|---|---|---|---|---|---|---|---|
| 05/07/2024 | Hotel | $158.22 | $158.22 | $158.22 | $158.22 | $158.22 | $158.22 |
| 05/07/2024 | Individual Meals | $22.88 | $22.88 | $22.88 | $22.88 | $22.88 | $22.88 |
| 05/07/2024 | Personal Car Mileage | $362.47 | $362.47 | $362.47 | $362.47 | $362.47 | $362.47 |
| 05/08/2024 | Incidentals | $44.36 | $44.36 | $44.36 | $44.36 | $44.36 | $44.36 |
| 05/08/2024 | Individual Meals | $23.27 | $23.27 | $23.27 | $23.27 | $23.27 | $23.27 |

| Date | Type | | | | | | |
|------|------|---|---|---|---|---|---|
| 05/08/2024 | Individual Meals | $24.52 | $24.52 | $24.52 | $24.52 | $24.52 | $24.52 |
| ▉▉▉ | ▉▉▉ | ▉▉▉ | ▉▉▉ | ▉▉▉ | ▉▉▉ | ▉▉▉ | ▉▉▉ |
| 05/29/2024 | Airfare | $630.95 | $630.95 | $630.95 | $630.95 | $630.95 | $630.95 |
| 05/29/2024 | Individual Meals | $10.02 | $10.02 | $10.02 | $10.02 | $10.02 | $10.02 |
| 05/29/2024 | Individual Meals | $39.23 | $39.23 | $39.23 | $39.23 | $39.23 | $39.23 |
| 05/29/2024 | Parking | $44.50 | $44.50 | $44.50 | $44.50 | $44.50 | $44.50 |
| 05/30/2024 | Car Rental | $112.34 | $112.34 | $112.34 | $112.34 | $112.34 | $112.34 |
| 05/30/2024 | Hotel | $280.49 | $280.49 | $280.49 | $280.49 | $280.49 | $280.49 |
| 05/30/2024 | Individual Meals | $22.45 | $22.45 | $22.45 | $22.45 | $22.45 | $22.45 |
| 05/30/2024 | Parking | $28.00 | $28.00 | $28.00 | $28.00 | $28.00 | $28.00 |
| 05/30/2024 | Personal Car Mileage | $35.51 | $35.51 | $35.51 | $35.51 | $35.51 | $35.51 |

**Company Disbursements**

**Total Paid By Company :**          $1,858.99

**Employee Disbursements**

**Amount Due Company Card From Employee :** $0.00

**Total Paid By Employee :** $0.00

5:03

‹ 14                                                          ∧    ∨

 **UNITED**                     Sun, May 19, 2024

## Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

## L45QC7

| Flight 1 of 2 UA4372 | Class: United Economy (Q) |
|---|---|
| Wed, May 29, 2024 | Wed, May 29, 2024 |
| **12:05 PM** | **01:33 PM** |
| Houston, TX, US (IAH) | Jackson, MS, US (JAN) |

Flight Operated by COMMUTEAIR DBA UNITED EXPRESS.

| Flight 2 of 2 UA4289 | Class: United Economy (Q) |
|---|---|
| Thu, May 30, 2024 | Thu, May 30, 2024 |
| **02:15 PM** | **03:40 PM** |
| Jackson, MS, US (JAN) | Houston, TX, US (IAH) |

Flight Operated by COMMUTEAIR DBA UNITED EXPRESS.

### Traveler Details

**FARRELL/CHADRANDALL**

| | |
|---|---|
| eTicket number: 0162389969636 | Seats: **IAH-JAN 18C** |
| Frequent Flyer: **UA-XXXXX432 Premier Platinum** | **JAN-IAH 18A** |

### Purchase Summary

| Method of payment: | **Visa ending in 5985** |
|---|---|
| Date of purchase: | **Sun, May 19, 2024** |
| Airfare: | 558.84 |
| U.S. Transportation Tax: | 41.91 |
| U.S. Flight Segment Tax: | 10.00 |
| Passenger Civil Aviation Security Service Fee: | 11.20 |
| U.S. Passenger Facility Charge: | 9.00 |
| Total Per Passenger: | 630.95 USD |

Fare Rules
**Total:**                                                    630.95 USD

Additional charges may apply for changes in addition to any fare rules listed.
REFUNDABLE

         

5:08

< 14    **IAH-ABG-781439...**



Download receipt & QR Code as PDF

## Hello Chad,

Thank you for reserving your parking at George Bush Intercontinental Airport. A summary of your reservation is below.

*You must use the QR code in this email to enter and exit the parking facility.*

A/B Garage is located at 2800 N Terminal Rd, Houston, TX 77032.

## Your Reservation

| | |
|---|---|
| **Confirmation Number:** | IAH-ABG-781439 |
| **Parking Location:** | A/B Garage |
| **Entry:** | May 29, 2024 at 10:30:00 AM |
| **Exit:** | May 30, 2024 at 5:00:00 PM |

## Payment Details

| | |
|---|---|
| **Reservation Made:** | May 24, 2024 at 7:22:47 AM |
| **Card Number:** | ..85 |
| **Total:** | $ 44.50 |

Welcome to Chick-fil-A
County Line Road FSU (#00551)
Jackson, MS
(601) 991-3265
Operator: Scott Perdue

CUSTOMER COPY
5/29/2024 2:39:49 PM
DINE IN
Order Number:   2190126

| | | |
|---|---|---|
| 1  Meal-Nugg 8ct | | 8.85 |
| Nugget 8ct | | |
| Fries MD | | 0.34 |
| Snjy Tea/Lmnd MD | | 0.00 |
| 2  Buffalo | | 0.00 |
| 2  Ranch | | 0.00 |
| 2  Ketchup | | |

----------------------------------------

We'd like to offer you a free
Chick-fil-A Chicken Sandwich
(Original or Spicy)
as a thank you for
completing our survey
within 2 days of your visit.

www.mycfavisit.com
Serial Num: 1260105-00551-1439-0529-46

At the end of the survey, your email
will be required in order for us
to send your free sandwich offer.
----------------------------------------

Sub. Total:                    $9.19
Tax:                           $0.83
Total:                        $10.02

Change                         $0.00
Visa:                         $10.02
Register:5      Tran Seq No: 2190126
Cashier:Hunter
It was a pleasure serving you!



206

The Pig & Pint
3139 N State St.
Jackson, MS 39216

Server: Haley  H                    6
Check #206
Ordered:    5/29/24 7:06 PM

1 Pitmaster Sampler
                              $29.99

Subtotal                      $29.99
Tax                            $2.70
Tip                            $6.54
Total                         $39.23

Input Type
            C (EMV Chip Read)
VISA CREDIT    xxxxxxxx5985
Time                    7:07 PM

Transaction Type        Sale
Authorization       Approved
Approval Code        01434D
Payment ID     bfmzT9jRPzLJ
Application ID
            A00000000031010
Application Label
                VISA CREDIT
Terminal ID
Card Reader         BBPOS



**Hudson**

Operated by Hudson
Jackson-Medgar Wiley Evers International
100 International Dr.
Pearl, MS 39208

SALE TRANSACTION

| | | |
|---|---|---|
| 3568392 | CORE POWER CHOCLA | $6.89 |
| 6376021 | Classic Italian S | $11.00 |
| 4749702 | Frito XVL corn ch | $2.99 |

SALES TAX   $20.88 @ 7.0%   $1.46
SALES TAX   $11.00 @ 1.0%   $0.11

Items in Transaction:3
Balance to pay
VISA                                      $22.45
CARD#:************5985                     $22.45
AMOUNT:22.45
CARD:VISA CREDIT XXXX5985 EMV
APPROVAL CODE:00537D
AID:A0000000031010
TVR:0000008000
IAD:06021203A0A002
TSI:E800
ARC:00
APPLICATION CRYPTOGRAM:D0B9F49D071F410C
APPLICATION PREFERRED NAME:CHASE VISA
APPLICATION LABEL:VISA CREDIT

**HUDSON**
The Traveler's Best Friend
Customer Service Inquiries
www.hudsongroup.com/customers
Return Policy
www.hudsongroup.com/return-policy

STORE   TILL OP NO.  TRANS.   DATE
1746     21  H9876   22881   05-30-24 18:13

5:13

## National Rental Agreeme... ⌄   Done



Rental Agreement # 956922556
Invoice # 95975133

### Renter Information

**Renter Name**
CHAD FARRELL

**Renter Address**
HOUSTON, TX 77005
USA

**Contract**
EMERALD CLUB MEMBERS

**Rental Credits**
1 credit has been awarded for this rental

### Vehicle Information

**4DR FRONT-WHEEL DRIVE**
**License #:** TEMP
**State/Province:** MS
**Unit #:** 7WWV30
**Vehicle #:** RUA98855

**Vehicle Class Driven**
Midsize SUV 4 door/Automatic/Air

**Vehicle Class Charged**
Midsize 2/4 door/Automatic/Air

**Odometer Mileage/Kilometers**

**Starting:** 17       **Ending:** 70

**Total:** 53

**Fuel**

**Starting:** 14.0 g    **Ending:** 11.4g

Thank you for renting with National Car Rental
**We appreciate your business!**
This email was automatically generated from an unattended mailbox, so please do not reply to this e-mail.

### Trip Information

| **Pickup** | | **Return** | |
|---|---|---|---|
| Wednesday, May 29, 2024 | 1:48 PM | Thursday, May 30, 2024 | 1:15 PM |
| JACKSON MUNICIPAL ARPT (JAN) | | JACKSON MUNICIPAL ARPT (JAN) | |
| 143 S HANGAR DR | | 143 S HANGAR DR | |
| JACKSON, MS 39208-2302 | | JACKSON, MS 39208-2302 | |
| USA | | USA | |

### Renter Charges

| | | |
|---|---|---|
| **Rental Rate** | Time & Distance 1 Day at $75.00 / Day | $75.00 |
| **Add-Ons** | Refueling Charge ($4.53 / Gallon) | $11.78 |
| **Taxes and Fees** | Veh Lic Rec Fee 0.40/day ($0.40 / Day) | $0.40 |
| | Motor Vehicle Rental Tax (6.00%) | $5.44 |
| | Customer Facility Charge 5.50/day ($5.50 / Day) | $5.50 |
| | Concession Fee Recovery 11.11 Pct (11.11%) | $9.69 |
| | Rental Sales Tax (5.00%) | $4.53 |
| **Total** | | **$112.34** |

(Subject to audit)

| | |
|---|---|
| Amount charged on May 30, 2024 to VISA (5985) | ($112.34) |
| **Amount Due** | **$0.00** |

Thank you for renting with National Car Rental
If you have any questions about your rental, please view our Frequently Asked Questions or send us a secured message by visiting our Support Center

   

5:15

331387Folio-A_94.pdf ⌄ **Done**

The Westin Jackson
407 South Congress St.
Jackson, MS 39201
United States
Tel: 601-968-8200 Fax: 601-968-8201

**WESTIN**®
HOTELS & RESORTS

CHAD FARRELL

| | | | |
|---|---|---|---|
| Page Number | : | 1 | Invoice Nbr : 1000092064 |
| Guest Number | : | 331387 | |
| Folio ID | : | A | |
| Arrive Date | : | 29-MAY-24 | 14:11 |
| Depart Date | : | 30-MAY-24 | 16:03 |
| No. Of Guest | : | 1 | |
| Room Number | : | 820 | |
| Marriott Bonvoy Number : | | 9788 | |

Tax ID :    90-0795445
The Westin Jac JANWI MAY-30-2024 17:10 GSPRING

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 29-MAY-24 | RT820 | Room Chrg - Standard Retail | 250.00 | |
| 29-MAY-24 | RT820 | State Tax | 27.50 | |
| 29-MAY-24 | RT820 | Occupancy/Tourism | 0.75 | |
| 29-MAY-24 | RT820 | Parking Valet - Overnight | 28.00 | |
| 29-MAY-24 | RT820 | State Tax | 2.24 | |
| 30-MAY-24 | VI | Visa-5985 | | -308.49 |

Approve EMV Receipt for VI - 5985: Signature Captured
TC:AF848A7529CDD796   IAD:06021203A0A002   TVR:0080008000
AID:A0000000031010   Application Label:CHASE VISA

| | | | |
|---|---|---|---|
| ** Total | | 308.49 | -308.49 |
| *** Balance | | 0.00 | |

Continued on the next page

The Westin Jackson
407 South Congress St.
Jackson, MS 39201
United States
Tel: 601-968-8200 Fax: 601-968-8201

**WESTIN**®
HOTELS & RESORTS

CHAD FARRELL

| | | | |
|---|---|---|---|
| Page Number | : | 2 | Invoice Nbr : 1000092064 |
| Guest Number | : | 331387 | |
| Folio ID | : | A | |
| Arrive Date | : | 29-MAY-24 | 14:11 |
| Depart Date | : | 30-MAY-24 | 16:03 |

**Expense Report**

**Report Name :  El Dorado Jackson Setup**

**Employee Name :**  Hecht, Wayne M.

**Employee ID :**  whecht

**Report Header**

**Policy :**  *US Expense Policy

**Business Purpose :**  Setup

**Report Id :**  76536731A1194BEB8A8A

**Receipts Received :**  Yes

**Report Date :**  05/14/2024

**Approval Status :**  Approved

**Payment Status :**  Payment Confirmed

**Currency :**  US, Dollar

**\*Custom 01 - Division (Job) :**  Auction

**\*Custom 03 - Division (Region) :**  Auction

**\*Custom 05 - Division (Mktg-BD Event) :**  Auction

**Airfare**

| Transaction Date | Expense Type | Business Purpose | Vendor | *Custom 08 - MBD-Other-Billable? | *Custom 02 - Job | *Custom 04 - Region | *Custom 06 - Mktg-BD Event | *Custom 11 - Client | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/14/2024 | Airfare | Deal - El Dorado Setup | Delta Air Lines | Billable Expense | El Dorado | | | | $1,051.20 |

**Business Meals (Attendees)**

| Transaction Date | Expense Type | Business Purpose | Vendor | *Custom 08 - MBD-Other-Billable? | *Custom 02 - Job | *Custom 04 - Region | *Custom 06 - Mktg-BD Event | *Custom 11 - Client | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/14/2024 | Business Meals (Attendees) | Deal - El Dorado Setup | Ichiban | Billable Expense | El Dorado | | | | $94.10 |

**Attendees :**  Hecht, Wayne, Employee (in Concur)
Boggs, Rich, Setup, Business Guest
Hazlett, Anthony, Anthony Hazlett, Business Guest

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Business | Deal - El | | | | | | | |

| 05/14/2024 | Meals (Attendees) | Dorado Setup | Logan's Roadhouse | Billable Expense | El Dorado | | | | $230.14 |

**Attendees :** Hecht, Wayne, Employee (in Concur)
Boggs, Richard, Onsite Supervisor, Tiger, Business Guest
Hazlett, Anthony, Anthony Hazlett, Business Guest

**Car Rental**

| Transaction Date | Expense Type | Business Purpose | Vendor | *Custom 08 - MBD-Other-Billable? | *Custom 02 - Job | *Custom 04 - Region | *Custom 06 - Mktg-BD Event | *Custom 11 - Client | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/14/2024 | Car Rental | Deal - El Dorado Setup | Avis | Billable Expense | El Dorado | | | | $398.16 |

**Fuel**

| Transaction Date | Expense Type | Business Purpose | Vendor | *Custom 08 - MBD-Other-Billable? | *Custom 02 - Job | *Custom 04 - Region | *Custom 06 - Mktg-BD Event | *Custom 11 - Client | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/14/2024 | Fuel | Deal - El Dorado Setup | Circle K | Billable Expense | El Dorado | | | | $20.52 |

**Hotel**

| Transaction Date | Expense Type | Business Purpose | Vendor | *Custom 08 - MBD-Other-Billable? | *Custom 02 - Job | *Custom 04 - Region | *Custom 06 - Mktg-BD Event | *Custom 11 - Client | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/14/2024 | Hotel | Deal - El Dorado Setup | Hilton Hotels | Billable Expense | El Dorado | | | | $336.52 |
| 05/14/2024 | Hotel | Deal - El Dorado Setup | Hilton Hotels | Billable Expense | El Dorado | | | | $324.02 |

**Individual Meals**

| Transaction Date | Expense Type | Business Purpose | Vendor | *Custom 08 - MBD-Other-Billable? | *Custom 02 - Job | *Custom 04 - Region | *Custom 06 - Mktg-BD Event | *Custom 11 - Client | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/14/2024 | Individual Meals | Deal - El Dorado Setup | Hilton Hotels | Billable Expense | El Dorado | | | | $12.50 |
| 05/14/2024 | Individual Meals | Deal - El Dorado Setup | Five Guys | Billable Expense | El Dorado | | | | $18.67 |

**Parking**

| Transaction Date | Expense Type | Business Purpose | Vendor | *Custom 08 - MBD-Other-Billable? | *Custom 02 - Job | *Custom 04 - Region | *Custom 06 - Mktg-BD Event | *Custom 11 - Client | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/14/2024 | Parking | Deal - El Dorado | | Billable | El | | | | $72.00 |

Setup                                    Expense    Dorado

| Transaction Date | Expense Type | Amount | Net Adjusted Tax Amount | Net Adjusted Reclaim Amount | Net Reclaim Amount | Adjusted Claimed Amount | Approved Amount |
|---|---|---|---|---|---|---|---|
| 05/14/2024 | Airfare | $1,051.20 | $1,051.20 | $1,051.20 | $1,051.20 | $1,051.20 | $1,051.20 |
| 05/14/2024 | Business Meals (Attendees) | $94.10 | $94.10 | $94.10 | $94.10 | $94.10 | $94.10 |
| 05/14/2024 | Business Meals (Attendees) | $230.14 | $230.14 | $230.14 | $230.14 | $230.14 | $230.14 |
| 05/14/2024 | Car Rental | $398.16 | $398.16 | $398.16 | $398.16 | $398.16 | $398.16 |
| 05/14/2024 | Fuel | $20.52 | $20.52 | $20.52 | $20.52 | $20.52 | $20.52 |
| 05/14/2024 | Hotel | $324.02 | $324.02 | $324.02 | $324.02 | $324.02 | $324.02 |
| 05/14/2024 | Individual Meals | $12.50 | $12.50 | $12.50 | $12.50 | $12.50 | $12.50 |
| 05/14/2024 | Individual Meals | $18.67 | $18.67 | $18.67 | $18.67 | $18.67 | $18.67 |
| 05/14/2024 | Parking | $72.00 | $72.00 | $72.00 | $72.00 | $72.00 | $72.00 |

**Company Disbursements**

**Total Paid By Company :**                $2,221.31

**Employee Disbursements**

**Amount Due Company Card From Employee :** $0.00

**Total Paid By Employee :** $0.00

4:44

< RSW - JAN

Confirmation# GE887N
Purchased Tue, May 14, 2024

### FLIGHT INFO ▼

**DL1561: RSW ▸ ATL**

| DATE | 05/20/2024 |
|---|---|
| STATUS | OPEN |
| CABIN | M |

**DL2062: ATL ▸ JAN**

| DATE | 05/20/2024 |
|---|---|
| STATUS | OPEN |
| CABIN | M |

**DL2593: JAN ▸ ATL**

| DATE | 05/22/2024 |
|---|---|
| STATUS | OPEN |
| CABIN | S |

**DL1217: ATL ▸ RSW**

| DATE | 05/22/2024 |
|---|---|
| STATUS | OPEN |
| CABIN | S |

KEY OF TERMS

### WAYNE MICHAEL HECHT 2230202158 ▼

| FLIGHT TICKET # | 0062235545704 |
|---|---|
| FARE | $932.09 USD |
| TAXES, FEES, AND CHARGES | $119.11 USD |
| FLIGHT TOTAL | **$1,051.20 USD** |

PAID WITH AMERICAN EXPRESS ENDING IN 1007

 Account    Today    Book    Notifications    More

```
                    Thanks for Visiting
                   Ichiban Grill and Sushi!
                      3 Mac Bones Blvd


     Server: Jesse                      DOB: 05/20/2024
     07:07 PM                                05/20/2024
     S4/1                                       2/20003

                          Sale

     AMEX
     Card #: ***********1005
     Card Entry Method: NFC CHIP
     ******              EMV PURCHASE           ******
     App Label:                          AMERICAN EXPRESS
     Mode:                                        Issuer
     AID: a000000025010801
     TVR: 0000008000
     TSI: e800
     IAD: 06590103a02002
     ARC: 00


     Approval: 811406


                          Amount::     USD $78.10

                            + Tip::      16-

                          = Total::     94.10


     X _____
              VALUED CUSTOMER

                       Suggested Tip
                        18%= 13.67
                        20%= 15.19
                        25%= 18.99
              Email : Info@ichibandining.com
                   www.ichibangrillms.com



                       Merchant Copy
```

```
*******************************************

              Logans Roadhouse
             431 Riverwind Drive
                  Pearl, MS
                    39208
                 601-939-5174

DINING              05/21/24 09:52:01 PM
Auth                          IvannaC/S
STORE ID : 16188046001

CHECK NUMBER   :    1478488
TABLE NUMBER   :        102

AMOUNT:$197.14
TIP    :$ 33
-----------------------------
TOTAL :$230.14
-----------------------------

TERMINAL ID : 26288254004
APPROVAL CODE : 894393
TRANSACTION STATUS : APPROVAL 894393
ENTRY MODE : Contactless

AID : A000000025010801
TVR : 0000008000
IAD : 06590103A02002
TSI : E800
ARC : 00
AC : A09A41D9D70A1D35
CVM : 1F0202

CARD NUMBER   : xxxxxxxxxxx1005
CARD BRAND    : AMERICAN EXPRESS
NAME ON CARD : VALUED CUSTOMER

SIGNATURE :

-----------------------------

Cardholder will pay card issuer above
amount pursuant to cardholder agreement

          MERCHANT COPY

*******************************************
```

```
         5/22/202412:29:3
   Order Number:
      Circle K   2723402
   1911 S Azalea Drive
   Wiggins   MS 39577
      (601) 528-9835
   Term: 102
   Appr : 133058
   Trace: 00993594
   UNL-REG
   PUMP No.            01
   Gallons         6.708
   PRICE/G        $3.059
   TOTAL FUEL     $20.52
   TOTAL SALE     $20.52
   SALE
   Debit
   Card Num : (R)
   XXXXXXXXXXXX4720
   Contactless

   USD$ 20.52

   US DEBIT
   AID: A0000000980840
   TVR: 0000000000
   IAD: XXXXXXXXXXXXXX
   TSI: 0000
   ARC: 00
   ARQC:
   8723B882682CC2E6

   05/22/2024 12:28:08
     Verified by PIN
   By entering a
   verified PIN,
   cardholder agrees to
   pay issuer such
   total in accordance
   with issuer's
   agreement with
   cardholder

   I agree to pay the
   above Total Amount
   according to Card
   Issuer Agreement.

       THANK YOU
   HAVE A NICE DAY
```

# FIVE GUYS

STORE # MS-1555
6095 US-98
Hattiesburg, MS 39402
Phone (601) 268-5557

5/22/2024                                    1:46:32 PM
Order Id: AAAFQL9JAEB3
67 - FIVE GUYS
Employee: Gennavia T

---

## 67

---

| | |
|---|---|
| 1 Little Cheeseburger | $8.79 |
| Grilled Onions | $0.00 |
| Grilled Mushrooms | $0.00 |
| Ketchup | $0.00 |
| 1 Regular Soda | $2.79 |
| 1 Little Fry | $5.39 |

Sub Total                                    $16.97

Sales Tax                                     $1.70

Order Total                                  $18.67

Visa                                         $18.67
AUTHORIZED AMOUNT                            $18.67
    Card#: ************4720
    Authorization: 139145

AID: A0000000980840

--> Order Closed <--

*****************************************
Don't throw away your receipt!!!

Help Five Guys and you could win!
Log online to www.fiveguys.com/survey
and fill out a brief survey!

10 lucky people will win a
Five Guys Gift Card each month
worth $50 each!

No purchase necessary
Sweepstakes ends 12/31/2024.
Must be at least 18 years old and
submit survey within 30 days
of the receipt date to enter.
Please visit www.fiveguys.com/survey
for Official Rules and how to enter
without making a purchase or
completing a survey.
Void where prohibited.

4:29       .ıll 5G 🔋

◀ Mail

# AVIS

*We are proud to feature a 100% smoke-free fleet!*

**RENTAL AGREEMENT NUMBER:  708550080**

**RECEIPT**

## Your Information

| | |
|---|---|
| Customer Name: | WAYNE HECHT |
| Wizard Number: | ***28Z |
| Avis Worldwide Discount: | USAA |
| Customer Status: | PRSDENT CLUB/PTS |
| Method of Payment: | AMEX XX1005 |
| AUTH: | 137363 |

## Your Vehicle Information

| | |
|---|---|
| Vehicle Number: | 52817354 |
| Vehicle Group Rented: | Intermediate SUV |
| Vehicle Group Charged: | Full-Size |
| Vehicle Description: | WHI TOYOTA RAV4 4WD |
| License Plate Number: | ILFP215547 |
| Odometer Out: | 11440 |
| Odometer In: | 11807 |
| Total Driven: | 367 |
| Fuel Reading: | Out 14.5 Gall In8.7 Gal |

## Your Rental

| | |
|---|---|
| Pickup Date/Time: | MAY 20,2024@12:45PM |
| Pickup Location: | 137 HANGAR DRIVE |
| | JACKSON-EVERS INTL AIRPORT |
| | JACKSON,MS,39208,US |
| | 601-939-5882 |

| | |
|---|---|
| Return Date/Time: | MAY 22,2024@4:13PM |
| Return Location: | 137 HANGAR DRIVE |
| | JACKSON-EVERS INTL AIRPORT |
| | JACKSON,MS,39208,US |
| | 601-939-5882 |

Additional fees may apply if changes are made to your return date, time and/or location.

## Your Vehicle Charges (MIN 51 HRS IF NOT MET DLY RT = 88.99 / MAX 74 HRS)

| Rate Chart: | Free Miles: | Time and Mileage: | |
|---|---|---|---|
| Miles: UNLIMITED | | Your Discount: | |
| Hourly: 29.67 | | Period @ 266.97 = | 266.97 |
| Ad'l day: 97.89 | | | |
| Period: 266.97 | | Time and Mileage: | 266.97 |

## Your Optional Products/Services

*-RATE INCLUDES LDW
Fuel Service = (14.5 Gal Out- 08.7 Gal In)      2.970/GAL

Optional Services Total:      0.00

## Your Taxable Fees

| | |
|---|---|
| 11.11% Concession Recovery Fee | 34.64 |
| CUSTOMER FACILITY CHG 5.50/D | 16.50 |
| ENERGY RECOVERY FEE 0.60/DY | 1.80 |
| **Sub-total-Charges:** | 319.91 |
| TAX 11.000% | 35.19 |

## Your Non-Taxable Products/Services

| | |
|---|---|
| GAS SVC OPTION | 43.06 |

| | |
|---|---|
| **Your Total Charges:** | **398.16** |
| **Prepayment** | **0.00** |

| | |
|---|---|
| **Net Charges:** | **USD 398.16** |
| **Your Total Due:** | **0.00** |

Thank you for renting with Avis.
For all other inquiries, please contact us at 1-800-352-7900 or www.Avis.com
At Avis, we are committed to providing you with the best rental experience in the industry. We are in the business of treating people like people.
THANK YOU FOR BEING A LOYAL AVIS CUSTOMER. PLEASE VISIT AVIS.COM FOR YOUR MOST RECENT POINT BALANCE. PLEASE ALLOW 72 HOURS FOR POINTS EARNINGS TO POST TO YOUR ACCOUNT.

Your vehicle was rented to you by TRENELL.      Your vehicle was checked in by DEONTE.

 🔒 avis.com    ↻

    



**Hilton Garden Inn - Jackson Pearl, MS**
438 Riverwind Dr, Pearl 39208 US
6019331174
JANSP_GM@Hilton.com

Date Range: May 20, 2024 - May 22, 2024

Tax ID :

## Guest Folio
Confirmation Number - 3520228381

**Primary Guest**

Guest Name
Address
City, State, Zip Code
Country

**ADDN GUESTS**

WAYNE, HECHT
1608 NW 36TH AVE
CAPE CORAL FL 33993
US

**Hilton Honors**

Diamond
225429852

**Stay Details**

Check In Date
Check Out Date
Room
Source
Guests

**Company Details**

| | |
|---|---|
| May 20, 2024 | Name |
| May 22, 2024 | Tax ID |
| K1RZ - 230 | PO Number |
| OTHER | Account Name |
| 1/0 | |

**Other Details**

Bill Number
Tax Exemption          NO
Tax Exempt
Date
**Travel Agent**
IATA
Name

| Date | Type | Description | Amount |
|---|---|---|---|
| May 20, 2024 | Charge | GUEST ROOM | $130.86 |
| May 20, 2024 | Tax | RM STATE TAX | $9.16 |
| May 20, 2024 | Tax | RM CITY TAX | $6.54 |
| May 21, 2024 | Charge | GARDEN BREAKFAST | $12.50 |
| May 21, 2024 | Charge | GUEST ROOM | $158.45 |
| May 21, 2024 | Tax | RM CITY TAX | $7.92 |
| May 21, 2024 | Tax | RM STATE TAX | $11.09 |
| May 22, 2024 | Payments | AMEX-2006 | -$336.52 |

| Summary | |
|---|---|
| **Type** | **Amount** |
| GARDEN BREAKFAST | $12.50 |
| GUEST ROOM | $289.31 |
| RM CITY TAX | $14.46 |
| RM STATE TAX | $20.25 |
| CREDIT CARD | $336.52 |
| **Folio Balance** | **$0.00** |

| | | |
|---|---|---|
| **Check In Time** | 04:19 PM | Reservations hgi.com or +1-877-STAY-HGI |
| **Check Out Time** | 11:03 AM | |



         

From: fppinfo@rswrewards.com
Subject: RSW Rewards Parking Program at Southwest
           Florida International Airport – Parking Receipt
Date: May 23, 2024 at 7:06:19 PM
To: whauc@aol.com

PARKING RECEIPT CONFIRMATION

Dear Wayne Hecht,

Thank you for parking on-airport at Southwest Florida International Airport. We appreciate the opportunity to serve your parking needs.

This email is a receipt for your recent parking visit at RSW, as detailed below.

Parking Details

-------------------------------------------------------------

Entry Date:5/20/2024 5:54:57 AM
Exit Date:5/23/2024 1:10:01 AM
Parking Location:ST Entry/02
Parking Fee:$72.00

-------------------------------------------------------------

To view your account, please go to www.rswrewards.com.

If you have any questions regarding this receipt, please contact RSW Rewards Program Customer Support at 877-735-9280.

## Expense Report
### Report Name : Prospect-El Dorado

**Employee Name :** Hecht, Wayne M.

**Employee ID :** whecht

### Report Header

**Policy :** *US Expense Policy

**Business Purpose :** Site Visit

**Report Id :** C8324E09EABD4A32964D

**Receipts Received :** Yes

**Report Date :** 05/06/2024

**Approval Status :** Approved

**Payment Status :** Payment Confirmed

**Currency :** US, Dollar

**\*Custom 01 - Division (Job) :** Auction

**\*Custom 03 - Division (Region) :** Auction

**\*Custom 05 - Division (Mktg-BD Event) :** Auction

**Airfare**

| Transaction Date | Expense Type | Business Purpose | Vendor | *Custom 08 - MBD-Other-Billable? | *Custom 02 - Job | *Custom 04 - Region | *Custom 06 - Mktg-BD Event | *Custom 11 - Client | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/06/2024 | Airfare | Prospect - El Dorado | Delta Air Lines | Billable Expense | El Dorado | | | | $815.20 |

**Hotel**

| Transaction Date | Expense Type | Business Purpose | Vendor | *Custom 08 - MBD-Other-Billable? | *Custom 02 - Job | *Custom 04 - Region | *Custom 06 - Mktg-BD Event | *Custom 11 - Client | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/06/2024 | Hotel | Prospect - El Dorado Site Visit | Hilton Hotels | Billable Expense | El Dorado | | | | $148.45 |

**Individual Meals**

| Transaction Date | Expense Type | Business Purpose | Vendor | *Custom 08 - MBD- | *Custom 02 - Job | *Custom 04 - Region | *Custom 06 - Mktg-BD | *Custom 11 - Client | Amount |
|---|---|---|---|---|---|---|---|---|---|

| Transaction Date | Expense Type | Business Purpose | Vendor | Other-Billable? | Event | | | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/06/2024 | Individual Meals | Prospect - El Dorado Site Visit | Riverbanks | Billable Expense | El Dorado | | | | $16.79 |
| 05/06/2024 | Individual Meals | Prospect - El Dorado Site Visit | Fridays | Billable Expense | El Dorado | | | | $35.75 |

**Taxi**

| Transaction Date | Expense Type | Business Purpose | Vendor | *Custom 08 - MBD-Other-Billable? | *Custom 02 - Job | *Custom 04 - Region | *Custom 06 - Mktg-BD Event | *Custom 11 - Client | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/06/2024 | Taxi | Prospect - El Dorado Site Visit | Uber | Billable Expense | El Dorado | | | | $70.19 |
| 05/06/2024 | Taxi | Prospect - El Dorado Site Visit | Uber | Billable Expense | El Dorado | | | | $9.56 |
| 05/06/2024 | Taxi | Prospect - El Dorado Site Visit | Uber | Billable Expense | El Dorado | | | | $25.11 |
| 05/06/2024 | Taxi | Prospect - El Dorado Site Inspection | Uber | Billable Expense | El Dorado | | | | $43.90 |

| Transaction Date | Expense Type | Amount | Net Adjusted Tax Amount | Net Adjusted Reclaim Amount | Net Reclaim Amount | Adjusted Claimed Amount | Approved Amount |
|---|---|---|---|---|---|---|---|
| 05/06/2024 | Airfare | $815.20 | $815.20 | $815.20 | $815.20 | $815.20 | $815.20 |
| 05/06/2024 | Hotel | $148.45 | $148.45 | $148.45 | $148.45 | $148.45 | $148.45 |
| 05/06/2024 | Individual Meals | $16.79 | $16.79 | $16.79 | $16.79 | $16.79 | $16.79 |
| 05/06/2024 | Individual Meals | $35.75 | $35.75 | $35.75 | $35.75 | $35.75 | $35.75 |
| 05/06/2024 | Taxi | $9.56 | $9.56 | $9.56 | $9.56 | $9.56 | $9.56 |
| 05/06/2024 | Taxi | $25.11 | $25.11 | $25.11 | $25.11 | $25.11 | $25.11 |
| 05/06/2024 | Taxi | $43.90 | $43.90 | $43.90 | $43.90 | $43.90 | $43.90 |
| 05/06/2024 | Taxi | $70.19 | $70.19 | $70.19 | $70.19 | $70.19 | $70.19 |

**Company Disbursements**

**Total Paid By Company :**          $1,164.95

**Employee Disbursements**

**Amount Due Company Card From Employee :** $0.00

**Total Paid By Employee :** $0.00



**Date of Purchase: May 06, 2024**

# Flight Receipt for Fort Myers, FL to Atlanta, GA

## PASSENGER INFORMATION

WAYNE MICHAEL HECHT
SkyMiles Number: 2230202158

Confirmation Number: HR3QD4
Ticket Number: 0062233542525

## FLIGHT INFORMATION

| Date and Flight | Status | Class | Seat/Cabin |
|---|---|---|---|
| RSW>ATL<br>Tue 07May2024 DL 1196 | OPEN | L | 20B |
| ATL>JAN<br>Tue 07May2024 DL 2751 | OPEN | L | 15A |
| JAN>ATL<br>Wed 08May2024 DL 2593 | OPEN | S | 12B |
| ATL>RSW<br>Wed 08May2024 DL 1217 | OPEN | S | 16F |

## DETAILED CHARGES

**Air Transportation Charges**
Base Fare:                                                         $712.56  USD

**Taxes, Fees & Charges:**
United States - September 11th Security Fee(Passenger
Civil Aviation Security Service Fee) (AY)                          $11.20  USD
United States - Transportation Tax (US)                            $53.44  USD
United States - Passenger Facility Charge (XF)                     $18.00  USD
United States - Flight Segment Tax (ZP)                            $20.00  USD

**Total Price:**                                                   **$815.20  USD**

Paid with American Express **********1007

## KEY OF TERMS

| | |
|---|---|
| # - Arrival date different than departure date | F - Food available for purchase |
| ** - Check-in required | L - Lunch |
| ***- Multiple meals | LV - Departs |

*S$ - Multiple seats
AR - Arrives
B - Breakfast
C - Bagels / Beverages
D - Dinner

M - Movie
R - Refreshments, complimentary
S - Snack
T - Cold meal
V - Snacks for sale

Check your flight information online at delta.com or call the Delta Flightline at 800.325.1999.

Baggage and check-in requirements vary by airport and airline, so please check with the operating carrier on your ticket.

Please review Delta's  check-in requirements  and  baggage guidelines for details.

You must be checked in and at the gate at least 15 minutes before your scheduled departure time for travel inside the United States.

You must be checked in and at the gate at least 45 minutes before your scheduled departure time for international travel.

For tips on flying safely with laptops, cell phones, and other battery-powered devices, please visit Flying safely government guild.

Do you have comments about service? Please  email  us to share them.

NON-REFUNDABLE / CHANGE FEE

When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

This ticket is non-refundable unless issued at a fully refundable fare. Any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

All Preferred, Delta Comfort+™, First Class, and Delta One seat purchases are Nonrefundable.

**Terms & Conditions**
Air transportation on Delta and the Delta Connection® carriers is subject to Delta's  conditions of carriage.   They include terms governing for example:

-  Limits on our liability  for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
-  Claim restrictions  including time periods within which you must file a claim or bring action against us.
- Our right to  change terms  of the contract.
-  Check-in requirements  and other rules established when we may  refuse carriage.
- Our rights and limits of our liability for  delay of failure to perform service  , including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
- Our policy on  overbooking flights  , and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fare, promotions, information and flight updates, please visit Delta News & Special Offers or Delta notifications.

**COPYRIGHT INFORMATION**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Delta Blvd. P.O. Box 20706 Atlanta, GA 30320-6001. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

© 2024 Delta Air Lines, Inc. All rights reserved.

8:32
◄ Mail

# Uber

May 7, 2024

## Here's your receipt for your ride, Wayne

We hope you enjoyed your ride this evening.

| | |
|---|---|
| **Total** | **$43.90** |

| | |
|---|---|
| Trip fare | $38.39 |

| | |
|---|---|
| **Subtotal** | **$38.39** |
| Booking Fee | $2.51 |
| JAN Airport Surcharge | $3.00 |

Visit the trip page for more information, including invoices (where available)

You rode with LARRY

UberX    12.51 miles | 21 min

8:05 PM | 100 International Dr, Jackson, MS 39208, US

8:26 PM | 235 W Capitol St, Jackson, MS 39201, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

🔒 riders.uber.com



1 of 1



| | HILTON GARDEN INN JACKSON/DOWNTOWN |
| --- | --- |
| | 235 WEST CAPITOL ST |
| | JACKSON, MS  39201 |
| | United States of America |
| | TELEPHONE 601-353-5464   • FAX 601-353-5465 |
| | Reservations |
| | www.hilton.com or 1 800 HILTONS |

HECHT, WAYNE

1608 NW 36TH AVE

CAPE CORAL FL  33993
UNITED STATES OF AMERICA

| | |
| --- | --- |
| Room No: | 306/K1RZ |
| Arrival Date: | 5/7/2024  8:28:00 PM |
| Departure Date: | 5/8/2024 |
| Adult/Child: | 1/0 |
| Cashier ID: | JSWIMS |
| Room Rate: | 133.06 |
| AL: | |
| HH # | 225429852 DIAMOND |
| VAT # | |
| Folio No/Che | 565415 A |

Confirmation Number: 3519871876

HILTON GARDEN INN JACKSON/DOWNTOWN 5/8/2024 2:27:00 AM

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDIT | BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| 5/7/2024 | GUEST ROOM | JSWIMS | 2718328 | $133.06 | | |
| 5/7/2024 | RM - STATE TAX | JSWIMS | 2718328 | $14.64 | | |
| 5/7/2024 | RM - CITY OCCUPANCY TAX | JSWIMS | 2718328 | $0.75 | | |
| | WILL BE SETTLED TO AX*2006 | | | | | $148.45 |
| | EFFECTIVE BALANCE OF | | | | | $0.00 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 6,500+ hotels and resorts in 119 countries, please visit Honors.com

Page:1

XXXXXXXXX,



1:20

◄ Mail

5G

1 of 1



# Uber

May 8, 2024

## Thanks for tipping, Wayne

Here's your updated Wednesday afternoon ride receipt.

| Total | $25.11 |
|---|---|

| Trip fare | $18.22 |
|---|---|

| Subtotal | $18.22 |
|---|---|
| Booking Fee | $2.71 |
| Tip | $4.18 |

### Payments

| Black Card ••••3148 | $25.11 |
|---|---|
| 5/8/24 1:18 PM | |

Visit the trip page for more information, including invoices (where available)

You rode with JACOB

UberX    11.79 miles | 16 min

■  12:51 PM | 1085 US-80, Jackson, MS 39204-3919, US

■  1:08 PM | 100 International Dr, Jackson, MS 39208, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

🔒 riders.uber.com

# Riverbanks Bar & Grill

5/8/24, 2:24 PM                     Ticket: 41
Server: Mikalei F
Bar Room
Invoice: 240508-03-41
------------------------------------------------

Credit Sale
Status:              000000 - Approved

Card Type:           VISA
Card Number:         XXXXXXXXXXXX4720
Card Owner:          HECHT/WAYNE
Entry Method:        Chip
Auth Code:           054080
APPLAB:              VISA DEBIT
AID:                 A0000000031010
TC:                  4C555B1769AD26C1


AMOUNT                              13.79

TIP                                 3 —

TOTAL                              16.79

Sign X _____

  I agree to pay the total amount above
according to the card issuer agreement.


            Suggested Tips
    18%=2.28 20%=2.53 22%=2.79


            Merchant Copy


# Thank you for visiting us!


© 2024 Mobile Bytes, LLC

```
        ** TGI FRIDAY'S #2472**
        HARTSFIELD-JACKSON ATL AIRPT
TABLE#       207.1
SERVER       302/Avriel
CHECK#       6526
          TGI Fridays (. 2472)
          7700 Spine Road
          Atlanta GA 30320
          (404) 766-1090
                    .


****** TRANSACTION RECORD ******
Tran. : 17202    Table : 207.1
Check : 6526     Employee :302
Trace : 081315

Pre-Auth Purchase
Visa              xxxxxxxxxxxx4720
APPROVED               Chip Read


        Amount       USD $30.15

                             5.60

          Tip $_____


                          35.75
        TOTAL $_____

   I agree to pay the above total
   amount according to the card
        issuer agreement


  X_____
        Cardholder Signature

RRN: 000001145624 C
Auth. :077139   Mode: Issuer
21/TGIF2472CC04
00 (001)
05/08/2024              9:50:23 PM

AID: A0000000031010
App Name: VISA DEBIT
TVR: 8000008000
IAD: 06011203608000
TSI: 6800        ARC: 00


        Merchant Copy
```



# Uber

May 9, 2024

## Thanks for tipping, Wayne

Here's your updated Thursday morning ride receipt.

| Total | $70.19 |
|---|---|

| Trip fare | $32.61 |
|---|---|

| Subtotal | $32.61 |
|---|---|
| Reservation Fee | $14.30 |
| Booking Fee | $8.58 |
| RSW Airport Surcharge | $3.00 |
| Tip | $11.70 |

## Payments

Black Card ••••3148
5/9/24 1:44 AM                                              $70.19

Visit the trip page for more information, including invoices (where available)

You rode with IHOR

UberX    29.61 miles | 40 min

12:44 AM | 11000 Terminal Access Rd, Fort Myers, FL 33913, US

1:24 AM | 1608 NW 36th Ave, Cape Coral, FL 33993-3638, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

🔒 riders.uber.com

**Expense Report**

**Report Name : El Dorado Jackson, MS.**

**Employee Name :** Boggs, Richard

**Employee ID :** rboggs

**Report Header**

**Policy :** *US Expense Policy

**Business Purpose :** Auction Setup

**Report Id :** AE0124FE936B43CE8238

**Receipts Received :** Yes

**Report Date :** 05/31/2024

**Approval Status :** Approved

**Payment Status :** Sent for Payment

**Currency :** US, Dollar

**\*Custom 01 - Division (Job) :** Auction

**\*Custom 03 - Division (Region) :** Auction

**\*Custom 05 - Division (Mktg-BD Event) :** Auction

**Car Rental**

| Transaction Date | Expense Type | Business Purpose | Vendor | *Custom 08 - MBD-Other-Billable? | *Custom 02 - Job | *Custom 04 - Region | *Custom 06 - Mktg-BD Event | *Custom 11 - Client | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/19/2024 | Car Rental | Deal - El Dorado Jackson, MD Auction Setup | Hertz | Billable Expense | El Dorado | | | | $805.55 |

**Fuel**

| Transaction Date | Expense Type | Business Purpose | Vendor | *Custom 08 - MBD-Other-Billable? | *Custom 02 - Job | *Custom 04 - Region | *Custom 06 - Mktg-BD Event | *Custom 11 - Client | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/30/2024 | Fuel | Deal - El Dorado Jackson, MD Auction | Quicktrip | Billable Expense | El Dorado | | | | $46.81 |

| Transaction Date | Expense Type | Business Purpose | Vendor | *Custom 08 - MBD-Other-Billable? | *Custom 02 - Job | *Custom 04 - Region | *Custom 06 - Mktg-BD Event | *Custom 11 - Client | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/25/2024 | Fuel | Deal - El Dorado Jackson, MD Auction Setup | Shell | Billable Expense | El Dorado | | | | $54.86 |
| 05/20/2024 | Fuel | Deal - El Dorado Jackson, MD Auction Setup | Shell | Billable Expense | El Dorado | | | | $52.40 |

**Hotel**

| Transaction Date | Expense Type | Business Purpose | Vendor | *Custom 08 - MBD-Other-Billable? | *Custom 02 - Job | *Custom 04 - Region | *Custom 06 - Mktg-BD Event | *Custom 11 - Client | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/15/2024 | Hotel | Deal - El Dorado Jackson, MD Auction Setup | Airbnb | Billable Expense | El Dorado | | | | $1,750.96 |

**Individual Meals**

| Transaction Date | Expense Type | Business Purpose | Vendor | *Custom 08 - MBD-Other-Billable? | *Custom 02 - Job | *Custom 04 - Region | *Custom 06 - Mktg-BD Event | *Custom 11 - Client | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/30/2024 | Individual Meals | Deal - El Dorado Jackson, MD Auction Setup | Mugshots | Billable Expense | El Dorado | | | | $21.11 |
| 05/29/2024 | Individual Meals | Deal - El Dorado Jackson, MD Auction Setup | Genna Benna | Billable Expense | El Dorado | | | | $19.00 |
| 05/28/2024 | Individual Meals | Deal - El Dorado Jackson, MD Auction Setup | | Billable Expense | El Dorado | | | | $7.39 |
| 05/28/2024 | Individual Meals | Deal - El Dorado Jackson, MD Auction Setup | Panera Bread | Billable Expense | El Dorado | | | | $5.88 |
| 05/27/2024 | Individual Meals | Deal - El Dorado Jackson, MD Auction | Pelican Cove Grill | Billable Expense | El Dorado | | | | $27.01 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Setup | | | | |
| 05/27/2024 | Individual Meals | Deal - El Dorado Jackson, MD Auction Setup | Facility Concession Services | Billable Expense | El Dorado | $14.98 |
| 05/26/2024 | Individual Meals | Deal - El Dorado Jackson, MD Auction Setup | Pix and Pins | Billable Expense | El Dorado | $39.20 |
| 05/26/2024 | Individual Meals | Deal - El Dorado Jackson, MD Auction Setup | Kroger | Billable Expense | El Dorado | $13.32 |
| 05/25/2024 | Individual Meals | Deal - El Dorado Jackson, MD Auction Setup | Shuckers Oyster Bar | Billable Expense | El Dorado | $36.00 |
| 05/24/2024 | Individual Meals | Deal - El Dorado Jackson, MD Auction Setup | Walkers Drive In | Billable Expense | El Dorado | $32.75 |
| 05/23/2024 | Individual Meals | Deal - El Dorado Jackson, MD Auction Setup | Kroger | Billable Expense | El Dorado | $23.98 |
| 05/22/2024 | Individual Meals | Deal - El Dorado Jackson, MD Auction Setup | Kroger | Billable Expense | El Dorado | $29.54 |
| 05/21/2024 | Individual Meals | Deal - El Dorado Jackson, MD Auction Setup | Iron Horse Grill | Billable Expense | El Dorado | $26.00 |
| 05/21/2024 | Individual Meals | Deal - El Dorado Jackson, MD Auction Setup | Kroger | Billable Expense | El Dorado | $20.84 |
| 05/20/2024 | Individual Meals | Deal - El Dorado Jackson, MD Auction Setup | Iron Horse Grill | Billable Expense | El Dorado | $20.32 |

| 05/20/2024 | Individual Meals | Deal - El Dorado Jackson, MD Auction Setup | Mapco | Billable Expense | El Dorado | | $6.36 |
| 05/17/2024 | Individual Meals | Deal - El Dorado Jackson, MD Auction Setup | Costco | Billable Expense | El Dorado | | $124.16 |

| Transaction Date | Expense Type | Amount | Net Adjusted Tax Amount | Net Adjusted Reclaim Amount | Net Reclaim Amount | Adjusted Claimed Amount | Approved Amount |
|---|---|---|---|---|---|---|---|
| 05/15/2024 | Hotel | $1,750.96 | $1,750.96 | $1,750.96 | $1,750.96 | $1,750.96 | $1,750.96 |
| 05/17/2024 | Individual Meals | $124.16 | $124.16 | $124.16 | $124.16 | $124.16 | $124.16 |
| 05/19/2024 | Car Rental | $805.55 | $805.55 | $805.55 | $805.55 | $805.55 | $805.55 |
| 05/20/2024 | Fuel | $52.40 | $52.40 | $52.40 | $52.40 | $52.40 | $52.40 |
| 05/20/2024 | Individual Meals | $6.36 | $6.36 | $6.36 | $6.36 | $6.36 | $6.36 |
| 05/20/2024 | Individual Meals | $20.32 | $20.32 | $20.32 | $20.32 | $20.32 | $20.32 |
| 05/21/2024 | Individual Meals | $20.84 | $20.84 | $20.84 | $20.84 | $20.84 | $20.84 |
| 05/21/2024 | Individual Meals | $26.00 | $26.00 | $26.00 | $26.00 | $26.00 | $26.00 |
| 05/22/2024 | Individual Meals | $29.54 | $29.54 | $29.54 | $29.54 | $29.54 | $29.54 |
| 05/23/2024 | Individual Meals | $23.98 | $23.98 | $23.98 | $23.98 | $23.98 | $23.98 |
| 05/24/2024 | Individual Meals | $32.75 | $32.75 | $32.75 | $32.75 | $32.75 | $32.75 |
| 05/25/2024 | Fuel | $54.86 | $54.86 | $54.86 | $54.86 | $54.86 | $54.86 |
| 05/25/2024 | Individual Meals | $36.00 | $36.00 | $36.00 | $36.00 | $36.00 | $36.00 |
| 05/26/2024 | Individual Meals | $13.32 | $13.32 | $13.32 | $13.32 | $13.32 | $13.32 |
| 05/26/2024 | Individual Meals | $39.20 | $39.20 | $39.20 | $39.20 | $39.20 | $39.20 |
| 05/27/2024 | Individual Meals | $14.98 | $14.98 | $14.98 | $14.98 | $14.98 | $14.98 |
| 05/27/2024 | Individual Meals | $27.01 | $27.01 | $27.01 | $27.01 | $27.01 | $27.01 |
| 05/28/2024 | Individual Meals | $5.88 | $5.88 | $5.88 | $5.88 | $5.88 | $5.88 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/28/2024 | Individual Meals | $7.39 | $7.39 | $7.39 | $7.39 | $7.39 | $7.39 |
| 05/29/2024 | Individual Meals | $19.00 | $19.00 | $19.00 | $19.00 | $19.00 | $19.00 |
| 05/30/2024 | Fuel | $46.81 | $46.81 | $46.81 | $46.81 | $46.81 | $46.81 |
| 05/30/2024 | Individual Meals | $21.11 | $21.11 | $21.11 | $21.11 | $21.11 | $21.11 |

**Company Disbursements**

**Total Paid By Company :**          $3,178.42

**Employee Disbursements**

**Amount Due Company Card From Employee :** $0.00

**Total Paid By Employee :** $0.00

6:38　　　　　　　　　　　　　　　.ıl LTE 80

Brandon

14 nights in Brandon

Sun, May 19, 2024 → Sun, Jun 2, 2024
Entire home/apt · 2 beds · 1 guest
Confirmation code: HMH3KKXSFB
Go to listing

Cancellation policy
This reservation is non-refundable.

## Price breakdown

| | |
|---|---|
| $149.79 x 14 nights | $2,097.00 |
| Cleaning fee | $100.00 |
| Airbnb service fee | $310.17 |
| Taxes | $153.79 |
| **Total (USD)** | **$2,660.96** |

## Payment

| | |
|---|---|
| AMEX •••• 3006<br>May 15, 2024 · 11:34:27 AM EDT | $2,660.96 |
| **Amount paid (USD)** | **$2,660.96** |

**Print this receipt**

Go to itinerary



```
0125
Server: NITE-BARMA N            Rec:105
05/29/24 19:28, Keyed    T: 977 Term:  3

Genna Benna
200 Town Square Drive
Brandon, MS 39042
(601)724-4837

Name: BOGGS/RICHARD_W
TID                              79492571
              Purchase
American Express          XXXXXXXXXXXX3006
Invoice                       0012513193
APPROVED                         182509
Amount                    USD $15.72
```

CHECK :              15.72

TIP :                3.28

TOTAL :             19.00

X_____

```
CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
Customer Copy

Suggested Gratuity

|_|   18% GRAT     2.52

|_|   20% GRAT     2.80
```

# Merchant Copy



Crop

# Kroger

## FRESH FOR EVERYONE™

```
110 Promenade BLVD
601-718-2230
Your cashier was CHEC 504
KROGER PLUS CUSTOMER        *******9583
     CARROTS ORG                1.99 B
     KRO HVY CRM                3.59 B
0.89 lb @ 1.49 /lb
WT     ONIONS                   1.33 B
       TAX                      0.48
**** BALANCE                    7.39
Flowood MS 39232
AMERICAN EXPRESS Purchase
************3006 - C
REF#: 800998 TOTAL: 7.39
AID: A000000025010801
TC: E849C834D01F5731

     AMEX                       7.39
     CHANGE                     0.00
TOTAL NUMBER OF ITEMS SOLD =       3
05/28/24 05:32pm 479 504 120 999999504
****************************************
     Annual Card Savings $58.80
****************************************
Fuel Points Earned Today: 7
Total May Fuel Points: 195
****************************************
     GAMING POINTS REWARDS PLUS
  Every $30 Spent on participating
    items earns Rewards Points.
 Visit www.pointsrewardsplus.com
      to redeem for rewards.

  Your Rewards spending: 5.00
Expires on 7/9/2024
****************************************
      EARN 50 FUEL POINTS
     BY GIVING US FEEDBACK
   Go to www.kroger.com/feedback
Date: 05/28/24
Time: 05:32PM
Entry ID: 025-602-120-479-504-624
****************************************
    Fresh opportunity awaits
     Join our team today!
          #ER#
      jobs.kroger.com
      www.kroger.com
   *** Check Cart ***
```

Panera Bread
Cafe #: 202951
249 Ridge Way
Flowood, MS 39232
Phone: 601-919-0068

**Accuracy Matters**
Your order should be correct every time.
If it's not, we'll fix it right away,
and give you a free treat for your
trouble. Just let an associate know.

05/28/2024 5:13:46 PM
Order Number: 352457   Cashier: Peyton

| | |
|---|---|
| 1 Vanilla Latte 20oz | 5.39 |
| Subtotal | 5.39 |
| Tax | 0.49 |
| Gratuity | 0.00 |
| Total | 5.88 |
| Cash | 100.00 |
| Change | 94.12 |

If you didn't use your MyPanera card,
keep this receipt and enter the code
below at www.mypanera.com/missedvisit.

Not a member yet? Ask an associate for
your own card and join today!

7333-3528-4685-7831-8158-17

www.panerabread.com

Dine In
Your Order Number is: 352457
Customer / Pager: rich O

*** Customer Copy ***

7:59      .ıll LTE 100



## Transaction Details
Card Ending - 43006

Restaurant - Bar & Café

## SHUCKERS OYSTER BAR

# $36.00

May 25, 2024

On your statement as SHUCKERS PIANO & OYSRIDGELAND MS

───

## 36 Membership Rewards® Points



**Split It**



**Pay It**



**Use Points**

## Transaction Details



SHUCKERS OYSTER BAR

116 CONESTOGA RD
RIDGELAND
MS
39157
UNITED STATES

📞   (601) 853-0105

🖥   http://www.shuckersontherez.com/

7:59   .ıll LTE 100

< **Transaction Details**
Card Ending - 43006

Restaurant - Restaurant

## PIX AND PINS

# $39.20

May 26, 2024

On your statement as TST* THE STATION- PIJACKSON MS

─

You'll be able to see Rewards information for an eligible charge within 5 days of the charge posting to your account. Please check back later.


**Split It**


**Pay It**


**Use Points**

## Transaction Details

PIX AND PINS

📞 (601) 487-9520

🖥 https://order.toasttab.com/online/the-station-jxn

Doing Business As

PIX AND PINS

Date Processed

May 27, 2024

Transaction Reference Number

```
                Pelican Cove Grill
                Pelican Cove Grill
        Order 6439        Time 12:49:57 PM
        Printed @ 05/27/2024 12:52:34 PM
                Server Meagan G.
                Table 225
                 Check 2
    - - - - - - - - - - - - - - - - - - - - -

    1   Catfish Basket                17.52
        Side House salad               2.00

    - - - - - - - - - - - - - - - - - - - - -

        Subtotal                      19.52
        Auto Gratuity        15%       2.93
        Tax Total                      1.56
        Tip                            3.00


    *************************************
    Auto Gratuity already included
    *************************************

    Check  Total         27.01

    Amex                 27.01
    xxxx-3006

    Change                0.00

    - - - - - - - - - - - - - - - - - - - -

    Purchase 27.01
    (Tip 3.00 included)

    Card Type.: Amex
    Card No...: xxxx-3006 (Chip)
    Cardholder: BOGGS/RICHARD W
    Date/Time.: 05/27/2024  12:51:46 PM

    Merchant Code: -
    Sequence No..: 916641142
    Response Code: 1/
    Approval No..: 801260


    APP Crypt        : B415787795EC500C
    AID              : A000000025010801
    APP Label        : AMERICAN EXPRESS
```



# Kroger
FRESH FOR EVERYONE.

110 Promenade BLVD
601-718-2230
Your cashier was CHEC 501

|  | OZRK BOT SPRING | <+ | 2.49 B |
|---|---|---|---|
| SC | KROGER SAVINGS | 0.30 | |
| SC | Mega Event Savings | 1.00 | |
|  | OZRK BOT SPRING | <+ | 2.49 B |
| SC | KROGER SAVINGS | 0.30 | |
| SC | Mega Event Savings | 1.00 | |
|  | OZRK BOT SPRING | <+ | 2.49 B |
| SC | KROGER SAVINGS | 0.30 | |
| SC | Mega Event Savings | 1.00 | |
|  | OZRK BOT SPRING | <+ | 2.49 B |
| SC | KROGER SAVINGS | 0.30 | |
| SC | Mega Event Savings | 1.00 | |
|  | OZRK BOT SPRING | <+ | 2.49 B |
| SC | KROGER SAVINGS | 0.30 | |
| SC | Mega Event Savings | 1.00 | |

KROGER PLUS CUSTOMER          *******9583
         TAX                      0.87
    **** BALANCE                 13.32
Flowood MS 39232
AMERICAN EXPRESS Purchase
***********3006 - C
REF#: 886842 TOTAL: 13.32
AID: A000000025010801
TC: A0F863CA1C111296

         AMEX                    13.32
         CHANGE                   0.00
TOTAL NUMBER OF ITEMS SOLD =        5

KROGER SAVINGS              $    6.50
TOTAL COUPONS              $    6.50
TOTAL SAVINGS (34 %)       $    6.50

05/26/24 04:22pm 479 501 111 999999501

************************************
Annual Card Savings $58.80
************************************
Fuel Points Earned Today: 12
Total May Fuel Points: 188
************************************
GAMING POINTS REWARDS PLUS
Every $30 Spent on participating
items earns Rewards Points.
Visit www.pointsrewardsplus.com
to redeem for rewards.

Your Rewards spending: 5.00
Expires on 7/9/2024
************************************
EARN 50 FUEL POINTS
BY GIVING US FEEDBACK
Go to www.kroger.com/feedback
Date: 05/26/24
Time: 04:21PM
Entry ID: 025-602-111-479-501-612
************************************
With Our Low Prices, You Saved
## $6.50
PARTICIPATING ITEMS <+ = 5
Fresh opportunity awaits
Join our team today!
#ER#



# COSTCO
## WHOLESALE

Farragut #1116
10745 Kingston Pike
Farragut, TN 37934

### SELF-CHECKOUT

CF Member 111938778113

| | | | |
|---|---|---|---|
| E | 1068080 | PASTURE EGGS | 7.99 E |
| E | 70476 | KS COAST CHD | 13.30 E |
| E | 18030 | LAMB LOIN | 18.93 E |
| E | 47500 | KS TRKY BRST | 13.99 E |
| E | 673678 | HVY CREAM QT | 4.29 E |
| E | 1241722 | GRILLO PCKLE | 6.99 E |
| E | 598881 | ORGANIC GRND | 19.89 E |
| E | 11357 | STARB FRENCH | 18.99 E |
| E | 0000326445 | /11357 | 5.50-E |
| E | 20120 | APPLWD BACON | 17.99 E |

SUBTOTAL 116.86
TAX 7.30
**** TOTAL

XXXXXXXXXXXXX7775          CHIP Read
AID: A0000000031010
Seq# 206912       App#: 87740C
Costco Visa     Resp: APPROVED
Tran ID#: 413800206912....

APPROVED - Purchase
AMOUNT: $124.16
05/17/2024 12:28 1116 206 91 706

Costco Visa          124.16
CHANGE                0.00

E 6.25% Tax            7.30
TOTAL TAX              7.30
TOTAL NUMBER OF ITEMS SOLD - 9
INSTANT SAVINGS        $ 5.50
05/17/2024 12:29 1116 206 91 706

2111 620600912405171229

OP#: 706 Name: SCO
Thank You!
Please Come Again
Whse:1116 Trr:206 Trn:91 OP:706

Items Sold: 9
CF 05/17/2024 12:29

Welcome to Shell

SHELL
1020 HWY 39 NORTH
MERIDIAN, MS
39301
10012036009
05/20/2024  353617349
09:52:27 AM

PUMP# 2

UNLEADED            16.380G
PRICE/GAL           $3.199

FUEL TOTAL    $   52.40

              --------
TOTAL = $   52.40

CREDIT        $   52.40

AMERICAN EXPRESS
USD$52.40
XXXX XXXXXX X3006
Chip Read
APPROVED
AUTH # 896692
INV # 774968
Mode: Issuer
AID: A000000025010801
TVR: 0000008000
IAD: 06550103A0A002
TSI: F800
ARC: 00



Welcome to Shell

Speed Zone #2
855 Fortification St
Jackson, Ms 39202

SHELL
855 E FORTIFICATION
JACKSON, MS
39202
57543208003
05/25/2024  36871323
03:07:06 PM

*** REPRINT *** REPRINT *** REPRINT ***
PUMP# 6
REGULAR        17.150G
PRICE/GAL      $3.199

FUEL TOTAL  $  54.86
*** REPRINT *** REPRINT *** REPRINT ***

CREDIT       $  54.86

AMERICAN EXPRESS
USD$54.86
XXXX XXXXXX X3006
Chip Read
APPROVED
AUTH # 850782
INV # 775809
Mode: Issuer
AID: A000000025010801
TVR: 0000008000
IAD: 06550103A0A002
TSI: F800
ARC: 00

Thank You For
Shopping With Us
Please come again



Walkers Drive In
3016 NORTH STATE STREET
Jackson, MS 39216

Server: ROSA S
Check #41                          Table 41
Seat 1
Ordered:                   5/24/24 1:11 PM

Credit Card                         Swiped
Amex                       xxxxxxxx3006
Time                             1:14 PM

Transaction Type                      Sale
Authorization                     Approved
Approval Code                       508350
Payment ID                     NMbkKyKcysyk
Merchant ID                  324000000028
Card Reader              MAGTEK_DYNAMAG

Amount                            $27.25

+ Tip:            _____5.50_____

= Total:          _____32.75_____

X _____
         RICHARD W BOGGS

Merchant Copy



**Kroger** FRESH FOR EVERYONE™

110 Promenade BLVD
601-718-2230
Your cashier was CHEC 502

| KROGER PLUS CUSTOMER | ********9583 |
|---|---|
| CHOBANI YOGURT | 1.29 B |
| CHOBANI YOGURT | 1.29 B |
| CHOBANI YOGURT | 1.29 B |
| CHOBANI YOGURT | 1.29 B |
| BLUEBELL ICE CREAMPC | 6.99 B |
| SC  KROGER SAVINGS  3.00 | |
| NTHN BF FRANK JMBOPC | 3.99 B |
| SC  KROGER SAVINGS  2.00 | |
| STO ROM HRT ORGNC PC | 4.49 B |
| SC  KROGER SAVINGS  1.00 | |
| OZRK BOT SPRING  <+ | 3.49 B |
| SC  KROGER SAVINGS  0.30 | |
| OZRK BOT SPRING  <+ | 3.49 B |
| SC  KROGER SAVINGS  0.30 | |
| TAX | 1.93 |
| **** BALANCE | 29.54 |

Flowood MS 39232
AMERICAN EXPRESS Purchase
***********3006 - C
REF#: 888347 TOTAL: 29.54
AID: A000000025010801
TC: F4A266FD2BAB081C

| AMEX | 29.54 |
|---|---|
| CHANGE | 0.00 |

TOTAL NUMBER OF ITEMS SOLD =  9

| KROGER SAVINGS | $  6.60 |
|---|---|
| TOTAL COUPONS | $  6.60 |
| TOTAL SAVINGS (19 %) | $  6.60 |

05/22/24 06:06pm 479 502 120 999999502
*****************************************
Annual Card Savings $43.93
*****************************************
Fuel Points Earned Today: 28
Total May Fuel Points: 87
*****************************************
With Our Low Prices, You Saved
$6.60



The Iron Horse Grill - Jackson
320 West Pearl Street
Jackson, MS 39203

Server: Christopher T
Check #71                          Table 94
Guest Count: 2
Ordered:                   5/21/24 12:52 PM

2 Bottled Water                      $4.98
1 Tres Carnes                       $14.95

Subtotal                            $19.93
Tax                                  $1.77
Total                               $21.70

Input Type             C (EMV Chip Read)
AMERICAN EXPRESS              xxxxxxxx3006
Time                            12:53 PM

Transaction Type                     Sale
Authorization                    Approved
Approval Code                      873974
Payment ID                  C7kKs7xnLPHw
Application ID        A000000025010801
Application Label      AMERICAN EXPRESS
Terminal ID
Merchant ID                     063630446
Card Reader                        BBPOS

Amount                             $21.70

+ Tip:                          4.30

= Total:                      2600

X _____

RICHARD W BOGGS

Merchant Copy



The Iron Horse Grill - Jackson
320 West Pearl Street
Jackson, MS 39203

Server: Brittany A
Check #103                          Table 64
Guest Count: 2
Seat 2
Ordered:                    5/20/24 2:02 PM

1 Monday                            $12.95
  No Mashed Potato
  Grits
1 Bottled Water                      $2.49

Subtotal                            $15.44
Tax                                  $1.38
Total                               $16.82

Input Type          C (EMV Chip Read)
AMERICAN EXPRESS        xxxxxxxx3006
Time                         2:04 PM

Transaction Type                Sale
Authorization               Approved
Approval Code                 817060
Payment ID              CMFsYYzXdHwh
Application ID      A000000025010801
Application Label    AMERICAN EXPRESS
Terminal ID
Merchant ID              063630446
Card Reader                   BBPOS

Amount                          $16.82

+ Tip:          3.50

= Total:      20.32

X _____
        RICHARD W BOGGS



MAPCO 3680
6514 RINGGOLD RD
CHATTANOOGA TN 374124226
4238935210
542929810036806/00308151-9

05/20/2024 6:36:24 AM
Register: 2 Trans #: 1925 Op ID: 10114532
Your cashier: christy

BAG ICE 20LB                          $5.99 102
                                    ----------
                    Subtotal =        $5.99
                         Tax =        $0.37
                                    ----------
                       Total =        $6.36

                  Change Due =        $0.00

Credit                                $6.36
------------------------------------------------
XXXXXXXXXXX3006 American Express
INVOICE: 209010174
AUTH 855781
Card Balance: $0.00
Card Data
AMERICAN EXPRESS
AID: A000000025010801
TVR: 0000008000
IAD: 06550103A0A002
TSI: E800
AC: A8C94A038538AF6C
SALE   ENTRY METHOD: C   SEQ#9436
APPROVED
BATCH#20240520072
Retr Data: 414106002014
5 U000000000       2
No signature required
Customer Copy
------------------------------------------------

***************************************
Thank you for visiting MAPCO!!
Visit www.mapcorewards.com
to know more about our loyalty program
please contact us at
guestexperience@mapcoexpress.com
for any questions, comments

QUIKTRIP #07249
716 Hwy 80 East
Flowood, MS

Date:              05/30/24
Time:              10:11AM
Auth#              845494
       American Express
Entry:Chip Read
APP:AMERICAN EXPRESS
Mode:Issuer
AID:A000000025010801
TVR:0000008000
TSI:E800
IAD:06550103A0A002

Acct #
***********3006

Pump   Gallons   Price
 17    16.148 $ 2.899
Product:   UNLEADED

-----------------------
Total:            $46.81


See your points at
WWW.QT-REWARDS.COM
Thank You for
Shopping QuikTrip!
Please Come Back
Again!!

11:52     .ıll LTE 88



## Transaction Details
Card Ending - 43006

Merchandise & Supplies - Groceries

## KROGER

# $23.98

May 23, 2024

On your statement as KROGER FLOWOOD MS

---

### 24 Membership Rewards® Points

Split It     Pay It     Use Points

## Transaction Details



KROGER

110 PROMENADE BLVD
FLOWOOD
MS
39232
UNITED STATES

📞 (901) 765-4219

🖥 https://www.kroger.com/topic/pharmacy



11:54     .ıll LTE 87

‹    **Transaction Details**
Card Ending - 43006

Restaurant - Restaurant    

## FACILITY CONCESSION SERVICES

# $14.98

May 27, 2024

On your statement as OVG/MBRAVES Pearl MS

—

### 15 Membership Rewards® Points



Split It      Pay It      Use Points

## Transaction Details



FACILITY CONCESSION SERVICES

1 BRAVES BLVD
PEARL
MS
392
UNITED STATES

Doing Business As

FACILITY CONCESSION SERVICES

6:57  5GE  86

 Receipt Inbox

Noreply  May 19

HERTZ CAR RENTAL TYH 2055 Alcoa Highway Alcoa Ten...

Noreply  May 19

to me ⌄

| | **HERTZ CAR RENTAL TYH** |
|---|---|
| logo | 2055 Alcoa Highway<br>Alcoa Tennessee 37701<br>865-342-3250 |

**Customer Information:**

Street: 1008 RENNBORO RD

Zip Code: 379231927

Cardholder:

RICHARD BOGGS

**Transaction Information:**

Force

Date: 05/19/2024 10:35:35

Amount: $805.55

Card Number: ••••••••••3006

Merchant ID: 400006983

Auth. Code: 146413

Processed As: AMEX

Reference No.: 2265573216

Trace No.: N/A

Device ID.: N/A

Invoice No.: L66099014

Response Msg.: Approved

Entry Method: Manual

P.O. Number:

Tax Voucher No.: <%TaxVoucherNumber%>

I agree to pay above total amount according to Card Issuer Agreement (Merchant Agreement if credit voucher).

• • •

↩ Reply      ➔ Forward

7:00   5GE 86



# Your Trip Itinerary

**PICKUP LOCATION**
Knoxville Airport
2055 Alcoa Highway
Knoxville (alcoa), TN
US 37701

**DROP-OFF LOCATION**
Knoxville Airport
2055 Alcoa Highway
Knoxville (alcoa), TN
US 37701

**PICKUP DATE & TIME**
Sun, May 19, 2024 at 12:00 PM

**DROP-OFF DATE & TIME**
Mon, Jun 03, 2024 at 12:00 PM

**LOCATION HOURS**
Mon-Sun 7:00AM-12:00AM

**LOCATION HOURS**
Mon-Sun 7:00AM-12:00AM

Reserve Another

Rate is guaranteed. Taxes, fees and extras, if not included in the Rate, are subject to change.

**NOTE:** There may be discrepancies between charge detail amounts and totals. Total amounts are correct.

**RENTAL TERMS AND CONDITIONS**

IMPORTANT NOTIFICATIONS
- Gold service not offered this location
- SPECIAL REQUIREMENTS FOR RENTERS UNDER 25
- VALID LICENSE & INTL ONE ISSUED UNDER 1949 CONVENTION& PASSPORT
- RATE MAY BE SUBJECT TO VERIFICATION OF ID

Hertz 100th Anniversary Corvette Rental Qualifications

6:33                                    5G E 89

‹         **Transaction Details**
          Card Ending - 43006

Restaurant - Restaurant

# MUGSHOTS GRILL BAR

# $21.11

May 30, 2024

On your statement as TST* MUGSHOTS GRILL PEARL MS

---

### 21 Membership Rewards® Points



**Split It**



**Pay It**



**Use Points**

## Transaction Details



MUGSHOTS GRILL BAR

417 RIVERWIND DR
PEARL
MS
39208-5917
UNITED STATES

📞   (769) 251-5243

🖥   http://mugshotsgrillandbar.com/





# Thank you, Cristal Bernal.

## Your order has been submitted.

### Order number #2010135295403286

Confirmation email has been delivered to **auctions@tigergroup.com**

Join our email list so that you're always the first to know about new products, exclusive discounts, and inspirational tips on how to get the most value out of your projects. You can unsubscribe at any time.

| Contact information | Pickup location | Payment |
|---|---|---|
| **CONTACT PERSON** | **STORE LOCATION** | **PAYMENT METHOD** |
| Cristal Bernal | FedEx Office Print & Ship | Pay by credit card |
| auctions@tigergroup.com | 6392 Ridgewood Court Dr, Jackson, | *ending in *9881* |
| 8054974999 | MS 39211 | |
| | | **BILLING ADDRESS** |
| **ALTERNATE PICKUP PERSON** | Estimated pickup time: | Chad Farrell |
| Rich/Anthony Boggs/Hazlett | Thursday, July 18, 11:00am | Tiger Group |
| auctions@tigergroup.com | | 340 N Westlake Blvd |
| 8054974999 | | Suite 260 |
| | | Westlake Village, CA 91362 |

## Cart summary

| PRODUCT NAME | PRICE | QTY | DISCOUNT | SUBTOLL |
|---|---|---|---|---|
| **In-store pickup** | | | | |
| **FedEx Office (8 items)** | | | | |
| El Dorado Jackson All Invoices (2) | $27.26 | 1 | - | $27.26 |
| SHOW DETAILS ⌄ | | | | |

| SKU | BASE PRICE | QTY | DISCOUNT | TOTAL |
|---|---|---|---|---|
| BW 1S on Color | $0.29 | 94 | - | $27.26 |

**ADDITIONAL DETAILS**

| SOLD LOT REPORT | $4.00 | 1 | - | $4.00 |
|---|---|---|---|---|

**SHOW DETAILS** ⌄

| SKU | BASE PRICE | QTY | DISCOUNT | TOTAL |
|---|---|---|---|---|
| BW 1S on 20# Wht | $0.25 | 16 | - | $4.00 |

**ADDITIONAL DETAILS**

| Rigger Acknowledgment | $0.25 | 40 | - | $10.00 |
|---|---|---|---|---|

**SHOW DETAILS** ⌄

| SKU | BASE PRICE | QTY | DISCOUNT | TOTAL |
|---|---|---|---|---|
| BW 1S on 20# Wht | $0.25 | 40 | - | $10.00 |

**ADDITIONAL DETAILS**

| BUYER REPORT | $0.25 | 1 | - | $0.25 |
|---|---|---|---|---|

**SHOW DETAILS** ⌄

| SKU | BASE PRICE | QTY | DISCOUNT | TOTAL |
|---|---|---|---|---|
| BW 1S on 20# Wht | $0.25 | 1 | - | $0.25 |

**ADDITIONAL DETAILS**

Prints Per Page: One

Hole Punching: None

Hole Punching Production: Machine Finishing

Sides: Single-Sided

Paper Size: 8.5x11

Cutting: None

Folding: None

Collation: Collated

Folding Production: Hand Finishing

Orientation: Horizontal

Lamination: None

Offset Stacking: On

Print Color: Black & White

Paper Type: 30% Recycled

Stapling Production: Machine Finishing

| El Dorado Jackson All Invoices | $23.50 | 1 | - | $23.50 |
|---|---|---|---|---|

**SHOW DETAILS** ⌄

| SKU | BASE PRICE | QTY | DISCOUNT | TOTAL |
|---|---|---|---|---|
| BW 1S on 20# Wht | $0.25 | 94 | - | $23.50 |

**ADDITIONAL DETAILS**

| UNSOLD LOT REPORT | $1.50 | 1 | - | $1.50 |
|---|---|---|---|---|

**SHOW DETAILS** ⌄

| SKU | BASE PRICE | QTY | DISCOUNT | TOTAL |
|---|---|---|---|---|
| BW 1S on 20# Wht | $0.25 | 6 | - | $1.50 |

**ADDITIONAL DETAILS**

| ~ Aftersale Inv ⊠ Logs | $9.75 | 1 | - | $9.75 |
|---|---|---|---|---|

**SHOW DETAILS** ⌄

| SKU | BASE PRICE | QTY | DISCOUNT | TOTAL |
|---|---|---|---|---|
| BW 1S on 20# Wht | $0.25 | 39 | - | $9.75 |

**ADDITIONAL DETAILS**

| ~ Terms Affirmations | $0.29 | 60 | - | $17.40 |
|---|---|---|---|---|

**SHOW DETAILS** ⌄

| SKU | BASE PRICE | QTY | DISCOUNT | TOTAL |
|---|---|---|---|---|
| BW 1S on Color | $0.29 | 60 | - | $17.40 |

**ADDITIONAL DETAILS**

Questions about your order?
Call 1.800.GoFedEx or 1.800.463.3339

| Items (8) | **$93.66** |
|---|---|
| Tax | **$7.49** |
| Total Discount(s) | - |

| Total | **$101.15** |
|---|---|



**DL3081:JANATL**

| | |
|---|---|
| DATE | 8/9/2024 |
| STATUS | EXCH |
| CABIN | V |

**DL1606:ATLPBI**

| | |
|---|---|
| DATE | 8/9/2024 |
| STATUS | EXCH |
| CABIN | V |

KEY OF TERMS >

ANTHONY HAZLETT 9963692554 ▼

| | |
|---|---|
| FLIGHT TICKET # | 0062250352819 |
| FARE | $593.26 USD |
| TAXES, FEES AND CHARGES | $93.69 USD |
| FLIGHT TOTAL | **$686.95 USD** |

PAID WITH AMERICAN EXPRESS ENDING IN 1011

▲ TAXES/FEES DETAIL ▲

FLYING WITH DELTA ▼

Want to check your flight information? Go to delta.com or call



**ANGI Quote**

Quote #00001

For:

Alleah Kramer

228-209-0239

alleah@eldoradogasoilinc.com

| Service Address: | Date of Service: | | Amount: |
|---|---|---|---|
| 2208 SW Ben Jordan St Victoria, TX 77901 | 5/19/2024 | $ | 237.77 |
| 3806 E Rio Grande St Victoria, TX 77901 | 5/19/2024 | $ | 237.77 |
| 3810 E Rio Grande St Victoria, TX 77901 | 5/19/2024 | $ | 237.77 |
| 1085 Hwy 80 West Jackson, MS 39204 | 5/19/2024 | $ | 241.89 |
| 2624 Highway 72 W Three Rivers, TX 78071 | 5/20/2024 | $ | 232.44 |
| 1094 North Highway 281 Bypass Alice, TX 78332 | 5/20/2024 | $ | 329.59 |
| | **Total:** | $ | **1,517.23** |





