**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 23-51715-JAW** |
| | § | |
| **El Dorado Gas & Oil, Inc., et al.,[1]** | § | **Chapter 11** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |
| | § | |

---

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2024, I caused to be served a true and correct copy of the *Trustee's Motion for Entry of Orders: (I)(A) Approving Bid Procedures for the Sale of Certain Oil and Gas Assets, (B) Approving Procedures for Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (C) Approving Stalking Horse Designation Procedures and Protections, (D) Scheduling (i) An Auction and (ii) Sale Hearing, (E) Approving the Form and Manner of All Procedures, Protections, and Notices; and (F) Granting Related Relief; and (II)(A) Approving the Sale of Certain Oil and Gas Assets, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief* and Exhibits A-F [Dkt. # 687 (687-1 - 687-7] via ECF notification, where available, and via First Class Mail upon all parties on the attached service lists.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: El Dorado Gas & Oil, Inc. (4581) and Hugoton Operating Company, Inc. (3245).

Dated: August 15, 2024

Respectfully submitted,

*/s/ R. Michael Bolen*
R. Michael Bolen (MSB No. 3615)
HOOD & BOLEN, PLLC
3770 Highway 80 West
Jackson, Mississippi 39209
rmb@hoodbolen.com
Telephone: (601) 923-0788
Facsimile: (601) 922-2968

and

Nancy Ribaudo, Texas Bar I.D. 24026066
Katherine Hopkins, Texas Bar I.D. 24070737
Joseph Austin, Texas Bar I.D. 24101470
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
nancy.ribaudo@kellyhart.com
katherine.hopkins@kellyhart.com
joseph.austin@kellyhart.com
Telephone: (817) 878-9377
Facsimile: (817) 878-9280

*Counsel to Dawn Ragan, Chapter 11 Trustee for Hugoton Operating Company, Inc. and El Dorado Gas & Oil, Inc.*

and

Patrick A. Sheehan
Sheehan & Ramsey, PLLC
429 Porter Avenue
Ocean Springs, MS  39564
228-875-0572/fax:  228-875-0895
Pat@sheehanramsey.com

*Counsel for Bluestone Natural Resources II-South Texas, LLC and World Aircraft, Inc.*