John W. Hardin and Melissa Hardin
273 County Road 536
Sinton, TX 78387

John W. Hardin and Melissa Hardin
Route 1 Box 186 D-5
Sinton, Texas  78387

Swift Energy Operating, LLC
16825 Northchase Drive, Suite 400
Houston, TX 77060
Attn: Richard D. Kimberlin

Viersen Oil & Gas Co.
Tower I, Suite 200
7130 S. Lewis Avenue
Tulsa, OK 74136
Attn: Chris R. Thompson

Gas Producing Enterprises, Inc.
Five Greenway Plaza East
Houston, TX 77046

Coastal Oil & Gas Corporation
Coastal Tower
Nine Greenway Plaza
Houston, TX 77046

Texas Trust Company
Attn: Judy Jaffe Barnes
243 Central Park
San Antonio, TX 78216

CHARLES ASHBY PENN
1404 BROOKWOOD DRIVE
REIDSVILLE, NC
27320-5204

STORM ASSOCIATES PARTNERSHIP
WM W STORM II RICHARD R STORM
5950 Fairview Rd Ste 404
CHARLOTTE, NC 28210-2103

LEO O QUINTANILLA
950 Isom Rd
Suite 104
SAN ANTONIO, TX 78216-4176

GEOFFREY A BROWN
8685 Lockwood Rd
Breinigsville, PA 18301-1293

WILLIAM M SUTHERLAND
4633 W Lane Ave
GLENDALE, AZ 85301-1642

BALTAZAR MARTINEZ
TEXAS COMPTROLLER
Unclaimed Property Division, PO Box 12019
Austin, TX 78711-2019

CLEMENTE MARTINEZ SANTOS
TEXAS COMPTROLLER
Unclaimed Property Division, PO Box 12019
Austin, TX 78711-2019

RICARDO HUGO VILLARREAL
TEXAS COMPTROLLER
Unclaimed Property Division, PO Box 12019
Austin, TX 78711-2019