**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 23-51715-JAW** |
| | § | |
| **El Dorado Gas & Oil, Inc., et al.,**[1] | § | **Chapter 11** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |
| | § | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2024, I caused to be served a true and correct copy of the following:

- *Order (A) Establishing Bidding Procedures for the Sale of Certain Oil and Gas Assets; (B) Establishing Assumption and Assignment Procedures; (C) Approving Stalking Horse Designation Procedures and Protections; (D) Scheduling Auction and Sale Hearing; (E) Approving Form and Manner of Notice of All Procedures, Protections and Notices; and (F) Granting Certain Related Relief* [Dkt. # 737];

- *Notice of Proposed Sale, Bidding Procedures, Auction, and Sale Hearing* [Dkt. #749]; and

- *Notice of Executory Contracts and Unexpired Leases That May Be Assumed and Assigned in Connection with the Sale of the Debtors' Assets and the Proposed Cure Amounts with Respect Thereto* [Dkt. ## 751, 751-1].

via ECF notification, where available, and via First Class Mail upon all parties on the attached service lists.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: El Dorado Gas & Oil, Inc. (4581) and Hugoton Operating Company, Inc. (3245).

Dated: September 10, 2024

Respectfully submitted,

*/s/ R. Michael Bolen*
R. Michael Bolen (MSB No. 3615)
HOOD & BOLEN, PLLC
3770 Highway 80 West
Jackson, Mississippi 39209
rmb@hoodbolen.com
Telephone: (601) 923-0788
Facsimile: (601) 922-2968

*Counsel to Dawn Ragan, Chapter 11 Trustee for Hugoton Operating Company, Inc. and El Dorado Gas & Oil, Inc.*

and

Nancy Ribaudo, Texas Bar I.D. 24026066
Katherine Hopkins, Texas Bar I.D. 24070737
Joseph Austin, Texas Bar I.D. 24101470
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
nancy.ribaudo@kellyhart.com
katherine.hopkins@kellyhart.com
joseph.austin@kellyhart.com
Telephone: (817) 878-9377
Facsimile: (817) 878-9280

*Counsel to Dawn Ragan, Chapter 11 Trustee for Hugoton Operating Company, Inc. and El Dorado Gas & Oil, Inc. and Bluestone Natural Resources II-South Texas, LLC and World Aircraft, Inc.*

and

Patrick A. Sheehan
Sheehan & Ramsey, PLLC
429 Porter Avenue
Ocean Springs, MS  39564
228-875-0572/fax:  228-875-0895
Pat@sheehanramsey.com

*Counsel for Bluestone Natural Resources II-South Texas, LLC and World Aircraft, Inc.*