American Patriot Oil & Gas
Nicholas Melosi
801 Main Street 128
Highland Hills, IL  62249

Arete Exploration LLC
Joe Pawelek
24631 Arrow Cyn
San Antonio, TX  78258

Bandera Energy Partners LLC
Frank Bracken III
2912 W 6th St Ste LL100
Fort Worth, TX  76107

Baytree Energy
Aaron Ortega
5155 Del Roy Dr
Dallas, TX  75229

Belgrade Oil & Gas LLC
Brent Bechtol
3100 Edloe Ste 270
Houston, TX  77027

BlackBrush Oil & Gas LP
Kevin Delapp
19026 Ridgewood Pkwy Ste 220
San Antonio, TX  78259

Bordertown Energy Resources
William Deupree
3708 E 29th St Unit 143
Bryan, TX  77802-3901

CCC Capital
Chris Carter
804 Colquitt Street
Houston, TX  77006

Chappy Energy LLC
Hal Chappelle
31 Hammock Dunes Pl
Spring, TX  77389

Cibolo Energy Partners LLC
Marshall Soper
1455 West Loop South Ste 230
Houston, TX  77027

Cimarron Engineering LLC
Jimmy Geryk
PO Box 1536
Kingsville, TX  78363

CitiEnergy LLC
Dan Forsberg
PO Box 39599
Greensboro, NC  27408

Contrast Energy LLC
John Redmond
1437 South Boulder Ste 700
Tulsa, OK  74119

Cypress Run Energy LLC
Matt Koehler
322 W Sunset Rd Ste 100
San Antonio, TX  78209

Digital Operating Company
Fred Soliz
1504 Rothwell St
Houston, TX  77002

Endeavor Natural Gas LP
Bud Foster
1201 Louisiana Ste 3350
Houston, TX  77002

Express Pressure Pumping LLC
Ronnie King
19720 Us Hwy 281 South
San Antonio, TX  78221

Flat Top Properties LLC
Matthew Walters
5498 Cypress Ct
Midland, TX  79707

Flint Oak Energy
Tom Campbell
21123 Eva St Ste 200
Montgomery, TX  77356

Fort Exploration LLC
Rodney Lawrence
3700 W 7th
Fort Worth, TX  76107

Fowler Oil & Gas
Philip Anthony
4205 Sarita Dr
Fort Worth, TX  76109

Fulcrum Energy Capital
Conor Hess
240 St Paul St Ste 502
Denver, CO  80206

Gray Street Partners
Virginia Light
4515 San Pedro Ave
San Antonio, TX  78212

Grayrock Energy III LLC
Brady Wilton
2121 S Columbia Ave
Tulsa, OK  74114

Green River Development
Larrez Green
PO Box 93531
Southlake, TX  76092

Greenleaf Investments LLC
Joseph Nicknish
3610 Abbeywood Dr
Pearland, TX  77584

GTG Operating LLC
Jace Foster
726 Donald Preston Dr
Wolfforth, TX  79382

Harvest Petroleum Inc
Bob Harvey
2770 Main St Ste 270
Frisco, TX  75033

Headwaters Energy Partners
Robert Clarke
100 Commons Rd 11
Dripping Springs, TX  78620

Hilcorp Energy Co
Rene McKale
1111 Travis St
Houston, TX  77002

Hound Resources LLC
Jon Ptashnik
440 N Main
Romeo, MI  48065

Huntington Oil & Gas LLC
Corey McKeon
1700 West Loop South Ste 450
Houston, TX  77055

JP Oil Co LLC
Ernest Seneca
PO Box 52584
Lafayette, LA  70505

KEM Energy Inc
Frank Fan
12651 Briar Forest Dr Ste 151A
Houston, TX  77077

Killam Oil Co Ltd
Graham Smith
PO Box 499
Laredo, TX  78042

Kimmeridge Texas Gas LLC
Tanner Sykes
840 W Sam Houston Pkwy N Ste 400
Houston, TX  77024

Lakeshore Resources LLC
Wesley Ketcham
1 West Monroe Street
Chicago, IL  60603

Law Office Of Ethan Mcmillan
Ethan Mcmillan
12900 Us Hwy 84 E
Joaquin, TX  75954

Lifeview Petroleum
Harold Nikipelo
Box 1808, 644058 HWY 2
Athabasca, AB  T9S 2B5

Loudon Exploration
Eddie Loudon
5646 Milton St Ste 550
Dallas, TX  75206

LP Operating
Tim Philpot
115 Oak Park Dr
Boerne, TX  78006

Mariner Operating Company
Adrian Don
115 Greystone Point
Boerne, TX  78006

Martineau Petroleum Inc
John Drake
4625 Greenville Ave Ste 205
Dallas, TX  75206

Overton Energy
Carter Overton
4265 San Felipe St Ste 1040
Houston, TX  77027

OWN Resources
Ed Schneider
305 S Ridge St Ste 6279
Breckenridge, CO  80424

OWS Acquisition Co LLC
Sid Sinha
1037 Lawnridge St NE
Bolivar, OH  44612

Pass Creek Resources LLC
Steve Person
200 N Loraine
Midland, TX  79701

Pedernales Petroleum LLC
David Grevelle
801 Travis St Ste 2150
Houston, TX  77002

Perdido Energy LLC
Glenn Carpenter
400 E Kaliste Saloom Rd Ste 2600
Lafayette, LA  70508

Petro Peak Operating LLC
Travis Everson
20475 State Hwy 249 Ste 300
Houston, TX  77070

PetroVybe
Blaine Yeary
3300 Dallas Pkwy Ste 200
Plano, TX  75093

Pine Wave Energy Partners
Nathan Zimmerman
3880 Hulen St Ste 500
Fort Worth, TX  76107

Remora Oil & Gas LLC
Robert Frazier
10857 Kuykendahl Rd Ste 220
The Woodlands, TX  77382

Resource Oil and Gas LLC
Justin Hurd
701 Cedar Lake Blvd Ste 210
Oklahoma City, TX  73114

Reverence Operating LLC
Chris Irle
PO Box 14538
Odessa, TX  79768

Right Tail Resources LLC
Tim Bozeman
7116 CR 526
Mansfield, TX  76063

RTI
Gene Sweeney
14550 Torrey Chase Blvd
Houston, TX  77014

Saber Oil and Gas Ventures LLC
Doug Keathley
1031 Andrews Highway Ste 310
Midland, TX  79701

Sandel Operating Company
Jake Young
1027 I-45 Ste 1
Huntsville, TX  77340

Signal LLC
Stan Martin
242 Market St
Flowood, MS  39232

Smith Production Inc
Douglas Jones
8708 Technology Forest Pl Ste 150
The Woodlands, TX  77381

Spirit Oil & Gas
Todd Guest
477 Highway 1085
Houston, TX  77024

STS Petroleum LLC
Ervin Polasek
939 Knotty Elmwood Tr
Houston, TX  77062

Sue-Ann Operating LC
Dustin Morrow
PO Box 3910
Victoria, TX  77903

Surge Solutions
Robert Fortenberry
750 Battery St Fl 7
San Francisco, CA  94111

Tallahassee Exploration Inc
Guz Zafar
910, 401 - 9th Avenue SW
Calgary, AB  T2P 3C5

Tobinsnet Oil & Gas Ltd
Temple Tobins
5900 Balcones Dr Ste 100
Austin, TX  78731

Trek Resources Inc
Chris George
1020 E Levee St Ste 130
Dallas, TX  75207

Trinity Oaks Oil & Gas
Tom Kelly
110 Trinity Oaks Cir
Spring, TX  77381

TSAR Energy LLC
Richard Cheatham
25 Highland Park VLG 100-551
Dallas, TX  75205

US Energy LLC
Brant Goble
801 International Pkwy Ste 550 - 121
Flower Mound, TX  75022

USR Energy Ventures LLC
David LaPrade
2 Riverway Ste 1710
Houston, TX  77056

VCP Michigan LLC
Tim Howard
720 S Otsego Ave
Gaylord, MI  49735

Vendera Resources
Collin Lensing
5949 Sherry Ln Ste 1600
Dallas, TX  75225

Ventex Oil & Gas Inc
Colton Shaw
400 N Saint Paul St Ste 800
Dallas, TX  75201

Veracity Oilfield Services
Erasmo Herrera
3619 Paesanos Pkwy
San Antonio, TX  78231

Xstrata Land & Exploration Co
Clint Harwell
2127 Moss Creek Ste B
The Woodlands, TX  77304