**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**


In re:  El Dorado Gas & Oil, Inc.[1]                              Case no.  23-51715-JAW

                                                                 Chapter 11

          Debtor

**CERTIFICATE OF SERVICE**

     I, R. Michael Bolen, do hereby certify that on November 1, 2024, I caused to be served by electronic mail, electronic filing transmission, hand delivery or mailed by first class mail, postage prepaid, a true and correct copy of the motion [Dkt. # 909] to approve bid procedures for sale of oil and gas assets and seeking other relief, etc., free and clear of liens, claims and encumbrances by auction to the parties on the attached list and those on the CM/ECF mailing system on this the 1st day of November, 2024.

*/s/ R. Michael Bolen*
R. Michael Bolen
MSB # 3615
HOOD & BOLEN, PLLC
ATTORNEYS AT LAW
3770 HWY. 80 WEST
JACKSON, MISSISSIPPI 39209
(601)923-0788
rmb@hoodbolen.com

Nancy Ribaudo, Texas Bar I.D. 24026066
(*pro hac vice* admission)
Katherine Hopkins, Texas Bar I.D. 24070737
(*pro hac vice* admission)
Joseph Austin, Texas Bar I.D. 24101470
(*pro hac vice* admission)
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
nancy.ribaudo@gmail.com
katherine.hopkins@kellyhart.com
joseph.austin@kellyhart.com
Telephone (817) 878-9377
Facsimile (817) 878-9280

---

[1]  The Debtors in this jointly administered chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: El Dorado Gas & Oil, Inc. (4581); Hugoton Operating Company, Inc. (3245); Bluestone Natural Resources II - South Texas, LLC (4581); and World Aircraft, Inc. (4581).

*Counsel to Dawn Ragan,*
*Chapter 11 Trustee*

and

*/s/ Patrick A. Sheehan*
Patrick A. Sheehan
Sheehan & Ramsey, PLLC
429 Porter Avenue
Ocean Springs, MS  39564
228-875-0572/fax:  228-875-0895
pat@sheehanramsey.com

*Counsel for Bluestone Natural Resources II-South*
*Texas, LLC and World Aircraft, Inc.*