# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI


In re:  El Dorado Gas & Oil, Inc.[1]                    Case no.  23-51715-JAW

                                                        Chapter 11

      Debtor

## CERTIFICATE OF SERVICE

      I, R. Michael Bolen, do hereby certify that I caused to be served by electronic mail, electronic filing transmission, hand delivery or mailed by first class mail, postage prepaid, a true and correct copy of the notices [Dkt. #s 956, 957 and 958] of various matters specified therein to the parties on the attached lists and to those on the CM/ECF mailing system on the dates specified therein.

                    */s/ R. Michael Bolen*
                    R. Michael Bolen
                    MSB # 3615
                    HOOD & BOLEN, PLLC
                    ATTORNEYS AT LAW
                    3770 HWY. 80 WEST
                    JACKSON, MISSISSIPPI 39209
                    (601)923-0788
                    rmb@hoodbolen.com

                    Nancy Ribaudo, Texas Bar I.D. 24026066
                    (*pro hac vice* admission)
                    Katherine Hopkins, Texas Bar I.D. 24070737
                    (*pro hac vice* admission)
                    Joseph Austin, Texas Bar I.D. 24101470
                    (*pro hac vice* admission)
                    KELLY HART & HALLMAN LLP
                    201 Main Street, Suite 2500
                    Fort Worth, Texas 76102
                    nancy.ribaudo@gmail.com
                    katherine.hopkins@kellyhart.com
                    joseph.austin@kellyhart.com
                    Telephone (817) 878-9377
                    Facsimile (817) 878-9280

---

[1]  The Debtors in this jointly administered chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: El Dorado Gas & Oil, Inc. (4581); Hugoton Operating Company, Inc. (3245); Bluestone Natural Resources II - South Texas, LLC (4581); and World Aircraft, Inc. (4581).

*Counsel to Dawn Ragan,*
*Chapter 11 Trustee*

and

*/s/ Patrick A. Sheehan*
Patrick A. Sheehan
Sheehan & Ramsey, PLLC
429 Porter Avenue
Ocean Springs, MS  39564
228-875-0572/fax:  228-875-0895
pat@sheehanramsey.com

*Counsel for Bluestone Natural Resources II-South*
*Texas, LLC and World Aircraft, Inc.*