# FCM 178-1 SERVED 11/29/2024

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Adreac, Inc. | | 260 East Beaver Creek Road | Suite 304 | Attn Jerry Van | Richmond Hill | ON | 64B 3M3 | Canada |
| Amax Oil & Gas Inc. | | 1300 W. Sam Houston Parkway South | P.O. Box 42806 | Attn Lloyd L. Parks, President | Houston | TX | 77042-2806 | |
| Aransas Resources, L.P. | | 15021 Katy Freeway | Suite 400 | Attn F. David Murrell | Houston | TX | 77094 | |
| Archrock Partners Operating LLC | Newman & Newman | 587 Highland Colony Pkwy | Attn J. Walter Newman IV, Esq. | | Ridgeland | MS | 39157 | |
| Archrock Partners Operating LLC | | 9807 Katy Frwy. Suite 100 | Attn Sales Support | | Houston | TX | 77024 | |
| Argo Oil Corporation | Florence Ismay Trust - Frost National Bank TTEE | P.O Box 1600 | Trust O&G Dept. | | San Antonio | TX | 78296-1600 | |
| Argo Oil Corporation | | Milam Building | 115 E Travis St | | San Antonio | TX | 78205 | |
| Bergstein Oil & Gas Partnership | | 11464 Lippelman Rd. | Suite 200 | | Cincinnati | OH | 45246 | |
| Bert S. Pincoline as Trustee | c/o Raymond C. Avansino, Jr. | 8th Floor, First Interstate Building | One East First Street | | Reno | NV | 89501 | |
| BPL Exploration, Ltd. | | 1614 San Pedro | Suite 610 | | San Antonio | TX | 78232 | |
| Brazos Resources, Inc. | | 900 Southwest Parkway East | Ste. 200 | Attn Ron Carter | College Station | TX | 77840 | |
| BWAB JV 81-83 | | 40 DTC West | 7935 East Prentice Avenue | Attn Bill Mills | Englewood | CO | 80111 | |
| C. V. Lyman Estate | | P.O. Box 3726 | Attn Sam McDuffy | | Midland | TX | 79702 | |
| Cabot Oil & Cag Corp. | | 840 Gessner Rd | Suite 1400 | | Houston | TX | 77024 | |
| Cabot Oil & Gas Corporation | | 1200 Enclave Parkway | | | Houston | TX | 77077-1607 | |
| Cabot Oil & Gas Corporation | | 3 Northpoint Dr. | Suite 200 | | Houston | TX | 77060 | |
| Cabot Oil & Gas Corporation | | 840 Gessner Rd. | Suite 1400 | | Houston | TX | 77024 | |
| Cabrito Ltd. | | P.O. Box 2237 | | | Midland | TX | 79702 | |
| Calpine Corporation | | 1000 Louisiana | Suite 800 | Attn J. Cathy Pierce, Director, Land Acquisitions | Houston | TX | 77002 | |
| Calpine Corporation | | 1000 Louisiana | Suite 800 | | Houston | TX | 77002 | |
| Casa Energy, Inc. (ICA Energy, Inc. - successor to Casa Energy, Inc.) | | P.O. Drawer 11023 | Attn Mr. Alan Byars | | Midland | TX | 79702 | |
| Champlin Petroleum Company | Clayton Williams - Energy Inc. | 6 Desta Dr., Ste. 3000 | | | Midland | TX | 79705 | |
| Champlin Petroleum Company | | Four Allen Center | 1400 Smith Street, Suite 1500 | Attn Ken Jones | Houston | TX | 77002 | |
| Champlin Petroleum Company | | Four Allen Center | 1400 Smith Street | Suite 1500 | Houston | TX | 77002 | |
| CherCo, LLC | Alan Smith, Esq. | 100 Vision Dr., #400 | | | Jackson | MS | 39211 | |
| CherCo, LLC | | 2900 North Loop West | Suite 830 | | Houston | TX | 77092 | |
| Chevron U.S. A Production Company | | P.O. Box 36366 | Attn Mark R. Lange | | Houston | TX | 77236 | |
| Chevron U.S.A. Inc. | Clayton Williams - Energy Inc. | 6 Desta Dr., Ste. 3000 | | | Midland | TX | 79705 | |
| Chevron U.S.A. Inc. | | 1400 Smith Street | | | Houston | TX | 77002 | |
| Chevron U.S.A. Inc. (successor in interest to Tana Oil & Gas Corporation | | 11111S. Wilcrest Drive | | | Houston | TX | 77099 | |
| Chevron U.S.A. Production Company | | P.O. Box 36366 | Atten O.F. Baldwin, II, Division Land Mgr | | Houston | TX | 77236-6366 | |
| Chevron U.S.A. Production Company | | P.O Box 36366 | | | Houston | TX | 77236-8366 | |
| Clayton W. Williams, Jr. | | 500 N. Loop 1605 East | Attn John H. Sowell III | | San Antonio | TX | 78232 | |
| Clayton W. Williams, Jr. | | 8808 Broadway | | | San Antonio | TX | 78217 | |
| Clayton Williams Partnership, Ltd | | Six Desta Drive | Suite 3000 | | Midland | TX | 79705 | |
| Clayton Williams Partnership, Ltd. | Clayton Williams - Energy Inc. | 6 Desta Dr., Ste. 3000 | | | Midland | TX | 79705 | |
| Cleroy, Inc. | | P.O. Box 3405 | | | Tulsa | OK | 74101-3405 | |
| Coastal Oil & Gas Corporation | | 500 MBank Center North | P.O. Box 521 | Attn District Land Manager | Corpus Christi | TX | 78403 | |
| Commissioner of the General Land Office on behalf of State of TX | | P.O. Box 12873 | | | Austin | TX | 78711 | |
| Cynthia Courtney Siegel | | P.O. Box 100903 | | | Fort Worth | TX | 76185 | |
| David B. McNitt | David R. McNitt | 51246 Shady Lane | | | Elkhart | IN | 46514-6063 | |
| David B. McNitt | | 1806 Grant Street | | | Elkhart | IN | 46514 | |
| Deitch Stewart Co. Inc | | 512 Mayo Bldg. | | | Tulsa | OK | 74103 | |
| Donald B. Stott | Wagner Stott & Company | 20 Broad Street | | | New York | NY | 10005 | |
| Dynamic Production, Inc. | | 2810 Glenda Avenue | Attn John D. Harvison, Vice President | | Fort Worth | TX | 76117 | |
| Dynamic Production, Inc. | | 2810 Glenda Avenue | | | Fort Worth | TX | 76117 | |
| E. L. Wiegand Estate | c/o Raymond C. Avansino, Jr. | 8th Floor, First Interstate Building | One East First Street | | Reno | NV | 89501 | |
| Elizabeth M. Brown Trust B | Q.P. Courtney III, Trustee | P.O. Box 3465 | | | Midland | TX | 79702 | |
| Enron Oil & Gas Company | | 539 N. Carancahua | Ste. 1000 | Attn Land Manager | Corpus Christi | TX | 78401 | |
| Enron Oil & Gas Company | | 539 N. Carancahua | Ste. 900 | | Corpus Christi | TX | 78401 | |
| Enron Oil & Gas Company | | 1200 First City Tower II | | | Corpus Christi | TX | 78478-0601 | |
| Enron Oil & Gas Company | | First City Tower II | Suite 1200 | Attn Mr. John Newman | Corpus Christi | TX | 78478 | |
| Enron Oil & Gas Company | | First City Tower II | Suite 1200 | | Corpus Christi | TX | 78478-0601 | |
| Enron Oil & Gas Company | | P.O. Box 1188 | Attn Land Administration Supervisor | | Houston | TX | 77251-1188 | |
| Enron Oil & Gas Company | | P.O. Box 1188 | | | Houston | TX | 77251-1188 | |
| Enron Oil & Gas Company (EOG) | | 421 W. 3rd St. | Ste. 300 | | Fort Worth | TX | 76102 | |
| Enron Oil & Gas Company (EOG) | | 539 N. Carancahua | Ste. 1000 | | Corpus Christi | TX | 78401 | |
| EOG Resources | | 421 W. 3rd St. | Ste. 300 | | Fort Worth | TX | 76102 | |
| EOG Resources | | 539 N. Carancahua | Ste. 800 | Attn Mr. Randall L. Davis | Corpus Christi | TX | 78401 | |
| EOG Resources, Inc. | | 539 N. Carancahua | Ste. 1000 | Attn Division Land Manager | Corpus Christi | TX | 78401 | |
| EOG Resources, Inc. | | 539 N. Carancahua | Ste. 800 | Attn Brad C. Blackwood, Land Manager | Corpus Christi | TX | 78401 | |
| EOG Resources, Inc. | | 539 N. Carancahua | Ste. 800 | | Corpus Christi | TX | 78401 | |
| EOG Resources, Inc. | | 539 N. Carancahua | Ste. 900 | Attn Division Land Manager | Corpus Christi | TX | 78401-0908 | |
| EOG Resources, Inc. | | 539 N. Carancahua | Ste. 900 | | Corpus Christi | TX | 78401-0908 | |
| EOG Resources, Inc. | | 539 N. Carancahua | Ste. 900 | | Corpus Christi | TX | 78478-0028 | |
| EOG Resources, Inc. | | 539 Carancahua | Suite 900 | Attn Land Manager | Corpus Christi | TX | 78401-2459 | |
| Esenjay Petroleum Corporation | | 4849 Greenville Ave. | Ste. 715 | Attn D.W. Josey | Dallas | TX | 75206 | |
| EXLP Operating LLC | | 16666 Northchase Dr. | Attn Compression Products and Services | | Houston | TX | 77060 | |
| Exxon Mobil Corporation | ExxonMobil Production Company | 396 West Greens Road (77067) | P.O. Box 4610 | Attn Land Supervisor | Houston | TX | 77210-4610 | |
| Exxon Mobil Corporation | | P.O. Box 4610 | Attn Land Supervisor-Central | | Houston | TX | 77210 | |
| Florence Edrington Ismay | Florence Ismay Trust - Frost National Bank TTEE | P.O Box 1600 | Trust O&G Dept. | | San Antonio | TX | 78296-1600 | |
| Flournoy Production Company | | 1907 East Main Street | P.O. Box 491 | Attn Byron Fields | Alice | TX | 78333 | |
| Four Seasons Exploration Company, LLC | | 14080 U.S. Highway 90 West | | | San Antonio | TX | 78245 | |
| Four Seasons Exploration Company, LLC | | P.O. Box 2366 | | | Borne | TX | 78006 | |
| Frederick R. Keydel | | 157 Kenwood Road | | | Grosse Pointe | MI | 48236 | |
| George L. Schultz | | 30 Rockefeller Plaza | Room 3310 | | New York | NY | 10020 | |
| George L. Schultz | | 697 Route 6 | | | Clifton | NJ | 07015 | |
| Gordon D. Stock | Gordon J. Stock | 2100 Wood St. | | | Elkhart | IN | 46546-4610 | |
| Gordon D. Stock | | P.O. Box 1802 | | | Elkhart | IN | 46514 | |

| Name | c/o / Trust | Address 1 | Address 2 | Attn | City | State | Zip |
|---|---|---|---|---|---|---|---|
| GP Gas Supply Pool No. 2, LLC, by Public Gas Partners, Inc., Its Sole Member | | 104 Town Park Drive | | Attn Susan G. Reeves | Kennesaw | GA | 30144 |
| Great Texas Compression LLC | | 18615 Tuscany Stone | Suite 390 | | San Antonio | TX | 78258 |
| GS Oil & Gas Co. | | Allied Bank Plaza | Suite 2205 | 1000 Louisiana Street | Houston | TX | 77002 |
| Guaranty Petroleum Corporation | c/o Lawrence Hoover | 910 Guaranty Plaza Blvd. | | | Corpus Christi | TX | 78475 |
| Gulf Energy Producing Company | | P.O. Box 17439 | | | San Antonio | TX | 78217 |
| Gulf Energy Producing Company | | P.O. Box 32999 | | | San Antonio | TX | 78216 |
| Hampton Resources Corporation | | 1100 Louisiana | Suite 2950 | Attn Brad Nichol | Houston | TX | 77002-5216 |
| HarCor Energy, Inc. | | Five Post Oak Park Suite 2220 | | | Houston | TX | 77027-3413 |
| Hazel Edrington | Florence Ismay Trust - Frost National Bank TTEE | P.O Box 1600 | | Trust O&G Dept. | San Antonio | TX | 78296-1600 |
| Henry Clay Edrington | Florence Ismay Trust - Frost National Bank TTEE | P.O Box 1600 | | Trust O&G Dept. | San Antonio | TX | 78296-1600 |
| Henry W. Breyer III | Henry W. Breyer III Trust | P.O. Box 3308 | | | Palm Beach | FL | 33480-1508 |
| Highland Oil Company | | 1201 San Jacinto Building | | | Houston | TX | 77002-6919 |
| Hurd Enterprises, Ltd. | | 7373 Broadway | Suite 200 | Attn Patricia Houston | San Antonio | TX | 78209 |
| J. R. McGinley | J R McGinley Jr Rev Trust | P.O. Box 769 | | | Tulsa | OK | 74101-0769 |
| J. R. McGinley | | P.O. Box 3405 | | | Tulsa | OK | 74101-3405 |
| Jack and Wilma Stivers | Jack C Stivers Family Trust | 2392 FM 3003 | | | Graham | TX | 76450 |
| James M. Alexander | | P.O. Box 58 | | | Abilene | TX | 79604 |
| Jedi Hydrocarbon Investments II Limited Partnership | | P.O. Box 4428 | 1400 Smith Street | Atten Mr. Allen White | Houston | TX | 77002-7361 |
| Joe E. Allen | | 10100 Reunion Place | Ste. 710 | | San Antonio | TX | 78216 |
| John L. Whele | | P.O. Box 250 | Attn Sam Gay | | Reno | NV | 89504 |
| John Muir Kipp, Trustee | c/o David A. Rogers | Rogers, Fitzhugh, & Weatherly | N. Mesa | | El Paso | TX | |
| Jones Ranch Minerals Unproven, Ltd. | | 500 North Shoreline Drive | Suite 700 | Attn George E. Tanner | Corpus Christi | TX | 78401-0326 |
| Jonnell Gas Company | | P.O. Box 964 | | | Dallas | TX | |
| KAB Acquisitions L.L.L.P. - VIII | | 410 17th Street | Ste. 1151 | | Denver | CO | 80202 |
| Kerr-McGee Oil & Gas Onshore LP | Kerr-McGee Corporation | P.O. Box 730875 | | | Dallas | TX | 75373-0875 |
| Kerr-McGee Oil & Gas Onshore LP | | 16666 Northchase Drive | | Attn Laurie McNamara | Houston | TX | 77060-6014 |
| Killam Oil Co., Ltd. by Killam Management, L.C. Its General Partner | | 4320 University Blvd. | | Attn Stephen Marshall | Laredo | TX | 78042 |
| Killam Oil Co., Ltd. by Killam Management, L.C. Its General Partner | | P.O. Box 499 | | Attn Land Manager | Laredo | TX | 78042-0499 |
| Lanroy, Inc. | | P.O. Box 3403 | | | Tulsa | OK | 74101-3403 |
| Linda D .Schibi, Trustee | | P.O. Box 72641 | | | Corpus Christi | TX | 78472 |
| Louis C. Brock | | 12595 Durbin Drive | | | St. Louis | MO | 63141 |
| Louis C. Brock | | 231 Fox Hill Rd. | | | St. Charles | MO | 63301 |
| Lucien Flournoy | | 1907 East Main Street | P.O. Box 491 | | Alice | TX | 78333 |
| Mestena Operating, L.L.C. | | 500 North Shoreline Drive | Suite 700 | Attn George E. Tanner | Corpus Christi | TX | 78401-0326 |
| Mestena Proven, Ltd. | | 500 North Shoreline Drive | Suite 700 | Attn George E. Tanner | Corpus Christi | TX | 78401-0326 |
| Mestena Unproven, Ltd. | | 500 North Shoreline Drive | Suite 700 | Attn George E. Tanner | Corpus Christi | TX | 78401-0326 |
| Mestena, Inc. | | 500 North Shoreline Blvd | Suite 700 | Atten George E. Tanner | Corpus Christi | TX | 78471-0326 |
| Mobil Producing TX & NM, Inc. | Bank of America | P.O. Box 841065 | | | Dallas | TX | 75284-1065 |
| Mobil Producing TX & NM, Inc. | | Nine Greenway Plaza | Suite 2700 | Attn H. C. Patton | Houston | TX | 77046 |
| Modano Oil & Gas, L.P. | | 301 Commerce St. | Suite 1830 | | Ft .Worth | TX | 76102 |
| Mustang Oil & Gas Corporation | | 10,000 IH-10 West | Suite 200 | | San Antonio | TX | 78230-2242 |
| Myrl W. Deitch, Jr. | | 53132 Country Road 13 | P.O. Box 2298 | | Elkhart | IN | 46515 |
| Natural Reserves Group, Inc. | | 4544 Post Oak Place | Suite 364 | Attn Bert F. Scales, Presdient | Houston | TX | 77027 |
| Natural Reserves Group, Inc. | | Five Post Oak Park | #330 | | Houston | TX | 77027 |
| Olive Edrington Pillsbury, Executrix of Estate of Frances Justine Edrington, Deceased | Florence Ismay Trust - Frost National Bank TTEE | P.O Box 1600 | | Trust O&G Dept. | San Antonio | TX | 78296-1600 |
| P. A. McGinley | | P.O. Box 762 | 455 St. Paul Street | | Rochester | NY | 14601 |
| Paladar Investments I, LLC | | 7500 San Felipe | Suite 600 | Attn Mark R. Lange | Houston | TX | 77063 |
| Paladar Investments I, LLC | | 7500 San Felipe | Suite 600 | | Houston | TX | 77063 |
| PGP Gas Supply Pool No. 2, LLC | | 104 Town Park Drive | | Attn Susan G. Reeves | Kennesaw | GA | 30144 |
| PGP Gas Supply Pool No. 2, LLC, by Public Gas Partners, Inc., Its Sole Member | | 104 Town Park Drive | | Attn Susan G. Reeves | Kennesaw | GA | 30144 |
| Phillips Petroleum Company | | P.O. Box 1967 | | Attn Mr. Carver Richards, Land Dept. | Houston | TX | 77251-1967 |
| Pine Island Oil Corporation | | 4849 Greenville Ave. | Ste. 600 | Attn W. E. Walker, Jr. | Dallas | TX | 75206-4124 |
| Q.P. Courtney III Trust | c/o Q P Courtney III | P.O. Box 10004 | | | Midland | TX | 79702-0000 |
| Q.P. Courtney III Trust | c/o H.L. Brown, H.L. Brown, Jr. and Mary Jane Johndroe, Trustees | P.O. Box 2237 | | | Midland | TX | 79702 |
| Rachel Lyman | | P.O. Box 3726 | | Attn Sam McDuffy | Midland | TX | 79702 |
| Rancho Oil Company | | P.O. Box 919 | | | Gainesville | TX | 76241-0919 |
| RCWI L.P. | | 1901 N. Central Expressway | Suite 300 | | Richardson | TX | 75080 |
| Ricochet Energy Inc. | | 6999 McPherson Road | Suite 330 | | Laredo | TX | 78041 |
| Ricochet Energy, Inc. | | 16111 Via Shavano | | Attn Land Manager | San Antonio | TX | 78249 |
| Robert E. Richardson | | 3630 Gordon Road | | | Elkhart | IN | 46515 |
| Robert T. Edmundson | | Pin Oak Lane | | | Cos Cob | CT | 06087 |
| Roberta L. Keydel | | c/o Harvey B. Wallace II | 535 Griswold St. | Ste. 1900 | Detroit | MI | 48226-3679 |
| Roberta L. Keydel | F R Keydel Asset Co | 157 Kenwood Road | | | Grosse Pointe | MI | 48236 |
| Sam H. Allen | | 4849 Greenville Ave. | Ste. 1410 | | Dallas | TX | 75206 |
| SEP Holdings I, LLC | | 1111 Bagby | Suite 1600 | | Houston | TX | 77002 |
| SOCO Exploration, L.P. | | 10200 Grogans Mill Rd. | Suite 500 | | The Woodlands | TX | 77380 |
| SOG Partners I, LLC | | 1111 Bagby | Suite 1600 | | Houston | TX | 77002 |
| South Coast Exploration Company | | 10200 Grogans Mill Rd. | Suite 500 | | The Woodlands | TX | 77380 |
| SPG Exploration Corp. | | 100 Northeast Loop 410 | Suite 1400 | Attn David Horn | San Antonio | TX | 78216-4797 |
| Stella E. Penn | Florence Ismay Trust - Frost National Bank TTEE | P.O Box 1600 | | Trust O&G Dept. | San Antonio | TX | 78296-1600 |
| Sun Exploration | | 880 First City Tower II | | | Corpus Christi | TX | 78478 |
| Sun Exploration and Production Company | | P.O. Box 2880 | | | Dallas | TX | 75221-2880 |
| Sun Operating Limited Partnership, c/o Sun Exploration and Production Company Its Managing General Partner | | P.O. Box 2880 | | | Dallas | TX | 75221-2880 |
| Sunray Oil Corporation | Florence Ismay Trust - Frost National Bank TTEE | P.O Box 1600 | | Trust O&G Dept. | San Antonio | TX | 78296-1600 |
| Sunray Oil Corporation | | First National Building | 15 E 5th St | | Tulsa | OK | 74103 |
| Tana Oil & Gas Corp. | | 1200 American Bank Plaza | | | Corpus Christie | TX | 78475 |
| Tana Oil and Gas Corp. | | 1200 American Bank Plaza | | | Corpus Christi | TX | 78475 |
| Tana Oil and Gas Corporation | | 806 Guaranty Plaza | | | Corpus Christi | TX | 78475 |
| Teal Hunter L.P. | Clayton Williams - Energy Inc. | 6 Desta Dr., Ste. 3000 | | | Midland | TX | 79705 |
| Tenneco Oil Company | | P.O. Box 2888 | | Attn Division General Manager | Houston | TX | 77252 |
| Terry Oilfield Services, Inc. | | 2000 Post Oak Blvd | #1550 | | Houston | TX | 77056 |
| Tesoro Exploration and Production Company | | 8700 Tesoro Drive | | | San Antonio | TX | 78217 |
| Tesoro Petroleum Corporation | | 8700 Tesoro Drive | | Attn Mr. Roger Bowden | San Antonio | TX | 78286 |
| Texaco Exploration and Production, Inc. | Chevron Texaco Formerly known as Texaco Exploration and Production, Inc. | 11111 South Willcrest | | | Houston | TX | 77099 |

| Name | | | | | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Texaco Exploration and Production, Inc. | | P.O. Box 60252 | | | New Orleans | LA | 70160 |
| Texas Oil & Gas Corp. | | 1025 Petroleum Tower | | | Corpus Christi | TX | 78474 |
| Texon Energy Corporation | | 1212 Main Street | Suite 1400 | Attn Robert W. Kent | Houston | TX | 77002 |
| The Superior Oil Company | | P.O. Box 4500 | | | The Woodland | TX | 77380 |
| The Wise Oil Company | | 8115 Preston Road | Suite 400 | Attn W.B. Phillips | Dallas | TX | 75225 |
| Toc-Gulf Coast Inc. | | 14340 Torrey Chase Blvd. | P.O. Box 73408 | | Houston | TX | 77273-3408 |
| Tom Brown, Inc. | | P.O. Box 2608 | Attn Jim Chapman | | Midland | TX | 79702 |
| Troy Gas Corporation | c/o Glore Forgan Company | 40 Wall Street | | | New York | NY | 10005 |
| United Petroleum Corporation | | 4849 Greenville Ave. | Ste. 600 | Attn W. E. Walker, Jr. | Dallas | TX | 75206-4124 |
| Vastar Resources, Inc. | Atten Gulf Coast Onshore, District Landman | 15375 Memorial Drive | | | Houston | TX | 77079 |
| William Herbert Hunt Trust Estate | | 3900 Thanksgiving Tower | | | Dallas | TX | 75201 |
| Willis Storm | | Milam Building | 115 E Travis St | | San Antonio | TX | 78205 |
| Wm. E. Scott, Executor of Estate of Olive E. Hearne, Deceased | Florence Ismay Trust - Frost National Bank TTEE | P.O Box 1600 | Trust O&G Dept. | | San Antonio | TX | 78296-1600 |
| Wright E. Cowden | W E Cowden Jr. Ltd. | c/o Doug Buchanan Agent | P.O. Box 80190 | | Midland | TX | 79708 |
| Wright E. Cowden | | P.O. Box 482 | | | Midland | TX | 79702 |