**84 ENERGY SUPP 12-2 FCM 1-0**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 84 Energy LLC | Aaron Shimek | 1902 Winners Circle | | | Richmond | TX | 77406 | |