**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

In re:  El Dorado Gas & Oil, Inc.[1]                                    Case no.  23-51715-JAW
                                                                        Chapter 11

       Debtor

**CERTIFICATE OF SERVICE**

      I, R. Michael Bolen, do hereby certify that on December 20, 2024, I caused to be served by electronic mail, electronic filing transmission, hand delivery, Federal Express or USPS priority mail, postage prepaid, a true and correct copy of the notices of successful bidders [Dkt. #s 1024, 1025, 1026, 1027] by the Kelly Hart Law Firm to the parties on the list attached hereto as exhibit "A"and [Dkt, #s 1026, 1027] by KCC Verita to the parties on the list attached as hereto exhibit "B" as well as those on the CM/ECF mailing system.

Dated this the 3rd day of January, 2025.

                                  */s/ R. Michael Bolen*
                                    R. Michael Bolen
                                    MSB # 3615
                                    HOOD & BOLEN, PLLC
                                    ATTORNEYS AT LAW
                                    3770 HWY. 80 WEST
                                    JACKSON, MISSISSIPPI 39209
                                    (601)923-0788
                                    rmb@hoodbolen.com

                                    *Counsel to Dawn Ragan,*
                                    *Chapter 11 Trustee*

---

[1]  The Debtors in this jointly administered chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: El Dorado Gas & Oil, Inc. (4581); Hugoton Operating Company, Inc. (3245); Bluestone Natural Resources II - South Texas, LLC (4581); and World Aircraft, Inc. (4581).