**El Dorado Gas & Oil**
12/20/24 Mailing
FedEx and USPS Priority

**FEDEX MAIL**

SOCO Exploration, L.P.
10200 Grogans Mill Rd., Suite 500
The Woodlands, TX 77380

Exxon Mobil Corporation
ExxonMobil Production Company
Attn: Land Supervisor
396 West Greens Road (77067)
Houston, TX 77210-4610

Cabot Oil & Gas Corporation
1200 Enclave Parkway
Houston, TX 77077-1607

SEP Holdings I, LLC
1111 Bagby, Suite 1600
Houston, TX 77002

EOG Resources, Inc.
421 W. 3rd St., Ste.___
Fort Worth, TX 76102

Sun Coast Exploration Company
10200 Grogans Mill Road, Suite 500
The Woodlands, TX 77380

SOG Partners I, LLC
1111 Bagby, Suite 1600
Houston, TX 77002

EOG Resources, Inc.
539 Carancahua, Suite 900
Corpus Christi, TX 78401-2459
Attn: Land Manager

Tana Oil and Gas Corp.
1200 American Bank Plaza
Corpus Christi, TX  78475

KAB Acquisitions L.L.L.P. - VIII
410 17th Street, Ste. 1151
Denver, CO 80202

Chevron U.S.A. Inc.
1400 Smith Street
Houston, TX 77002

Sun Exploration
880 First City Tower II
Corpus Christi, TX 78478

Vastar Resources, Inc.
15375 Memorial Drive
Houston, TX 77079
Attn: Gulf Coast Onshore,
District Landman

Cabot Oil & Gas, L.P.
840 Gessner Rd., Suite 1400
Houston, TX 77024

Sun Operating Limited Partnership
c/o Sun Exploration and Production Co.
13155 Noel Road
Dallas, TX 75240-5067

Mestena Proven, Ltd.;
Mestena Unproven Ltd
500 North Shoreline Drive, Suite 700
Corpus Christi, TX 78401-0326
Attn: George E. Tanner

Modano Oil & Gas, L.P.
301 Commerce St. Suite 1830
Fort Worth, Texas 76102

Tana Oil and Gas Corporation
806 Guaranty Plaza
Corpus Christi, TX 78475

Jones Ranch Minerals Unproven, Ltd.
500 North Shoreline Drive, Suite 700
Corpus Christi, TX 78401-0326
Attn: George E. Tanner

RCWI L.P.
1901 N. Central Expressway, Suite 300
Richardson, TX 75080

The Superior Oil Company
806 Guaranty Plaza
Corpus Christi, TX 78475

Aransas Resources, L.P.
15021 Katy Freeway, Suite 400
Houston, TX 77094,
Attn: F. David Murrell

Cabot Oil & Gas Corporation
3 Northpoint Dr., Suite 200
Houston, TX 77060

Tana Oil and Gas Corp.
1200 American Bank Plaza
Corpus Christi, TX 78475

Mestena Inc.; Mestena Operating LLC
500 North Shoreline Drive, Suite 700
Corpus Christi, TX 78401-0326
Attn: George E. Tanner

HarCor Energy, Inc.
Five Post Oak Park Suite 2220
Houston, TX 77027-3413

Champlin Petroleum Company
Four Allen Center
1400 Smith Street, Suite 1500
Houston, TX 77002
Attn: Ken Jones

Texaco Exploration & Production,Inc.
Chevron Texaco F/K/A Texaco Exploration
and Production, Inc.
11111 South Willcrest,
Houston, TX 77099

South Coast Exploration Company
10200 Grogans Mill Rd., Suite 500
The Woodlands, TX 77380

Mobil Producing TX & NM, Inc.
Nine Greenway Plaza, Suite 2700
Houston, TX 77046
Attn: H. C. Patton

Hurd Enterprises, Ltd.
7373 Broadway, Suite 200,
San Antonio, TX 78209,
Attn: Patricia Houston

Adreac, Inc.
260 East Beaver Creek Rd, Suite 304,
Richmond Hill, Ontario,
Canada L4B, 3M3,
Attn: Jerry Van

Clayton W. Williams, Jr.
8808 Broadway
San Antonio, TX 78217

William Herbert Hunt Trust Estate
3900 Thanksgiving Tower,
Dallas, TX 75201

Pine Island Oil Corporation
4849 Greenville Ave., Ste. 600,
Dallas, TX 75206-4124,
Attn: W. E. Walker, Jr.

Clayton Williams Partnership, Ltd.
Clayton Williams - Energy Inc.
6 Desta Dr., Ste. 3000
Midland, TX 79705

Enron Oil & Gas Company
First City Tower II, Suite 1200
Corpus Christi, TX 78478-0601

United Petroleum Corporation
4849 Greenville Ave., Ste. 600,
Dallas, TX 75206-4124,
Attn: W. E. Walker, Jr.

Clayton W. Williams, Jr.
500 N. Loop 1605 East
San Antonio, TX 78232
Attn: John H. Sowell III

Calpine Corporation
1000 Louisiana, Ste. 800
Houston, TX  77002
Attn: J. Cathy Pierce

Hampton Resources Corporation
1100 Louisiana, Suite 2950,
Houston, TX 77002-5216

Chevron U.S.A. Inc.
11111 S. Wilcrest Drive
Houston, TX  77099

Rancho Oil Company
4849 Greenville Ave., Ste. 715,
Dallas, TX 75206,
Attn: D.W. Josey

GP Gas Supply Pool No. 2, LLC,
by Public Gas Partners, Inc.,
104 Town Park Drive,
Kennesaw, GA 30144,
Attn: Susan G. Reeves

EOG Resources, Inc.
Attn: Mr. Randall L. Davis
539 N. Carancahua, Ste. 800
Corpus Christi, TX  78402

Joe E. Allen
10100 Reunion Place, Ste. 710, S
San Antonio, TX 78216

Mustang Oil & Gas Corporation
10,000 IH-10 West, Suite 200,
San Antonio, TX 78230-2242

Enron Oil & Gas Company
421 W. 3rd St., Ste.,
Fort Worth, TX 76102)

Brazos Resources, Inc.
900 Southwest Parkway East, Ste. 200,
College Station, TX 77840,
Attn: Ron Carter

BPL Exploration, Ltd.
1614 San Pedro, Suite 610,
San Antonio, TX 78232

Dynamic Production, Inc.
2810 Glenda Avenue,
Fort Worth, TX 76117,
Attn: John D. Harvison, Vice President

Flournoy Production Company
Lucien Flournoy
1907 East Main Street,
Alice, TX 78333

Ricochet Energy, Inc.
16111 Via Shavano,
San Antonio, TX 78249,
Attn: Land Manager

Natural Reserves Group, Inc.
4544 Post Oak Place, Suite 364,
Houston, TX 77027,
Attn: Bert F. Scales, President

The Wise Oil Company
8115 Preston Road, Suite 400,
Dallas, TX 75225

Terry Oilfield Services, Inc.
2000 Post Oak Blvd., #1550
Houston, TX  77056

Killam Oil Co., Ltd. by Killam
Management, L.C.
4320 University Blvd.,
Laredo, TX 78042,
Attn: Stephen Marshall

Sam H. Allen
4849 Greenville Ave., Ste. 1410,
Dallas, TX 75206

Paladar Investments I, LLC
7500 San Felipe, Suite 600,
Houston, Texas  77063,
Attn: Mark R. Lange

Coastal Oil & Gas Corporation
500 MBank Center North,
Corpus Christi, TX 78403,
Attn: District Land Manager

BWAB JV '81-83
Attn: Bill Mills, 40 DTC West,
7935 East Prentice Ave.
Englewood, CO 80111

Guaranty Petroleum Corp
157 Kenwood Road,
Grosse Pointe, MI 48236

Enron Oil & Gas Company
Attn: Mr. John Newman
4000 N. Big Spring St.
Midland, TX  79705

Louis C. Brock
12595 Durbin Drive,
St. Louis, MO 63141

Great Texas Compression LLC
18615 Tuscany Stone, Suite 390,
San Antonio, TX 78258

Troy Gas Corporation
c/o Glore Forgan Company,
40 Wall Street,
New York, NY 10005

J. R. McGinley
53132 Country Road 13,
Elkhart, IN 46515

Archrock Partners Operating LLC
9807 Katy Frwy. Suite 100,
Houston, TX 77024

Highland Oil Company
1201 San Jacinto Bldg.
Houston, TX 77006

Myrl W. Deitch, Jr
512 Mayo Bldg.,
Tulsa, OK 74103

EXLP Operating LLC
16666 Northchase Dr.,
Houston TX 77060,
Attn: Compression Prod.& Services

GS Oil & Gas Co.
Allied Bank Plaza, Suite 2205,
1000 Louisiana Street,
Houston, TX 77002

P.A. McGinley
165 W. Liberty St., Ste. 200
Reno, NV 89501-1955

Kerr-McGee Oil & Gas Onshore
1201 Lake Robbins Drive, T
The Woodlands, TX 77380,
Attn: Mr. Sam Kirk

Texas Oil & Gas Corp.
1025 Petroleum Tower
Corpus Christi, TX  78474

Miami Oil Producers, Inc.
c/o Davis A. Rogers
Rogers, Fitzhugh
El Paso, TX  79998

DCP Intrastate Network
5718 Westheimer Road, Suite 1900,
Houston, TX 77057
Attn: Revenue Accounting

Tesoro Petroleum Corporation
8700 Tesoro Drive
San Antonio, TX  78286
Attn: Mr. Roger Bowden

Gordon D. Stock
c/o Raymond C. Avansino, Jr.,
8th Floor, First Interstate Building, One East
First Street,
Reno, NV 89501

White Oak Resources VI, LLC
16945 Northchase Drive, Suite 1700,
Houston, TX 77060

SPG Exploration Corp.
100 Northeast Loop 410, Suite 1400
San Antonio, TX  78216-4797

John Muir Kipp
Pin Oak Lane,
Cos Cob, CT 06087

Energy Transfer Company
800 E. Sonterra Blvd, Ste. 400,
San Antonio, TX 78258

Bergstein Oil & Gas Partnership
11464 Lippelman Rd., Suite 200,
Cincinnati, OH 45246

Bert S. Pincoline
c/o Lawrence Hoover,
910 Guaranty Plaza Blvd.,
Corpus Christi, TX 78475

Dorado Drilling, Inc.
1261 Pass Road,
Gulfport, MS 39501

Toc-Gulf Coast Inc.
14340 Torrey Chase Blvd.
Houston, TX 77273-3408

Robert T. Edmundson
157 Kenwood Road,
Grosse Pointe, MI 48236

Enterprise Hydrocarbons LP
1100 Louisiana, Suite 1500,
Houston, TX 77002

PT&E Tex LP
1100 Louisiana, Suite 1000,
Houston, TX 77002

Texla Energy Management, Inc.
1100 Louisiana, Suite 4700,
Houston, TX 77002

Houston Pipe Line Company
Energy Transfer
1300 Main Street,
Houston, TX 77002,
Attn: Houston Accounting

EPGT Tex LP
1001 Louisiana,
Houston, TX 77002

Plains Marketing LP
333 Clay St., Ste. 1600
Houston, TX  77002

Enterprise Products
1100 Louisiana Street, 10th Floor,
Houston, TX 77002,
Attn: Gas Processing Contract
Administration

ValeroTex, L.P.
530 McCullough Avenue,
San Antonio, TX 78292

El Dorado Gas & Oil, Inc.
1261 Pass Road
Gulfport MS  39501

GPL SouthTex Processing CO LP
110 W. 7th Street, Suite 2300,
Tulsa, OK 74119
Attn: Contract Administration

GulfMark Energy, Inc
17 S Briar Hollow Lane,
Houston, TX 77027,
Attn: Shelly D Smith,

Southcross Marketing Company Ltd.
1717 Main Street, Suite 5200,
Dallas, TX 75201
Attn: Contract Administration

John W. Hardin and Melissa Hardin
273 County Road 536
Sinton, TX 78387

Hugoton Operating Company, Inc.
1261 Pass Road,
Gulfport MS 39501,
Attn: Thomas Swarek

Targa Gas Marketing LLC
811 Louisiana, Suite 2100,
Houston, TX 77002-1400

John W. Hardin and Melissa Hardin
Route 1 Box 186 D-5
Sinton, Texas 78387

Hilcorp Energy Company
1111 Travis Street,
Houston, TX 77002,
Attn: East Scheduling

Southcross CCNG Gathering
1700 Pacific Ave. Ste. 2900
Dallas, TX  75201

CherCo, LLC
Chet Erwin, CEO
2900 North Loop West, Ste. 830
Houston, Texas 77092

Kinder Morgan Tejas Pipeline LLC
1001 Louisiana St., Suite 1000,
Houston, TX 77002

Swift Energy Operating, LLC
16825 Northgate Drive, Suite 400,
Houston, TX 77060,
Attn: Energy Marketing

Dore Rothberg Law, P.C.
Attn: Connor Smith
16225 Park Ten Place Dr., Suite 700
Houston, Texas 77084

Copano Processing LLC
1001 Louisiana St., Suite 1000,
Houston, TX 77002
Attn: Pat Dressner

Targa So.Tex Midstream Marketing
110 West 7th St, Suite 2300,
Tulsa, OK 74119
Attn: South Texas Contract Administration

Andrews Valenti, LLC
Attn: Sharon L. Andrews
2086 Old Taylor Road, Suite 1022
Oxford, Mississippi 38655

Bluestone Natural Resources, II, LLC
2100 South Utica, Suite 200,
Tulsa OK 74114

Upstream Energy Services LLC
8 Greenway Plaza, Suite 1440,
Houston, TX 77046,
Attn: Robert Haworth

Plains Marketing, L.P.
Attn: Contract Administration Department
333 Clay Street Suite 1600
Houston. TX 77002

Smith Production Inc.
8708 Technology Forest Pl,
The Woodlands, TX 77381
Attn: Brett McCabe

CDP Midstream LLC
2107 City West Blvd.,
Houston, TX 77042

Robert A. Bracken
120 Austin Highway, Suite 103
San Antonio, Texas 78209

Sally Price Fischer
6020 Quail Creek Drive
Tyler, Texas 75703

Robert A. Bracken
9467 Selma Parkway
Selma, Texas 78154

Robert A. Bracken
120 Austin Hwy, Suite 103
San Antonio, Texas 78209

Robert A. Bracken
Route 4
Tilden, Texas 78702

Shirley Bracken Evans
4004 Lexington Street
Dallas, Texas 75205

Harry George Zavisch III
107 Barcelona
Universal City, TX 78148

McMullen County Judge
McMullen County Courthouse
Tilden, Texas 78072

Glenda Bracken Williams
3420 Blackburn Street
Dallas, Texas 75219

Harry G. Zavisch, Jr.
Florine Zavisch
Route 4, Box 72A
Tilden. TX 78072

La Mesa Land & Cattle Co.
Attn: Fred Rhodes
575 First City Tower II
Corpus Christi, Texas 78478

McMullen County Commissioners Court
c/o County Judge McMullen
County Courthouse
Tilden, Texas 78072

F&M Ramirez, Ltd
c/o Sergio R. Ramirez
202 Kennedy Street
Zapata, Texas 78076

Sally Sue Price Fischer
315 S. Broadway, Suite 103
Tyler, Texas 75702

Robert A. Bracken
120 Austin Highway, Suite 103
San Antonio, Texas 78209

F.G.G. Ranches, Ltd.
405 N. Cedar
Hebbronville, Texas 78361

John Bracken Bryan
c/o Torch Energy Advisors, Inc.
1221 Lamar, Suite 1600
Houston, Texas 77010

John Butler Lester,
John Butler Lester, Jr. and Jeffrey Allen
Lester
2183 FM 108 South
Gonzales, Texas 78629

John Bracken Bryan
c/o Torch Energy Advisors, Inc.
1221 Lamar, Suite 1600
Houston, Texas 77010

Patricia Lee Chambers
111 East Elm Street
Tyler, Texas 75702

Robert A. Bracken
120 Austin Highway, Suite 103
San Antonio, Texas 78209

Katie Wheeler Leon
6114 Misty Trail
Dallas, Texas 75248

Robert Allen Bracken
13750 San Pedro, Suite 240
San Antonio, Texas 78232

Jeanette Thetford
5 Greenhollow
Wichita Falls, TX 76308

Mary Evelyn Huff Mueller
RR 1 Box 44
George West, Texas 78022

Glenda Bracken Williams
4212 San Carlos
Dallas, Texas 75205

John W. Hardin and Melissa Hardin
273 County Road 536
Sinton, TX 78387

Karnes Electric Cooperative, Inc.
1007 N. Hwy 123
Karnes City, Texas 78118

Ruben Gonzales as Trustee of the Ruben
Gonzales Revocable Trust
Dated October 20, 2004
2100 Dog Track Rd
Pensacola, FL 32506

Glenda Bracken Williams Ranch
and Farm, Ltd.
c/o Glenda Bracken Williams Management,
LLC, Randy West, Assistant VP
7898 Broadway, Suite 120
San Antonio, Texas 78209

Texcal Energy
1021 Main St.
Suite 2500
Houston, TX 77002

Thetford Ranch Holdings, LLC
1718 Fawn Bluff
San Antonio, Texas 78248

Texas Trust Company
Attn: Judy Jaffe Barnes
243 Central Park
San Antonio, TX 78216

Southcross CCNG Gathering Ltd.
Attn: Contract Administration
1700 Pacific Avenue, Suite 2900
Dallas, TX 75201

Jeffrey B. Lancaster
4505 Old Bullard Road
Tyler, TX 75703

Andrews Valenti, LLC
Attn: Sharon L. Andrews
2086 Old Taylor Road, Suite 1022
Oxford, Mississippi 38655

Viersen Oil & Gas Co.
Tower I, Suite 200
7130 S. Lewis Avenue
Tulsa, OK 74136
Attn: Chris R. Thompson

Robert Bracken
c/o Dodd & Batla Attorneys at Law
3811 Bee Caves Road, Suite 105
Austin, Texas 78746

El Dorado Oil & Gas, Inc.
1281 Pass Road
Gulfport, MS 39501

Gas Producing Enterprises, Inc.
Five Greenway Plaza East
Houston, TX 77046

Kinder Morgan Tejas Pipeline, L.P.
Attn: Contract Administration
500 Dallas, Suite 1000
Houston, TX 77002

Targa Gas Marketing LLC
811 Louisiana Suite 2100
Houston. TX 77002-1400

Targa SouthTex Midstream
Marketing Company Ltd.
110 West 7th St, Suite 2300
Tulsa, OK 74119
Attn: South Texas Contract Admin.

## USPS PRIORITY MAIL

Texaco Exploration and Production, Inc.
P.O. Box 60252
New Orleans, LA  70160

Chevron U.S. A Production Company
Attn: Mark R. Lange
P.O. Box 36366,
Houston, TX 77236

The Superior Oil Company
P.O. Box 4500,
The Woodland, TX 77380

Jedi Hydrocarbon Investments II
Limited Partnership
Attn: Mr. Allen White
P.O. Box 4428
Houston, TX  77002-7361

Sun Operating Limited Partnership
c/o Sun Exploration And Production Company
Its Managing General Partner
P.O. Box 2880
Dallas, TX 75221-2880

Nortex Corporation
c/o Norther Trust Co.,
P.O. Box 27710
Houston, TX 77227-7710

Chevron U.S.A. Production Company
Attn: O.F. Baldwin II Division Land Mgr.
P.O. Box 36366
Houston, TX  77236-6366

Sun Exploration and Production Company
P.O. Box 2880
Dallas, TX 75221-2880

Mobil Producing TX & NM, Inc.
Bank of America
P.O. Box 841065
Dallas, TX 75284-1065

Chevron U.S. A Production Company
Attn: Mark R. Lange
P.O. Box 36366,
Houston, TX 77236

Florence Edrington Ismay Trust
Frost National Bank TTEE
Trust O&G Dept.
P.O Box 1600
San Antonio, TX 78296-1600

Exxon Mobil Corporation
Attn: Land Supervisor-Central
P.O. Box 4610
Houston, TX 77210

Commissioner of the General Land Office  b/h
of State of TX
P.O. Box 12873
Austin, TX 78711

Casa Energy, Inc.
Attn: Mr. Alan Byars
P.O. Drawer 11023
Midland, TX  79702

Amax Oil & Gas Inc.
Attn: Lloyd L. Parks, President
P.O. Box 42806
Houston, TX 77042-2806

Natural Reserves Group, Inc.
P.O. Box 4602
Joplin, MO 64803-4602

Rancho Oil Company
P.O. Box 919
Gainesville, TX 76241-0919

Tom Brown, Inc.
Attn: Jim Chapman
P.O. Box 2608,
Midland, TX 79702

Killam Oil Co., Ltd.
by Killam Management, L.C.
Its General Partner  Attn: Land Manager
P.O. Box 499
Laredo, TX 78042-0499

Linda D. Schibi,  Trustee
P.O. Box 72641
Corpus Christi, TX 78472

Rachel Lyman
P.O. Box 3726
Midland, TX 79702

Cabrito Ltd.
P.O. Box 2237
Midland, TX 79702

James M. Alexander
P.O. Box 58
Abilene, TX 79604

C. V. Lyman Estate
Attn: Sam McDuffy
P.O. Box 3726
Midland, TX 79702

Elizabeth M. Brown Trust B
Q.P. Courtney III, Trustee,
P.O. Box 3465
Midland, TX 79702

Kerr-McGee Oil & Gas Onshore LP
Kerr-McGee Corporation
P.O. Box 730875
Dallas, TX 75373-0875

Wright E. Cowden
P.O. Box 482
Midland, TX 79702

Q.P. Courtney III Trust
H.L. Brown, Jr. and Mary Jane Johndroe,
Trustees c/o H.L. Brown,
P.O. Box 2237,
Midland, TX 79702

Four Seasons Exploration Company, LLC
P.O. Box 2366
Borne, TX 78006

Lanroy, Inc.
P.O. Box 3405
Tulsa, OK 74101-3405

Q.P. Courtney
c/o Q P Courtney III,
P.O. Box 10004,
Midland, TX 79702

Jonnel Gas Company
P.O. Box 964
Dallas, TX  28034

Cleroy, Inc.
P.O. Box 3405
Tulsa, OK 74101-3405

Cynthia Courtney Siegel
P.O. Box 100903
Fort Worth, TX 76185

Gulf Energy Producing Company
P.O. Box 32999
San Antonio, TX 78216

John L. Whele
P.O. Box 1802
Elkhart, IN 46514

Enron Oil & Gas Company
P.O. Box 1188,
Houston, TX 77251-1188

Gulf Energy Producing Company
P.O. Box 17439
San Antonio, TX 78217

Enron Oil & Gas Company
Attn: Land Administration Supervisor
P.O. Box 1188
Houston, TX 77251-1188

Phillips Petroleum Company
Attn: Mr. Carver Richards, Land Dept.
P.O. Box 1967
Houston, TX  77251-1967

Tenneco Oil Company
Attn: Division General Manager,
P.O. Box 2888
Houston, TX  77252

Penroc Oil Corporation
P.O. Box 2769
Hobbs, NM 88241

James William Huff and Sammie Ruth Huff
P.O. Box 1473
Three Rivers, TX 78701

Martha Kathryn Marshall, Virginia Ann
Lawrence,  John Bracken Bryan,
and Patricia Lee Chambers
PO Box 91139
San Antonio, TX 78209

TX General Land Office
Attn: Right-of-Way Team
P.O. Box 72873
Austin, TX 78711

Robert L. Marshall and Martha K. Marshall,
Mary Jon Marshall Hayes,
and Robert L. Marshall II
P.O. Box 260
Tilden, TX 78072

James William Huff Sammie Ruth Huff
P.O. Box 1473
Three Rivers, TX 78701

James William Huff
and Sammie Ruth Huff
P.O. Box 1473
Three Rivers, TX 78701

Martha Kathryn Marshall
P.O. Box 260
Tilden, TX 78702

Dynamic Properties, Ltd
P.O. Box 8689
Tyler, TX 75711

Robert L. Marshall and Martha K. Marshall,
Melinda Marshall Hammock, Margaret
Marshall Barnes, Mary Jon Marshall Hayes,
and Robert L. Marshall II
P.O. Box 260
Tilden, TX 78072

Robert Allen Bracken
13750 San Pedro, Suite 240
San Antonio, TX 78232

Martha Kathryn Marshall
P.O. Box 260
Tilden, TX 78702

James William Huff and Sammie Ruth Huff
P.O. Box 1473
Three Rivers, TX 78701

IDA B Family Limited Partnership
c/o Wentz Creek, Inc.,
P.O. Box 91139
San Antonio, TX 78209

Sam L. Huff
P.O. Box 312
Three Rivers, TX 78701

Benny Thomas Zavisch
PO Box 13
Concan, TX 78838

John N. Huff
P.O. Box 371
Tilden, TX 78702

James William Huff
P. O. Box 947
Three Rivers, TX 78071

John N. Huff Mary Huff Mueller James
William Huff
Sammie Ruth Huff
P.O. Box 947
Three Rivers, TX 78701

Anthony Forest Products Company
309 N Washington
PO Box 1877
El Dorado, AR 71730

Sammie Ruth Huff
P.O. Box 1473
Three Rivers, TX 78701