**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**


In re:  El Dorado Gas & Oil, Inc.[1]                               Case no.  23-51715-JAW
                                                                 Chapter 11

      Debtor

**CERTIFICATE OF SERVICE**

    I, R. Michael Bolen, do hereby certify that on January 3, 2025, I caused to be served by electronic mail, electronic filing transmission, hand delivery, Federal Express or USPS priority mail, postage prepaid, a true and correct copy of the notices of proposed purchase agreements [Dkt. #s 1043, 1044, 1046] by KCC Verita to the parties on the list attached as hereto exhibit "A" as well as those on the CM/ECF mailing system.

Dated this the 6th day of January, 2025.


                             */s/ R. Michael Bolen*
                             R. Michael Bolen
                             MSB # 3615
                             HOOD & BOLEN, PLLC
                             ATTORNEYS AT LAW
                             3770 HWY. 80 WEST
                             JACKSON, MISSISSIPPI 39209
                             (601)923-0788
                             rmb@hoodbolen.com

                             *Counsel to Dawn Ragan,*
                             *Chapter 11 Trustee*

---

[1]  The Debtors in this jointly administered chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: El Dorado Gas & Oil, Inc. (4581); Hugoton Operating Company, Inc. (3245); Bluestone Natural Resources II - South Texas, LLC (4581); and World Aircraft, Inc. (4581).