**IN THE UNITED STATES BANKRUPCTY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DISTRICT**

**IN RE: EL DORADO GAS & OIL, INC.**                    **CHAPTER 11**
                                                                            **NO. 23-51715-JAW**

---

### APPLICATION FOR EMPLOYMENT OF ATTORNEY NUNC PRO TUNC

---

**COMES NOW** the Debtor, **EL DORADO GAS & OIL, INC.**, who files this application for the employment of Bradley T. Golmon of Holcomb Law Group as special attorneys for the Debtor, and in support thereof, would show unto the Court the following:

1.      Debtor, **EL DORADO GAS & OIL, INC.**, filed this Chapter 11 Petition for Relief in this Court on December 22, 2023.

2.      Bradley T. Golmon of Holcomb Law Group has been retained by Debtor, **EL DORADO GAS & OIL, INC. AND**, to pursue a claim against FIRST SECURITY BANK arising out of what has been called the "Main Street Loan."

3.      The debtor signed an employment contract with the attorney on January 5, 2025, and the attorney herein has already performed work in connection with that contract and would therefore seek to have his employment approved as of the date of the employment contract. Furthermore, no creditor has been or will be, upon information and belief, prejudiced by the nunc pro tunc approval of the employment, as same is being undertaken for the benefit of the bankrupt estate.

4.      The attorneys herein are seeking nunc pro tunc approval due to the client, EL DORADO GAS & OIL, INC., employing them and then being advised of the ongoing bankruptcy.

5.      The Debtor proposes to employ Bradley T. Golmon of Holcomb Law Group who is willing to work at an hourly rate of $300.00 per hour, plus reimbursement of reasonable and necessary expenses for services rendered in pursuit of the aforementioned lawsuit.

6.      The Debtor has made careful and diligent inquiry and is satisfied that the attorney is qualified and competent to represent the Debtor in his personal injury case.

7.      The Debtor is informed and believes that the attorney has no connection with the creditors, or any other party in interest, or their representative attorneys or accountants.

8.      Debtor is informed and believes that the attorney does not hold or represent an interest adverse to the estate with respect to the matters on which she is employed, and the employment of the attorney is in the best interest of the estate.

9.      Bradley T. Golmon of Holcomb Law Group is qualified and is a competent practicing attorney.  Attached hereto is the affidavit of Bradley T. Golmon following the motion.

**WHEREFORE, PREMISES CONSIDERED**, the Debtor respectfully requests that, after due notice is given to all creditors and parties-in-interest, it be allowed to employ Bradley T. Golmon of Holcomb Law Group specially as Attorney for the Debtor upon the terms and conditions set forth above, and such other and further relief as the court may deem just and proper.

This, on the 7th day of January, 2025.

**EL DORADO GAS & OIL, INC.,
DEBTOR**

BY:      */s/ Bradley T. Golmon*
           BRADLEY T. GOLMON, MSB #10261
           bgolmon@holcombgroup.com

2

OF COUNSEL:

HOLCOMB LAW GROUP
400 Enterprise Drive
Post Office Drawer 707
Oxford, Mississippi 38655
Phone: (662) 234-8775
Fax: (662) 238-7552

## CERTIFICATE OF SERVICE

I, BRADLEY T. GOLMON, hereby certify that on this date, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the court's electronic filing system.

This the 7th of January, 2025.

   */s/ Bradley T. Golmon*
BRADLEY T. GOLMON