| | |
|---|---|
| **Subject** | RE: EXTERNAL:Main Street Loan Docs |
| **From** | Kenneth Barnard <Kenneth.Barnard@firstservicebank.com> |
| **To:** | Rachel Reese <rreese@rreeselaw.com>, Gary Jiles (gjiles@jilesfirm.com) <gjiles@jilesfirm.com>, Tom Grumbles <Tom.Grumbles@firstservicebank.com>, Tom Swarek (swarekthomas@aol.com) <swarekthomas@aol.com>, Roselyn Chapman <rchapman@cableone.net> |
| **Cc:** | Cheryl Looper <clooper@rreeselaw.com>, Miranda Caballero <mcaballero@rreeselaw.com> |
| **Date** | Oct 7, 2020 at 6:50 PM |

Rachel

Interest only accrues from funding date not closing date.

So the process is close loan (current Close Date of 9/17/20), Fed reviews documents and provides comments back, and Bank and Borrower either 1) reclose the whole transaction and redate Close Date or 2) amend and restate the documents that have to be adjusted only to the extent needed and date the Amended and Restated documents. The BEST option is to Amend and Restate only the documents needing changes and the Fed only reviews the Amended and Restated document versus reclosing the whole transaction with applicable changes made. If we reclose the whole transaction we subject the whole transaction to another full review and not necessarily that same reviewer and could get additional comments back.

Regardless of the option chosen the loan funding only occurs upon final approval by the Federal Reserve and only after loan funding does interest start to accrue.

Based on the above information, I would hope that you and Tom S reconsider reclosing the whole transaction because I think it opens the transaction to additional scrutiny. The document Gary drafted was specific to address the required changes needed and only Amend and Restate as needed.

I will review your requested changes on the DACA with Gary first thing in the morning.

Please call me cell if you would like to discuss.

Thanks,

Kenneth Barnard



**FIRST SERVICE BANK**
#firstservicestrong

Chief Financial Officer
136 S. Broadview
PO Box 190
Greenbrier, AR 72058
501-679-7200 Office
501-764-4260 Fax
501-772-0643 Cell



CONFIDENTIALITY NOTICE

This electronic mail transmission and any documents accompanying it contain information that is privileged, confidential, or otherwise protected from use and disclosure. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, or dissemination of this transmission, or the taking of any action in reliance on its contents, or other use is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the return of the message and any attached documents. Thank you for your cooperation.

Show trimmed content

**WARNING:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

| | |
|---|---|
| **Subject** | RE: EXTERNAL:Main Street Loan Docs |
| **From** | Kenneth Barnard <Kenneth.Barnard@firstservicebank.com> |
| **To:** | Rachel Reese <rreese@rreeselaw.com>, Gary Jiles (gjiles@jilesfirm.com) <gjiles@jilesfirm.com>, Tom Grumbles <Tom.Grumbles@firstservicebank.com>, Tom Swarek (swarekthomas@aol.com) <swarekthomas@aol.com>, Roselyn Chapman <rchapman@cableone.net> |
| **Cc:** | Cheryl Looper <clooper@rreeselaw.com>, Miranda Caballero <mcaballero@rreeselaw.com> |
| **Date** | Oct 7, 2020 at 6:50 PM |

Rachel

Interest only accrues from funding date not closing date.

So the process is close loan (current Close Date of 9/17/20), Fed reviews documents and provides comments back, and Bank and Borrower either 1) reclose the whole transaction and redate Close Date or 2) amend and restate the documents that have to be adjusted only to the extent needed and date the Amended and Restated documents.  The BEST option is to Amend and Restate only the documents needing changes and the Fed only reviews the Amended and Restated document versus reclosing the whole transaction with applicable changes made.  If we reclose the whole transaction we subject the whole transaction to another full review and not necessarily that same reviewer and could get additional comments back.

Regardless of the option chosen the loan funding only occurs upon final approval by the Federal Reserve and only after loan funding does interest start to accrue.

Based on the above information, I would hope that you and Tom S reconsider reclosing the whole transaction because I think it opens the transaction to additional scrutiny.  The document Gary drafted was specific to address the required changes needed and only Amend and Restate as needed.

I will review your requested changes on the DACA with Gary first thing in the morning.

Please call me cell if you would like to discuss.

Thanks,

Kenneth Barnard



**FIRST SERVICE BANK**
#firstservicestrong

Chief Financial Officer
136 S. Broadview
PO Box 190
Greenbrier, AR 72058
501-679-7200 Office
501-764-4260 Fax
501-772-0643 Cell



CONFIDENTIALITY NOTICE

This electronic mail transmission and any documents accompanying it contain information that is privileged, confidential, or otherwise protected from use and disclosure. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, or dissemination of this transmission, or the taking of any action in reliance on its contents, or other use is strictly prohibited.  If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the return of the message and any attached documents.  Thank you for your cooperation.

Show trimmed content

WARNING: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Handwritten top: _AG INVESTMENT_

# Debt Schedule*

## FIRST SERVICE BANK

Handwritten (top right): Sum ① (Stockholder and First Service) — AG INVESTMENT LOAN = 25,283,679

Handwritten: corner — AG INVESTMENT

| Creditor | Loan Number | Secured Yes / No | Collateral | Loan Type | Payment Method | Interest Rate | Maturity | Principal Balance | Payments per Year | Payment Amount | Principal Pd/Year | Interest Pd/Year | Amortization (in Months) | Liability** Primary / Secondary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Stockholder | | | | Secured | | 3% | | 24,435,000 | 2 ① | 2,048,400 | 3,414,000 | 682,800 | | 23,581,000 |
| Amegy | | | | Secured | | 4.1781% | | 4,995,000 | 12 | 116,777 | 1,200,000 | 201,324 | | 1,702,679 |
| First Service Bank | | | | Secured | | 6.15% | | 848,679 | 4 ① | 22,342.00 | 37,168 | 52,196 | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

As of 11/30/2019

*Include Credit Cards on this schedule

**Primarily liable represents debts to which the customer is a primary borrower, co-borrower, or co-signer. It is very important to identify ALL debt and source of repayment. Even primary liable debt where there is another source of repayment should be identified. If another source exists but is not liable (primary or secondary) on the note, that cash/revenue stream may or may not be included in the global repayment capacity.

Handwritten annotations (right side): Diff.

1) Reduce Main Street Loan
or
2) Convert @ 2,000,000 from debt to equity (SEE PAGE 3)

Handwritten (bottom): Total 30,278,679 from Above

30,698,909 — Financial Statement (SEE PAGE 3)

421,230 diff. (see PAGE 3)

Handwritten (bottom left): $421,230.00 Interest

Handwritten (far right margin): PAGE 0

# FIRST SERVICE BANK

## EL DORADO GAS & OIL, INC.
### Loan No. 6618742
### Funding Date: October 22, 2020

| SETTLEMENT STATEMENT | |
|---|---|
| Loan Amount | $50,000,000.00 |
| | |
| **Disbursements:** | |
| Wire to Amegy Bank for payoff of loan # 17506225835002 | $4,102,280.45 |
| First Service Bank - origination fee | $500,000.00 |
| Federal Reserve SPV - transaction fee | $500,000.00 |
| Porter Hedge, LLP | $18,364.38 |
| The Jiles Firm, P.A. - lender legal services | $18,753.50 |
| Bastion Engineering - reserve valuation (reimburse ELGO) | $10,275.00 |
| Duke Banister Miller & Miller - title review (reimburse ELGO) | $5,000.00 |
| Hughes Royalty Corporation - oil and gas lease valuation (reimburse ELGO) | $3,000.00 |
| Arkansas Secretary of State - UCC filing fees | Included in Jiles |
| Texas Secretary of State - UCC filing fees | Included in Jiles |
| Mississippi Secretary of State - UCC filing fees | Included in Jiles |
| Matagorda County, TX - Deed of Trust filing fees | $190.00 |
| McMullen County, TX - Deed of Trust filing fees | $280.00 |
| Brooks County, TX - Deed of Trust filing fees | $186.00 |
| Nueces County, TX - Deed of Trust filing fees | $191.00 |
| ESR Environmental Consulting, LLC (reimburse ELGO) | $5,000.00 |
| First Service Bank - operating deposit account # 603001553  El Dorado Gas & Oil, Inc. working capital | $3,400,000.00 |
| First Service Bank - escrow deposit account # 603001515 El Dorado Gas & Oil interest reserve | $1,600,000.00 |
| First Service Bank - escrow deposit account #603001515 El Dorado Gas & Oil future use | $39,836,479.67 |
| Total Disbursements | $50,000,000.00 |

| | |
|---|---|
| **Subject** | RE: EXTERNAL:Fwd: El Dorado Main Street Loan Letter |
| **From** | Kenneth Barnard <Kenneth.Barnard@firstservicebank.com> |
| **To:** | Rachel Reese <rreese@rreeselaw.com>, Cheryl Looper <clooper@rreeselaw.com>, Tom Swarek (swarekthomas@aol.com) <swarekthomas@aol.com>, Tom Grumbles <Tom.Grumbles@firstservicebank.com>, Darla McJunkins <darla.mcjunkins@firstservicebank.com>, Gary Jiles (gjiles@jilesfirm.com) <gjiles@jilesfirm.com>, Roselyn Chapman <rchapman@cableone.net> |
| **Date** | Sep 17, 2020 at 7:01 PM |

Gang

I just send 4 e mails with all the executed loan documents.  We just submitted the application in the portal and it is application 728

Thanks,

Kenneth Barnard



**FIRST SERVICE BANK**
#firstservicestrong

Chief Financial Officer
136 S. Broadview
PO Box 190
Greenbrier, AR 72058
501-679-7200 Office
501-764-4260 Fax
501-772-0643 Cell



CONFIDENTIALITY NOTICE

This electronic mail transmission and any documents accompanying it contain information that is privileged, confidential, or otherwise protected from use and disclosure. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, or dissemination of this transmission, or the taking of any action in reliance on its contents, or other use is strictly prohibited.  If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the return of the message and any attached documents.  Thank you for your cooperation.

Show trimmed content

WARNING: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| **In re:** | § | **Case No. 23-51715-JAW** |
| | § | |
| **El Dorado Gas & Oil, Inc., et al.,**[1] | § | **Chapter 11** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |
| | § | |
| | § | **Contested Matter; ECF No. 997 objected to at ECF No. 1084** |

## NOTICE OF VIDEO DEPOSITION

PLEASE TAKE NOTICE that First Service Bank will take the deposition of Kenneth Barnard at the offices of Butler Snow LLP, located at 1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157 on January 27, 2025, beginning at 2:00 p.m. The deposition will continue from day to day thereafter until completed.

The deposition will be taken for the purposes of discovery and all other purposes permitted by the Federal Rules of Civil Procedure and will be recorded by a stenographer and videographer pursuant to Fed. R. Civ. P. 30(b)(3).

This the 23rd day of January 2025.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: El Dorado Gas & Oil, Inc. (4581); Hugoton Operating Company, Inc. (3245); Bluestone Natural Resources II - South Texas, LLC (4581); and World Aircraft, Inc. (4581).

Respectfully submitted,

*/s/ Jack Crawford*

John A. Crawford, Jr. (Miss. Bar No. 10346)
Paul N. Davis (Miss. Bar No. 8638)
Paul S. Murphy (Miss. Bar No. 101396)
Thomas M. Hewitt (Miss. Bar No. 104589)
BUTLER SNOW LLP
P.O. Box 6010
Ridgeland, MS 39158-6010
T: (601) 948-5711
F: (601) 985-4500
E: jack.crawford@butlersnow.com
E: paul.davis@butlersnow.com
E: paul.murphy@butlersnow.com
E: thomas.hewitt@butlersnow.com

-and-

**OKIN ADAMS BARTLETT CURRY, LLP**

Christopher Adams (Texas Bar No. 24009857)
David L. Curry, Jr. (Texas Bar No. 24065107)
Edward A. Clarkson, III (Texas Bar No. 24059118)
Kelley Killorin Edwards (Texas Bar No. 24129017)
1113 Vine Street, Ste. 240
Houston, TX 77002

*Attorneys for First Service Bank*

## CERTIFICATE OF SERVICE

I, John A. Crawford, Jr., hereby certify that on this day a true and correct copy of the above pleading was electronically mailed to the parties registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

This the 23rd day of January 2025.

*/s/ Jack Crawford*
John A. Crawford, Jr.

92066351.v1

2

Reminder: How's your cybersecurity savvy?

Kenneth Barnard with First Service Bank <k.barnard@firstservicebank.com>

<swarekthomas@aol.com>

Jun 15, 2021 at 6:01 AM



Hello valued clients:

How's your cybersecurity savvy? Don't think you're a target for hackers? Think again. Identity theft is on the rise for individuals – cases have more than tripled from 2018 to 2020.

Equally concerning, in 2020, almost a third or 28 percent of data breaches involved small businesses. Even more shocking? 60 percent of small and midsized businesses that are hacked go out of business within six months.

Cyberattacks can happen to anyone and any business. But there are ways to make and keep you and/or your business more secure, which is why I want to share the attached document titled A Cybersecurity Guide for Consumers. I think you'll find it offers several valuable (and simple) tips on how to protect your identity and maintain the security of your own computer systems. Stay safe out there!

Sincerely,

Kenneth Barnard, CFO
First Service Bank

## Cyber Security Guide



First Service Bank | firstservicebank.com

  

First Service Bank | 136 S Broadview Street, Greenbrier, AR 72058

Unsubscribe swarekthomas@aol.com

Update Profile | Our Privacy Policy | Constant Contact Data Notice

Sent by k.barnard@firstservicebank.com powered by



Try email marketing for free today!



ADVERTISE | SUBSCRIBE | CONTACT WO

**World Oil**

Topics    Magazine    News    Resources    Events

Project Data

Login



FPi FUTURE PIPE INDUSTRIES

Tubing & Casing: Future Pipe Indust
Composite Pipe Solutions to elimin
corrosion, extend well life and cut co

GEOSTRON



Petroleum Economist

WHITE & CASE

Energy at a Crossroads — Will You Lead or Lag?

ACT NOW: Access the Report Today



U.S. ONSHORE    OIL AND GAS PRICES    ECONOMICS/STATISTICS    REGULATORY

# Trump may announce loan program for oil companies this week

REGISTER NOW!

MCEDD
The Deepwater Development Conference
March 25-27, 2025 | MADRID

Share Your Innovations at
MCEDD 2025



Connect with *World Oil* ▲    ннifer A. Dlouhy    April 29, 2020

WASHINGTON (Bloomberg) --The Trump administration may announce as soon as Thursday a plan to offer loans to the ailing oil industry possibly in exchange for a financial stake, according to two people familiar with the matter.

Treasury Secretary Steven Mnuchin and Energy Secretary Dan Brouillette have already briefed President Donald Trump on a plan to provide financial aid to oil drillers beset by a historic crash in prices, the people said.

Brouillette, during a conference call Tuesday with an industry group, said Mnuchin was leaning toward aid that includes two separate programs -- bridge loans and emergency lending authority through the U.S. Federal Reserve -- designed to help smaller and medium sized companies.

"This is not going to be a bailout," Mnuchin told reporters in the White House Wednesday. He said a team at both the Treasury and the Energy department are talking with people around the world and are considering "a lot of different

**KEY POINTS**

- President Donald Trump on Tuesday ordered Energy Secretary Dan Brouillette and Treasury Secretary Steven Mnuchin to put together a plan to get funding to the struggling U.S. oil and gas industry.

- Trump's promise that he will "will never let the great U.S. Oil & Gas Industry down" came as West Texas Intermediate crude futures continued trading with a negative price, a day after falling below zero for the first time ever.

- The oil and gas industry has seen a historic sell-off amid the coronavirus pandemic.










 New arrivals
Temu



Offshore oil platforms are seen on April 20, 2020 in Huntington Beach, California.

*Michael Heiman | Getty Images*

President Donald Trump on Tuesday ordered Energy Secretary Dan Brouillette and Treasury Secretary Steven Mnuchin to put together a plan to get funding to the struggling U.S. oil and gas industry as a historic sell-off in crude continued.

"I have instructed the Secretary of Energy and Secretary of the Treasury to formulate a

**TRENDING NOW**

plan which will make funds available so that these very important companies and jobs will be secured long into the future!" Trump tweeted Tuesday morning, as West Texas Intermediate crude futures for May delivery again traded in negative territory.

TWEET

The president's tweet did not specify how much money would be made available, or which oil and gas companies would be eligible to receive it. The White House did not immediately respond to a request for comment on the president's directive.

Trump's promise that his administration "will never let the great U.S. Oil & Gas Industry down" came as a crude futures contract continued trading with a negative price, a day after falling below zero for the first time ever.

The nearest oil futures contract – WTI ⊞ crude for May delivery, which expires Tuesday – collapsed Monday, settling below negative $37 per barrel. The negative price means producers would have to pay traders to take the oil off their hands.

The contract's price plunge rippled through the oil market on Tuesday. The June WTI contract cratered, falling 30% to less than $15 per barrel, and the United States Oil Fund, a popular exchange-traded security, sunk 20% after being halted before the



Constitutional amendment to allow Trump third term introduced in the House



74-year-old musician wrote a song 50 years ago—now it makes him $1 million a year: It's 'easily the most played song on MTV'

opening bell.

The oil and gas industry has seen a historic sell-off amid the coronavirus pandemic. Government efforts to contain the spread of the virus – by closing nonessential businesses, ordering residents to stay in their homes and banning some travel – have upended daily life for millions and effectively ground economic growth to a halt.

"The problem is nobody is driving the car anywhere in the world," Trump said at a White House press briefing on the virus Monday evening. "Factories are closed and businesses are closed. And so, all of a sudden — we had really a lot of energy to start off with, oil in particular. We had a lot. And then, all of a sudden, they lost 40, 50% of their markets. So it just stopped."

"So it's going to be picking up, and the energy business will be strong," Trump said. "But they cut back."

When asked at that briefing if he was pushing to include funding to buy 75 million barrels of oil as part of an additional small business relief bill being negotiated in Congress, Trump appeared to pour cold water on the idea.

"No," Trump said, adding, "this is a great time to buy oil. And we'd like to have Congress approve it so that we could — instead of just storing it for the big — usually



10 companies that let you work from anywhere and are hiring now—some jobs pay over $100,000



Trump signs executive order promoting crypto, paving way for digital asset stockpile



President Donald Trump says he'll 'demand that interest rates drop immediately'

the big companies. Because I think we have 75 million gallons right now, capacity."

"So we're going to get — either ask for permission to buy it, or we'll store it. One way or the other, it will be full," the president said.

**FROM THE WEB**

**AI Bot Flips Wall Street on Its Head:**

FX Market Insi...  [Read More]

**Google Brain Co-Founder Andrew Ng,**

Blinkist: Andrew Ng's Reading List

**FROM CNBC**

**Charles Schwab CEO Rick Wurster: It's a great time to be a fixed income investor right now**

**BlackRock CEO Larry Fink: Could see 10-year Treasury yield hit 5-5.5% and 'shock' the equity market**

**Here are the products and companies most at risk from Trump's tariff plans**

**FROM THE WEB**

**Empty Cruises Departing From Texas That Seniors Can Book For Cheap**

Sponsored : Top Searcher Now

**Itchy skin: A silent Symptom of AD (Must Know)**

Sponsored : Atopic Dermatitis

**Ultimate Season Pass**

Sponsored : TXU Energy REP #10004

## MAIN STREET LOAN REQUEST

### I.    Details of the Loan

El Dorado Gas & Oil, Inc. ("El Dorado") is requesting fifty million dollars ($50,000,000) from the MSPLF Lending Program. El Dorado's [FY 2019] EBIDTA was $75,383,586. El Dorado is requesting a MSPLF lending program type loan. El Dorado, has reviewed all the documents associated with the MSPLF lending program and believes it is eligible to borrow under the program. Specifically:

1. El Dorado was formed prior to March 13, 2020, having been organized on March 27, 1979.

2. El Dorado is not an "Ineligible Business" as defined in the applicable regulations.

3. El Dorado has 0 employees, and its 2019 annual revenues were $22,500,000.00. El Dorado's affiliated companies (the "Affiliate Group") collectively have 41 employees and their 2019 annual revenues were $2,457,000.00. A list of all Affiliate Group companies is attached. Taken together, the 41 total employees and $24,957,000.00 in aggregate 2019 annual revenue are each below the eligibility thresholds.

4. El Dorado is an Arkansas corporation. All of El Dorado's operations, and those of the Affiliate Group, are within the United States, and all of its and the Affiliate Group's employees are based in the United States.

5. El Dorado is only seeking to participate in the MSPLF Lending Program. El Dorado has not participated, and does not plan to participate, in any other Main Street Facilities or the Primary Market Corporate Credit Facility. None of the Affiliate Group companies has participated, or plans to participate, in any Main Street Facilities or the PMCCF.

6. Neither El Dorado nor any of the Affiliate Group companies has received any support pursuant to section 4003(b)(1)-(3) of the Coronavirus Economic Stabilization Act of 2020 (the "CARES Act").

7. El Dorado is able to make all required certifications and covenants required under the Main Street Lending Program.

El Dorado anticipates a loan with the following payment terms:

- 5 year term to maturity;
- Principal payments deferred for 2 years and interest payments deferred for 1 year;
- Interest capitalized during the 1 year deferral;
- Adjustable rate of LIBOR (1 or 3 month) +300 basis points;
- Principal payments to be made 15% at the end of the third year, 15% at the end of the fourth year, and the remaining 70% at maturity at the end of the fifth year; and
- Prepayment permitted without penalty.

El Dorado plans on using the funds as follows (all values provided below are estimates):

A) Payoff Amegy Bank                                                          $4,500,000

B) Recomplete 30 existing horizontal wells in the A.W.P Field (30 wells x $21,000,000 $700,000). This is expected to add a minimum of $1,200,000/month to El Dorado's net income.

C) Purchase ½ interest in Bullzeye Wireline from Keith Maxey.          $1,000,000*
(This transaction is currently in the early diligence stage; no agreement in principle has been reached by the parties.)

D) El Dorado's Working Capital          $5,000,000

E) Perforate and nitrogen frack 200 vertical A.W.P. wells and perforate and nitrogen frack 200 Blackbeard wells. This is expected to add an additional $800,000/month to cash flow.          $12,500,000

F) Purchase the Blackbeard assets, which would add 80,000 acres and join the existing El Dorado leases with 739 oil and gas wells and 2 field offices in Zapata and Hebbronville Counties, Texas, and one county-wide gas sales pipeline. A full description of this proposed transaction is attached hereto. El Dorado's current workers will easily operate the additional properties by adding 10 gaugers. This is expected to add an additional $700,000/month to net income.          $6,000,000*

G) 1 year escrow of capitalized interest, if needed.          $1,600,000

\* This estimate includes the purchase price as well as all due diligence, legal fees, and associated costs.

## II.     Description of the Borrower

Thomas Swarek formed El Dorado in 1979, and remains El Dorado's President today. In the years following formation, El Dorado drilled and completed several natural gas wells in the Wichita, Kansas area. During this time, Swarek educated himself of all aspects of drilling, completion and production operations. Continuing his success, he moved to San Antonio, Texas in 1981, where he operated wells in the Olmos field in Bexar and Atascosa Counties, Texas.

El Dorado purchased six drilling rigs, three workover rigs, water vacuum trucks, frack tanks and all necessary equipment to drill and complete over 1,200 Olmos wells between the 1981 and 1986 and created over 180 jobs in those two counties. This innovative system of acquiring the necessary equipment and personnel for capital projects on the wells, as opposed to hiring contractors, resulted in a cost savings of 50% to El Dorado over comparable companies who hired outside contractors; a system known as Vertical Integration, which will be discussed further below.

When oil collapsed in 1986, El Dorado sold its oil and gas assets to Caspen Operating. El Dorado reentered the oil and gas business in November 2016, and has since acquired several oil and gas producing properties, with a plan to use the Vertical Integration system that had worked so well in the 1980's to once again become a low cost operator of conventional oil and gas properties.

El Dorado has as active subsidiaries Southern Compression Company, Hugoton Operating Company and all other subsidiaries within the Affiliate Group are now inactive but kept ready for action, if need be. These or any subsidiaries are for legal shelter purposes with risky operations and do not affect bottom line profit. El Dorado's operations are currently responsible for over 40 jobs in the counties in which it conducts business and El Dorado will add over 40 more jobs because of the MSLPF loan El Dorado is requesting.

## III.     Description of the Collateral

Since reentering the energy sector, El Dorado has purchased three developed oil and gas fields in Texas totaling over 60,000 acres. El Dorado produces approximately 350 barrels of oil, and 10 million mcf of gas per day from its over 650 operated wells and has a current net cash flow, as of August 2020 forward, of over $7,000,000 per year. These fields are known as the Blessing, Pita and A.W.P. Fields and are all located in Texas, and a description of each is included below.

b.    Increased Production

Starting in March of 2018, El Dorado has been making efforts to increase production from wells already drilled in the A.W.P. Field. Additional capital is needed in order to fund the activities discussed below. Prior to the events of the Spring of 2020, El Dorado had intended to fund the activities discussed below with the cash flow from its operations. For the reasons discussed herein, cash flow has dropped significantly from what was anticipated for 2020 and additional capital, in the form of the Main Street loan is needed.

B.    Working Capital

With current commodity prices and without any of the activities described in Section VI.B. below, El Dorado has a projected free cash flow of $712,661.00 per month for all the properties described in this narrative. See Projected 4 Month Cash Flow attached hereto as Exhibit C. However, this is a drastic reduction from the cash flow El Dorado had in 2019 and what it originally predicted for 2020. In fact, the free cash flow El Dorado is currently projecting is based, in large part, on the cost cutting measures El Dorado has undertaken, rather than on the revenue its properties are producing. Should commodity prices once again fall, due to a spike in pandemic numbers and the resultant decrease in demand or further supply glut on the market by the OPEC + producers, El Dorado's cash flow will surely suffer.

In addition to all the other items described in this narrative, El Dorado anticipates using approximately $5,000,000 of the loan proceeds as working capital for its operations to pay items such as payroll, contractors, attorneys' and consultant fees, _____.

C.    Workovers and New Drilling Using Vertical Integration

1.    *Workover Existing Wellbores*

The A.W.P. Field contains over 620 vertical wellbores. El Dorado intends to use a nitrogen and nano pump injection system to bring production back on at all wellbores that currently are not producing and to increase production on the remaining wells that are currently producing. El Dorado expects that use of this system will double the production from its vertical wellbores within 12 months after it begins these activities.

The A.W.P. Field also contains 30 horizontal wellbores, each having an average lateral length of 4,500 feet. Each of these wells were drilled by El Dorado's predecessor, who used first generation fracturing which resulted in fracturing only a small portion of the laterals of these wells. El Dorado believes that these wells can be re-fracked to fracture (and therefore access) 40 times more of the lateral than was previously accessed. On August 5, 2020, El Dorado began work on the Whitehurst 3H specifically for this purpose. El Dorado expects that each of these horizontal well workovers will net to El Dorado approximately $3 million per each horizontal using, at current commodity prices of $40 dollar oil and $2.50 mcf gas.

2.    *New Drilling*

When the price of oil reaches over $70 per barrel and natural gas at $5.00 an mcf and following the completion of the workover activities described above, El Dorado intends to drill new wells in the A.W.P., Pita and Blessing Fields, respectively. Of the 40,000 acres in the A.W.P. Field, 15,000 acres is considered undrilled under the current spacing patterns for the area. This means that 400 vertical wells or 50 horizontal wells to be drilled on this acreage.

difficulties. However, workover activities and the drilling of development wells, which El Dorado engages in, bear significantly less risk of loss than drilling exploratory wells, which El Dorado does not engage in.

B.      Insurance and Legal Proceedings

El Dorado currently maintains insurance coverage that it considers reasonable and that is similar to that maintained by comparable companies in the oil and gas industry, it is not fully insured against all risks because such insurance is not available.

C.      Commodity Prices

The prices El Dorado receives for its oil, gas and natural gas liquids heavily influences its revenues, profitability, and future rate of growth. These hydrocarbons are commodities, and therefore, their prices may be subject to wide fluctuations in response to changes in supply and demand. Historically, the market for oil, gas and natural gas liquids has been volatile.

The prices El Dorado receives for oil, gas and natural gas liquids it produces depends on numerous factors beyond its control, including:

- worldwide and regional economic and financial conditions impacting global and regional supply and demand and the price and quantity of oil and gas imports to and exports from the U.S.,
- political conditions in and actions by other oil and gas producing countries and regions, including OPEC,
- the extent to which U.S. shale producers become swing producers adding or subtracting to the world supply totals,
- future regulations prohibiting or restricting its ability to apply hydraulic fracturing to its wells,
- adverse weather conditions; and,
- the effect of energy conservation measures, alternative fuel requirements and increasing demand for alternatives to oil and gas as well as technological advancements in these areas.

The marketing of El Dorado's oil and gas production is substantially dependent upon the existence of adequate markets for its products. In response to the COVID-19 pandemic, governments have tried to slow the spread of the virus by imposing social distancing guidelines, travel restrictions and stay-at-home orders, which have caused a significant decrease in the demand for oil and gas. The imbalance between the supply of and demand for these products, as well as the uncertainty around the extent and timing of an economic recovery, have caused extreme market volatility and a substantial adverse effect on commodity prices since March 2020.

El Dorado's oil and gas is sold in a limited number of geographic markets and each has a fixed amount of storage and processing capacity. As a result, if such markets become oversupplied with oil or gas, it could have a material negative effect on the prices El Dorado receives for its products and therefore an adverse effect on its financial condition and results of operations.

As a result of low commodity prices, El Dorado temporarily curtailed and may in the future curtail a portion of its estimated oil production and/or may store rather than sell additional crude oil production in the near future. The excess supply of oil could lead to potential curtailments by its purchasers.

El Dorado has derivative instruments in place to protect a significant portion of its production against declines in oil and gas prices through 2021.

In the Pita Field, the current acreage allows for 200 additional wells to be drilled. In the Blessing Field, the current acreage allows for 150 additional wells to be drilled.

### D.     New Asset Acquisitions

As part of its strategy, El Dorado is also considering the acquisition of additional properties that bolt on and compliment its current portfolio of assets. Specifically, El Dorado is seeking to acquire properties with existing production from conventional fields where it can duplicate the success it has had from its existing operations. El Dorado is currently engaged in numerous competitive bid processes for oil and gas assets located in South Texas.

### E.     Acquisition of 50% Interest in Bullzeye Wireline

El Dorado intends to use a portion of the Main Street Loan proceeds, approximately $1,000,000, to purchase 50% of the equity interest in the company Bullzeye Wireline __ ("Bullzeye"). Bullzeye is one of the few wireline companies left in South Texas. After the most recent downturn in commodity prices, most of the companies that historically provided wireline services in South Texas either exited the area or are currently involved in Bankruptcy proceedings. Because of this, Bullzeye has become the vendor of choice for many major companies in South Texas, including _____ and ____ and most importantly, El Dorado.

A key component of the Vertical Integration system described above, is access to equipment and personnel. El Dorado has already purchased over one million dollars worth of good used wireline trucks and equipment. By its ownership in Bullzeye, El Dorado will be able to secure use of perforations, explosives and other wireline equipment necessary for wireline operations as well as preferred timing for wireline services, without having to own all the necessary equipment for wireline operations or directly employ the necessary personnel full time on El Dorado's properties. As additional consideration for the transaction, El Dorado (or a member of its Affiliate Group) shall transfer ownership of the recently purchased wireline trucks and equipment to Bullzeye. Bullzeye will maintain these trucks and wireline equipment which will earn revenue from other customers of Bullzeye, rather than sitting idle when not in use by El Dorado.

This transaction is currently in the early diligence stages and no agreement in principle has yet been reached by the parties.

### F.     Pay Off Existing Debt and Escrow

El Dorado has an existing loan owed to Amegy Bank with an amount currently outstanding of $4,303,321.00 which accrues interest at 4.1662%. Upon funding of its Main Street Loan, El Dorado intends to pay off its existing loan from Amegy Bank.

El Dorado further intends to establish an escrow account with First Service Bank upon funding of the Main Street Loan in which El Dorado will deposit $1,600,000 of the Main Street Loan proceeds. These escrowed funds will be used to repay the capitalized interest from the Main Street Loan due at the end of the first year of the loan.

### G.     Inability to Access Other Sources of Capital

It's no secret that funding for oil and gas operations has dried up. Under current commodity prices traditional sources of capital for operations is no longer available to El Dorado. Banks and other traditional lenders are unwilling to make new loans to oil and gas companies such as El Dorado. Compliance with El Dorado's current loan from Amegy Bank has become cost prohibitive. For these reasons and those detailed in this

D.    Regulation

El Dorado's operations are subject to numerous federal, state, and local environmental and occupational health and safety laws and regulations. Numerous governmental entities, including the EPA, OSHA, and analogous state agencies, have the power to enforce compliance with these laws and regulations and the permits issued under them, often requiring difficult and costly actions. These laws and regulations may, among other things (i) require the acquisition of permits to conduct drilling and other regulated activities; (ii) restrict the types, quantities and concentration of various substances that can be released into the environment or injected into formations in connection with oil and gas drilling and production activities; (iii) limit or prohibit drilling activities on certain lands lying within protected areas; (iv) require remedial measures to mitigate pollution from former and ongoing operations, such as requirements to close pits and plug abandoned wells; (v) impose specific safety and health criteria addressing worker protection; and (vi) impose substantial liabilities for pollution resulting from oil and gas activities.

Over time, the trend in environmental regulation is to place more restrictions on activities that may affect the environment and, thus, any new laws and regulations, amendment of existing laws and regulations, reinterpretation of legal requirements or increased governmental enforcement that result in more stringent and costly pollution control equipment, the occurrence of restrictions, delays or cancellations in the permitting or performance of projects, or waste handling, storage, transport, disposal or remediation requirements could have a material adverse effect on El Dorado's financial condition and results of operations. El Dorado has incurred and will continue to incur operating and capital expenditures, some of which may be material, to comply with environmental and occupational health and safety laws and regulations. Historically, El Dorado's environmental compliance costs have not had a material adverse effect on its results of operations.

E.    Climate Change and Demand

Climate change continues to attract considerable public, governmental and scientific attention. As a result, numerous proposals have been made and are likely to continue to be made at the international, national, regional, and state levels of government to restrict or eliminate future emissions. As a result, El Dorado's operations are subject to a series of regulatory, political, litigation, and financial risks associated with the production and processing of fossil fuels and emissions.

Governmental, scientific, and public concern over the threat of climate change arising from emissions has resulted in increasing political risks in the United States, in the form of pledges made by certain candidates seeking the office of the President of the United States in 2020, including proposals to ban hydraulic fracturing of oil and gas wells and ban new leases for production of minerals on federal properties, including onshore lands and offshore waters. Litigation risks are also increasing, as a number of cities, local governments, and other plaintiffs have sought to bring suit against the largest oil and gas companies in state or federal court, alleging, among other things, that such companies created public nuisances by producing fuels that contributed to global warming effects, such as rising sea levels, and therefore are responsible for roadway and infrastructure damages as a result, or alleging that the companies have been aware of the adverse effects of climate change for some time but defrauded their investors by failing to adequately disclose those impacts but due to the fact El Dorado did not originally drill any wells but took over the wells and IWF structure it will not be liable for the creation of the wells and infrastructure.

The adoption and implementation of any international, federal or state laws or regulations that impose more stringent standards for emissions from the oil and gas sector or otherwise restrict the areas in which this sector may produce oil and gas or generate emissions could require El Dorado to incur increased operating costs or costs of compliance and thereby reduce demand for the oil and gas produced by El Dorado Additionally, political, litigation, and financial risks may result in El Dorado restricting or cancelling development or production activities, incurring liability for infrastructure

damages as a result of climate changes, or impairing its ability to continue to operate in an economic manner, which also could reduce demand for or lower the value of, the oil and gas El Dorado produces. One or more of these developments could have a material adverse effect on El Dorado's business, financial condition, and results of operations.

F.    Team

El Dorado depends, to a large extent, on the services of a limited number of personnel, including Thomas Swarek. The loss of the services of Thomas Swarek could negatively impact El Dorado future operations. Thomas Swarek is currently training multiple personnel at the manager level to carry on the development plans of El Dorado in the event of the loss of Thomas Swarek.

V.    Strengths and Weaknesses

A.    Low Cost Operator

El Dorado's core acreage positions are blocky and contiguous in nature which allows El Dorado to continue to maintain low per well costs through, efficient well management techniques, continual use of equipment throughout an asset (rather than having to move from asset to asset), consolidation of in-field infrastructure, and efficiently sourcing materials. Furthermore, Vertical Integration allows El Dorado to minimize the use of third-party contractors and the resultant service cost inflation.

B.    Vertical Integration

The oil and gas industry is cyclical and every time the industry rebounds, there are shortages of drilling rigs, equipment, supplies, water and qualified personnel, which results in a substantial increases to the costs and delivery times of rigs and equipment.

The unavailability or high cost of rigs, equipment, supplies or qualified personnel can materially and adversely affect operations and profitability for companies. Currently, however, rigs, equipment and supplies are being sold at salvage value and scores of highly qualified personnel are looking for employment. El Dorado has and continues to acquire the equipment and personnel that it will need for the activities described in this narrative at bargain basement costs to further its Vertical Integration strategy.

Vertical Integration is a strategy that El Dorado uses to maintain its status as a low-cost operator. El Dorado buys equipment and employs the personnel to run the equipment during down turns in the cycle for pennies on the dollar. When the industry starts to rebound, and El Dorado (and all the other operators in the area) decide to ramp up their activities, it will be El Dorado who has the necessary equipment and personnel to perform the activities at a fraction of the cost and in a fraction of the time, while the other operators in Texas wait weeks for equipment to become available and pay the exorbitant costs which result from such a high demand.

C.    Mixed Acreage

Across its three properties, El Dorado's assets are a mix of 40% oil and 60% gas. All of El Dorado's properties have potential for increased production. Should commodity prices swing heavily in favor of oil over gas or vice versa, El Dorado is in a unique position of having the ability to adjust the mix of its production to favor either oil or gas production with very little lead time.

D.    Developed Acreage with Steady Production

Many oil and gas companies have undeveloped acreage, which if not drilled in a certain amount of time, will expire. Once a lease expires, the operator has no more right to that acreage; no matter how much it has invested in the acreage. Additionally, many oil and gas companies must continually replace their reserves as their wells deplete.

All of El Dorado's properties are considered developed. This means that no new wells need to be drilled in order for the leases to remain in force. All that is needed to keep the leases in force is that production in paying quantities is maintained or shut ins are properly performed. El Dorado continuously monitors production and well shut ins to ensure its leasehold position is maintained.

The production from the A.W.P. Field has very little, if any, decline. So, unlike many other operators, El Dorado does not have to drill new wells to maintain its levels of production. Any workover or new drilling activities will serve to only increase production, as opposed to maintaining it.

## E.    Proximity to Demand Centers

El Dorado's assets are positioned in one of the most economically advantaged oil and gas regions of the United States. Its proximity to the Gulf Coast affords it much lower commodity basis differentials and meaningfully higher price realizations when compared to other domestic basins. Additionally, El Dorado's assets are in close proximity to the largest and highest growth gas and NGL demand centers, including increasing LNG exports, gas exports to Mexico and industrial, petrochemical, and power demand in the Gulf Coast markets.

## VI.    Purpose of the Loan

### A.    Historical Plan

#### 1.    Development of Assets

As it is considered to be the top priority field for development, since 2018, El Dorado has focused most of its efforts on development of the A.W.P. Field. The majority of the wells in the A.W.P. Field produce from the Olmos formation. The Olmos formation is sandstone and very tight. It will almost appear as granite like a kitchen top granite.

##### a.    Cost Cutting

El Dorado is a low-cost operator and therefore can develop certain fields that other operators would consider uneconomic. The first step that any low-cost operator takes upon closing a new acquisition is to reduce operating costs associated with the properties. Starting at acquisition in 2018, El Dorado began lowering the operating expenses associated with the A.W.P. Field. In 2019, steps were undertaken to lower operating costs even more, from an average operating cost of $500,000 per month in 2019 to an average of $250,000 per month in 2020. This was accomplished through a variety of cost saving measures, including terminating third party compression contracts (reduction of $120,000 per month) and purchasing necessary compressors (through Southern Compression) at greatly reduced prices and elimination of overtime for all pumpers and roustabout personnel. El Dorado has ownership in all companies that are necessary to produce and/or recomplete all wells. Because of this fact, El Dorado receives all products necessary to produce or enhance production at cost.

Loan Request, El Dorado is seeking $50,000,000 from the Main Street Lending Program.

## VII.    Conclusion

Despite the fact that El Dorado continues to turn a profit, the COVID-19 pandemic has affected even the best operators. Selling into a low commodity market is not ideal, and costs can only be brought so low before production starts to be affected. El Dorado's current success and future plans have been delayed while it awaits for commodities prices to stabilize.

The price of oil and gas has begun to stabilize and starting in June 2020, has begun its climb. El Dorado believes that the time is right to deploy additional capital from the Main Street Lending Program to pursue its activities described above.

Following that, it is El Dorado's intention to use the bulk of the proceeds from the Main Street Lending Program to continue its current operations, to increase production by working over existing wellbores, drilling new wells and making strategic acquisitions of oil and gas properties. This will result in the continuation of 40 jobs for those already working on El Dorado's properties and the creation of numerous new jobs as El Dorado expands its portfolio of assets.

El Dorado respectfully submits this Loan Request for your approval and is happy to answer any questions you may have regarding this request.

2

Thomas L Swarek

World Ag Investment, Inc.

Contact us for a free quote!

ABOUT US     SERVICES     GALLERY     CONTACT     EL DORADO GAS AND OIL

**EL DORADO**
GAS & OIL, INC.

THSWARER@ iCLOUD.COM

TOM SWARER CELL

100% OWNER

662 5902440

CALL 24/7

# FULLY INTEGRATED E&P COMPANY

## ABOUT US






# GALLERY














# PRODUCTS & SERVICES







# GALLERY







23-51715-JAW   Dkt 1123-2   Filed 01/27/25   Entered 01/27/25 17:29:48   Page 26 of 35

I have five NOV 1500 hp drilling rigs. The last that were built in 2014 that unit drilling had, I have coil tubing rigs ,Frack tanks for water, fracking equipment purchased from BJ Hughes, some of the best it's all field ready we've already fracked Wells here , the crew manpower we we have here were former BJ Hughes employees along with their manager they'll all come to Argentina if needed, we bought five fishing tool companies those you have to rent here and they're expensive. We have over 1,000,000 feet of drill pipe. We have all the wire lines the latest one for perforating and pipe recovery purchased from a major wireline company when they left South Texas, my name is Thomas L Swarek . I drilled Andcompleted 1200 wells in South Texas from 1980 to 87 the history is now in the Texas railroad commission, i built totally integrated drilling and completion system in 87. We did it all from Frack to cementing we didn't have one contractor on the site . The wells were down to 2000 feet to a blanket zone much like the one you have. I understand some the wells there are 3000 ft vertical then you turn horizontal., the vertical length of the string holds the weight and you turn the horizontal the weight of the drill pipe acts like a drawer in the shelf you don't pull that much weight. I've been in this business since 1979, I just turned 76 years old June 15 and you

know this country is declared war on fossil fuel companies. They've cut out all financing as our Senate announced Nancy Pelosi. She was going to put the fossil fuel people out of business from the Senate floor, they did cutting off all financing for small independent companies much like the one I have built, I had had picked out all equipment the buildings and land all stored estimated if you had to replace this and if you could find the equipment now to around $2 billion certainly be over that price if you purchased it new however no one's building new or field equipment or even wants to attempt it because it appears with the world plans on attacking fossil fuel , problem is what energy are you  gonna use for energy to build all the equipment required by green energy , if you google how much oil America has without imports left it's five years and we're burning 21 million barrels day the world burning over 100 million a day and our production is somewhere around 12 to 13 million  a day and the Arabs, Chinese and Russian control the Middle East that's the only source of imports for the world presently of any size the HOUTH rebels ARE ATTEMPTING TO SINK A SUPERCARRIER IN THE SMALL  STRAIGHT OF OCEAN  LEADING OUT TO THE WORLD IF SO, ONE SITE THERE WOULD BLOCK OIL FOR AT LEAST A YEAR OR MORE UNTILL YOU COULD GET IT OUT  OF THE WAY , THEY SANK A HUGE FERTILIZER SHIP, BUT IT SANK IN A WIDER AREA. THEY'RE USING SPEED BOATS UNDERWATER RADIO GUIDED PROJECTILES. I AM NOT A DOOMSAYER BUT APPEARS TO ME THE WORLD WOULD HAVE A PROBLEM AS THAT WOULD CUT OFF A LARGE PORTION OF THE WORLD EXPORT. I LOOKED AT THE VIDEO YOUR PRESIDENT MADE A 10 MINUTE VIDEO ABOUT DEVELOPING THE SHALE IN YOUR FIELD THERE, I SAW ONE DRILLING RIG AND A  VAST AREA SURROUNDING THAT WELL I SAW THE EQUIPMENT DRIVING ON SANDY ROADS AND I BELIEVE THAT'S BECAUSE YOUR WATER TABLE IS 10 METERS DOWN OR 30 FEET DEPTH IT THERE  BECAUSE OF THE RUNOFF FROM THE MOUNTAINS IN ARGENTINA

,IF THAT WERE GONE, YOU'D BE DRIVING CAMELS ACROSSTHE LAND ,  BUT IT MAKES FOR A HARD  Under firment   AND YOU COULD JUST TIE A LARGE CHAIN TO  SEVERAL D8 CAT DOZERS AND SLOWLY PULL IT TO YOU NEXT LOCATION,  I'M ASSUMING THEY'RE ABOUT 1200 FOOT APART BUT NOT HAVING TO RIG DOWN AND THEN BACK UP,  AGAIN YOU WILL DRILL 50% MORE WELLS AND FASTER , WHEN I SAY WE HAVE EVERYTHING POSSIBLY COULD YOU IMAGINE IT'S PARTS BOLTS TO DEVELOP YOUR OIL FIELD IN ARGENTINA THERE IS GOING TO BE  A BIG PROBLEM OUT THERE IN NO MANS LAND , BUT I HAVE TWO SETS OF 3-D METAL PRINTERS. THEY CAN PRINT ANY PART. I WAS BUILDING THE SYSTEM FOR AMERICA, BUT THEY DON'T WANT US ANYMORE, I LIKE ARGENTINA I UNDERSTAND IT 84% MIRACLE BELIEVING  CATHOLICS , 12% PROTESTANTS AND 4% JEWS , they are virtually no Muslims there as you know we're having problems now at our colleges because of the war in the Middle East. I have the ability to deliver the best EQUIPMENT AND MEN IF NEEDED in the business to your company , as instructors or workers  to your  country after I sold my position in oil and gas in 1987, I went in into farmland buying and selling and farming, I sold the hunt or hunt family farm in pine bluff arkansas  in 2008 it is 11,000 acres and I made a huge profit on it , Then afterwards in 2017 I re-entered the oil and gas business. I ended up with over 1/2 million acres held by production every kind of equipment you can imagine scattered from Alabama all the way to Texas. I'm willing to do a straight stock trade your stock for equipment and join you with our men in America who are all bewildered now because this country no longer wants us , no one in the world is building equipment as that would be a futile effort because the world wants to end fossil fuel because they believe it's the cause of climate change, maybe it is maybe it's not who knows, Jesus prophesied climate would change in the last days , maybe so but they're gonna have to have something to get them to

the point of green energy and that something is natural gas and oil , I also have compressors to move natural gas. We have natural gas a lot of our wells are natural gas with oil , all the auction companies and sellers know me as I bought all his equipment over the last five years. There's some left in this country to still purchase and can be bought really low priced

but after that's gone, prices are going to skyrocket ,Vista needs equipment to demonstrate the to the world  it has a capability to develop the field, it needs equipment and the man power , I see an opportunity here for both of us and I'm willing to go and meet with whoever you want me to meet with right away ,this opportunity is evaporating fast even if you sent representatives to buy equipment from Argentina to here the sellers knowing how bad you needed it , you never be able to buy this stuff at the prices I bought it for , it looks impossible for you to develop what you have looking at that one drilling rig in your u-tube video,  imagine five  rigs with a million pound pull strength in the derrick surrounding that one rig drilling you see on the video along with all the Frack equipment, frack tanks ,work over rigs, a large building full of parts , your Vista stock would skyrocket because the world could see you have the ability to become as large as any Major oil company ,I'm willing to trade the equipment for straight stock and you can restrict it so that we do not  hurt the market on your stock right now ,Venezuela is needing equipment and have contacted us, but I don't want live in Venezuela, but I would live in Argentina and spend my last years there , because of the new president you have, and the exchange rate of our dollars allows us for $250 a month to hire you best men. The president has a problem you have 44 million population 12 1/2 million of work age from 16 years up, I understand the younger part of your population elected your president, he needs help to convince  your country that he can do what he says he's doing , you have one and three that works for the social system from your prior

leaders. Your president laid off only 5000 out of 4 million working in a government job and rioting started after you laid off only 5000 ,You could stop those riots by having a job fair for everything imaginable, and not suspending their current government pay but turn that pay it into orientation pay and let them choose an occupation they want to work in in a giant NEW JOBS FAIR IN ARGENTINA WITH ALL THE ENTREPRENEURS FROM AMERICA, TALKING TO EACH PERSON TO FIND OUT WHAT THEY WOULD BE BEST AT , I see all kinds of opportunity in your country . We need to build a shipping system from our country to your country and you ship back products to our country as they turn around and bring what's need for Argentina, I have a ability to get a large number of used ocean going tugboats along with ocean going barges ,the prices incredibly low. We could have a repair facility in Argentina and you can take these barges from all points in southern United States and head for the Mexico Peninsula. Takes about 2 1/2 days but with weather radar you could go when the weather is good when you hit the Peninsula in Mexico, you hug the coast the about 5 miles out. Headed to Argentina it's going to take twice as long but your equipment is going to bought at low prices and Argentina, by this route you hug the coast 5 miles out ,you pass the Panama Canal as you head towards Columbia and Venezuela 5 miles out from the coast till you got to your nearest port Argentina probably Buenos Aires if you hit any weather along the way you just pull into a safe spot and sit there until the weather passed ,we can outfit the tugboats in Argentina with plenty of food and repairs if needed , I estimated it takes about 18 men for each boat twice as long as a common carrier , but we would have complete control of the operation , and have plenty of fuel, the food and supplies in Argentina would be inexpensive,. I estimate we'll get right there for less money, maybe half of what you have to pay common carrier , common carriers, variable rates and hit you with all sorts of charges

and we would not have control ,but with what I just explained, we know what it would cost to get equipment from America to you. There's one short opportunity now and it will never pass your way again in the world right now , and Vista to be able to develop the whole field in Argentina is a massive job ,the president of your company, Vista in his 10 minute YouTube video that's titled. Argentine hope  shale oil and gas                your president said he wanted Independent oil companies there , I know why the major companies move slow and the newly elected president of Argentina, has to move fast now in order to demonstrate, he can turn it around into a democratic society, I and all THE trained partners I know in the USA  ARE  trained another areas and I know other people that'll come with me entrepreneurs From the USA ,  this country no longer wants them, For instance, ALL our people here have no choice for our parents RETIREMENT AS THEY GO to put,state run homes where they're not attended to ,the coronavirus proved that AS A LOT OF OUR PARENTS DIED , we can build retirement homes in Argentina  OUR PARENTS WILL LIVE IN Houses and have maid service made SERVICE along with nursing from nurses,with the retirement checks that United States government are giving them, the retirement check in the USA will allow our parents to have all these wonderful things ,and they would be independent instead of us, putting them in a state system that does not take care of them like we want them to be cared for ,so we could build retirement, housing there and with your timber plentiful we can build lumberyards to build housing with retirement homes and you would receive many retired, Americans to be taken care of, as I believe you're going to have a lot of Americans come to your country because of  your president that you elected. We all are not renouncing US citizenship ,America a allows us multiple citizenship in the world, we are entrepreneurs and need some sort of Safe place to move to in the event this country turned totally socialist, I've got

hundreds of entrepreneurs as friends they all agree with me , I've got hundreds of entrepreneurs as friends. They all agree with me. We're not abandoning America Only building an insurance place we can come to the in the event It gets worse here we're trying to cover both sides of the bet and and need a safe place for entrepreneurs and people like us in the event  this socialist trend continues  , so if your president can solicit the support of all the American entrepreneurs that want to come there, and your president can  conduct multiple job fairs as you begin to layoff the government employees you would continued their pay in the form of orientation training them for the occupation we provide , we would start to check out is the same pay. They're getting at the government job. They're in now so they don't miss a check ,paid to the new activity all of us here in America ,They're willing to train your people in the way we do things, I have a friend who just sold out made the third largest mobile home manufacturing facility in America. He had 40% on it. His father is a friend of mine and his father  has lumberyards and sawmills ,mobile homes in America are built with pine wood for the wood parts, you have hardwood there in your mountains , but you have to treat it and dry it I have all that equipment to do the drying and we can ship it there. if you built mobile homes with hardwood they last three times or maybe longer than those built America using Pinewood. There's another industry for Argentina, the best mobile homes on the planet built with hardwood  from your forest, which is plentiful has never been developed for some reason. I've got multiple ideals and I'm willing to move there and submit to your president. I watched him give a speech to all the great money men  of the world and he told them in no kind of way  will socialism ever work as a government system it doesn't work and it never will Your was dead on right as He presented himself  Masterfully ,I was stunned, and amazed he had the crowd at full attention you up email now about Argentina his wife sat by him proud supportive, we want

to help ,we want to join you all in this endeavor.I'm also a pilot in airplanes . I bought and sold airplanes for a while. I've been a pilot for 50 years. I'm in the airman Hall of Fame, I have plenty of energy and time left in my life to download the information I possess to your country ,you can take what you think useful that I have learned ,and throw the rest away if not needed ,we're all Christians here and need to support each other ,since you're president is newly elected,I hope he asks Israel to be the big brother to Argentina as they are nuclear armed and able to defend themselves ,but they have no oil and you can't fly F18 super hornets on an electric engine. Japan and South Korea have the United States as there big brother and England has a stake in the Falkland Islands as their big brother , if Argentina has Israel is their big brother. I believe they would come right away. I've been talking to the Jews in New York. They think there's a wonderful idea as Argentina has yet to select their big brother, I trust the Israelites and so does your president , there's hundreds of people like me in this country that want to discuss this ideal their eyes light up every time we talk about this subject, again we're not planning on abandoning America or re renouncing our citizenship. We just want another place where we are wanted and can help. we all do not have very much time to accomplish this. We must move expediently. My telephone number is 662-590-2440. It's my cell phone. You can call me 24 seven I'll come immediately to meet with whomever the president wants me to meet with, I'm a workaholic and proud of it , and so are all my friends , and Argentina needs all the workaholics they can get right now , I and my friends want a place where we can ensure our children will not ever suffer the evil of socialism , government, here in the USA, look down on my profession, especially because of their desire to destroy their own own oil and gas industry here in America, I'm sorry I wrote this early morning and I sent the one I wrote with all the mistakes, this email will clear up my grammar        THOMAS L SWAREK.        God bless





**MARTINDALE**CONSULTANTS**INC.**

THE OIL AND GAS CONSULTING COMPANY

# Roger Gann



President / CEO
**Started** 1995
University of Oklahoma
**Location :** Oklahoma City, OK
📞 (405) 728-3003 ext. 1100
✉ r.gann@marticons.com

Roger began his Martindale career in 1995 and is the President of the firm. He is also a Certified Fraud Examiner (CFE). With more than 22 years of Martindale-experience, he is uniquely qualified to work with clients to identify, manage, and execute any type of project ranging from international, deepwater, onshore conventional and non-conventional, vendor, revenue, royalty, and governmental entity-related projects.

Management expertise:

- Overseeing audits for U.S. and international joint venture projects
- Overseeing audits for revenue, royalty, midstream and gas plant projects
- Overseeing vendor compliance reviews
- Overseeing client in-house projects on COPAS Accounting Procedure applications for various joint venture issues.

Expert witness and litigation support expertise:

- Testifying in State court and arbitrations.
- Joint venture and revenue disputes, gas balancing, royalty disputes, and custom and practice in applying exploration agreements, joint operating agreements, and Accounting Procedure provisions in oil and gas operations
- Application of COPAS publications supporting oil and gas cost issues.
- Midstream and gas plant disputes and custom and practice in applying gas gathering agreements, processing agreements, and production handling agreements.

Speaking engagements:

- Instructor for COPAS Energy's private and public live courses
- Various subjects presented to OSCPA, Desk & Derrick, COPAS societies, and other oil and gas organizations
- Private oil and gas subjects at client requests.

Roger has had extensive involvement in COPAS

https://www.marticons.com/people/roger-gann