Form hn002jaw (Rev. 07/21)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

**El Dorado Gas & Oil, Inc.**

**CASE NO. 23–51715–JAW**

**DEBTOR.**

**CHAPTER 11**

## NOTICE OF HEARING AND DEADLINES

Toyota Motor Credit Corporation has filed a Motion for Relief from the Automatic Stay, to Abandon Property Against the Debtor and Other Relief (the "Motion") (Dkt. #1139) with the Court in the above–styled case.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

The Court will hold an evidentiary hearing (the "Hearing") on March 25, 2025, at 10:00 AM in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to consider and act upon the Motion.

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, you or your attorney must file a written response explaining your position so that the Court receives it on or before March 11, 2025 (Response Due Date). Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Thad Cochran U.S. Courthouse, 501 East Court Street, Suite 2.300, Jackson, MS 39201. If you file a response, you or your attorney are required to attend the Hearing. The Hearing will be electronically recorded by the Court.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion. If no response is filed, the Court may consider the Motion and enter an order granting relief before the Hearing date.

Dated: 2/3/25

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228–563–1790

Courtroom Deputy
601–608–4642 (use to advise of settlement)
601–608–4693

Parties Noticed:

El Dorado Gas & Oil, Inc., Debtor– In–Possession

Hugoton Operating Company, Inc., Jointly Administered Debtor

Bluestone Natural Resources II South Texas, LLC, Jointly Administered Debtor

World Aircraft, Inc., Jointly Administered Debtor

Patrick A. Sheehan, Esq., Counsel for the Debtors

Charles Barbour, Esq., Counsel for the Movant

Dawn Ragan, Chapter 11 Trustee

R. Michael Bolen, Esq., Counsel for the Chapter 11 Trustee

Katherine Hopkins, Esq., Counsel for the Chapter 11 Trustee

Nancy Lee Ribaudo, Esq., Counsel for the Chapter 11 Trustee

Joseph Daniel Austin, Esq., Counsel for the Chapter 11 Trustee

United States Trustee

Abigail M. Marbury, Esq., Counsel for the United States Trustee

All Parties Filing a Notice of Appearance