**United States Bankruptcy Court**
**Southern District of Mississippi**

In re:   El Dorado Gas & Oil, Inc.                                        Case No.: 23−51715−JAW
             dba El Dorado Oil & Gas, Inc.

                                                                                         Chapter 11


**To: All Persons of Record at Hearing/Trial**


**NOTICE OF FILING OF TRANSCRIPT**
**AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION**


A transcript was filed on **March 4, 2025** (Dkt. # 1192) regarding a hearing/trial held on **January 28, 2025** (Dkt. #1020).

The parties have until **March 11, 2025** to communicate with the transcriber of any intent to redact the transcript.

Transcript redaction request to the transcriber is **<u>required</u>** on or before **March 25, 2025**.

If a transcript redaction request is submitted to the transcriber, the deadline for the redacted transcript to be filed with the Court is **April 4, 2025**.

If no redacted transcript is filed before the 90−day restriction period expires, the transcript may become available for remote electronic access on **June 2, 2025**, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber, ***J&J Court Transcribers, Inc., 268 Evergreen Avenue, Hamilton, NJ 08619, 609−586−2311.***, or you may view the transcript at the clerk's office public terminal.


Dated: 3/4/25                                          Danny L. Miller
                                                               Clerk, U. S. Bankruptcy Court
                                                               Dan M. Russell, Jr. U.S. Courthouse
                                                               2012 15th Street, Suite 244
                                                               Gulfport, MS 39501

                                                               228−563−1790