**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 23-51715-JAW** |
| | § | |
| **El Dorado Gas & Oil, Inc.,** | § | **Chapter 11** |
| | § | |
| **Debtor.** | § | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Garett A. Anderson, attorney for GrayStreet Credit, LLC, hereby certify that on March 11, 2025, I filed GrayStreet Credit, LLC's *Motion to Enforce Sale Order [Dkt No. 1104] and to Compel Compliance with Purchase and Sale Agreement and, Alternatively, Application for Administrative Expense* [Dkt No. 1200] (the "Motion"), a copy of which is attached hereto as Exhibit "A," using the Court's CM/ECF electronic case filing system, which sent electronic notice of the filing to all counsel of record and persons entitled to receive electronic notice in the above-captioned case. I further certify that on March 12, 2025, I served via U.S. Mail, postage prepaid, true and correct copies of (1) the Motion and (2) the *Notice of Hearing* [Dkt No. 1202], a copy of which is attached hereto as Exhibit "B," to all persons entitled to receive notice as reflected in the creditor matrix, a copy of which is attached hereto as Exhibit "C."

This the 12th day of March, 2025.

Respectfully submitted,

**GRAYSTREET CREDIT, LLC**

By:    */s/ Garrett A. Anderson*_____
Garrett A. Anderson, MSB # 106267
FLETCHER & SIPPEL, LLC
4400 Old Canton Road, Suite 220
Jackson, MS 39211
Telephone: 601-414-6009
Fax: 601-414-6016
Email: ganderson@fletcher-sippel.com
*Attorney for GrayStreet Credit, LLC*

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing Certificate of Service was filed electronically through the Court's ECF system and served electronically on all parties entitled to receive electronic notices.

This the 12th day of March, 2025.

*/s/ Garrett A. Anderson*
Garrett A. Anderson