**Exhibit B**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

**EL DORADO GAS & OIL, INC.,**[1]                    **CASE NO. 23-51715-JAW**

**DEBTOR-IN-POSSESSON.**                              **CHAPTER 11**
*Jointly Administered*

**NOTICE OF HEARING**

GrayStreet Credit, LLC has filed a Motion to Enforce Sale Order [Dkt No. 1104] and to Compel Compliance with Purchase and Sale Agreement and, Alternatively, Application for Administrative Expense (Dkt. #1200) (the "Motion") with the Court in the above-styled case.

<u>**Your rights may be affected.**</u> **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

The Court will hold an evidentiary hearing on April 10, 2025, at 10:00 AM in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to consider and act upon the Motion.

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, you or your attorney must file a written response explaining your position so that the Court receives it on or before April 4, 2025 (Response Due Date). Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Thad Cochran U.S. Courthouse, 501 East Court Street, Suite 2.300, Jackson, MS 39201. If you file a response, you or your attorney are required to attend the Hearing. The Hearing will be electronically recorded by the Court.

---

[1] Jointly administered with *In re:* Hugoton Operating Company, Inc., Case No. 23-51139-JAW; *In re:* Bluestone Natural Resources II – South Texas, LLC, Case No. 24-50223-JAW; *In re:* World Aircraft, Inc., Case No. 24-50224-JAW

1

This Page Intentionally
Left Blank

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion. If no response is filed, the Court may consider the Motion and enter an order granting relief before the Hearing date.

Dated:  March 11, 2025

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
U.S. Bankruptcy Court
501 E. Court Street, Suite 2.300
Jackson, MS 39201
601-608-4600

Courtroom Deputy
601-608-4642 (use to advise of settlement)
601-608-4693

3

# This Page Intentionally Left Blank

4

Parties Noticed

El Dorado Gas & Oil, Inc., Debtor-In-Possession

Hugoton Operating Company, Inc., Jointly Administered Debtor

Bluestone Natural Resources II – South Texas, LLC, Jointly Administered Debtor

World Aircraft, Inc., Jointly Administered Debtor

Patrick A. Sheehan, Esq., Counsel for the Debtors

Garrett A. Anderson, Esq., Counsel for the Movant

Dawn Ragan, Chapter 11 Trustee

R. Michael Bolen, Esq., Counsel for the Chapter 11 Trustee

Katherine Hopkins, Esq., Counsel for the Chapter 11 Trustee

Nancy Lee Ribaudo, Esq., Counsel for the Chapter 11 Trustee

Joseph Daniel Austin, Esq., Counsel for the Chapter 11 Trustee

Office of the United States Trustee

Abigail M. Marbury, Esq., Counsel for the United States Trustee

All Parties Filing a Notice of Appearance