Exhibit C

Label Matrix for local noticing
0538-6
Case 23-51715-JAW
Southern District of Mississippi
Gulfport-6 Divisional Office
Tue Mar 11 09:36:39 CDT 2025

American National Insurance Company
c/o Alan L. Smith, Esq.
Baker Donelson, PC
100 Vision Drive - Suite 400
Jackson, MS 39211-7009

Archrock Partners Operating LLC
c/o J. Walter Newman IV
587 Highland Colony Parkway
Ridgeland, MS 39157-8784

Bexar County, Texas
Linebarger Goggan Blair & Sampson
c/o Don Stecker
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205-1588

Bluestone Natural Resources II - South Texas
1261 Pass Rd.
Gulfport, MS 39501-6236

Brooks County
Linebarger Goggan Blair & Sampson LLP
PO Box 17428
Austin, TX 78760-7428

CR3 Partners, LLC
Greg Baracato, Partner
13355 Noel Road
Suite 2005
Dallas, TX 75240-6635

El Dorado Gas & Oil, Inc.
1261 Pass Road
Gulfport, MS 39501-6236

Energy Advisors Group, Inc.
Brian J. Lidsky, Director
4265 San Felipe Street
Suite 650
Houston, TX 77027-2913

Florida Gas Transmission Company, LLC
c/o Jim F. Spencer, Jr.
Watkins & Eager PLLC
P.O. Box 650
Jackson, MS 39205-0650

Howdy Enterprises, Ltd
P.O. Box 1656
Leander, TX 78646-1656

Hugoton Operating Company, Inc.
1261 Pass Rd.
Gulfport, MS 39501-6236

IPFS Corporation
30 Montgomery Street
Suite 1000
Jersey City, NJ 07302-3836

J-W Power Company
c/o Wessler Law Firm
P.O. Box 175
P.O. BOX 15549
Gulfport, MS 39502 United States

Jim Wells CAD
Linebarger Goggan Blair & Sampson LLP
PO Box 17428
Austin, TX 78760-7428

Live Oak CAD
Linebarger Goggan Blair & Sampson LLP
PO Box 17428
Austin, TX 78760-7428

(p)LINEBARGER GOGGAN BLAIR & SAMPSON  LLP
ATTN DON STECKER
112 E PECAN
SUITE 2200
SAN ANTONIO TX 78205-1588

Mestena, LLC
c/o Alan L. Smith, Esq.
Baker Donelson, PC
100 Vision Drive - Suite 400
Jackson, MS 39211-7009

Metropolitan Life Insurance Company
c/o Timothy J. Anzenberger
Adams and Reese LLP
1018 Highland Colony Parkway, Suite 800
Ridgeland, MS 39157-2057

Mississippi Power Company
Balch & Bingham, LLP
1310 Twenty Fifth Avenue
Gulfport, MS 39501 United States

Park Energy Services, LLC
c/o Connor J. Smith, Dore Rothberg Law
16225 Park Ten Place Dr
Suite 700
Houston, TX 77084

Railroad Commission of Texas
Office of the Attorney General of Texas
P. O. Box 12548
Austin, TX 78711-2548

Tiger Capital Group, LLC
c/o Evan N. Parrott
11 North Water Street
Suite 24290
Mobile, AL 36602-5024

Tiger Capital Group, LLC
c/o Mark P. Naughton
340 North Westlake Blvd.
Suite 260
Westlake Village, CA 91362-7036

White Rock Oil & Gas
5810 Tennyson Parkway
Suite 500
Plano, TX 75024-3523

World Aircraft, Inc.
1261 Pass Rd.
Gulfport, MS 39501-6236

U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501-2036

7 Compression LLC
5636 Shirley Dr.
Tyler, TX 75708-6631

A. James Tulp, Esq.
Baker Donelson Bearman Caldwell & Berkow
Counsel for Mestena, LLC
100 Vision Drive, Suite 400
Jackson, Mississippi 39211-7009

A. James Tulp, Esq.
Baker Donelson Bearman Caldwell Berkowit
Counsel for ATIC Limited Partnership
100 Vision Drive, Suite 400
Jackson, Mississippi 39211-7009

A. James Tulp, Esq.
Baker Donelson Bearman Caldwell Berkowit
Counsel for American National Insurance
100 Vision Drive, Suite 400
Jackson, Mississippi 39211-7009

A. James Tulp, Esq.
Baker Donelson Bearman Caldwell Berkowit
Counsel for Briguna, LLC
100 Vision Drive, Suite 400
Jackson, Mississippi 39211-7009

A. James Tulp, Esq.
Baker Donelson Bearman Caldwell Berkowit
Counsel for Resource Strategies, LLC
100 Vision Drive, Suite 400
Jackson, Mississippi 39211-7009

ALFF Geologic Consult
17132 Bishopsgate Dr.
Pflugerville, TX 78660-1854

ATIC Limited Partnership
c/o Alan L. Smith, Esq.
Baker Donelson, PC
100 Vision Drive - Suite 400
Jackson, MS 39211-7009

Advance Compression
Equipment, LLC
7502 US Highway 59
North Victoria, TX 77905-5508

Alan L. Smith, Esq.
Baker Donelson Bearman Caldwell & Berkow
Counsel for Mestena, LLC
100 Vision Drive, Suite 400
Jackson, MS 39211-7009

Alan Lee Smith, Esq.
Baker Donelson Bearman Caldwell Berkowit
Counsel for ATIC Limited Partnership
100 Vision Drive, Suite 400
Jackson, Mississippi 39211-7009

Alan Lee Smith, Esq.
Baker Donelson Bearman Caldwell Berkowit
Counsel for American National Insurance
100 Vision Drive, Suite 400
Jackson, Mississippi 39211-7009

Alan Lee Smith, Esq.
Baker Donelson Bearman Caldwell Berkowit
Counsel for Briguna, LLC
100 Vision Drive, Suite 400
Jackson, Mississippi 39211-7009

Alan Lee Smith, Esq.
Baker Donelson Bearman Caldwell Berkowit
Counsel for Resource Strategies, LLC
100 Vision Drive, Suite 400
Jackson, Mississippi 39211-7009

Alex Rodriguez
c/o Anderson Alexander, PLLC
101 N. Shoreline Blvd., 6th Floor
Corpus Christi, TX 78401-2341

Alfonso H. Perez
c/o Donato Ramos, Esq.
P.O. Box 452009
Laredo, TX 78045-0049

All American Towing, Inc.
981 Motsie Rd
Biloxi MS 39532-2201

Andrew R. Wilson, Esq.
Bennett Lotterhos Sulser & Wilson PA
Counsel for Howdy Enterprises Ltd.
P.O. Box 1488
Madison, MS 39130-1488

Annette Wied Sorrells
PMBG Law
8610 Broadway, Suite 440
San Antonio, TX 78217-6355

Anthony Family Property Holdings Inc
c/o Argent Mineral Management
PO Box 1410
Ruston, LA 71273-1410

Apex Funding Source
3050 Biscayne Blvd.
Ste. 502
Miami, FL 33137-4153

Arcadia Funding Prtnrs
2355 East Camelback Rd
Ste. 210
Phoenix, AZ 85016-3593

Armstrong-El Sordo, Ltd.
PMBG Law
8610 Broadway, Suite 440
San Antonio, TX 78217-6355

Arturo S. Perez
c/o Donato Ramos, Esq.
P.O. Box 452009
Laredo, TX 78045-0049

Associated Resources
14425 Torrey Chase Blv
Ste. 320
Houston, TX 77014-1648

Assured Partners
2900 North Loop West
Ste. 1150
Houston, TX 77092-8855

Bar Fork Bar Partners, Ltd.
Person Mohrer Morales Boddy Garcia &
8610 Broadway, Suite 440
San Antonio, TX 78217-6355

Ben Fuentes
c/o Anderson Alexander, PLLC
101 N. Shoreline Blvd., 6th Floor
Corpus Christi, TX 78401-2341

Benito Carbajal
c/o Anderson Alexander, PLLC
101 N. Shoreline Blvd., 6th Floor
Corpus Christi, TX 78401-2341

Big Starr Testing
Adan Marquez
Anderson Alexander, PLLC
101 N. Shoreline Blvd., 6th Floor
Corpus Christi, TX 78401-2341

Blackbeard Operating
201 West Wall St.
Ste. 900
Midland, TX 79701-4532

Blue Diamond Energy, Inc.
Jeffrey Barber
3100 North State Street, Suite 300
Jackson, MS 39216-4013

Bluestone Natural
Resources Holding II
2100 S Utica Ave, #200
Tulsa, OK 74114-1437

Bluestone Natural
Resources II South TX
1261 Pass Rd.
Gulfport, MS 39501-6236

Bluestone Natural
Resources LLC
2100 S Utica Ave, #200
Tulsa, OK 74114-1437

Boerne Independent School District
Perdue Brandon Fielder Collins & Mott LL
c/o Sergio E. Garcia
3301 Northland Drive, Suite 505
Austin, TX 78731-4954

Border Well Services
P.O. Box 1925
Laredo, TX 78044-1925

Bracken 1984 Childrens Trust FBO A Bracken
Walter J. Batla
10941 Circle Drive
Austin, TX 78736-6609

Bracken 1984 Childrens Trust FBO H Bracken
Bracken Enterprise
9467 Selma Parkway
Selma TX 78154-1371

Bracken 1984 Childrens Trust FBO H Bracken
Walter J. Batla
10941 Circle Drive
Austin, TX 78736-6609

Bracken 1984 Childrens Trust FBO J Bracken
Walter J. Batla
10941 Circle Drive
Austin, TX 78736-6609

Bracken 1984 Childrens Trust FBO R Bracken
Walter J. Batla
10941 Circle Drive
Austin, TX 78736-6609

Bracken Children's Trust
Walter J. Batla
10941 Circle Drive
Austin, TX 78736-6609

Bracken Partners Ltd.
Walter J. Batla
10941 Circle Drive
Austin, TX 78736-6609

Bradley T. Golmon, Esq.
Holcomb Dunbar, P.A.
Counsel for El Dorado Gas & Oil, Inc.
Post Office Drawer 707
Oxford, Mississippi 38655-0707

Bradley T. Golmon, Esq.
Holcomb Dunbar, P.A.
Counsel for Thomas L. Swarek
Post Office Drawer 707
Oxford, Mississippi 38655-0707

Brian A. Kilmer, Esq.
Phelps Dunbar LLP
Counsel for White Rock Oil & Gas
910 Louisiana Street, Suite 4300
Houston, TX 77002-4950

Brian Laso
c/o Anderson Alexander, PLLC
101 N. Shoreline Blvd., 6th Floor
Corpus Christi, TX 78401-2341

Brian Reinowski
612 N 33rd St.
Waco, TX 76707-3236

Briguna, LLC
c/o Alan L. Smith, Esq.
Baker Donelson, PC
100 Vision Drive - Suite 400
Jackson, MS 39211-7009

Bullzeye Oilfield Services, LLC
Nealon Law LLC
442 Fifth Avenue, Suite 2455
New York, NY 10018-2794

Butler, Snow, O'Mara,
Stevens & Cana
P.O. Drawer 22567
Jackson, MS 39225-2567

CUUD Pressure Control
P.O. Box 203379
Dallas, TX 75320-3379

Cactus Wellhead, LLC
Justin Scott, Bradley Arant Boult Cummin
600 Travis, Ste 5600
Houston, TX 77002-2909

Catherine S. Curtis, Esq.
McGinnis Lochridge LLP
Counsel for Karnes Electric Cooperative
P.O. Box 720788
McAllen, TX 78504-0788

Catus Wellhead, LLC
920 Memorial City Way
Suite 300
Houston, TX 77024-2653

Cellco Partnership d/b/a Verizon Wireless
William M. Vermette
22001 Loudoun County PKWY
Ashburn, VA 20147-6122

CherCo, LLC
c/o Alan L. Smith, Esq. -
Baker Donelson, PC
100 Vision Drive - Suite 400
Jackson, MS 39211-7009

Christian Robles
c/o Anderson Alexander, PLLC
101 N. Shoreline Blvd., 6th Floor
Corpus Christi, TX 78401-2341

Christopher Fuentes
c/o Anderson Alexander, PLLC
101 N. Shoreline Blvd., 6th Floor
Corpus Christi, TX 78401-2341

Christopher H. Meredith, Esq.
Copeland, Cook, Taylor & Bush, P.A.
Counsel for Cudd Pressure Control, Inc.
P.O. Box 6020
Ridgeland, MS 39158-6020

Christopher H. Meredith, Esq.
Copeland, Cook, Taylor & Bush, P.A.
Counsel for Thru Tubing Solutions, Inc.
P.O. Box 6020
Ridgeland, MS 39158-6020

Christopher W. Rust, Esq.
Counsel for The West Firm, PLLC
575 Broadway, 2nd Floor
Albany, NY 12207-2931

Claud Farmer
c/o Anderson Alexander, PLLC
101 N. Shoreline Blvd, 6th Floor
Corpus Christi, TX 78401-2341

Claws Fibers Solutions
P.O. Box 561
San Diego, TX 78384-0561

Coastal Chemical
# 910, 140 10 Ave SE
Calgary, AB T2G OR1

Columbus Energy LLC
1000 Memorial
Ste. 500
Houston, TX 77024

Cooper Foundation
1801 Austin Avenue
Waco TX 76701-1616

Corporate Aircraft Management, LLC
Gregory Ward McCabe
55 Private Road 1119
Fouke, NM 71837-9753

Craig M. Geno, Esq.
Law Offices of Craig M. Geno PLLC
Counsel for Energy Transfer, LP
587 Highland Colony Parkway
Ridgeland, MS 39157-8784

Craig M. Geno, Esq.
Law Offices of Craig M. Geno, PLLC
Counsel for ETC Texas Pipeline, Ltd.
587 Highland Colony Parkway
Ridgeland, MS 39157-8784

Critical Control Energy Services, Inc.
3401 NNE Loop 323
Tyler, TX 75708-5645

Cudd Pressure Control, Inc.
Christopher H. Meredith, CCTB PA
P.O. Box 6020
Ridgeland, MS 39158-6020

Curley Properties LLC
Craig M. Regens
324 N. Robinson Ave., Suite 100
Oklahoma City, OK 73102-6417

Daniel Rodriguez
c/o Anderson Alexander, PLLC
101 N. Shoreline Blvd., 6th Floor
Corpus Christi, TX 78401-2341

Danielle Mashburn-Myrick, Esq.
Phelps Dunbar LLP
Counsel for Annette Wied Sorrells
1905 Community Bank Way, Suite 200
Flowood, MS 39232-1249

Danielle Mashburn-Myrick, Esq.
Phelps Dunbar LLP
Counsel for Armstrong-El Sordo, Ltd.
1905 Community Bank Way, Suite 200
Flowood, MS 39232-1249

Danielle Mashburn-Myrick, Esq.
Phelps Dunbar LLP
Counsel for Frank Armstrong
1905 Community Bank Way, Suite 200
Flowood, MS 39232-1249

Danielle Mashburn-Myrick, Esq.
Phelps Dunbar LLP
Counsel for Franklin Howard Wied
1905 Community Bank Way, Suite 200
Flowood, MS 39232-1249

Danielle Mashburn-Myrick, Esq.
Phelps Dunbar LLP
Counsel for Katherine Stroman Nance
1905 Community Bank Way, Suite 200
Flowood, MS 39232-1249

Danielle Mashburn-Myrick, Esq.
Phelps Dunbar LLP
Counsel for Mark Stephen Wied
1905 Community Bank Way, Suite 200
Flowood, MS 39232-1249

Danielle Mashburn-Myrick, Esq.
Phelps Dunbar LLP
Counsel for Stroman Ranch Co., Ltd.
1905 Community Bank Way, Suite 200
Flowood, MS 39232-1249

David Luera
c/o Anderson Alexander, PLLC
101 N. Shoreline Blvd., 6th Floor
Corpus Christi, TX 78401-2341

Delta-T Geophysical Consulting, Inc.
Woodie Huffman
416 Travis St. Suite 1101
Shreveport, LA 71101-5504

Department of Treasury -
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Devin Smith
c/o Anderson Alexander, PLLC
101 N. Shoreline Blvd., 6th Floor
Corpus Christi, TX 78401-2341

Dillon Perez
c/o Anderson Alexander, PLLC
101 N. Shoreline Blvd., 6th Floor
Corpus Christi, TX 78401-2341

Eagel Rock Freight LLC
427 North Ohio Ave.
Gaylord, MI 49735-1918

Eileen Carothers Wgahn
3956 SW Knapp Dr.
Gresham, OR 97080

Eileen N. Shaffer, Esq.
Attorney for Varas Energy Operating
Company, LLC
Post Office Box 1177
Jackson, MS 39215-1177

Eileen N. Shaffer, Esq.
Counsel for Curley Properties, LLC
Post Office Box 1177
Jackson, MS 39215-1177

El Gato SWD, Inc.
Von Jones, Esq.
1250 NE Loop 410 #808
San Antonio, TX 78209-1525

Elizabeth R. Hadley, Esq.
GREENBERG TRAURIG, LLP
Counsel for MS Facilities LLC
300 West 6th Street Suite 2050
Austin TX 78701-4236

Elizabeth Ross Hadley, Esq.
Greenberg Traurig, LLP
Atty for MS Facilities
300 West 6th Street, Suite 2050
Austin, TX 78701-4236

Emmanuelle Pardo
c/o Anderson Alexander, PLLC
101 N. Shoreline Blvd., 6th Floor
Corpus Christi, TX 78401-2341

Energy Fishing &
Rental Services
P.O. Box 6406
Corpus Christi, TX 78466-6406

Energy Gas Compression
2020 N Lexington Blvd.
Corpus Christi, TX 78409-1335

Equify Financial LLC
777 Main St.
Ste. 3900
Fort Worth, TX 76102-5343

Equify Financial LLC
c/o Wright Law Group, PLLC
P.O. Box 105603
PMB 84356
Atlanta, GA 30348-5603

Eric T. Haitz, Esq.
BONDS ELLIS EPPICH SCHAFER JONES LLP
Counsel for Pilot Thomas Logistics LLC
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102-3727

Escambia Asset Co
Drew Mcmanigle Trustee
700 Milam, Ste. 1300
Houston, TX 77002-2736

Escambia Asset Company, LLC
Jeffrey Barber
3100 North State Street, Suite 300
Jackson, MS 39216-4013

Escambia Operating Company, LLC
Jeffery Barber
3100 North State Street, Suite 300
Jackson, MS 39216-4013

Estate of John Paul Price
Person Mohrer Morales Boddy Garcia &
8610 Broadway, Suite 440
San Antonio, TX 78217-6355

Estate of Sally Fischer
Walter J. Batla
10941 Circle Drive
Austin, TX 78736-6609

Evan N. Parrott, Esq.
Maynard Nexsen P.C.
Counsel for Tiger Capital Group, LLC
11 North Water Street, Ste. 24290
Mobile, AL 36602-5024

Excalibur Rentals, Inc
P.O. Box 3941
Victoria, TX 77903-3941

Excalibur Rentals, Inc.
John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Express Oil & Gas
3709 Citation Way
Medford, OR 97504-9022

FESCO, Ltd.
Von A. Jones
1250 NE Loop 410, Ste. 808
San Antonio, TX 78209-1525

First Service Bank
Butler Snow LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157-2139

Frank Armstrong
PMBG Law
8610 Broadway, Suite 440
San Antonio, TX 78217-6355

Franklin Howard Wied
PMBG Law
8610 Broadway, Suite 440
San Antonio, TX 78217-6355

G. Robert Parrott II, Esq.
ADAMS AND REESE LLP
Counsel for Metropolitan Life Insurance
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139-7755

Garrett A. Anderson, Esq.
FLETCHER & SIPPEL, LLC
Counsel for Graystreet Credit, LLC
4400 Old Canton Road, Suite 220
Jackson, MS 39211-5982

Gilberto Perez, Jr.
c/o Donato Ramos, Esq.
P.O. Box 452009
Laredo, TX 78045-0049

Glenda Bracken
Walter J. Batla
10941 Circle St.
Austin, TX 78736-6609

Glenn E. Glover, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
Counsel for Cactus Wellhead, LLC
1819 Fifth Avenue North
Birmingham, Alabama 35203-2120

Global Compression Services, Inc.
Shane M. Bebout
3800 E. 42nd Street, Suite 409
Odessa, TX 79762-5928

Global Compressor Serv
15 Smith Rd.
Ste. 4000
Midland, TX 79705-5455

Grable Martin PLLC
5473 Blair Rd., Suite 100, PMB 51281
Dallas, TX 75231-4227

Hilario Saenz
c/o Anderson Alexander, PLLC
101 N. Shoreline Blvd., 6th Floor
Corpus Christi, TX 78401-2341

Hogan Thompson Schuelke LLP
1001 Fannin Street, Suite 4775
Houston, TX 77002-6716

Howdy Enterprises LTD
4256 State Hwy 21 W
Caldwell, TX 77836-7797

Howdy Enterprises Ltd
4256 St Hwy 21 W
Caldwell, TX 77836-7797

IPFS
2900 N Loop West
Houston, TX 77092-8841

Internal Revenue Service
c/o United States Attorney
1575 20th Avenue, 2nd Floor
Gulfport, MS 39501-2040

J-W Power Company
Julie Walker
c/o Miller Mentzer Walker, PC
P. O. Box 130
Palmer, TX 75152-0130

J. Walter Newman IV, Esq.
Newman & Newman
Counsel for Archrock Partners Operating
587 Highland Colony Parkway
Ridgeland, Mississippi 39157-8784

JBH Equipment
PetroRigs
333 NW 5th St. #707
Oklahoma City, OK 73102-3033

JBH Equipment, LLC
PO Box 154
Arcadia, OK 73007-0154

JDS Aviation, Inc.
318 Regents Park Avenue
Wentzville, MO 63385-7303

JW Power
P.O. Box 674814
Dallas, TX 75267-4814

James A. McCullough, II, Esq.
Brunini, Grantham, Grower & Hewes, PLLC
Atty for Bullzeye Oilfield Service LLC
P. O. Drawer 119
Jackson, MS 39205-0119

James A. McCullough, II, Esq.
Brunini, Grantham, Grower & Hewes, PLLC
Atty for Zach Maxey
P, O. Drawer 119
Jackson, MS 39205-0119

Jeffrey Ryan Barber, Esq.
Jones Walker LLP
Counsel for Drew McManigle
3100 North State St, Ste 300
Jackson, MS 39216-4013

Jesus Trevino, Jr.
c/o Anderson Alexander, PLLC
101 N. Shoreline Blvd., 6th Floor
Corpus Christi, TX 78401-2341

Jesus Trevino, Sr.
c/o Anderson Alexander, PLLC
101 N. Shoreline Blvd., 6th Floor
Corpus Christi, TX 78401-2341

Joe Anthony Gomez
c/o Anderson Alexander, PLLC
101 N. Shoreline Blvd., 6th Floor
Corpus Christi, TX 78401-2341

John A. Crawford, Jr., Esq.
BUTLER SNOW LLP
Counsel for First Service Bank
P.O. Box 6010
Ridgeland, MS 39158-6010

Jorge D. Perez
c/o Donato Ramos, Esq.
P.O. Box 452009
Laredo, TX 78045-0049

Jorge Salinas
c/o Anderson Alexander, PLLC
101 N. Shoreline Blvd., 6th Floor
Corpus Christi, TX 78401-2341

Jose Luis Salinas
Anderson Alexander, PLLC
101 N. Shoreline Blvd., 6th Floor
Corpus Christi, TX 78401-2341

Jose R. Salinas
c/o Anderson Alexander, PLLC
101 N. Shoreline Blvd., 6th Floor
Corpus Christi, TX 78401-2341

Joseph E. Bain, Esq.
JONES WALKER LLP
Counsel for Drew McManigle
811 Main Street, Suite 2900
Houston, Texas 77002-6116

Joshua N. Eppich, Esq.
BONDS ELLIS EPPICH SCHAFER JONES LLP
Counsel for Pilot Thomas Logistics LLC
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102-3727

Juan Salinas
c/o Anderson Alexander, PLLC
101 N. Shoreline Blvd., 6th Floor
Corpus Christi, TX 78401-2341

Juan Trigo
c/o Anderson Alexander, PLLC
101 N. Shoreline Blvd., 6th Floor
Corpus Christi, TX 78401-2341

Julie A. Walker, Esq.
Miller Mentzer Walker P.C.
Counsel for J-W Power Company
100 N. Main St.
Palmer, TX 75152-9538

K.S. Bracken Limited Partnership
Walter J. Batla
10941 Circle Drive
Austin, TX 78736-6609

Karnes Electric Cooperative, Inc.
William Daniel, McGinnis Lochridge LLP
1111 W 6th St., Bldg. B, Suite 400
Austin, TX 78703-5345

Katco Vacuum Service
P.O. Box 399
Hebbronville, TX 78361-0399

Katherine Stroman Nance
PMBG Law
8610 Broadway, Suite 440
San Antonio, TX 78217-6355

Kay Bracken Limited Partnership
Walter J. Batla
10941 Circle Drive
Austin, TX 78736-6609

Kay S. Bracken
Walter J. Batla
10941 Circle Drive
Austin, TX 78736-6609

Kenneth W. Wilkins, Julie Wilkins, Thomas W.
Wilkins and Geen Wilkins dba Chapotal Fa
Kenneth W. Wilkins, et al.
PO Box 3609
McAllen, TX 78502-3609

Kevin A. Rogers, Esq.
WELLS MARBLE & HURST, PLLC
Counsel for Mike Menke
300 Concourse Boulevard, Suite 200
Ridgeland, Mississippi 39157-2053

Kevin Chiu, Esq.
Baker Botts L.L.P.
Counsel for Varas Energy AWP, LLC
2001 Ross Avenue, Suite 900
Dallas, TX 75201-2917

Kevin Chiu, Esq.
Baker Botts L.L.P.
Counsel for Varas Energy Operating Compa
2001 Ross Avenue, Suite 900
Dallas, TX 75201-2917

Kevin Chiu, Esq.
Baker Botts L.L.P.
Counsel for Varas Energy STex, LLC
2001 Ross Avenue, Suite 900
Dallas, TX 75201-2917

Kevin M. Maraist, Esq.
ANDERSON LEHRMAN BARRE & MARAIST LLP
Counsel for Archrock Partners Operating
Gaslight Square - 1001 3rd St., Ste. 1
Corpus Christi, Texas 78404

Kristina M. Johnson, Esq.
JONES WALKER LLP
Counsel for Trustee, Drew McManigle
3100 North State Street, Suite 300
Jackson, Mississippi 39216-4013

Lawrence Companies Inc
327 North Roberts St.
Gilmer, TX 75644-1914

Lawrence Consolidated Enterprises, Ltd.
Person Mohrer Morales Boddy Garcia &
8610 Broadway, Suite 440
San Antonio, TX 78217-6355

Layla D. Milligan, Esq.
Office of the Attorney General of Texas
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas 78711-2548

Leo O. Quintanilla and Hector Quintanilla
Beau H. Butler c/o Jackson Walker LLP
100 Congress Avenue, Suite 1100
Austin, TX 78701-4042

Leo O. Quintanilla, Hector Quintanilla,
and Leo Q Partners
Beau H. Butler c/o Jackson Walker LLP
100 Congress Avenue, Suite 1100
Austin, TX 78701-4042

Leroy Perez
c/o Anderson Alexander, PLLC
101 N. Shoreline Blvd., 6th Floor
Corpus Christi, TX 78401-2341

Leroy Smith
c/o Anderson Alexander, PLLC
101 N. Shoreline Blvd., 6th Floor
Corpus Christi, TX 78401-2341

Louise Vollmer, Esq.
8610 Broadway St.
Ste. 440
San Antonio, TX 78217-6355

Maria Hinojosa
c/o Donato Ramos, Esq.
P.O. Box 452009
Laredo, TX 78045-0049

Mark Stephen Wied
PMBG Law
8610 Broadway, Suite 440
San Antonio, TX 78217-6355

Marshall Trust #1
Person Mohrer Morales Boddy Garcia &
8610 Broadway, Suite 440
San Antonio, TX 78217-6355

Mary Jon Bryan
Walter J. Batla
10941 Circle Drive
Austin, TX 78736-6609

Matthew W. McDade, Esq.
BALCH & BINGHAM LLP
Counsel for Mississippi Power Company
1310 25th Avenue
Gulfport, MS 39501-1931

MetLife Investment Mgt
6750 Poplar Ave.
Ste. 109
Memphis, TN 38138-7407

MetLife Investment Mgt
P.O. Box 733935
Dallas, TX 75373-3935

Mid Continental
P.O. Box 21468
Tulsa, OK 74121-1468

Mike D. Menke
84 Turquoise Drive
Sandia Park, NM 87047-9515

Mississippi Department of Revenue
Bankruptcy Section
P.O. Box 22808
Jackson, MS 39225-2808

(p)MISSISSIPPI POWER
420 W PINE STREET
HATTIESBURG MS 39401-3830

Nancy A. Bracken
Person Mohrer Morales Boddy Garcia &
8610 Broadway, Suite 440
San Antonio, TX 78217-6355

Nathan T. Simpson, Esq.
Simpson Law Firm PA
Counsel for Pilot Thomas Logistics, LLC
P.O. Box 2058
Madison, MS 39130-2058

Okin Adams, LLP
1113 Vine St.
Ste. 240
Houston, TX 77002-1044

Olivia K. Greenberg, Esq.
JONES WALKER LLP
Counsel for Drew McManigle
811 Main Street, Suite 2900
Houston, Texas 77002-6116

Oscar Ruiz
216 SW 3rd St.
Premont, TX 78375

Osprey Resources Inc.
P.O. Box 56449
Houston, TX 77256-6449

P2 Energy Solutions
1670 Broadway
Ste. 2800
Denver, CO 80202-4800

PGH Petroleum & Environmental Engineers, LLC
a GAI Company
Lawrence S. Gendzier
618 E. South Street, Suie 700
Orlando FL 32801-2986

PLC O&G Properties, LP
Walter J. Batla
10941 Circle Drive
Austin, TX 78736-6609

PMBG Law
8610 Broadway St.
Ste. 440
San Antonio, TX 78217-6355

Palmyra Minerals, Ltd
c/o Donato Ramos, Esq.
P.O. Box 452009
Laredo, TX 78045-0049

Park Energy Services, LLC
c/o Dore Rothberg Law, PC
16225 Park Ten Place Dr., Suite 700
Houston, TX 77084

Park Energy Servs LLC
500 N Broadway, S
#300
Oklahoma City, OK 73102-6200

Parker & Son, Inc.
Jason Watkins, Esq.
4317-A Midmost Dr.
Mobile, AL 36609-5507

Paul N. Davis. Esq.
BUTLER SNOW LLP
Counsel for First Service Bank
P.O. Box 6010
Ridgeland, MS 39158-6010

Paul S. Murphy, Esq.
BUTLER SNOW LLP
Counsel for First Service Bank
1300 25th Avenue, Suite 204
Gulfport, MS 39501-1994

Pearson Adair & Co. LLC
2600 Dallas Parkway, Suite 300
Frisco TX 75034-7493

Petroledge Financial
800 Isom Rd., Ste. 101
San Antonio, TX 78216-4052

Petroledger Financial Services, LLC
Bruce Smith
800 Isom Road, Suite 101
San Antonio, TX 78216-4052

Pilot Thomas Logistics
P.O. Box 737749
Dallas, TX 75373-7749

Pilot Thomas Logistics, LLC
c/o Joshua Eppich
420 Throckmorton St., Ste 1000
Fort Worth, TX 76102-3727

Premier Metal Buyers
1555 Hwy 36N
Brenham, TX 77833-1887

Price Partners, Ltd.
Person Mohrer Morales Boddy Garcia &
8610 Broadway, Suite 440
San Antonio, TX 78217-6355

Qwik Pipe
1825 Upland Dr.
Houston, TX 77043-3003

Qwik Pipe, Inc.
c/o Kellie M. Ross
1717 West Loop South, Suite 1400
Houston, TX 77027-3072

R. Michael Bolen, Esq.
Hood & Bolen, PLLC
Counsel for Trustee, Dawn Ragan
3770 Hwy. 80 West
Jackson, MS 39209-7504

R. Scott Wells, Esq.
RUSHING & GUICE, P.L.L.C.
Counsel for Imperative Chemical Partners
Post Office Box 1925
Biloxi, Mississippi 39533-1925

(p)RDP EXPLORATION  LLC
82 S PLAYER MANOR CIRCLE
THE WOODLANDS TX 77382-1807

RIMCO ROYALTY PARTNERS, LP
820 Gessner Rd., Suite 1350
Houston, TX 77024-4299

RJ Young
P.O. Box 306412
Nashville, TN 37230-6412

Rafael Garza
c/o Anderson Alexander, PLLC
101 N. Shoreline Blvd., 6th Floor
Corpus Christi, TX 78401-2341

Rene Villagran
c/o Anderson Alexander, PLLC
101 N. Shoreline Blvd., 6th Floor
Corpus Christi, TX 78401-2341

Republic Services
P.O. Box 78829
Phoenix, AZ 85062-8829

Resource Strategies LLC as representative of
Class Action Claimants (putative) re: Mi
c/o Alan L. Smith, Esq. - Baker Donelson
100 Vision Drive - Suite 400
Jackson, MS 39211-7009

Resource Strategies, LLC
c/o Alan L. Smith, Esq.
Baker Donelson, PC
100 Vision Drive - Suite 400
Jackson, MS 39211-7009

Reynaldo Rodriguez
c/o Anderson Alexander, PLLC
101 N. Shoreline Blvd., 6th Floor
Corpus Christi, TX 78401-2341

Ricardo Rodriguez
c/o Anderson Alexander, PLLC
101 N. Shoreline Blvd., 6th Floor
Corpus Christi, TX 78401-2341

Rio Grande E & P LLC
1000 Memorial
Ste. 500
Houston, TX 77024

Robert Bracken dba Bracken Enterprises
Walter J. Batla
10941 Circle Drive
Austin, TX 78736-6609

Rocking Fork Royalty Ltd.
Walter J. Batla
10941 Circle Drive
Austin, TX 78736-6609

Rockwater Energy Solutions,
a Division of Select Water Solutions, LL
c/o Dore Rothberg Law
16225 Park Ten Place Dr., Suite 700
Houston, TX 77084

Roel Ramirez
c/o Anderson Alexander, PLLC
101 N. Shoreline Blvd., 6th Floor
Corpus Christi, TX 78401-2341

Ruben Gonzalez
c/o Anderson Alexander, PLLC
101 N. Shoreline Blvd., 6th Floor
Corpus Christi, TX 78401-2341

Ryand Health Services, LLC
Danial Dickerson
5612 Darmondale
San Antonio, TX 78261-2623

S. Evans LTD
Walter J. Batla
10941 Circle St.
Austin, TX 78736-6609

SBOG, LLC
c/o Alan L. Smith, Esq.
Baker Donelson, PC
100 Vision Drive - Suite 400
Jackson, MS 39211-7009

Sally Sue Price Fischer
Person Mohrer Morales Boddy Garcia &
8610 Broadway, Suite 440
San Antonio, TX 78217-6355

Sarah Beth Wilson, Esq,
Phelps Dunbar LLP
Counsel for Hector Quintanilla
1905 Community Bank Way, Suite 200
Flowood, MS 39232-1249

Sarah Beth Wilson, Esq,
Phelps Dunbar LLP
Counsel for Leo Quintanilla
1905 Community Bank Way, Suite 200
Flowood, MS 39232-1249

Sarah Beth Wilson, Esq.
Counsel for Bracken 1984 Children's
Trust for the Benefit of A. Bracken
1905 Community Bank Way, Suite 200
Flowood, MS 39232-1249

Sarah Beth Wilson, Esq.
Counsel for Bracken 1984 Children's
for the Benefit of H. Bracken
1905 Community Bank Way, Suite 200
Flowood, MS 39232-1249

Sarah Beth Wilson, Esq.
Counsel for Bracken 1984 Children's
for the Benefit of J. Bracken
1905 Community Bank Way, Suite 200
Flowood, MS 39232-1249

Sarah Beth Wilson, Esq.
Counsel for Bracken 1984 Children's
for the Benefit of R. Bracken
1905 Community Bank Way, Suite 200
Flowood, MS 39232-1249

Sarah Beth Wilson, Esq.
Phelps Dunbar LLP
Counsel for Annette Wied Sorrells
1905 Community Bank Way, Suite 200
Flowood, MS 39232-1249

Sarah Beth Wilson, Esq.
Phelps Dunbar LLP
Counsel for Armstrong-El Sordo, Ltd.
1905 Community Bank Way, Suite 200
Flowood, MS 39232-1249

Sarah Beth Wilson, Esq.
Phelps Dunbar LLP
Counsel for B. Gentry Ventures, Ltd.
1905 Community Bank Way, Suite 200
Flowood, MS 39232-1249

Sarah Beth Wilson, Esq.
Phelps Dunbar LLP
Counsel for Bracken Children's Trus
1905 Community Bank Way, Suite 200
Flowood, MS 39232-1249

Sarah Beth Wilson, Esq.
Phelps Dunbar LLP
Counsel for Bracken Partners, Ltd.
1905 Community Bank Way, Suite 200
Flowood, MS 39232-1249

Sarah Beth Wilson, Esq.
Phelps Dunbar LLP
Counsel for Estate of John Price
1905 Community Bank Way, Suite 200
Flowood, MS 39232-1249

Sarah Beth Wilson, Esq.
Phelps Dunbar LLP
Counsel for Estate of Sally Fischer
1905 Community Bank Way, Suite 200
Flowood, MS 39232-1249

Sarah Beth Wilson, Esq.
Phelps Dunbar LLP
Counsel for Frank Armstrong
1905 Community Bank Way, Suite 200
Flowood, MS 39232-1249

Sarah Beth Wilson, Esq.
Phelps Dunbar LLP
Counsel for Franklin Howard Wied
1905 Community Bank Way, Suite 200
Flowood, MS 39232-1249

Sarah Beth Wilson, Esq.
Phelps Dunbar LLP
Counsel for Glenda Bracken
1905 Community Bank Way, Suite 200
Flowood, MS 39232-1249

Sarah Beth Wilson, Esq.
Phelps Dunbar LLP
Counsel for K.S. Bracken Limited Partner
1905 Community Bank Way, Suite 200
Flowood, MS 39232-1249

Sarah Beth Wilson, Esq.
Phelps Dunbar LLP
Counsel for Katherine Stroman Nance
1905 Community Bank Way, Suite 200
Flowood, MS 39232-1249

Sarah Beth Wilson, Esq.
Phelps Dunbar LLP
Counsel for Kay S. Bracken
1905 Community Bank Way, Suite 200
Flowood, MS 39232-1249

Sarah Beth Wilson, Esq.
Phelps Dunbar LLP
Counsel for Mark Stephen Wied
1905 Community Bank Way, Suite 200
Flowood, MS 39232-1249

Sarah Beth Wilson, Esq.
Phelps Dunbar LLP
Counsel for Marshall Trust No. 1
1905 Community Bank Way, Suite 200
Flowood, MS 39232-1249

Sarah Beth Wilson, Esq.
Phelps Dunbar LLP
Counsel for Mary Jon Bryan
1905 Community Bank Way, Suite 200
Flowood, MS 39232-1249

Sarah Beth Wilson, Esq.
Phelps Dunbar LLP
Counsel for Nancy A. Bracken
1905 Community Bank Way, Suite 200
Flowood, MS 39232-1249

Sarah Beth Wilson, Esq.
Phelps Dunbar LLP
Counsel for PLC O&G Properties, LP
1905 Community Bank Way, Suite 200
Flowood, MS 39232-1249

Sarah Beth Wilson, Esq.
Phelps Dunbar LLP
Counsel for Price Partners, LLC
1905 Community Bank Way, Suite 200
Flowood, MS 39232-1249

Sarah Beth Wilson, Esq.
Phelps Dunbar LLP
Counsel for Robert A. Bracken
1905 Community Bank Way, Suite 200
Flowood, MS 39232-1249

Sarah Beth Wilson, Esq.
Phelps Dunbar LLP
Counsel for Rocking Fork Royalty Ltd.
1905 Community Bank Way, Suite 200
Flowood, MS 39232-1249

Sarah Beth Wilson, Esq.
Phelps Dunbar LLP
Counsel for S. Evans, Ltd.
1905 Community Bank Way, Suite 200
Flowood, MS 39232-1249

Sarah Beth Wilson, Esq.
Phelps Dunbar LLP
Counsel for Stroman Ranch Co., Ltd.
1905 Community Bank Way, Suite 200
Flowood, MS 39232-1249

Sarah Beth Wilson, Esq.
Phelps Dunbar LLP
Counsel for White Rock Oil & Gas
4270 I-55 North
Jackson, MS 39211-6391

SilverBow Resources Operating, LLC
920 Memorial City Way, Suite 850
Houston, Texas 77024-3305

Stroman Ranch Company, Ltd.
PMBG Law
8610 Broadway, Suite 440
San Antonio, TX 78217-6355

TX Industrial Engine
P.O. Box 590
George West, TX 78022-0590

Tellco Petroleum Corp.
18618 Hoich Drive
Omaha, NE 68136-1232

Terry Producing
4436 FM 1459
Sweeny, TX 77480-8337

Texas Comptroller of Public Accounts
Office of the Attorney General
Bankruptcy & Collections Division
PO Box 12548, MC-008
Austin, TX 78711-2548

The West Firm PLLC
c/o Greg Mountain
575 Broadway, 2nd Floor
Albany, NY 12207-2931

Thomas M Hewitt
Butler Snow LLP
For First Service Bank
P.O. Box 6010
Ridgeland, MS 39158-6010

Thomas Swarek
1261 Pass Rd.
Gulfport, MS 39501-6236

Thru Tubing Solutions
P.O. Box 203379
Dallas, TX 75320-3379

Thru Tubing Solutions, Inc.
Christopher H. Meredith, CCTB, P.A.
P.O. Box 6020
Ridgeland, MS 39158-6020

Tidehaven Independent School District
c/o Melissa E. Valdez, Esq.
Perdue Brandon Fielder Collins & Mott, L
1235 North Loop West, Suite 600
Houston, TX 77008-1772

Timothy J. Anzenberger, Esq.
Adams and Reese LLP
Counsel for Metropolitan Life Insurance
1018 Highland Colony Parkway, Suite 800
Ridgeland, MS 39157-2057

Titanium Well Services
1216 Airport
Alice, TX 78332-7334

Tom Joiner & Associates, Inc.
Kendall P. Hanby
P.O. Box 1490
Tuscaloosa, AL 35403-1490

Toyota Motor Credit Co
14841 Dallas Parkway
Ste. 350
Dallas, TX 75254-7685

Toyota Motor Credit Corporation
PO Box 9013
Addison, Texas 75001-9013

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, Suite 900
Atlanta, GA 30326-1382

U.S. Securities and Exchange Commission
c/o United States Attorney
1575 20th Avenue, 2nd Floor
Gulfport, MS 39501-2040

USA Compression Partners, LLC
Eric M. English, Porter Hedges LLP
1000 Main Street, 36 Floor
Houston, TX 77002-6341

USA Compression Partnr
2591 Dallas Parkway
Ste. 300
Frisco, TX 75034-8563

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

Vault Pressure Control
2929 West Same Houston
Parkway North
Houston, TX 77043-1643

WM Corporate Services, Inc.
c/o Tara T. LeDay,
Chamberlain Hrdlicka
1200 Smith Street, Suite 1400
Houston, TX 77002-4496

World AG Investment
1261 Pass Rd.
Gulfport, MS 39501-6236

Zack Maxey
Nealon Law LLC
442 Fifth Avenue, Suite 2455
New York, NY 10018-2794

Dawn Ragan
CR3 Partners
13355 Noel Road
Ste 2005
Dallas, TX 75240-6635

Drew McManigle
c/o Jeffrey R. Barber
JONES WALKER LLP
Post Office Box 427
Jackson, MS 39205-0427

Eileen Wgahn
c/o Nicholas Caro
728 Autumn Cherry Trail
Magnolia, TX 77354-7258

Patrick A. Sheehan
429 Porter Avenue
Ocean Springs, MS 39564-3715

Robert Nicholas Norris
4209 Lakeland Drive #365
Flowood, MS 39232-9212

Thomas L Swarek
#8 Bayou Place
Gulfport, MS 39503-6231

Thomas L. Swarek
1261 Pass Road
Gulfport, MS 39501-6236

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

McMullen County
Linebarger Goggan Blair & Sampson
c/o Don Stecker
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205

(d)Pecos County
Linebarger Goggan Blair & Sampson
c/o Don Stecker
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205

(d)Bexar County
Linebarger Goggan Blair & Sampson LLP
112 E. Pecan Street, Suite 2200
San Antonio, TX  78205

(d)Bexar County
Linebarger Goggan Blair & Sampson LLP
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205

(d)Bexar County
c/o Don Stecker
112 E Pecan St, #2200
San Antonio, TX 78205

(d)Bexar County
c/o Don Stecker
112 E. Pecan Street, Suite 2200
San Antonio, TX  78205

(d)McMullen County
Linebarger Goggan Blair & Sampson, LLP
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205

Mississippi Power Company
2992 West Beach Blvd
Gulfport, MS 39501

(d)Pecos County
Linebarger Goggan Blair & Sampson, LLP
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205

RDP Exploration LLC
82 S Player Manor Circ
Spring, TX 77382

(d)RDP Exploration, LLC
82 S Player Manor Circle
The Woodlands, TX 77382

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)ATIC Limited Partnership

(u)Armstrong-El Sordo, Ltd.

(u)B. Gentry Ventures, Ltd.

(u)Bracken Group

(u)Briguna, LLC

(u)Bullzeye Oilfield Service LLC

(u)C & G Management, LLC

(u)Cactus Wellhead, LLC

(u)Columbus Energy, LLC

(u)Copeland, Cook, Taylor & Bush, P.A.

(u)Cudd Pressure Control, Inc.

(u)Curley Properties, LLC

(u)Delphinoidea Corp. DBA Moria Systems

(u)ETC Texas Pipeline, Ltd.

(u)Energy Transfer, LP

(u)First Service Bank

(u)GrayStreet Credit, LLC

(u)Imperative Chemical Partners, Inc.

(u)J-W Power Company

(u)Karnes Electric Cooperative

(u)Kelly Hart & Hallman LLP

(u)MS Facilities 2020, LLC

(u)MS Facilities LLC

(u)PILOT THOMAS LOGISTICS,LLC

(u)Resource Strategies, LLC

(u)Standard Mortgage Corporation
Kent D. McPhail

(u)Stroman Ranch Co., Ltd.

(u)TIDEHAVEN INDEPENDENT SCHOOL DISTRICT

(u)Texas Department of Transportation

(u)The West Firm, PLLC

(u)Thru Tubing Solutions, Inc.

(u)Toyota Motor Credit Corporation

(u)Varas Energy AWP, LLC

(u)Varas Energy Operating Company, LLC

(u)Varas Energy STex, LLC

(d)American National Insurance Company
c/o Alan L. Smith, Esq.
Baker Donelson, PC
100 Vision Drive - Suite 400
Jackson, MS 39211-7009

(d)Brooks County
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760-7428

(d)Hugoton Operating Co
1261 Pass Rd.
Gulfport, MS 39501-6236

(d)Jim Wells CAD
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760-7428

(d)Live Oak CAD
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760-7428

(d)Mestena, LLC
c/o Alan L. Smith, Esq.
Baker Donelson, PC
100 Vision Drive - Suite 400
Jackson, MS 39211-7009

(d)Metropolitan Life Insurance Company
c/o Timothy J. Anzenberger
Adams and Reese LLP
1018 Highland Colony, Pkwy, Suite 800
Ridgeland, MS 39157-2057

(d)WM Corporate Services, Inc.
c/o Tara T. LeDay, Chamberlain Hrdlicka
1200 Smith Street, Suite 1400
Houston, TX 77002-4496

(u)Annette Wied Sorrells

(d)Dawn Ragan
CR3 Partners
13355 Noel Road
Suite 2005
Dallas, TX 75240-6635

(u)Frank Armstrong

(u)Franklin Howard Wied

(u)Katherine Stroman Nance

(u)Leo and Hector Quintanilla

(u)Mark Stephen Wied

(d)Mike D Menke
84 Turquoise Drive
Sandia Park, NM 87047-9515

(u)Thomas L. Swarek

(u)Zach Maxey

End of Label Matrix
Mailable recipients   317
Bypassed recipients    53
Total                 370