**United States Bankruptcy Court**
**Southern District of Mississippi**

In re:   El Dorado Gas & Oil, Inc.                                         Case No.: 23–51715–JAW
       dba El Dorado Oil & Gas, Inc.

                                                            Chapter 11

**To: All Persons of Record at Hearing/Trial**

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

     A transcript was filed on **April 29, 2025** (Dkt. # 1317) regarding a hearing/trial held on **April 10, 2025** (Dkt. #1202).

     The parties have until **May 6, 2025** to communicate with the transcriber of any intent to redact the transcript.

     Transcript redaction request to the transcriber is **<u>required</u>** on or before **May 20, 2025**.

     If a transcript redaction request is submitted to the transcriber, the deadline for the redacted transcript to be filed with the Court is **May 30, 2025**.

     If no redacted transcript is filed before the 90–day restriction period expires, the transcript may become available for remote electronic access on **July 28, 2025**, unless extended by court order.

     To review the transcript for redaction purposes, you may purchase a copy from the transcriber, ***J&J Court Transcribers, Inc., Address: 268 Evergreen Avenue, Hamilton, NJ 08619, Telephone number: 609–586–2311***, or you may view the transcript at the clerk's office public terminal.

Dated: 4/29/25

Danny L. Miller
Clerk, U. S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

228–563–1790