**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**


In re:  El Dorado Gas & Oil, Inc.[1]                                                      Case no.  23-51715-JAW
                                                                                                          Chapter 11

      Debtor

**CERTIFICATE OF SERVICE**

      I, R. Michael Bolen, do hereby certify that I caused to be served on July 1, 2025, by electronic mail, electronic filing transmission, first class mail, postage prepaid, a true and correct copy of the notices of motion for substantive consolidation [Dkt. #s 1380, 315, 178 165] by KCC Verita to the parties on the attached lists as well as those on the CM/ECF mailing system.

Dated this the 15th day of July, 2025.


                                            */s/ R. Michael Bolen*
                                            R. Michael Bolen
                                            MSB # 3615
                                            HOOD & BOLEN, PLLC
                                            ATTORNEYS AT LAW
                                            3770 HWY. 80 WEST
                                            JACKSON, MISSISSIPPI 39209
                                            (601)923-0788
                                            rmb@hoodbolen.com

                                            *Counsel to Dawn Ragan,*
                                            *Chapter 11 Trustee*

---

[1]  The Debtors in this jointly administered chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: El Dorado Gas & Oil, Inc. (4581); Hugoton Operating Company, Inc. (3245); Bluestone Natural Resources II - South Texas, LLC (4581); and World Aircraft, Inc. (4581).