For Service FCM 179-0

| NameID | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| 493 | Alabama Power Co | c/o Credit Collection | 600 North 18th St. | | | Birmingham | AL | 35203 | |
| 13 | Andrew Roberts | | 4624 Allencrest Lane | | | Dallas | TX | 75244 | |
| 14 | Angela Martin | | 3493 Highway 59 S | | | George West | TX | 78022 | |
| 15 | Ann Miller | | #2 Wedgewood Court | | | Greensboro | NC | 27403 | |
| 20 | Anna Whitehurst Trus | | 235 La Rue Lane | | | Corpus Christi | TX | 78411 | |
| 32 | Babli Corp | | 1222 Beach Blvd. | | | Laguna Vista | TX | 78578 | |
| 39 | Bayshore Energy OBO | | 1900 St James Place | Ste. 800 | | Houston | TX | 77056 | |
| 42 | Benny Zavisch Jr. | | P.O. Box 13 | | | Concan | TX | 78838 | |
| 45 | Betty Bennett | | 2216 Robyn Lane | | | Mission | TX | 78572 | |
| 50 | Blackstone Minerals | | P.O. Box 301267 | | | Dallas | TX | 75303-1267 | |
| 514 | Blue Diamond | Services, Inc. | 1261 Pass Rd. | | | Gulfport | MS | 39501 | |
| 516 | Blue Diamond Energy In | Drew McManigle | 700 Milam, Ste. 1300 | | | Houston | TX | 77002 | |
| 519 | Boston Indemnity Co In | c/o Great Midwest Ins | 800 Gressner, Ste. 600 | | | Houston | TX | 77024 | |
| 57 | BP America Product | | P.O. Box 277897 | | | Atlanta | GA | 30384-7897 | |
| 520 | Bracken 1984 Childrens | Trust - Walter Batla | 10941 Circle Dr. | | | Austin | TX | 78736 | |
| 58 | Bracken 1984 Chns | R, J, A, H, Bracken | 9467 Selma Parkway | | | Schertz | TX | 78154 | |
| 59 | Bracken Childrens Tr | Walter Batla | 10941 Circle Dr. | | | Austin | TX | 78736 | |
| 521 | Bracken Partners Ltd | Trust - Walter Batla | 10941 Circle Dr. | | | Austin | TX | 78736 | |
| 60 | Bracken Partners Ltd | | 9467 Selma Parkway | | | Schertz | TX | 78154 | |
| 61 | Brian C. Wrye | | 21 Florence Ave. | | | Fishkill | NY | 12524 | |
| 62 | Brittany Aten | | 3240 Silverspoon Dr. | | | Lake Havasu City | AZ | 86406 | |
| 63 | Brittany Puente | | 1011 W Monte Cristo | | | Edinburg | TX | 78539 | |
| 64 | Bruce Gates | | 29 Auburn Place | | | San Antonio | TX | 78209 | |
| 68 | Carden Oil & Gas Inc | | 3336 N Hullen | | | Metairie | LA | 70002 | |
| 69 | Carl Lang | | P.O. Box 6534 | | | San Antonio | TX | 78209 | |
| 70 | Carl Nooner Trust | | 9612 Glenacre Circle | | | Dallas | TX | 75243 | |
| 74 | Carnegie Energy LLC | | 4928 Greenville Ave. | Ste. 200 | | Dallas | TX | 75206 | |
| 75 | Carol Buchholz Trust | | P.O. Box 3480 | Oil & Gas Dept | | Omaha | NE | 68103-0480 | |
| 76 | Carol Stevens | | 922 Manchester Dr. | | | Conroe | TX | 77304-2713 | |
| 77 | Carolina Lindholm | | P.O. Box 260337 | | | Corpus Christy | TX | 78426-0337 | |
| 81 | Cedar Baldridge | | 2111 Bolsover | | | Houston | TX | 77005 | |
| 82 | CFO Resources Inc | | 8041 S Padre Island Dr | B197 | | Corpus Christi | TX | 78412 | |
| 529 | Charles Flores | | 106 West Harold | | | Hebbronville | TX | 78361 | |
| 88 | Cheryl Elsaesser | | 209 S Shattuck Place | | | Orange | CA | 92866 | |
| 98 | Conner Scott | | 3211 Summergrove | | | Arlington | TX | 76001 | |
| 539 | Corporate Aircraft Mgt | | 55 Private Road 119 | | | Fouke | AR | 71837 | |
| 541 | Critical Control | | 29059 Network Place | | | Chicago | IL | 60673 | |
| 105 | Danny Lorance | | 1404 35th Ave | | | Seattle | WA | 98122 | |
| 112 | Denise Mayfield | | 1961 Frostwood Dr. | | | Tyler | TX | 75703 | |
| 117 | Diedre Hull | | 3111 Bracken | | | Tyler | TX | 75701 | |
| 553 | Dorado Drilling | | 1261 Pass Rd. | | | Gulfport | MS | 39501 | |
| 552 | Dorado Drilling | | 275 Fawnwood Circle | | | El Dorado | AR | 71730 | |
| 555 | Double JJ Vacuum Serv | | 31 Mireles Circle | | | Rio Grande | TX | 78582 | |
| 121 | Douglas Ryland | | 28228 N 223rd Lane | | | Wittmann | AZ | 85361 | |
| 123 | Dynamic Properties | | P.O. Box 8749 | | | Tyler | TX | 75711 | |
| 124 | E G Henrichson Trust | | 222 West Cano St. | | | Edinburg | TX | 78539 | |
| 125 | Edrington Penn | | 1868 Penrose Dr. | | | Reidsville | NC | 27320 | |
| 126 | Edrington Ranch Trst | | P.O. Box 1600 | Trust O & G Dept | | San Antonio | TX | 78296-1600 | |
| 557 | El Dorado | Oil & Gas, Inc. | 1261 Pass Rd. | | | Gulfport | MS | 39501 | |
| 558 | El Dorado Oil & Gas | Operating Company Inc. | 1261 Pass Rd. | | | Gulfport | MS | 39501 | |
| 562 | Enhanced Contract Gaug | | 6201 E Curry Rd. | | | Edinburg | TX | 78542 | |
| 568 | Escambia Operating Co | Drew McManigle | 700 Milam, Ste. 1300 | | | Houston | TX | 77002 | |
| 569 | Estate Sally Fischer | Walter Batla | 10941 Circle Dr. | | | Austin | TX | 78736 | |
| 146 | Eugenia Wheeler | | P.O. Box 1529 | | | George West | TX | 78022 | |
| 573 | Express Oil & Gas | | 11688 210th St. | | | Big Rapids | MI | 49307 | |
| 575 | First Service Bank | Attn Tom Grumbles | 136 South Broadview | | | Greenbrier | AR | 72058 | |
| 151 | Florence Ismay Trust | | P.O. Box 1600 | Trust O & G Dept | | San Antonio | TX | 78296-1600 | |
| 158 | Fred Matocha | | P.O. Box 715 | | | Jourdanton | TX | 78026 | |
| 580 | Fuse Logistics Ser | | 8500 Decarie Blvd #400 | | | Mount Royal QC H4P 2N2 | | | |
| 164 | Garza Family Trust | | 2200 N McColl Rd. | | | Edinburg | TX | 78541 | |
| 165 | Gates Educat'l Trust | | 29 Auburn Place | | | San Antonio | TX | 78209 | |
| 581 | Gerardo Salinas | | 5320 Victoria Lane | | | Zapata | TX | 78076 | |
| 170 | Giles Energy Inc | | 5902 Corinthian Park D | | | Spring | TX | 77379 | |
| 583 | Glenda Bracken | Walter Batla | 10941 Circle St. | | | Austin | TX | 78736 | |
| 171 | Glenda Bracken | c/o Vista Mineral Mgmt | 8620 N New Braunfels | | | San Antonio | TX | 78217 | |
| 173 | Gregory Roberts | | 106 Mill Creek Lane | | | Weatherford | TX | 76086 | |
| 178 | Heather Young | | 121 S 7th St. | | | Cottage Grove | OR | 97424 | |
| 180 | Hill Family Cemetery | c/o Florence Sims | P.O. Box 197 | | | San Felipe | TX | 77473-0197 | |
| 593 | Hugoton Operating | Company, Inc. | 275 Fawnwood Circle | | | El Dorado | AR | 71730 | |
| 193 | J & G Whitehurst | Mineral Trust | 400 Tower Dr. | | | San Antonio | TX | 78232 | |
| 194 | J & J Pawlik Land | | P.O. Box 1040 | | | George West | TX | 78022 | |
| 195 | J E & L E Mabee | | 6 Desta Dr | Ste. 5400 | | Midland | TX | 79705 | |
| 198 | James & Arvella Baum | | 4420 South Ranch Rd. | 1623 | | Stonewall | TX | 78671 | |
| 206 | James Romig | | 413 Sheri Lane | | | Hurst | TX | 76053 | |
| 210 | JC LIttle Investment | | P.O. Box 703 | | | Crystal City | TX | 78839 | |
| 211 | Jeanine Hok | | 517 Ida Place | | | Temple | GA | 30179 | |
| 213 | Jeffrey Lester | | 2183 FM 108 South | | | Gonzales | TX | 78629 | |
| 601 | Jeffrey Woolley | | 3845 Ranch Road 2222 | #10 | | Austin | TX | 78731 | |
| 219 | Jo Dana Ware | | 8 Buena Vista Circle | | | Uvalde | TX | 78801 | |
| 221 | Joe & Betty Hernandz | | 5298 F M 1681 | | | Stockdale | TX | 78160 | |
| 222 | John & Melissa Hardi | | 273 CR 536 | | | Sinton | TX | 78387 | |
| 606 | John & Melissa Hardin | | 273 County Rd 536 | | | Sinton | TX | 78387 | |
| 228 | John Lester Jr. | | 2183 FM 108 South | | | Gonzales | TX | 78629 | |
| 230 | John Moore | | 5850 E Lovers Lane | Apt. 101 | | Dallas | TX | 75206-2903 | |
| 231 | John Paul Price | PMBG | 8610 Broadway, #440 | | | San Antonio | TX | 78217 | |
| 613 | Jose Larue Maldonado | | 87 Farm Road 3073 | | | Hebbronville | TX | 78361 | |
| 621 | K. S. Bracken Limited | Walter Batla | 10941 Circle Dr. | | | Austin | TX | 78736 | |
| 622 | K. S. Bracken Lmt Prtn | Walter Batla | 10941 Circle Dr. | | | Austin | TX | 78736 | |
| 625 | Kay S. Bracken | Walter Batla | 10941 Circle Dr. | | | Austin | TX | 78736 | |
| 259 | Kenneth Ann Whitehur | | 235 LaRue Lane | | | Corpus Christi | TX | 78411 | |
| 261 | Kenneth Sellers | | 3016 E Renfro St East | | | Burleson | TX | 76028 | |
| 262 | Kenneth Whitehurst | | 235 La Rue Lane | | | Corpus Christi | TX | 78411 | |
| 263 | Kenneth Whitehurst | GS Trust | 235 LaRue Lane | | | Corpus Christi | TX | 78411 | |
| 626 | Kimberjay Oil & | Gas, Inc. | 1261 Pass Rd. | | | Gulfport | MS | 39501 | |
| 266 | Krenger Oil & Gas | | 1601 E 19th St. | | | Edmond | OK | 73013 | |
| 268 | KWL Minerals Ltd | | P.O. Box 470857 | | | Fort Worth | TX | 76147 | |
| 269 | L & P Childrens Trst | | P.O. Box 1676 | | | George West | TX | 78022 | |
| 270 | Lanette Duperier | | 211 Viesca Ave. | | | San Antonio | TX | 78209 | |
| 272 | Lauro Almarez Jr | | 7702 Marissa Dr. | | | Corpus Christi | TX | 78414 | |
| 628 | Leo & Hector Quintanil | Jackson Walker, LLP | 100 Congress Ave #1100 | | | Austin | TX | 78701 | |
| 279 | Leon Glasscock II | | 1739 Citadel Plaza | | | San Antonio | TX | 78209 | |
| 280 | Leonard Morgan | | 4342 Edmond Dr. | | | Odessa | TX | 79762 | |
| 284 | Lillian Fehrenbach | | P.O. Box 6698 | | | San Antonio | TX | 78209 | |
| 285 | Linda Birmingham Trs | | P.O. Box 3480 | O & G Dept | | Omaha | NE | 68103-0480 | |
| 292 | Maguire Oil Co | | 5950 Berkshire Lane | Ste. 1500 | | Tilden | TX | 78072 | |
| 295 | Margarita Rivera | | 14521 N Elanos Rd. | | | Mission | TX | 78574 | |
| 304 | Marianna Nooner | | 9612 Glenacre Circle | | | Dallas | TX | 75243 | |
| 636 | Mario Barrera | | 5306 Grande Lane | | | Zapata | TX | 78076 | |
| 307 | Mark Luitjen | | 101 Hill Country Lane | | | San Antonio | TX | 78232 | |
| 639 | Mary Jon Bryan | Walter Batla | 10941 Circle Dr. | | | Austin | TX | 78736 | |
| 640 | Max E Line | Specialists LLC | 379 Private Road 4731 | | | Castroville | TX | 78009 | |
| 641 | Maxey Wireline | Consulting Service LLC | 379 Private Road 4731 | | | Castroville | TX | 78009 | |

7/15/2025
11:55 AM

**For Service FCM 179-0**

| NameID | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| 322 | Meredith Delarosa | | 2032 Barrington Pointe | | | League City | TX | 77573 | |
| 329 | Michael Rutherford | | 8 Greenway Plaza | Ste. 1400 | | Houston | TX | 77046 | |
| 651 | MS Dept of Revenue | | P.O. Box 22828 | | | Jackson | MS | 39225 | |
| 652 | MS Power Co | | 2992 West Beach Blvd. | | | Gulfport | MS | 39501 | |
| 345 | Nathan Modisette | | 1960 Jameson Lane | | | Santa Barbara | CA | 93108 | |
| 654 | NHH Services, LLC | | 701 East Gate Dr. | Ste. 110 | | Mount Laurel | NJ | 08054 | |
| 350 | Nortex Corporation | c/o Norther Trust Co | P.O. Box 27710 | | | Houston | TX | 77227-7710 | |
| 658 | Parker & Son, Inc. | Lawrence Seiter, Esq. | P.O. Box 1988 | | | Mobile | AL | 36633 | |
| 659 | Parker & Son, LLC | Lawrence Seiter, Esq. | P.O. Box 1988 | | | Mobile | AL | 36633 | |
| 354 | Pat Rutherford Jr. | | 8 Greenway Plaza | Ste. 1400 | | Houston | TX | 77046 | |
| 356 | Patricia Booton | | 7057 Johnson Circle | | | Longmont | CO | 80503 | |
| 358 | Patricia Jordan | | 207 North Stone | | | Round Rock | TX | 78664 | |
| 360 | Patrick & Bev Gibbs | | 513 Van Normal Rd. | Box 382 | | Jordan | MT | 59337 | |
| 363 | Paul Lecocke | | 1312 Auburn Place | | | Plano | TX | 75093 | |
| 661 | Pearson Adair & Co LLC | | 2600 Dallas Pkwy | Ste. 300 | | Frisco | TX | 75034 | |
| 367 | Penny Jones | | 163 Lone Pine Rd. | | | Durango | CO | 81301 | |
| 665 | PGH Petroleum & | Environmental Engineer | 618 E South St Ste 700 | | | Orlando | FL | 32801 | |
| 667 | PLC O & G Properties | Walter Batla | 10941 Circle Dr. | | | Austin | TX | 78736 | |
| 373 | PLC O & G Properties | | P.O. Box 470574 | | | Fort Worth | TX | 76147-0574 | |
| 670 | Qwik Pipe | c/o Kellie M. Ross | 1717 West Loop S #1400 | | | Houston | TX | 77027 | |
| 379 | R & R Royalty Co | | 4001 Maple Ave. | Ste. 600 | | Dallas | TX | 75219 | |
| 673 | Railroad Comm of TX | Oil & Gas Division | 1701 Congress Ave. | | | Austin | TX | 78701 | |
| 672 | Railroad Comm of TX | Oil & Gas Division | P.O. Box 12967 | | | North Lawrence | NY | 12967 | |
| 380 | Ralph Henry | | 2417 Berkshire Way | | | Cedar Park | TX | 78613 | |
| 381 | Randall Whitmire | | P.O. Box 744 | | | Portland | TX | 78374 | |
| 386 | Richard & Marsha | Wulf Trust | 8907 Watlington Rd. | | | Henrico | VA | 23229-7149 | |
| 392 | Rita J Crow | | 4618 61st St. | | | Lubbock | TX | 79414 | |
| 393 | Rivercrest Royalties | | 777 Taylor St. | Ste. 810 | | Fort Worth | TX | 76102 | |
| 394 | Robert & Glenna Wulf | | 731 Hawaii Rd. | | | Humboldt | KS | 66748 | |
| 682 | Robert Bracken | Bracken Enterprises | 10941 Circle Dr. | | | Austin | TX | 78736 | |
| 396 | Robert Eldon | | 101 Salt Marsh Lane | | | Groveland | FL | 34736 | |
| 683 | Robert Gonzales | | 903 West Milam | | | Beeville | TX | 78102 | |
| 685 | Rocking Fork Royalty | Walter Batla | 10941 Circle Dr. | | | Austin | TX | 78736 | |
| 407 | Roos Family Invstmnt | | P.O. Box 440 | | | Roff | OK | 74865 | |
| 410 | Rose Knippenberg | | 627 Anchorage Lane | | | Houston | TX | 77079 | |
| 415 | Russell Romig | | 2958 Tumbleweed Ct. | | | Grapevine | TX | 76051 | |
| 418 | S & C Properties | | P.O. Box 601295 | | | Dallas | TX | 75360-1295 | |
| 690 | S & K Investments Inc. | | 1956 East Pass Rd. | | | Gulfport | MS | 39507 | |
| 691 | S Evans Ltd | Walter Batla | 10941 Circle St. | | | Austin | TX | 78736 | |
| 426 | Sawnie B. Smith | | 4684 Beverly Dr. | | | Dallas | TX | 75209-6006 | |
| 428 | SD Rial Company LLC | | P.O. Box 601449 | | | Dallas | TX | 75360-1449 | |
| 430 | Sharon Harrison | | 995 Calle Feliz | | | Santa Fe | NM | 87505 | |
| 433 | Siddons Mineral Ptnr | | 3503 Wild Cherry Dr | Bldg #14 | | Austin | TX | 78738 | |
| 434 | Siddons Ranch Prtnrs | | 3503 Wild Cherry Dr. | Bldg 14 | | Austin | TX | 78738-1817 | |
| 435 | Sigifredo Ochoa Jr | | 106 South Alton Blvd. | | | Mission | TX | 78573 | |
| 437 | Southern Lease Serv | | P.O. Box 868 | | | George West | TX | 78022 | |
| 438 | Southland Royalty | Partnership | P.O. Box 587 | | | Marlow | OK | 73055 | |
| 701 | State of AL | c/o State Oil & Gas Bo | 420 Hackberry Lane | | | Tuscaloosa | AL | 35401 | |
| 442 | Stephanie W Vaughn | | 4840 CR 38 | | | Robstown | TX | 78380 | |
| 443 | Sterling Morris | | P.O. Box 1300 | | | Wharton | TX | 77488 | |
| 446 | Sue Thetford | | 13090 N 100th Dr. | | | Sun City | AZ | 85351 | |
| 705 | Sunset Factoring, Inc. | | 1261 Pass Rd. | | | Gulfport | MS | 39501 | |
| 706 | T & J, Inc. | | 1261 Pass Rd. | | | Gulfport | MS | 39501 | |
| 452 | T J Martin III | | 3495 Highway 59 S | | | George West | TX | 78022 | |
| 707 | Tanya Kuehlem | | 129 County Road 307 | | | Tilden | TX | 78072 | |
| 457 | Terry Ryan | | 106 Morningview Circle | | | Boerne | TX | 78006 | |
| 460 | Thetford Ranch Holdi | | 7373 Broadway St. | Ste. 307 | | San Antonio | TX | 78209 | |
| 463 | Thomas Whitehurst Tr | | 6313 Boca Raton Dr. | | | Corpus Christi | TX | 78413 | |
| 715 | Tom Joiner & Associate | Kendall Hanby | P.O. Box 1490 | | | Tuscaloosa | AL | 35403 | |
| 716 | Toyota Motor Credit Co | | 14841 Dallas Parkway | Ste. 350 | | Dallas | TX | 75254 | |
| 725 | USA Compression Partnr | | 1000 Main St. | 36 Floor | | Houston | TX | 77002 | |
| 472 | Vannie Cook Jr | | 101 West Expressway 83 | | | McAllen | TX | 78503 | |
| 474 | Viersen Oil & Gas Co | | P.O. Box 702708 | | | Tulsa | OK | 74170 | |
| 477 | Walther Wulf Jr. | | P.O. Box 188 | | | Humboldt | KS | 66748 | |
| 482 | Whitney Jones | | 1120 Westway | | | McAllen | TX | 78501 | |
| 729 | World Ag | Investment, Inc. | 1261 Pass Rd. | | | Gulfport | MS | 39501 | |
| 491 | Yosemite Creek O & G | | 4350 S Monaco St. | 5th Floor | | Denver | CO | 80237 | |

7/15/2025
11:55 AM