El Dorado Add'l Mailing List

| Name |
| --- |
| Kerr McGee Oil & Gas Onshore, LP<br>1999 Broadway, Suite 3600<br>Denver, CO 80202 |
| Kerr McGee Oil & Gas Onshore, LP<br>14311 Welch Road<br>Dallas, TX 75244-3944 |
| Lanie Mecom<br>4007 State Highway 290 East<br>Brenham, TX 77833 |
| Skyward Specialty Insurance Group Inc.<br>800 Gessner Road, Suite 600<br>Houston, TX 77024 |
| Great Midwest Insurance Company<br>800 Gessner, Suite 600<br>Houston, TX 77024 |
| Enterprise Hydrocarbons L.P.<br>2727 North Loop West<br>Houston, TX 77008 |
| Kerr McGee Oil & Gas Onshore, LP<br>1999 Broadway, Suite 3600<br>Denver, CO 80202 |
| GulfMark Energy, Inc.<br>P.O. Box 844<br>Houston, TX 77001 |
| GulfMark Energy, Inc.<br>17 S Briar Hollow Lane<br>Attn: Shelly D Smith<br>Director of Crude Oil Supply and Logistics<br>Houston, TX 77027 |
| Hilcorp Energy Company<br>1111 Travis Street<br>Houston, TX 77002<br>Attn: East Scheduling |
| P.A. McGinley<br>512 Mayo Bldg.<br>Tulsa, OK 74103 |
| John L. Whele<br>P.O. Box 762<br>455 St. Paul Street<br>Rochester, NY 14601 |