## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

In re: El Dorado Gas & Oil, Inc.[1]

Case no. 23-51715-JAW
Chapter 11

Debtor

### CERTIFICATE OF SERVICE

I, R. Michael Bolen, do hereby certify that I caused to be served on July 1, 2025, by electronic mail, electronic filing transmission, first class mail, postage prepaid, a true and correct copy of the notice of deadline requiring filing claims for administrative expense claims and claim form [Dkt. # 1376] by KCC Verita to the parties on the attached lists as well as those on the CM/ECF mailing system.

Dated this the 15th day of July, 2025.

/s/ R. Michael Bolen
R. Michael Bolen
MSB # 3615
HOOD & BOLEN, PLLC
ATTORNEYS AT LAW
3770 HWY. 80 WEST
JACKSON, MISSISSIPPI 39209
(601)923-0788
rmb@hoodbolen.com

*Counsel to Dawn Ragan,*
*Chapter 11 Trustee*

---

[1] The Debtors in this jointly administered chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: El Dorado Gas & Oil, Inc. (4581); Hugoton Operating Company, Inc. (3245); Bluestone Natural Resources II - South Texas, LLC (4581); and World Aircraft, Inc. (4581).

Exhibit 2 - Administrative Expense Bar Date Notice

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In re: | § | Case No. 23-51715-JAW |
| | § | |
| El Dorado Gas & Oil, Inc., et al., | § | Chapter 11 |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | |
| | § | |

## NOTICE OF DEADLINE REQUIRING FILING
## CLAIMS FOR ADMINISTRATIVE EXPENSE CLAIMS

**TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST THE DEBTORS SET FORTH BELOW:**

| Name of the Debtor | Case Number | Tax ID (Last 4 digits) | Petition Date |
|---|---|---|---|
| El Dorado Gas & Oil, Inc. | 23-51715-JAW | 4581 | 12/22/2023 |
| Hugoton Operating Company, Inc. | 23-51139-JAW | 3245 | 8/14/2023 |
| Bluestone Natural Resources II - South Texas, LLC | 24-50223-JAW | 4581 | 2/22/2024 |
| World Aircraft, Inc. | 24-50224-JAW | 4581 | 2/22/2024 |

## PLEASE TAKE NOTICE THAT:

1. On the above-referenced petition dates (the "Petition Dates"), the above-captioned debtors (the "Debtors") filed petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Mississippi (the "Bankruptcy Court"). On January 22, 2024, the Bankruptcy Court approved Dawn M. Ragan (the "Trustee"), as the chapter 11 trustee for Hugoton. On February 2, 2024, the Court approved Ms. Ragan as the chapter 11 trustee for El Dorado. On May 22, 2024, the Court authorized the Trustee to serve as Independent Manager for Bluestone and Independent Director for World Aircraft.

2. On June ___, 2025, the Bankruptcy Court entered an order (the "Administrative Bar Date Order") establishing certain dates by which parties holding administrative expense claims within the meaning of section 503 of the Bankruptcy Code ("Administrative Expense Claims") against the Debtors must file proofs of claims.

Exhibit 1 - Administrative Expense Bar Date Notice

3. For your convenience, enclosed with this notice (the "Notice") is a Claim Form that was approved by the Bankruptcy Court.

4. You may be a creditor of one or more of the Debtors; however, the fact that you have received this Notice does not mean that the Trustee believes that you have a claim against the Debtors or that you actually have a claim against the Debtors. You should not file a Claim Form if you do not have a claim against a Debtor. **You should consult an attorney if you have any questions, including whether you should Claim Form**. Please note that the attorneys for the Trustee and the Bankruptcy Court's Clerk Office cannot give you legal advice.

## Bar Date

5. The Administrative Bar Date Order establishes August 1, 2025, at 5:00 p.m. (CST) as the deadline for each person or entity that asserts entitlement to administrative priority status under section 503 of the Bankruptcy Code that arose after the applicable Debtor Petition Date through May 31, 2025.

## Who Must File an Administrative Expense Claim

6. Any party with an Administrative Expense Claim that arose between the Petition Date of the Debtor against whom such claim is asserted and May 31, 2025, and such claim is not one of the types of claims described below, whether or not such claims is fixed, liquidated, or certain. As used in this Notice, the term "claim" means, as to or against the Debtors and in accordance with section 101(5) of the Bankruptcy Code: (a) any right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) any right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

## Parties Who Do Not Need to File an Administrative Expense Claim

7. The following parties who do not need to file an Administrative Expense Claim by the Administrative Bar Date:

   i.   any person or entity that already has filed in proper form an Administrative Expense Proof of Claim against a Debtor in the above-captioned chapter 11 cases, which claim sets forth with specificity the legal and factual basis for the claim, the Debtor against whom the claim is asserted, and includes supporting documentation upon which the claimant relies to support the Administrative Expense Claim;

   ii.  any holder of an Administrative Expense Claim that has been allowed by order of the Bankruptcy Court entered on or before the applicable Administrative Expense Bar Date;

Exhibit 1 - Administrative Expense Bar Date Notice

iii.     any person or entity whose Administrative Expense Claim has been paid in full by any of the Debtors or Trustee;

iv.     any holder of an Administrative Expense Claim for which specific deadlines have previously been fixed by the Bankruptcy Court;

v.     any counterparty to an executory contract or unexpired lease of nonresidential real property that is assumed and assigned by order of the Bankruptcy Court setting forth the deadline for filing any applicable Administrative Expense Claims;

vi.     any professional employed by order of the Bankruptcy Court pursuant to sections 327, 328, 363 or 1103 of the Bankruptcy Code and whose claim is for services performed and reimbursements of expenses incurred in these Cases; and

vii.     the Office of the U.S. Trustee, including any requests for payment of quarterly fees.

## What to File

8. The Trustee is enclosing a Claim Form that has been approved by the Bankruptcy Court. Additional copies of the Claim Form can be obtained by contacting counsel for the Trustee at Katherine Hopkins (katherine.hopkins@kellyhart.com) or Nancy Ribaudo (nancy.ribaudo@kellyhart.com).

9. All Claim Forms must be signed by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant. It must be written in English and be denominated in United States currency (using the exchange rate, if applicable, as of the Petition Date). You must set forth with specificity the legal and factual bases for your claim.

10. You also should attach to your completed Claim Form any documents on which the Administrative Expense Claim is based (if voluminous, attach a summary) or explanation as to why the documents are not available.

11. Any holder of a claim must identify on its Claim Form the specific Debtor or Debtor(s) against which its claim is asserted and the case number of that Debtor's bankruptcy case. A list of the Debtors and their respective case numbers is set forth above on the first page of this Notice.

## When and How to File

12. All Claim Forms must be filed or received as applicable no later than August 1, 2025, at p.m. (CST) as follows:

Exhibit 1 - Administrative Expense Bar Date Notice

## IF BY FIRST CLASS MAIL OR OVERNIGHT DELIVERY:

Dawn Ragan
c/o Kelly Hart & Hallman LLP
Attn: Katherine Hopkins
201 Main Street, Suite 2500
Fort Worth, TX 76102

## IF ELECTRONICALLY:

By using the CM/ECF system on the Court's website at: https://ecf.mssb.uscourts.gov/

## Consequences of Failure to File an Administrative Expense Claim by the Administrative Claims Bar Date

13. **ANY HOLDER OF AN ADMINISTRATIVE EXPENSE CLAIM THAT IS NOT EXEMPTED FROM THE REQUIREMENTS OF THE ADMINISTRATIVE EXPENSE BAR DATE ORDER, AS SET FORTH ABOVE, AND THAT FAILS TO TIMELY FILE CLAIM FORM IN THE APPROPRIATE FORM SHALL NOT BE TREATED AS AN ADMINISTRATIVE CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSE OF PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CASES ON ACCOUNT OF SUCH CLAIM.**

14. A holder of a potential Administrative Expense Claim against the Debtors should consult an attorney regarding any matters not covered by this Notice, such as whether the holder should file an Administrative Expense Claim.

15. This Notice may be sent to many persons that have had some relationship with or have done business with the Debtors but may not have an unpaid claim against the Debtors. The fact that you have received this Notice does not mean that the Trustee believes that you have a claim against the Debtors or that you actually have a claim against the Debtors. You should not file a Claim Form if you do not have an Administrative Expense Claim against any of the Debtors. You should consult an attorney if you have any questions, including whether you should file a Claim Form.

Exhibit 2 - Claim Form

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI | ADMINISTRATIVE EXPENSE PROOF OF CLAIM | Administrative Expense Claims Bar Date: August 1, 2025, at 5:00 P.M. (CST) |
|---|---|---|

**Note:** this Claim Form should _only_ be used by claimants asserting an Administrative Expense Claim against one of the below Debtors that arose between the Petition Date and May 31, 2025. It should not be used for any claims that are not of a kind entitled to priority in accordance with 11 U.S.C. §§ 503(b) and 11 U.S.C. § 507(a)(2). This Claim form also should not be used to assert claims arising under 11 U.S.C. § 503(b)(9).

**Name of Debtor:**

□ El Dorado Gas & Oil, Inc., Case No. 23-51715-JAW (EIN#4581)
□ Hugoton Operating Company, Inc., Case No. 23-51139-JAW (EIN#3245)
□ Bluestone Natural Resources II - South Texas, LLC, Case No. 24-50223-JAW (EIN#4581)
□ World Aircraft, Inc., Case No. 24-50224-JAW (EIN#4581)

| **Name of Creditor:** (the person or entity to whom the Debtors owe money or property) | □ Check box if you are aware that anyone else has submitted a proof of claim relating to your administrative expense. |
|---|---|
| **Name and Address Where Notices To Claimant Should be Sent:** | □ Check box if this claim amends a previously filed administrative expense claim<br><br>Claim Number:<br><br>Dated: _____   _____ |

**Account or other number used to identify the Debtor(s):**

**1. Basis for Administrative Expense:**

**2. Date debt was incurred (if judgment, date obtained):**

**3. Total amount of Administrative Expense $_____(USD)**
□ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim and attach an itemized statement of all additional charges.

**4. Credits and Setoffs:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof. In submitting this claim, claimant has deducted all amounts that claimant owes to Debtors.

**5. Supporting Documents:** Attach copies of supporting document, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. Do not send original documents. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**6. Time Stamped Copy:** To receive an acknowledgement of the submission of your claim, enclose a stamped, self-addressed envelope and copy of this Claim Form.

| Date: | Sign and print the name and title, if any, of the creditor or other authorized person to submit this Claim Form: |
|---|---|