**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**EL DORADO GAS & OIL, INC.,**[1]                    **CASE NO. 23-51715-JAW**

      **DEBTOR-IN-POSSESSON.**                              **CHAPTER 11**
      *Jointly Administered*

**RESET NOTICE OF TELEPHONIC STATUS CONFERENCE**

      You are hereby notified that the Court will hold a telephonic status conference on September 23, 2025, at 10:00 AM, in the above-styled case, on the following:

(1) The Railroad Commission of Texas's Application for Allowance and Payment of Administrative Expense Claim (Dkt. #1459) filed by the Railroad Commission of Texas, by and through the office of the Texas Attorney General

      Please call 1-833-990-9400 or 571-353-2301 (the "Conference Line") at the appointed time if you would like to participate. The access code is: 8279999#.

Dated:  8/5/2025                                    Danny L. Miller, Clerk of Court
                                                   Thad Cochran U.S. Courthouse
                                                   U.S. Bankruptcy Court
                                                   501 E. Court Street, Suite 2.300
                                                   Jackson, MS 39201
                                                   601-608-4600

Courtroom Deputy
601-608-4642 (use to advise of settlement)
601-608-4693

---

[1] Jointly administered with *In re:* Hugoton Operating Company, Inc., Case No. 23-51139-JAW; *In re:* Bluestone Natural Resources II – South Texas, LLC, Case No. 24-50223-JAW; *In re:* World Aircraft, Inc., Case No. 24-50224-JAW

This Page Intentionally
Left Blank

**Parties Noticed:**

El Dorado Gas & Oil, Inc., Debtor-In-Possession

Hugoton Operating Company, Inc., Jointly Administered Debtor

Bluestone Natural Resources II – South Texas, LLC, Jointly Administered Debtor

World Aircraft, Inc., Jointly Administered Debtor

Patrick A. Sheehan, Esq.

Dawn Ragan, Chapter 11 Trustee

R. Michael Bolen, Esq.

Katherine Hopkins, Esq.

Nancy Lee Ribaudo, Esq.

Joseph Daniel Austin, Esq.

Kelly Hart & Hallman LLP

Office of the United States Trustee

Abigail M. Marbury, Esq., Counsel for the United States Trustee

All Parties Filing a Notice of Appearance

Sahrish K. Soleja, Esq., Assistant Attorney General

Layla D. Milligan, Esq., Counsel for the Office of the Attorney General of Texas