Form hn011jaw (11/24)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

**El Dorado Gas & Oil, Inc.**

**CASE NO. 23–51715–JAW**

**DEBTOR.**

**CHAPTER 11**

### NOTICE OF TELEPHONIC STATUS CONFERENCE

You are hereby notified that the Court will hold a telephonic status conference on September 23, 2025 at 10:00 AM, in the above–styled case, on the following:

> The Railroad Commission of Texas's Application for Allowance and Payment of
> Administrative Expense Claim (Dkt. #1459) filed by the Railroad Commission of
> Texas, by and through the office of the Texas Attorney General

Please call 833–990–9400 or 571–353–2301; Access Code: 8279999# (the "Conference Line") at the appointed time if you would like to participate.

If you plan to participate, please call the Courtroom Deputy at the number provided below.

Dated: 8/5/25

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228–563–1790

Courtroom Deputy
601–608–4642 (use to advise of settlement)
601–608–4693

Parties Noticed:

El Dorado Gas & Oil, Inc., Debtor–In–Possession

Hugoton Operating Company, Inc., Jointly Administered Debtor

Bluestone Natural Resources II South Texas, LLC, Jointly Administered Debtor

World Aircraft, Inc., Jointly Administered Debtor

Patrick A. Sheehan, Esq.

Dawn Ragan, Chapter 11 Trustee

R. Michael Bolen, Esq.

Katherine Hopkins, Esq.

Nancy Lee Ribaudo, Esq.

Joseph Daniel Austin, Esq.

Kelly Hart & Hallman LLP

Office of the United States Trustee

Abigail M. Marbury, Esq., Counsel for the United States Trustee

All Parties Filing a Notice of Appearance

Sahrish K. Soleja, Esq., Assistant Attorney General

Layla D. Milligan, Esq., Counsel for the Office of the Attorney General of Texas