**United States Bankruptcy Court**
**Southern District of Mississippi**

In re:   El Dorado Gas & Oil, Inc.                                                Case No.: 23–51715–JAW
        dba El Dorado Oil & Gas, Inc.

                                                                   Chapter 11

**To: All Persons of Record at Hearing/Trial**

### NOTICE OF FILING OF TRANSCRIPT
### AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript was filed on **August 6, 2025** (Dkt. # 1474) regarding a hearing/trial held on **July 22, 2025** (Dkt. #1334).

The parties have until **August 13, 2025** to communicate with the transcriber of any intent to redact the transcript.

Transcript redaction request to the transcriber is **<u>required</u>** on or before **August 27, 2025**.

If a transcript redaction request is submitted to the transcriber, the deadline for the redacted transcript to be filed with the Court is **September 8, 2025**.

If no redacted transcript is filed before the 90–day restriction period expires, the transcript may become available for remote electronic access on **November 4, 2025**, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber, ***J&J Court Transcribers, Inc., Telephone number 609–586–2311***, or you may view the transcript at the clerk's office public terminal.

Dated: 8/6/25

                                         Danny L. Miller
                                         Clerk, U. S. Bankruptcy Court
                                         Dan M. Russell, Jr. U.S. Courthouse
                                         2012 15th Street, Suite 244
                                         Gulfport, MS 39501

                                         228–563–1790