**United States Bankruptcy Court**
**Southern District of Mississippi**

In re:   El Dorado Gas & Oil, Inc.                                    Case No.: 23–51715–JAW
            dba El Dorado Oil & Gas, Inc.

                                                                                  Chapter 11


**To: All Persons of Record at Hearing/Trial**


## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION


A transcript was filed on **September 4, 2025** (Dkt. # 1532) regarding a hearing/trial held on **August 19, 2025** (Dkt. #1380).

The parties have until **September 11, 2025** to communicate with the transcriber of any intent to redact the transcript.

Transcript redaction request to the transcriber is **required** on or before **September 25, 2025**.

If a transcript redaction request is submitted to the transcriber, the deadline for the redacted transcript to be filed with the Court is **October 6, 2025**.

If no redacted transcript is filed before the 90–day restriction period expires, the transcript may become available for remote electronic access on **December 3, 2025**, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber, ***J&J Court Transcribers, Inc., 268 Evergreen Avenue, Hamilton, NJ 08619, [Telephone number 609–586–2311].***, or you may view the transcript at the clerk's office public terminal.


Dated: 9/4/25                                         Danny L. Miller
                                                              Clerk, U. S. Bankruptcy Court
                                                              Dan M. Russell, Jr. U.S. Courthouse
                                                              2012 15th Street, Suite 244
                                                              Gulfport, MS 39501

                                                              228–563–1790