**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 23-51715-JAW** |
| | § | |
| **EL DORADO GAS & OIL, INC., *et al.*,[1]** | § | **CHAPTER 11** |
| | § | |
| **DEBTORS.** | § | **(Substantively Consolidated)** |
| | § | |

## CERTIFICATE OF SERVICE

I, R. Michael Bolen, do hereby certify that on February 18, 2026, I caused to be served by electronic mail, electronic filing transmission, or the CM/ECF mailing system, a true and correct copy of the *Notice of Intention to Abandon the Interests of Hugoton, El Dorado, and Bluestone in Certain Oil and Gas Assets* [Docket No. 1734], along with all attachments thereto [Docket Nos. 1734-1, 1734-2, and 1734-3] (collectively, the "Notice").

I, Katherine T. Hopkins, do hereby certify that I caused to be served a true and correct copy of the Notice on: (i) the parties on the list attached hereto as **Exhibit A,** via service by KCC Verita and Kelly Hart & Hallman LLP on February 19, 2026, and (ii) the parties on the list attached hereto as **Exhibit B,** via service by Kelly Hart & Hallman LLP.

*[Remainder of Page Intentionally Left Blank]*

---

[1]    The Debtors in these substantively consolidated cases are: *In re El Dorado Gas & Oil, Inc.*, Case No. 23-51715-JAW; *In re Hugoton Operating Company, Inc.*, Case No. 23-51139-JAW; *In re Bluestone Natural Resources II - South Texas, LLC*, Case No. 24-50223-JAW; and *In re World Aircraft, Inc.*, Case No. 24-50224-JAW.

Dated: March 6, 2026

Respectfully submitted,

*/s/ R. Michael Bolen*
R. Michael Bolen (MSB No. 3615)
HOOD & BOLEN, PLLC
3770 Highway 80 West
Jackson, Mississippi 39209
Telephone: (601) 923-0788
Facsimile: (601) 922-2968
rmb@hoodbolen.com

*Counsel to Dawn M. Ragan, Chapter 11 Trustee for Hugoton Operating Company, Inc., and El Dorado Gas & Oil, Inc.*

-and-

*/s/ Katherine T. Hopkins*
Nancy Ribaudo
Texas Bar I.D. 13447300
Katherine T. Hopkins
Texas Bar I.D. 24070737
KELLY HART & HALLMAN LLP
201 Main St., Ste. 2500
Fort Worth, TX 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280
nancy.ribaudo@kellyhart.com
katherine.hopkins@kellyhart.com

*Counsel to Dawn M. Ragan, Chapter 11 Trustee for Hugoton Operating Company, Inc., and El Dorado Gas & Oil, Inc., and Bluestone Natural Resources II - South Texas, LLC, and World Aircraft, Inc.*

-and-

Patrick A. Sheehan
SHEEHAN & RAMSEY, PLLC
429 Porter Avenue
Ocean Springs, MS  39564
Telephone: (228) 875-0572
Facsimile: (228) 875-0895
Pat@sheehanramsey.com

*Counsel for Bluestone Natural Resources II - South Texas, LLC, and World Aircraft, Inc.*