**<u>Exhibit B</u>**

## SERVICE LIST

**February 20, 2026:**                     Vickie Lacy
McGriff, a Marsh & McLennan
Agency LLC Company
10100 Katy Frwy., Suite 400
Houston, TX 77043