**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 23-51715-JAW** |
| | § | |
| **EL DORADO GAS & OIL, INC., *et al.*,**[1] | § | **CHAPTER 11** |
| | § | |
| **DEBTORS.** | § | **(Substantively Consolidated)** |
| | § | |

# TWENTY-NINTH MONTHLY FEE STATEMENT OF KELLY HART & HALLMAN LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JULY 1, 2026, THROUGH JULY 31, 2026

**In accordance with the *Order Granting Motion to Implement Interim Compensation and Reimbursement Procedures for Professionals* [Docket No. 314], each party receiving notice of the monthly fee statement will have until 5:00 p.m. (Central Time), fourteen (14) days after the date of service hereof to object to the requested fees and expenses. Upon the expiration of such 14-day period, the Trustee is authorized to pay the applicant an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

## PRELIMINARY STATEMENT

This fee statement is submitted in recognition that payment by the Trustee may be delayed due to the availability of funds and the Trustee's efforts to prioritize operations and other outstanding issues as necessary. The below-mentioned applicant, nonetheless, submits this *Twenty-ninth Monthly Fee Statement* (the "Fee Statement") so that the Trustee may pay applicant as funds become available in the ordinary course pursuant to the *Order Granting Motion to Implement Interim Compensation and Reimbursement Procedures for Professionals* [Docket No. 314] (the "Interim Compensation Order").

[1] The Debtors in these substantively consolidated cases are: *In re El Dorado Gas & Oil, Inc.*, Case No. 23-51715-JAW; *In re Hugoton Operating Company, Inc.*, Case No. 23-51139-JAW; *In re Bluestone Natural Resources II - South Texas, LLC*, Case No. 24-50223-JAW; and *In re World Aircraft, Inc.*, Case No. 24-50224-JAW.

## MONTHLY FEE STATEMENT

| | |
|---|---|
| Name of Applicant: | Kelly Hart & Hallman LLP |
| Role of Applicant: | Counsel to the Chapter 11 Trustee for Hugoton Operating Company, Inc., and El Dorado Gas & Oil, Inc.; and Bluestone Natural Resources II - South Texas, LLC, and World Aircraft, Inc. |
| Date order of employment entered: | March 28, 2024 [Docket No. 311]; July 23, 2024 [Docket No. 655] |
| Time period covered by this Fee Statement: | July 1, 2026, to July 31, 2026 |
| **Summary of Fees and Expenses Requested in this Fee Statement** | |
| Voluntary reduction: | $1,662.50 |
| Total fees requested: | $104,403.75[2] |
| Total expenses requested: | $1,889.85 |
| Total fees and expenses requested (excluding 20% holdback amount): | **$85,412.85** |
| Total fees and expenses requested (including holdback amount): | $106,293.60 |
| **Summary of Attorney Fees Covered by this Fee Statement** | |
| Total attorney fees requested: | $104,403.75 |
| Total attorney hours: | 164.95 |
| Average hourly rate for attorneys: | $632.94 |
| **Summary of Paraprofessional Fees Covered by this Fee Statement** | |
| Total paraprofessional fees requested: | $0.00 |
| Total paraprofessional hours: | 0.8 |
| Average hourly rate for paraprofessionals: | $0.00 |

2 This amount reflects the voluntary reduction in fees for the Statement Period.

Pursuant to the Interim Compensation Order entered by the Court on March 28, 2024, Kelly Hart & Hallman LLP ("Kelly Hart") as counsel to the duly-appointed chapter 11 trustee, Dawn M. Ragan (the "Trustee"), and counsel for Bluestone Natural Resources II - South Texas, LLC, and World Aircraft, Inc., as debtors in possession, submits this Fee Statement for services rendered and expenses incurred for the period of July 1, 2026, through July 31, 2026 (the "Statement Period").

Kelly Hart requests compensation for professional services rendered in the amount of $104,403.75 (the "Fees"), and reimbursement of expenses in the amount of $1,889.85 (the "Expenses") incurred during the Statement Period. Eighty percent (80%) of the Fees equals $83,523.00 and one hundred percent (100%) of the Expenses equals $1,889.85, for a total requested payment amount of **$85,412.85**. Summaries of fees by project category and expense category are attached hereto as **Exhibit A** and **Exhibit B**, respectively. A summary of the time expended by Kelly Hart attorneys and support staff, together with their respective hourly rates, is attached as **Exhibit C**. Kelly Hart's invoices with the individual time entries and expenses incurred during the Statement Period are attached hereto as **Exhibit D**.

Although every effort has been made to include all fees and expenses incurred in the Statement Period, some fees and expenses might not be included in this Statement Period due to accounting and processing delays. Kelly Hart, therefore, reserves the right to make further application to this Court for allowance of any fees and expenses not included herein. Subsequent Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Bankruptcy Local Rules, and the Interim Compensation Order.

WHEREFORE, pursuant to the Interim Compensation Order, Kelly Hart requests payment of compensation in the amount of (i) $83,523.00 (80% of $104,403.75) for actual, reasonable, and

necessary professional services rendered to the Trustee by Kelly Hart during the Statement Period; and (ii) $1,889.85 for actual and necessary expenses incurred by Kelly Hart on behalf of the Trustee, for a total of **$85,412.85** requested for the Statement Period.

*[Remainder of Page Intentionally Left Blank]*

Dated: September 10, 2026

Respectfully submitted,

*/s/ R. Michael Bolen*
R. Michael Bolen (MSB No. 3615)
HOOD & BOLEN, PLLC
3770 Highway 80 West
Jackson, Mississippi 39209
Telephone: (601) 923-0788
Facsimile: (601) 922-2968
rmb@hoodbolen.com

*Counsel to Dawn M. Ragan, Chapter 11 Trustee for Hugoton Operating Company, Inc., and El Dorado Gas & Oil, Inc.*

-and-

Nancy Ribaudo
Texas Bar I.D. 13447300
Katherine T. Hopkins
Texas Bar I.D. 24070737
KELLY HART & HALLMAN LLP
201 Main St., Ste. 2500
Fort Worth, TX 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280
nancy.ribaudo@kellyhart.com
katherine.hopkins@kellyhart.com

*Counsel to Dawn M. Ragan, Chapter 11 Trustee for Hugoton Operating Company, Inc., and El Dorado Gas & Oil, Inc., and Bluestone Natural Resources II - South Texas, LLC, and World Aircraft, Inc.*

## CERTIFICATE OF SERVICE

I certify that on September 10, 2026, a true and correct copy of the foregoing has been served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Mississippi on all parties entitled to notice, including the parties listed on the Interim Compensation Order.

*/s/ R. Michael Bolen*
R. Michael Bolen

# EXHIBIT A

## ITEMIZATION OF SERVICES RENDERED BY CATEGORY FOR THE PERIOD OF JULY 1, 2026, THROUGH JULY 31, 2026

| Category Itemization | | |
|---|---|---|
| **Billing Category** | **Hours** | **Total** |
| Case Administration | 6.2 | $4,457.50 |
| Case Strategy | 2. 0 | $1,420.00 |
| Employment Application | 11.2 | $5,967.50 |
| Fee Application Preparation | 22.3 | $10,592.50 |
| Financing/Cash Collateral | 1.3 | $942.50 |
| Hearings | 10.2 | $7,200.00 |
| Litigation | 53.5 | $35,745.00 |
| Meetings/Communication | 6.8 | $4,880.00 |
| Travel | 5. 0 | $3,500.00 |
| Bill D. Buffington[1] | 47.25 | $29,698.75 |
| **Totals:** | 165.75 | **$104,403.75**[2] |

[1] Services provided in this category include work performed for both the estates and World Ag Investment, Inc. As a result, Kelly Hart split its billing in this matter between the estates and World Ag.

[2] This amount reflects the voluntary reduction in fees for the Statement Period.

# EXHIBIT B

## ITEMIZATION OF EXPENSES INCURRED FOR THE PERIOD OF JULY 1, 2026, THROUGH JULY 31, 2026

| Expense Information | |
|---|---|
| **Expense** | **Amount** |
| Airfare | $1,192.80 |
| Business Meals | $202.59 |
| Ground Transportation | $107.98 |
| Hotel | $284.48 |
| Travel | $102.00 |
| **Total:** | **$1,889.85** |

# EXHIBIT C

## ITEMIZATION OF SERVICES RENDERED BY TIMEKEEPER FOR THE PERIOD OF JULY 1, 2026, THROUGH JULY 31, 2026

| Timekeeper Name | Title / Practice Area | State and Year of Bar Admission | Hourly Rate | Hours | Total |
|---|---|---|---|---|---|
| Nancy Ribaudo | Sr. Counsel / Bankruptcy | Tex. 2000 | $725.00 | 50.6 | $36,685.00 |
| Katherine Hopkins | Partner / Bankruptcy | Tex. 2009 | $725.00 | 56.1 | $39,270.00[1] |
| Nirav N. Patel | Partner / Oil & Gas | Tex. 2016 | $650.00 | 2 | $1,300.00 |
| Jacob A. deKeratry | Associate / Appellate | Tex. 2020 | $550.00 | 8.6 | 4515 |
| Harrison A. Pavlasek | Associate / Bankruptcy | Tex. 2021 | $475.00 | 47.65 | $22,633.75 |
| Rhonda Thomas | Legal Assistant / Oil & Gas | N/A | $325.00 | 0.8 | $0.00 |
| **Voluntary Reductions:** | | | | | **$1,662.50[2]** |
| **Total:** | | | | 165.75 | $104,403.75 |

[1] This amount reflects the reduction explained in footnote 2.

[2] Kelly Hart has voluntarily reduced its fees by $260.00 for timekeepers billing less than one hour during the Statement Period. In addition, Kelly Hart has voluntarily reduced the hourly rate for Katherine Hopkins from $725.00 to $700.00/hour resulting in a voluntary reduction of fees in the amount of $1,402.50 during the Statement Period.

# EXHIBIT D

## INVOICES FOR THE PERIOD OF JULY 1, 2026, THROUGH JULY 31, 2026

Client: Dawn Ragan, Chp, 11 Trustee
Matter: Expenses
Matter Number: 18851.0100

**Cost Summary**

| Description | Amount |
|---|---|
| Airfare - 120 | $1,192.80 |
| Business Meals - 140 | $202.59 |
| Ground Transportation - 280 | $107.98 |
| Hotel - 300 | $284.48 |
| Travel (mileage & parking) - 400 | $102.00 |
| **Total** | **$1,889.85** |

Client: Dawn Ragan, Chp, 11 Trustee
Matter: Case Administration

Matter Number: 18851.0104

**Time Detail**

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/06/26 | N. Ribaudo | Review upcoming hearing items | 0.40 |
| 07/07/26 | N. Ribaudo | Assist with status report and related matters for Trustee | 0.90 |
| 07/10/26 | N. Ribaudo | Review and comment on Trustee's status report | 1.20 |
| 07/14/26 | N. Ribaudo | Assist with Trustee status report in Bankruptcy Court. | 2.20 |
| 07/20/26 | K. Hopkins | Prepare Notice of Fourth Status Report for filing in District Court. | 0.80 |
| 07/23/26 | K. Hopkins | Prepare status updates for FSB call. | 0.70 |
| **Total** | | | **6.20** |

Client: Dawn Ragan, Chp, 11 Trustee
Matter: Case Strategy

Matter Number: 18851.0105

---

**Time Detail**

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/02/26 | N. Ribaudo | Consider open issues/matters and status with specific consideration for case exit | 0.80 |
| 07/15/26 | K. Hopkins | Update information regarding outstanding items in case (.7) and communicate with the client as to next steps (.5) | 1.20 |
| **Total** | | | **2.00** |

Client: Dawn Ragan, Chp, 11 Trustee
Matter: Employment Applications

Matter Number: 18851.0108

**Time Detail**

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/10/26 | N. Ribaudo | Follow up on broker application status. | 0.20 |
| 07/14/26 | N. Ribaudo | Coordinate on additional broker employment app | 0.30 |
| 07/20/26 | H. Pavlasek | Review employment declaration for listing broker (.5) and multiple correspondence with listing broker re: employment (.7). | 1.20 |
| 07/21/26 | H. Pavlasek | Multiple correspondence with listing broker re employment in bankruptcy. | 0.50 |
| 07/22/26 | H. Pavlasek | Revise declaration for employment app for Alice broker. | 0.40 |
| 07/23/26 | H. Pavlasek | Draft and revise application to employ listing broker for Alice yard (3.5) and related employment documents (1.4). | 4.90 |
| 07/23/26 | K. Hopkins | Revise broker Declaration to address status (.4); consider revisions to additional pleadings (.5). | 0.90 |
| 07/24/26 | N. Ribaudo | Review (.3) and revise (.6) Gaines employment application | 0.90 |
| 07/24/26 | H. Pavlasek | Revise employment application for The Gaines Organization (.5); Telephone call with J. Gaines re employment (.3). | 0.80 |
| 07/27/26 | K. Hopkins | Confer with L. Williams regarding finalization of employment. | 0.20 |
| 07/28/26 | H. Pavlasek | Correspond with L. Williams in an effort to retain Alfonso Realty for brokerage services. | 0.40 |
| 07/29/26 | N. Ribaudo | Confer with M. Bolen regarding service of employment pleadings. | 0.20 |
| 07/30/26 | H. Pavlasek | Update employment documents for L. Williams. | 0.30 |
| **Total** | | | **11.20** |

Client: Dawn Ragan, Chp, 11 Trustee
Matter: Fee Application Preparation

Matter Number: 18851.0109

**Time Detail**

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/01/26 | H. Pavlasek | Prepare sixth interim fee app and related pleadings. | 5.40 |
| 07/20/26 | H. Pavlasek | Prepare June fee statement. | 1.40 |
| 07/21/26 | H. Pavlasek | Draft and revise KHH May fee statement | 2.60 |
| 07/22/26 | H. Pavlasek | Finalize May fee statement for KHH. | 1.20 |
| 07/23/26 | H. Pavlasek | Draft first and final fee app for Pollard. | 1.00 |
| 07/27/26 | H. Pavlasek | Draft fee application for Pollard (5.4); Draft attendant exhibits to the same (.6); Draft proposed order granting the same (.3); Draft verification of fee application (.1). | 6.40 |
| 07/28/26 | H. Pavlasek | Correspond with K. Pollard regarding invoices & fee app matters (1.8); revise Pollard fee app (1.3) | 3.10 |
| 07/31/26 | H. Pavlasek | Review and revise Pollard fee app. | 1.20 |
| **Total** | | | **22.30** |

Client: Dawn Ragan, Chp, 11 Trustee
Matter: Financing/Cash Collateral

Matter Number: 18851.0110

**Time Detail**

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/02/26 | N. Ribaudo | Review prior filed budgets (.2) and prepare updated budget notice (.7) | 0.90 |
| 07/06/26 | N. Ribaudo | Correspond with the Trustee re: notice of approved budget for consideration | 0.40 |
| **Total** | | | **1.30** |

Client: Dawn Ragan, Chp, 11 Trustee
Matter: Hearings

Matter Number: 18851.0111

**Time Detail**

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/14/26 | K. Hopkins | Correspond with the client regarding hearing/status conferences (.4) and consider case law in support of arguments (.2); prepare for hearing (1.1). | 1.70 |
| 07/15/26 | N. Ribaudo | Monitor hearings on Swarek motions | 2.40 |
| 07/15/26 | K. Hopkins | Prepare for hearings/status conferences on 2004 and other related Swarek matters (1.9); attend hearings/status conferences (3.2) and pre-hearing meetings (1.0). | 6.10 |
| **Total** | | | **10.20** |

Client: Dawn Ragan, Chp, 11 Trustee
Matter: Litigation

Matter Number: 18851.0113

**Time Detail**

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/01/26 | J. deKeratry | Review email from K. Hopkins with questions about appellate arguments (.8); Review portions of the appellate briefing (1.0) and conduct research on same (.6) to formulate opinions on the strength of appellate arguments; (.6) Begin drafting email to K. Hopkins outlining thoughts and impressions (.8) | 3.80 |
| 07/01/26 | N. Ribaudo | Prepare motion to dismiss Silver Fox adversary (2.8); assist with finalizing answer to Park amended complaint (.9); update 9019 motion for RRC (1.2) | 4.90 |
| 07/01/26 | H. Pavlasek | Revise answer to Park Energy complaint to circulate to client. | 0.60 |
| 07/01/26 | K. Hopkins | Correspond regarding Answer to Park Energy Amended Complaint. | 0.20 |
| 07/01/26 | K. Hopkins | Confer with the client regarding appeal status (.3); update J. deKeratry on the same (.2). | 0.50 |
| 07/01/26 | K. Hopkins | Correspond with the RRC regarding Trustee revisions to settlement documents. | 0.30 |
| 07/02/26 | J. deKeratry | Finish reviewing background materials to formulate opinion on the strength of appellate argument (.3); Finalize email and send to K. Hopkins (.4); Discussions conclusions with K. Hopkins (.3) | 1.00 |
| 07/02/26 | N. Ribaudo | Continue drafting motion and proposed order for dismissal of Silver Fox adversary (1.9); review analysis on ETC appeal risk (.5). | 2.40 |
| 07/02/26 | N. Ribaudo | Assist with pro hac vice apps related to adversary proceedings. | 0.30 |
| 07/02/26 | K. Hopkins | Confer with J. deKeratry regarding appeal updates (.3); correspond with the client regarding litigation-related conclusions (.3) | 0.60 |
| 07/05/26 | J. deKeratry | Continue reviewing additional appellate briefing in the El Dorado v. ETC appeal (1.6) and formulate impressions and ideas on same | 2.00 |

Client: Dawn Ragan, Chp, 11 Trustee
Matter: Litigation

Matter Number: 18851.0113

| Date | Name | Description | Hours |
|---|---|---|---|
| | | (.4) | |
| 07/06/26 | J. deKeratry | Prepare for conference call with FSB and MSB on the El Dorado appeal (.8); Participate in same, asking questions about standing (1.0) | 1.80 |
| 07/06/26 | N. Ribaudo | Identify questions and additional considerations for Trustee related to ETC appeal (.5); prepare follow up information for Trustee regarding ETC appeal (.9); review FSB comments to various RRC settlement and related pleadings to respond and revise as needed (1.5) | 2.90 |
| 07/07/26 | N. Ribaudo | Incorporate FSB edits into redlines of settlement and admin claim order to forward to RRC counsel for review/approval (.6); coordinate with M. Bolen regarding timing to update court (.2) | 0.80 |
| 07/08/26 | N. Ribaudo | Review swarek pleadings related to 2004 exam and other matters set for hearing (1.5) and advise Trustee (1.0). | 2.50 |
| 07/08/26 | N. Ribaudo | Review and advise on various Swarek filings. | 1.50 |
| 07/08/26 | R. Thomas | Review file materials (.4); draft notice of non suit for N. Patel review (.4) | 0.80 |
| 07/09/26 | N. Patel | Review and revise Notice of Nonsuit (.3); prepare email to Dawn Ragan (.2); exchange emails with Nancy Ribaudo re: procedural issues (.3). | 0.80 |
| 07/09/26 | N. Ribaudo | Review communication from Trustee regarding Swarek basis for potential claims (.5); review Swarek filing and pending matters set for hearing (.5). | 1.00 |
| 07/10/26 | N. Ribaudo | Follow up with Trustee team on Texla | 3.70 |
| 07/14/26 | N. Ribaudo | Communications with counsel for RRC regarding settlement. | 0.50 |
| 07/16/26 | N. Patel | Prepare email update to Nancy Ribaudo re Texla suit. | 0.10 |

Client: Dawn Ragan, Chp, 11 Trustee
Matter: Litigation

Matter Number: 18851.0113

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/16/26 | K. Hopkins | Prepare Rule 7026 Disclosures (1.3); Correspond with the client and Park Energy and FSB regarding Disclosures (.3). | 1.60 |
| 07/17/26 | K. Hopkins | Review parties' Initial Disclosures. | 0.40 |
| 07/20/26 | K. Hopkins | Communications with RRC and Court regarding status of settlement. | 0.20 |
| 07/21/26 | N. Ribaudo | Advise the Trustee regarding Texla suit. | 0.50 |
| 07/21/26 | N. Patel | Receive and review Texla's expert designation. | 0.50 |
| 07/21/26 | K. Hopkins | Correspond with RRC counsel regarding status of resolution (.4); review additional requested revisions (.5). | 0.90 |
| 07/21/26 | K. Hopkins | Begin review of claims and positions of Park Energy. | 0.80 |
| 07/22/26 | K. Hopkins | Correspondence with RRC regarding various revisions (.6); review proposed final versions of Orders and update RRC (.7); correspond with FSB and consider requested revisions/proposed resolution of revisions (.8); confer with N. Ribaudo regarding status of documents (.2); update the Trustee (.2). | 2.50 |
| 07/22/26 | K. Hopkins | Update Notice for D. Ct. filing. | 1.20 |
| 07/23/26 | N. Ribaudo | Assist with RRC Settlement. | 0.80 |
| 07/23/26 | N. Patel | Exchange emails with K. Hopkins Re: options in Texla matter (.3); telephone conference with Texla's counsel (.3). | 0.60 |
| 07/23/26 | K. Hopkins | Correspond with the RRC regarding FSB revisions. | 0.40 |
| 07/27/26 | N. Ribaudo | Review comments/potential revisions to RRC settlement | 0.40 |
| 07/27/26 | K. Hopkins | Correspond with the RRC counsel regarding issues related to disputed language in Settlement Agreement. | 0.30 |
| 07/28/26 | N. Ribaudo | Consider revisions to RRC settlement agreement (.4); call with counsel for RRC to resolve | 1.20 |

Client: Dawn Ragan, Chp, 11 Trustee
Matter: Litigation

Matter Number: 18851.0113

| Date | Name | Description | Hours |
|---|---|---|---|
| | | issues (.8) | |
| 07/28/26 | K. Hopkins | Confer with the RRC counsel regarding remaining unresolved language in Settlement and how to address (.8); review disputed language to understand issues (.3); consider potential language that would work for the Trustee (.3). | 1.40 |
| 07/29/26 | N. Ribaudo | Review communications from RRC counsel regarding settlement agreement term. | 0.40 |
| 07/29/26 | K. Hopkins | Correspond with the Trustee and RRC regarding status and final versions of settlement pleadings and confirmation of approval (.9); prepare email update to FSB (.2). | 1.10 |
| 07/30/26 | K. Hopkins | Review Park Energy claims and consider related issues. | 1.10 |
| 07/30/26 | K. Hopkins | Review surety information for pleading purposes (.8); correspond with the Trustee regarding service of sureties and related information (.3); correspond with the RRC regarding approval (.3); correspond with FSB counsel regarding RRC approval (.2) and finalize Motion and Order related to settlement (.3). | 1.90 |
| 07/31/26 | K. Hopkins | Correspond with the RRC regarding executed Settlement (.2); correspond with the Trustee and FSB regarding execution (.2); finalize exhibits (.6); and coordinate filing of 9019 Motion (.3). | 1.30 |
| 07/31/26 | K. Hopkins | Meeting with G. Baracato regarding Park Energy information (.8); confer with G. Baracato regarding well list for RRC Motion (.2). | 1.00 |
| **Total** | | | **53.50** |

Client: Dawn Ragan, Chp, 11 Trustee
Matter: Meetings/Communication

Matter Number: 18851.0114

**Time Detail**

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/06/26 | N. Ribaudo | Weekly update FSB call with update from appellate counsel on status of ETC appeal (1.2); follow up with Trustee following call (.6) | 1.80 |
| 07/10/26 | N. Ribaudo | Prepare for (.5) and attend weekly FSB update call (.5) | 1.00 |
| 07/17/26 | K. Hopkins | Prepare for (.2) and attend weekly FSB call (.7). | 0.90 |
| 07/24/26 | N. Ribaudo | Prepare for (.2) and attend weekly FSB Meeting (.5) | 0.70 |
| 07/31/26 | N. Ribaudo | Call with Trustee to discuss case developments (.3); attend FSB weekly update call (.7); call with M. Bolen to coordinate on anticipated filings and service requirements (.3) | 1.30 |
| 07/31/26 | K. Hopkins | Prepare for (.4) and attend weekly FSB call (.7) | 1.10 |
| **Total** | | | **6.80** |

Client: Dawn Ragan, Chp, 11 Trustee
Matter: Travel

Matter Number: 18851.0116

**Time Detail**

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/14/26 | K. Hopkins | Travel to Jackson from DFW (half-time). | 2.10 |
| 07/15/26 | K. Hopkins | Travel back to DFW from Jackson (half-time). | 2.90 |
| **Total** | | | **5.00** |

Client: Dawn Ragan, Chp, 11 Trustee
Matter: Bill D. Buffington

Matter Number: 18851.0124

**Time Detail**

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/02/26 | K. Hopkins | Continue to review Brief to address issues. | 2.40 |
| 07/03/26 | K. Hopkins | Further revise MSJ and Brief (3.7); correspond with C. Geno regarding insurance documents (.4). | 4.10 |
| 07/08/26 | K. Hopkins | Correspond with N. Ribaudo regarding Brief and MSJ for circulation to the client. | 0.30 |
| 07/09/26 | N. Ribaudo | Review and make initial comments to current draft motion for summary judgment. | 0.50 |
| 07/09/26 | N. Ribaudo | Advise Trustee on status of Buffington motion for summary judgment (1); review Trustee correspondence re Buffington (.3) | 1.30 |
| 07/09/26 | H. Pavlasek | Perform comparative analysis of MSJ pleadings for proper exhibit references. | 2.20 |
| 07/10/26 | N. Ribaudo | Follow up with Trustee team on open issues related to Buffington. | 1.50 |
| 07/10/26 | H. Pavlasek | Review citations to the record for motion for summary judgment. | 1.20 |
| 07/10/26 | K. Hopkins | Correspond with C. Geno regarding statutory rent and insurance issues (.2); review FSB revisions to MSJ and Brief and make additional revisions (1.7); correspond with the client and FSB regarding Motion (.2). | 2.10 |
| 07/11/26 | N. Ribaudo | Assist with MSJ for Buffington. | 1.90 |
| 07/11/26 | H. Pavlasek | Extensive review of citations to the record for MSJ. | 4.20 |
| 07/11/26 | K. Hopkins | Correspond with H. Pavlasek regarding cite checking and additional work. | 0.30 |
| 07/12/26 | H. Pavlasek | Further cite revision to the MSJ (1.4) and brief ISO (1.2). | 2.60 |
| 07/12/26 | K. Hopkins | Further revise Brief and confirm evidentiary support. | 5.10 |
| 07/13/26 | N. Ribaudo | Prepare declaration (1.2) and review/revise motion for summary judgment for Buffington matter with Trustee team (5.2); additional | 7.70 |

Client: Dawn Ragan, Chp, 11 Trustee
Matter: Bill D. Buffington

Matter Number: 18851.0124

| Date | Name | Description | Hours |
|---|---|---|---|
| | | review of evidence for MSJ (1.3). | |
| 07/13/26 | H. Pavlasek | Compile exhibits for motion for summary judgment (1); Revise motion for summary judgment to ensure exhibits are correctly referenced therein (3.2). | 4.20 |
| 07/13/26 | K. Hopkins | Extensive revision of MSJ and Brief based on client and team comments (5.0); correspond with the client regarding updated pleadings (.9) | 5.90 |
| 07/14/26 | N. Ribaudo | Continued assistance with Buffington motion for summary judgment including determining declaration issues (2.0); review proposed revisions (3.8) | 5.80 |
| 07/14/26 | H. Pavlasek | Extensive research (5.5) and exhibit cite-checking in Motion and Brief (3.1). | 8.60 |
| 07/14/26 | K. Hopkins | Further review MSJ statement of facts (2.5); further revise MSJ and Brief for filing (4.5); prepare MSJ Order/Judgment (1.0). | 8.00 |
| 07/15/26 | H. Pavlasek | Research matters affecting a motion to withdraw the reference (1.5); Continue in depth review of exhibits to motion for summary judgement (2.2); Review and revise declaration ISO brief for summary judgment (.8); Finalize brief ISO summary judgment (2.2). | 6.70 |
| 07/15/26 | K. Hopkins | Meeting with H. Pavlasek regarding MSJ status updates and outstanding items (.6); update local counsel and client on timing of filing (.4). | 1.00 |
| 07/16/26 | K. Hopkins | Finalize MSJ documents (3.9) and coordinate regarding filing (.5); correspond with the client regarding pleadings (.3). | 4.70 |
| 07/17/26 | K. Hopkins | Review Trustee correspondence regarding insurance issues and send to C. Geno. | 0.40 |
| 07/20/26 | K. Hopkins | Review docket entry from the District Court (.1); correspond with FSB regarding docket entry (.1); | 1.80 |

Client: Dawn Ragan, Chp, 11 Trustee
Matter: Bill D. Buffington

Matter Number: 18851.0124

| Date | Name | Description | Hours |
|---|---|---|---|
| | | consider additional revisions to brief (.9); review relevant pleadings for Notice (.5); Correspond with the client regarding withdrawal pleadings (.2). | |
| 07/21/26 | N. Ribaudo | Review and comment on notice of filing update for District court case related to Buffington adversary. | 0.50 |
| 07/21/26 | H. Pavlasek | Review and revise objection and brief ISO withdrawal of the reference to file in the District Court based on recent updates (2.1); draft corporate disclosure statement (.3). | 2.40 |
| 07/21/26 | K. Hopkins | Correspond with the client regarding Brief and Objection (.3); correspond with the client regarding corporate disclosure statement (.2). | 0.50 |
| 07/21/26 | K. Hopkins | Correspond with C. Geno regarding insurance issues. | 0.70 |
| 07/22/26 | N. Ribaudo | Assist with status report for District Court related to Buffington. | 0.80 |
| 07/22/26 | H. Pavlasek | Finalize objection to motion with withdraw the reference to file in the District Court. | 0.40 |
| 07/23/26 | N. Ribaudo | Assist with Buffington analysis of timeline. | 0.60 |
| 07/23/26 | K. Hopkins | Correspond with J. Crawford regarding Notice (.2); revise and finalize Notice for filing in D. Ct (.6); correspond with the client regarding Notice (.1). | 0.90 |
| 07/28/26 | N. Ribaudo | Review FSB motion for summary judgment (1.2); consider additional remedies to address continued occupation (.6) | 1.80 |
| 07/28/26 | K. Hopkins | Review FSB's MSJ and Brief (.8); review certain exhibits referenced in MSJ (.2); consider impact on the Trustee's MSJ (.2); correspond with FSB regarding filing of MSJs and alerting the D. Ct. (.2). | 1.40 |
| **Total** | | | **94.50** |