**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 23-51715-JAW** |
| | § | |
| **EL DORADO GAS & OIL, INC., *et al.*,**[1] | § | **CHAPTER 11** |
| | § | |
| | § | **(Substantively Consolidated)** |
| **DEBTORS.** | § | |

**EIGHTH MONTHLY FEE STATEMENT OF MURPHY BALL STRATTON LLP FOR COMPENSATION FOR SERVICES FOR THE PERIOD FROM JULY 1, 2026 THROUGH AUGUST 31, 2026**

**In accordance with the *Order Granting Motion to Implement Interim Compensation and Reimbursement Procedures for Professionals* [Docket No. 314], each party receiving notice of the monthly fee statement will have until 5:00 p.m. (Central Time), fourteen (14) days after the date of service hereof to object to the requested fees and expenses. Upon the expiration of such 14-day period, the Trustee is authorized to pay the applicant an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

## PRELIMINARY STATEMENT

This fee statement is submitted in recognition that payment by the Trustee may be delayed due to the availability of funds and the Trustee's efforts to prioritize operations and other outstanding issues as necessary. The below-mentioned applicant, nonetheless, submits this *Eighth Monthly Fee Statement* (the "Fee Statement") so that the Trustee may pay applicant as funds become available in the ordinary course pursuant to the *Order Granting Motion to Implement Interim*

1 The Debtors in these substantively consolidated cases are: *In re El Dorado Gas & Oil, Inc.*, Case No. 23-51715-JAW; *In re Hugoton Operating Company, Inc.*, Case No. 23-51139-JAW; *In re Bluestone Natural Resources II - South Texas, LLC*, Case No. 24-50223-JAW; and *In re World Aircraft, Inc.*, Case No. 24-50224-JAW.

*Compensation and Reimbursement Procedures for Professionals* [Docket No. 314] (the "Interim Compensation Order").

## MONTHLY FEE STATEMENT

| | |
|---|---|
| Name of Applicant: | Murphy Ball Stratton LLP |
| Role of Applicant: | Special Appellate Counsel to the Chapter 11 Trustee for El Dorado Gas & Oil, Inc. |
| Date order of employment entered: | July 17, 2025 [Docket No. 1427] |
| Time period covered by this Fee Statement: | July 1, 2026 to August 31, 2026 |
| **Summary of Fees and Expenses Requested in this Fee Statement** | |
| Total fees requested: | $1,760.00 |
| Total expenses requested: | $0 |
| Total fees and expenses requested (excluding 20% holdback amount): | $1,408.00 |
| Total fees and expenses requested (including holdback amount): | $1,760.00 |
| **Summary of Attorney Fees Covered by this Fee Statement** | |
| Total attorney fees requested: | $1,760.00 |
| Total attorney hours: | 2.2 |
| Average hourly rate for attorneys: | $800 |
| **Summary of Paraprofessional Fees Covered by this Fee Statement** | |
| Total paraprofessional fees requested: | 0 |
| Total paraprofessional hours: | 0 |
| Average hourly rate for paraprofessionals: | $300.00 |

Pursuant to the Interim Compensation Order entered by the Court on March 28, 2024, Murphy Ball Stratton LLP ("MBS") as counsel to the duly-appointed

chapter 11 trustee, Dawn M. Ragan (the "Trustee"), submits this Fee Statement for services rendered and expenses incurred for the period of July 1, 2026, through August 31, 2026 (the "Statement Period").

MBS requests compensation for professional services rendered in the amount of $1,760.00 ("Fees") incurred during the Statement Period. Eighty percent of the Fees equals $1,408.00, for a total requested payment amount of $1,408.00. Summaries of fees by project category are attached hereto as **<u>Exhibit A</u>**. A summary of the time expended by MBS attorneys and support staff, together with their respective hourly rates, is attached as **<u>Exhibit B</u>**. MBS's invoices with the individual time entries and expenses incurred during the Statement Period are attached hereto as **<u>Exhibit C</u>**.

Although every effort has been made to include all fees and expenses incurred in the Statement Period, some fees and expenses might not be included in this Statement Period due to accounting and processing delays. MBS, therefore, reserves the right to make further application to this Court for allowance of any fees and expenses not included herein. Subsequent Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Bankruptcy Local Rules, and the Interim Compensation Order.

WHEREFORE, pursuant to the Interim Compensation Order, MBS requests payment of compensation in the amount of $1,408.00 (80% of $1,760.00) for actual, reasonable, and necessary professional services rendered to the Trustee by MBS during the Statement Period.

Dated: September 11, 2026

Respectfully submitted,

/s/R. Michael Bolen
R. Michael Bolen (MSB No. 3615)
HOOD & BOLEN, PLLC
3770 Highway 80 West
Jackson, Mississippi 39209
Telephone: (601) 923-0788
Facsimile: (601) 922-2968
rmb@hoodbolen.com

*Counsel to Dawn M. Ragan, Chapter 11 Trustee for Hugoton Operating Company, Inc., and El Dorado Gas & Oil, Inc.*

-and-

Michelle Stratton (Tex. Bar No. 24085606)
MURPHY BALL STRATTON LLP
1001 Fannin, Ste. 720
Houston, TX 77002
(832) 726-8321
mstratton@mbssmartlaw.com

*Special Appellate Counsel to Dawn M. Ragan, Chapter 11 Trustee for El Dorado Gas & Oil, Inc.*

Nancy Ribaudo
Texas Bar I.D. 13447300
Katherine T. Hopkins
Texas Bar I.D. 24070737
KELLY HART & HALLMAN LLP
201 Main St., Ste. 2500
Fort Worth, TX 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280
nancy.ribaudo@kellyhart.com
katherine.hopkins@kellyhart.com

*Counsel to Dawn M. Ragan, Chapter 11 Trustee for Hugoton Operating Company,*

*Inc., and El Dorado Gas & Oil, Inc., and Bluestone Natural Resources II - South Texas, LLC, and World Aircraft, Inc.*

## CERTIFICATE OF SERVICE

I certify that on September 11, 2026, a true and correct copy of the foregoing has been served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Mississippi on all parties entitled to notice, including the parties listed on the Interim Compensation Order.

*/s/ R. Michael Bolen*
R. Michael Bolen

## EXHIBIT A

### ITEMIZATION OF SERVICES RENDERED BY CATEGORY FOR THE PERIOD OF JULY 1, 2026, THROUGH AUGUST 31, 2026

| Category Itemization | | |
|---|---|---|
| **Billing Category** | **Hours** | **Total** |
| Case Administration | 0.4 | $320.00 |
| Appellate Briefs | 0.9 | $720.00 |
| Analysis/Strategy | 0.9 | $720.00 |
| **Totals:** | **2.2** | $1,760.00 |

# EXHIBIT B

## ITEMIZATION OF SERVICES RENDERED BY TIMEKEEPER FOR THE PERIOD OF JULY 1, 2026 THROUGH AUGUST 31, 2026

| Timekeeper Name | Title/ Practice Area | State and Year of Bar Admission | Hourly Rate | Hours | Total |
|---|---|---|---|---|---|
| Michelle Stratton | Partner /Appellate | La. 2010<br>Tex. 2013 | $800.00 | 1.3 | $1,040.00 |
| Christian McGuire | Associate/ Appellate | Okla. 2022<br>Tex. 2025 | $800.00 | 0.9 | $720.00 |
| **Total:** | | | | **2.2** | **$1,760.00** |

**Dawn Ragan, Ch. 11 Trustee for El Dorado**

# Invoice 11046

| | |
|---|---|
| **Date** | Sep 09, 2026 |
| **Terms** | |
| **Service Thru** | Aug 31, 2026 |

**In Reference To: ETC Texas Pipeline Appeal (Labor)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 07/03/2026 | MS | **A103 - Draft/revise**<br>**L190 - Other Case Assessment, Development and Admin**<br>Prepared Seventh Fee Statement and exhibits. | 0.40 | $ 800.00/hr | $ 320.00 |
| 07/06/2026 | MS | **A106 - Communicate (with client)**<br>**L120 - Analysis/Strategy**<br>Call with client and outside counsel regarding status of appeal. | 0.90 | $ 800.00/hr | $ 720.00 |
| 08/27/2026 | CM | **A106 - Communicate (with client)**<br>**L520 - Appellate Briefs**<br>Review case documents and draft summary of case status. | 0.90 | $ 800.00/hr | $ 720.00 |

| | |
|---|---|
| **Total Hours** | 2.20 hrs |
| **Total Labor** | $ 1,760.00 |
| **Total Invoice Amount** | $ 1,760.00 |
| **Previous Balance** | **$ 26,159.80** |
| 07/29/2026 Payment - Wire Transfer Split Payment | ($10,488.00) |
| 08/05/2026 Payment - Wire Transfer Split Payment | ($3,768.20) |
| 08/05/2026 Payment - Wire Transfer Split Payment | ($4,871.80) |
| **Balance (Amount Due)** | **$ 8,791.80** |

Exhibit "C"