**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 23-51715-JAW** |
| | § | |
| **EL DORADO GAS & OIL, INC., *et al.*,**[1] | § | **CHAPTER 11** |
| | § | |
| **DEBTORS.** | § | **(Substantively Consolidated)** |
| | § | |

**ORDER GRANTING THE THIRD INTERIM APPLICATION FOR THE ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR MURPHY BALL STRATTON LLP FROM MAY 1, 2026 TO AUGUST 31, 2026**

Came on for consideration the *Third Interim Application for the Allowance of Compensation and Reimbursement of Expenses for Murphy Ball & Stratton LLP from January 1, 2026 through April 30, 2026* [Docket No. _] (the "Application")[2] filed by Murphy Ball Stratton LLP ("MBS" or the "Applicant"), special appellate counsel for Dawn M. Ragan, the chapter 11 trustee for El Dorado (the "Trustee") seeking the entry of an order allowing, on an interim basis, attorneys' fees and reimbursement of expenses incurred during the period from May 1, 2026 to

[1] The Debtors in these substantively consolidated cases are: *In re El Dorado Gas & Oil, Inc.*, Case No. 23-51715-JAW; *In re Hugoton Operating Company, Inc.*, Case No. 23-51139-JAW; *In re Bluestone Natural Resources II - South Texas, LLC*, Case No. 24-50223-JAW; and *In re World Aircraft, Inc.*, Case No. 24-50224-JAW.

[2] Capitalized terms used herein but not otherwise defined shall have the meaning given to them in the Application.

August 31, 2026 (the "Compensation Period"). The Court finds that (a) it has jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; (b) due notice of the Application was given and is sufficient under the circumstances, and that no other or further notice need be provided; (c) no objections were filed to the Application, or such objection have been withdraw, resolved, or overruled; and (d) the Application establishes Applicant's entitlement to the relief requested therein.

ACCORDINGLY, the Court hereby ORDERS that:

1. The Application is hereby GRANTED.

2. The Applicant is hereby allowed, on an interim basis, fees in the amount of $36,920.00 for professional services rendered during the Compensation Period (the "Allowed Fees"), for a total interim award of $36,920.00.

3. The amount of $36,920.00 as the Allowed Fees is reasonable compensation for services rendered by the Applicant during the Compensation Period.

4. The Trustee is authorized to pay the outstanding amount of Allowed Fees and in the amount of $7,384.00 to the Applicant for such services.

5. The interim allowance to the Applicant under this Order is provided pursuant to sections 330 and 331 of the Bankruptcy Code and the Interim Compensation Order.

6. This Court shall retain jurisdiction over all matters arising from or related to this Order.

**### END OF ORDER ###**

Submitted by:

*/s/ R. Michael Bolen*
R. Michael Bolen (MSB No. 3615)
HOOD & BOLEN, PLLC
3770 Highway 80 West
Jackson, Mississippi 39209
Telephone: (601) 923-0788
Facsimile: (601) 922-2968
rmb@hoodbolen.com

*Counsel to Dawn M. Ragan, Chapter 11 Trustee for Hugoton Operating Company, Inc., and El Dorado Gas & Oil, Inc.*

-and-

Michelle Stratton (Texas Bar No. 24085606)
MURPHY BALL STRATTON LLP
1001 Fannin, Ste. 720
Houston, TX 77002
Telephone: (832) 726-8321
mstratton@mbssmartlaw.com

*Special Appellate Counsel to Dawn M. Ragan, Chapter 11 Trustee for El Dorado Gas & Oil, Inc.*