**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

In re: El Dorado Gas & Oil, Inc.[1]

Case no. 23-51715-JAW
Chapter 11

**NOTICE OF THIRD APPLICATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES**

NOTICE IS HEREBY GIVEN that the law firm of Murphy Ball Stratton, LLC, has filed the attached Third Application [Dkt. # 1978] for Interim Compensation and Reimbursement of Expenses in the above styled and numbered case pursuant to the terms and conditions specified therein. You are hereby notified that unless an objection or other responsive pleading is filed with the clerk of court within 21 days from the date of this notice and served on applicant and U. S. Trustee, the Court may enter a dispositive order granting the relief requested in the application.

WITNESS my signature this the 11th day of September, 2026.

Respectfully Submitted,

HOOD & BOLEN, PLLC

By: */s/ R. Michael Bolen*
R. MICHAEL BOLEN
MSB # 3615

HOOD & BOLEN, PLLC
ATTORNEYS AT LAW
3770 HWY. 80 WEST
JACKSON, MISSISSIPPI 39209
(601)923-0788
rmb@hoodbolen.com
*Attorneys for Dawn Ragan, Chapter 11 Trustee*

---

[1] The debtors in these jointly administered chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: El Dorado Gas & Oil, Inc. (4581); Hugoton Operating Company, Inc. (3245); Bluestone Natural Resources II – South Texas, LLC (4581); and World Aircraft, Inc. (4581).

# CERTIFICATE OF SERVICE

I, R. Michael Bolen, do hereby certify that I have this day served by electronic mail, electronic filing transmission, hand delivered or mailed by first class mail, postage prepaid, a true and correct copy of the foregoing application to the parties listed below, to those on the CM/ECF mailing system and all parties in interest listed on the attached matrixes filed in this case on this the 11th day of September, 2026.

*/s/ R. Michael Bolen*
R. Michael Bolen

U. S. Trustee
Suite 6-430
501 East Count Street
Jackson, Mississippi 39201
USTPRegion05.JA.ECF@usdoj.gov

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 23-51715-JAW** |
| | § | |
| **EL DORADO GAS & OIL, INC., *et al.*,**[1] | § | **CHAPTER 11** |
| | § | |
| **DEBTORS.** | § | **(Substantively Consolidated)** |
| | § | |

**COVER SHEET FOR THE THIRD INTERIM APPLICATION FOR THE ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR MURPHY BALL STRATTON LLP FROM MAY 1, 2026 TO AUGUST 31, 2026**

**I. CLIENT:** Dawn M. Ragan, Chapter 11 Trustee.

**II. APPLICANT:** Murphy Ball Stratton LLP, special appellate counsel for the Chapter 11 Trustee for El Dorado Gas & Oil, Inc., approved by the Court on July 17, 2025 and effective as of June 16, 2024 [Docket No. 1426]

**III. TOTAL AMOUNT OF FEES AND EXPENSES REQUESTED:**

| | |
|---|---|
| Fees Requested for Compensation Period: | $36,920.00 |
| Expenses Requested for Compensation Period: | $0 |
| Pre-petition Retainer: | None |
| Total Amount Requested for Compensation Period: | $36,920.00 |
| Amount Previously Paid for Compensation Period: | $29,536.00 |
| Amount of Fees Subject to the 20% Holdback: | $36,920.00 |
| Voluntary Reduction: | $0.00 |
| Remaining Amount of Fees and Expenses Requested to be Paid: | $7,384.00 |

Minimum Fee Increments—Time was kept in six-minute increments or ".1" hours

---

[1] The Debtors in these substantively consolidated cases are: *In re El Dorado Gas & Oil, Inc.*, Case No. 23-51715-JAW; *In re Hugoton Operating Company, Inc.*, Case No. 23-51139-JAW; *In re Bluestone Natural Resources II - South Texas, LLC*, Case No. 24-50223-JAW; and *In re World Aircraft, Inc.*, Case No. 24-50224-JAW.

| | |
|---|---|
| Time Period Covered: | May1, 2026 through August 31, 2026 |
| Blended Rate for Professionals: | $800.00 |
| Blended Rate for Paraprofessionals: | $300.00 |
| Total Blended Rate: | $732.54 |

## IV. Services by Professionals During the Compensation Period:

| Timekeeper's Name | Title/Practice Area | State and Year of Bar Admission | Hourly Rate | Hours | Total |
|---|---|---|---|---|---|
| Michelle Stratton "MS" | Partner / Appellate | La. 2010 Tex. 2013 | $800.00 | 10.2 | $8,160.00 |
| Christian McGuire "CM" | Associate / Appellate | Okla. 2022 | $800.00 | 33.4 | $26,720.00 |
| Kennedy Barton "KB" | Paralegal | N/A | $300.00 | 6.6 | $1,980.00 |
| Izzy Guiterrez "IG" | Paralegal | N/A | $300.00 | 0.2 | $60.00 |
| **TOTAL:** | | | | **50.4** | **$36,920.00** |

## V. Services By Categories During the Compensation Period:

| Description of Services | Hours | Total Fees |
|---|---|---|
| Case Administration | 3.7 | $2,960.00 |
| Analysis/Strategy | 0.9 | $720.00 |
| Appellate Briefs | 45.5 | $33,000.00 |
| Budgeting | 0.3 | $240.00 |
| **TOTAL:** | **50.4** | **$36,920.00** |

## VI. Summary of Monthly Fee Statements During the Compensation Period:

| Monthly Fee Statement Filing Date/Dkt No. | Period Covered by Statement | Total Fees Requested | Total Expenses Requested | Amount of Fees Paid (80% of Total Fees Requested) | Amount of Expenses Paid (100%) | Fees Held Back |
|---|---|---|---|---|---|---|
| 1895 | 5/1/26-5/31/26 | $24,360.00 | $0 | $19,488.00 | $0 | $4,872.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1924 | 6/1/26 – 6/30/26 | $10,800.00 | $0 | $8,640.00 | $0 | $2,160.00 |
| 1977 | 7/1/26-8/31/26 | $1,760.00 | $0 | $1,408.00 | $0 | $352.00 |
| **TOTAL:** | | **$36,920.00** | **$0** | **$29,536.00** | **$1,016.63** | **$7,384.00** |

**VII. Prior Applications for Compensation:**

First Interim Application for Murphy Ball Stratton LLP from June 16, 2025 – December 31, 2025, Dkt. # 1750 – Order Granting Dkt. # 1785 for $87,576.00.

Second Interim Application for Murphy Ball Stratton LLP from January 1, 2026 – April 30, 2026, Dkt. # 1920 – Order Granting Dkt. # 1935 for $53,456.00.

Dated: September 11, 2026

Respectfully submitted,

*/s/ Michelle Stratton*
Michelle Stratton (Texas Bar No. 24085606)
MURPHY BALL STRATTON LLP
1001 Fannin, Ste. 720
Houston, TX 77002
Telephone: (832) 726-8321
mstratton@mbssmartlaw.com

*Special Appellate Counsel to Dawn M. Ragan, Chapter 11 Trustee for El Dorado Gas & Oil, Inc.*

23-51715-JAW Dkt 1978 Filed 09/11/26 Entered 09/11/26 13:20:44 Page 4 of 24

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 23-51715-JAW** |
| | § | |
| **EL DORADO GAS & OIL, INC., *et al.*,[1]** | § | **CHAPTER 11** |
| | § | |
| **DEBTORS.** | § | **(Substantively Consolidated)** |
| | § | |

# THIRD INTERIM APPLICATION FOR THE ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR MURPHY BALL STRATTON LLP FROM MAY 1, 2026 TO AUGUST 31, 2026

**In accordance with the *Order Granting Motion to Implement Interim Compensation and Reimbursement Procedures for Professionals* [Docket No. 314], each party receiving notice of this Application will have until 5:00 p.m. (Central Time), twenty-one (21) days after the date of service hereof, to object to the requested fees and expenses. Upon the expiration of such 21-day period, if no objections are filed, the Court may treat this Application as unopposed and grant the relief requested.**

Murphy Ball Stratton LLP ("MBS"), special appellate counsel for Dawn M. Ragan, the chapter 11 trustee (the "Trustee") for El Dorado Gas & Oil, Inc. ("El Dorado" or the "Debtor"), files this *Third Interim Application for the Allowance of Compensation and Reimbursement of Expenses for Murphy Ball Stratton LLP from May 1, 2026 to August 31, 2026* (the "Application") for the allowance of compensation and reimbursement of expenses as counsel to the Trustee, for the period of May 1, 2026 through August 31, 2026 ("Compensation Period"), pursuant to sections 105(a), 330, 331, and 503(b) of title 11 of the United States Code, 11 U.S.C. § 101, et seq. (the "Bankruptcy Code"); Rules 2014, 2016, and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); Rules 2014-1 and 2016-1 of the Uniform Local Rules United States

---

[1] The Debtors in these substantively consolidated cases are: *In re El Dorado Gas & Oil, Inc.*, Case No. 23-51715-JAW; *In re Hugoton Operating Company, Inc.*, Case No. 23-51139-JAW; *In re Bluestone Natural Resources II - South Texas, LLC*, Case No. 24-50223-JAW; and *In re World Aircraft, Inc.*, Case No. 24-50224-JAW.

Bankruptcy Courts Northern and Southern Districts of Mississippi; the Court's *Order Granting Motion to Implement Interim Compensation and Reimbursement Procedures for Professionals* [Docket No. 314] (the "Interim Compensation Order"); and the *Fee Guidelines* (the "UST Guidelines") promulgated by the Office of the United States Trustee (the "UST").

This Application is submitted by MBS in recognition that payment may be delayed due to the availability of funds and efforts to prioritize the payment of the obligations of the substantively consolidated Debtor cases. MBS, nonetheless, submits this Application so that the Trustee may pay MBS as funds become available in the ordinary course pursuant to the Interim Compensation Order.

## JURISDICTION AND VENUE

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Bankruptcy pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

### A. Procedural Background

2. Hugoton Operating Company, Inc. ("Hugoton", filed its voluntary petition under chapter 11 of the Bankruptcy Code on August 14, 2023. El Dorado filed its voluntary chapter 11 petition on December 22, 2023.

3. On January 22, 2024, the Court approved Ms. Ragan as the chapter 11 trustee for Hugoton. On February 2, 2024, the Court approved Ms. Ragan as the chapter 11 trustee for El Dorado. On March 12, 2024, this Court entered an order authorizing the joint administration of the El Dorado and Hugoton cases.

4. Bluestone Natural Resources II - South Texas, LLC ("Bluestone") and World Aircraft, Inc. ("World Aircraft") commenced their own respective chapter 11 cases on February 22, 2024. On May 22, 2024, the Court authorized the Trustee to serve as the independent manager for Bluestone and independent director for World Aircraft. On May 23, 2024, the Court entered an order approving the joint administration of all four bankruptcy cases (collectively, the "Cases") with El Dorado as the lead case. On August 21, 2025, the Court ordered the substantive consolidation of Hugoton, El Dorado, Bluestone, and World Aircraft, along with El Dorado Oil & Gas, Inc., with El Dorado remaining as the lead case.

5. Following her appointment, the Trustee sought the employment of Kelly Hart & Hallman LLP ("Kelly Hart") as counsel and CR3 Partners, LLP ("CR3"), as financial advisor for her in her role as the Trustee for El Dorado and Hugoton and, later, for World Aircraft and Bluestone. The Court approved the requested employment and related payment structures for both Kelly Hart and CR3. No official committee of unsecured creditors has been established in these Cases.

6. Thereafter, the Trustee sought the employment of MBS as her special appellate counsel in her role as the Trustee for El Dorado. The Court has since approved the requested employment and related payment structures for MBS.

**B. Appellate Matters**

7. Prior to filing bankruptcy, El Dorado obtained a pre-petition judgment against ETC Texas Pipeline, Ltd. ("ETC"), in the amount of $17,348,563. During the Compensation Period, the Trustee retained MBS as special appellate counsel to pursue the appeal of the judgment against ETC.

8. During the Compensation Period, MBS researched, analyzed, drafted, and filed El Dorado's supplemental brief requested by the court of appeals at oral argument. MBS also provided analysis and strategy guidance to the Trustee.

## REQUEST FOR ALLOWANCE

9. This Application is the third interim fee application filed by MBS as special appellate counsel to the Trustee. The Application covers the interim period of May 1, 2026 to August 31, 2026. By this Application, MBS requests interim approval of its fees in the amount of $36,920.00

10. During the Compensation Period, MBS's timekeepers expended 50.4 hours in representing the Trustee. A breakdown reflecting the various project areas in which MBS expended time and rendered services—organized by timekeeper and task—is set forth below and attached hereto as **Exhibits A–C**. MBS has not received a retainer in connection with its representation of the Trustee.

### A. Standards for the Allowance of Fees and Expenses

11. Pursuant to section 330 of the Bankruptcy Code, a bankruptcy court may allow reasonable compensation for actual, necessary professional services rendered by a professional in the case, after determining the reasonableness of the compensation requested based upon the nature, extent, and value of such services. Similarly, a bankruptcy court may allow the reimbursement of actual and necessary expenses incurred in connection with the rendition of such services. Specifically, section 330 of the Bankruptcy Code provides in pertinent part:

> (a)(1) After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a . . . professional person employed under section 327 . . . —

> (A) reasonable compensation for actual, necessary services rendered by the . . professional person, or attorney and by any paraprofessional person employed by any such person; and
>
> (B) reimbursement for actual, necessary expenses

***

> (3) In determining the amount of reasonable compensation to be awarded to . . . [a] professional person, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including —
>
> (A) the time spent on such services;
>
> (B) the rates charged for such services;
>
> (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under [the Bankruptcy Code];
>
> (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under [the Bankruptcy Code].

11 U.S.C. § 330(a)(1) and (3) (emphasis added).

12. In considering the reasonableness of compensation requested under section 330 of the Bankruptcy Code, the Fifth Circuit has traditionally used the lodestar method, whereby the lodestar is calculated by multiplying the number of hours reasonably spent on the work by the prevailing hourly rate in the community and then adjusted upward or downward based upon the factors listed in section 330(a)(3) and in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714

(5th Cir. 1974).[2] *See In re Cahill*, 428 F.3d 536, 539–40 (5th Cir. 2005); *see also Peele v. Cunningham (In re Tex. Sec., Inc.)*, 218 F.3d 443, 445 (5th Cir. 2000); *Donaldson Lufkin & Jenrette Sec. Corp. v. Nat'l Gypsum Co. (In re Nat'l Gypsum Co.)*, 123 F.3d 861, 862–863 (5th Cir. 1997); *In re First Colonial Corp. of America*, 544 F.2d 1291, 1298–99 (5th Cir. 1977), *cert. denied*, 431 U.S. 904 (1977).

### B. Application of Standard to MBS's Request for Interim Allowance of Compensation

13. MBS's requests interim allowance of its fees incurred during the Compensation Period in the amount of $36,920.00. Such fees are reasonable and supported under the factors set forth in section 330(a)(3) of the Bankruptcy Code and *Johnson*, as explained below.

14. <u>Time Spent on Services and Nature of Services Rendered</u>. During the Compensation Period, MBS expended a total of 50.4 hours in its representation, which can be broken down into the following categories and amounts:

**(a) Case Administration:**

During the Compensation Period, MBS, among other things, assisted the Trustee with services in this category, which included preparing Second Interim Fee Application materials.

MBS spent 3.7 hours under this category for total fees requested in the amount of $2,960.00.

**(b) Analysis/Strategy**

---

2 The twelve *Johnson* factors are: (1) the time and labor required; (2) the novelty and difficulty of the issues addressed; (3) the skill requisite to perform the legal service properly; (4) the preclusion of other employment by the attorneys due to acceptance of the case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or the circumstances; (8) the amount involved and the results obtained; (9) the experience, reputation and ability of the attorneys; (10) the undesirability of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases. *Johnson*, 488 F.2d at 717–19.

23-51715-JAW Dkt 1978 Filed 09/11/26 Entered 09/11/26 13:20:44 Page 10 of 24

During the Compensation Period, MBS, among other things, assisted the Trustee with services in this category, which included analyzing the best approach to a late-raised argument by Appellant on appeal.

MBS spent 0.9 hours under this category for total fees requested in the amount of $720.00.

**(c) Appellate Brief**:

During the Compensation Period, MBS, among other things, assisted the Trustee with services in this category, which included: reviewing Appellant's briefs; reviewing the appellate record; researching and analyzing legal and factual contentions; strategizing internally and with co-counsel about the most effective arguments; and drafting, editing, and filing a supplemental brief.

MBS spent 45.5 hours under this category for total fees requested in the amount of $33,000.00.

**(d) Budgeting:**

During the Compensation Period, MBS, among other things, assisted the Trustee with services in this category, which included estimating future fees for the appeal.

MBS spent 0.3 hours under this category for total fees requested in the amount of $240.00.

15. Attached hereto as **Exhibits A–C** are a variety of compensation support exhibits, Attached hereto as **Exhibit A** consist of contemporaneous time records with detailed descriptions of the legal services rendered by MBS during the Compensation Period. A breakdown of time by category is attached hereto as **Exhibit B**. A breakdown of the hours expended by each particular timekeeper, and the respective hourly rate associated with each particular timekeeper, is attached hereto as **Exhibit C**.

16. Rates Charged for Such Services and the Customary Nature. Pursuant to MBS's fee arrangement, MBS's fees have been determined on an hourly fee basis, utilizing an hourly rate customarily charged by MBS to clients of the firm in other representations. During the Compensation Period, MBS's rates in these Cases ranged from $300 to $800.

23-51715-JAW Dkt 1978 Filed 09/11/26 Entered 09/11/26 13:20:44 Page 11 of 24

17. Necessary and Beneficial Nature of Services. MBS submits that its efforts in assisting and representing the Trustee in the matters generally described herein have been both necessary and beneficial to the estate and the administration of these Cases.

18. Reasonableness of Time Expended and Time Constraints. MBS's attorneys expended only that time which they deemed necessary to accomplish the Trustee's objectives. In this regard, many issues encountered during the pendency of these Cases were both complicated and time consuming. This, in turn, has limited MBS's ability to take on other significant engagements.

19. Skill and Expertise in the Appellate Field. MBS has demonstrated skill and expertise in the Appellate field. Partner Michelle Stratton clerked on the United States Court of Appeals for the Fifth Circuit and on the Supreme Court of the United States. As a Bristow Fellow in the United States Department of Justice, Office of the Solicitor General, she helped manage the nationwide appellate litigation of the United States. In private practice, Ms. Stratton has represented clients in the Supreme Court of the United States, the United States Courts of Appeals for the Fifth, Eighth, and D.C. Circuits, the Texas Supreme Court, and various intermediate Texas appellate courts. She has written scores of briefs and delivered oral arguments before the Fifth Circuit, the D.C. Circuit, the Texas Supreme Court and the Houston court of appeals. Associate Christian McGuire likewise clerked on the United States Court of Appeals for the Fifth Circuit and has written briefs for clients in the Supreme Court of the United States, the United States Courts of Appeals for the Fifth and Eighth Circuits, the Texas Supreme Court, and Houston's court of appeals.

20. Reasonableness of Fees. MBS submits that its hourly fee structure is comparable to other firms located in this District having appellate practitioners of the same expertise and

experience level as MBS. MBS further submits that the amount of fees requested by it in relation to the work generally described above is within the range of fees customarily approved by bankruptcy courts in cases of similar size, complexity, and contentiousness, and that MBS's experience and expertise in complex appellate matters have resulted in the efficient handling of difficult tasks that would otherwise have required a greater expenditure of time had less experienced counsel handled these matters.

21. Pursuant to section 331 of the Bankruptcy Code and the Interim Compensation Order, interim applications for the allowance of fees and expenses may be submitted every one hundred twenty (120) days following the entry of an order for relief, or at such earlier intervals as the court permits. *See* 11 U.S.C. § 331.

**C. Application of Standard to MBS's Request for Interim Allowance of Expenses**

22. MBS is not requesting reimbursement of any expenses during this period.

## CONCLUSION

MBS's respectfully requests that the Court enter a proposed order, substantially in the form attached hereto, (i) granting interim approval of its fees and expenses in the amount of $36,920.00, which accrued during the Compensation Period as special appellate counsel to the Trustee; (ii) authorizing the Trustee to pay such outstanding allowed interim fees to MBS; (iii) authorizing the Trustee to pay the unpaid balance of such fees held back in accordance with the Interim Compensation Order, in the amount of $7,384.00 (representing the amount of 20% holdback allowance of unpaid fees from the monthly statements less any voluntary reduction discussed herein) and (iii) granting such other and future relief to which MBS may be justly entitled.

*[Remainder of Page Intentionally Left Blank]*

23-51715-JAW Dkt 1978 Filed 09/11/26 Entered 09/11/26 13:20:44 Page 13 of 24

Dated: September 11, 2026

Respectfully submitted,

*/s/ R. Michael Bolen*
R. Michael Bolen (MSB No. 3615)
HOOD & BOLEN, PLLC
3770 Highway 80 West
Jackson, Mississippi 39209
Telephone: (601) 923-0788
Facsimile: (601) 922-2968
rmb@hoodbolen.com

*Counsel to Dawn M. Ragan, Chapter 11 Trustee for Hugoton Operating Company, Inc., and El Dorado Gas & Oil, Inc.*

-and-

Michelle Stratton (Texas Bar No. 24085606)
MURPHY BALL STRATTON LLP
1001 Fannin, Ste. 720
Houston, TX 77002
Telephone: (832) 726-8321
mstratton@mbssmartlaw.com

*Special Appellate Counsel to Dawn M. Ragan, Chapter 11 Trustee for El Dorado Gas & Oil, Inc.*

## CERTIFICATE OF SERVICE

I certify that on September 11, 2026, a true and correct copy of the foregoing has been served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Mississippi on all parties entitled to notice, including the parties listed on the Interim Compensation Order.

*/s/ R. Michael Bolen*
R. Michael Bolen

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 23-51715-JAW** |
| | § | |
| **EL DORADO GAS & OIL, INC., *et al.*,[1]** | § | **CHAPTER 11** |
| | § | |
| **DEBTORS.** | § | **(Substantively Consolidated)** |
| | § | |

**VERIFICATION FOR THE THIRD INTERIM APPLICATION FOR THE ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR MURPHY BALL STRATTON LLP FROM MAY 1, 2026 TO AUGUST 31, 2026**

I, Michelle Stratton, a partner with Murphy Ball & Stratton LLP, as approved special appellate counsel for Dawn M. Ragan, the chapter 11 trustee for El Dorado Gas & Oil, Inc., do hereby declare and certify under penalty of perjury that the statements contained in the *Third Interim Application for the Allowance of Compensation and Reimbursement of Expenses for Murphy Ball & Stratton LLP from May 1, 2026 to August 31, 2026* are true and correct as therein stated and hereby makes application for payment of reasonable compensation and necessary expenses for Murphy Ball Stratton LLP.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

<u>*/s/ Michelle Stratton*</u>
Michelle Stratton
Partner
Murphy Ball Stratton LLP

1 The Debtors in these substantively consolidated cases are: *In re El Dorado Gas & Oil, Inc.*, Case No. 23-51715-JAW; *In re Hugoton Operating Company, Inc.*, Case No. 23-51139-JAW; *In re Bluestone Natural Resources II - South Texas, LLC*, Case No. 24-50223-JAW; and *In re World Aircraft, Inc.*, Case No. 24-50224-JAW.

**Dawn Ragan, Ch. 11 Trustee for El Dorado**

# Invoice 10926

| | |
|---|---|
| **Date** | Jun 01, 2026 |
| **Terms** | |
| **Service Thru** | May 31, 2026 |

**In Reference To: ETC Texas Pipeline Appeal (Labor)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 05/04/2026 | MS | **A103 - Draft/revise**<br>**L190 - Other Case Assessment, Development and Admin**<br>Prepared fifth fee statement and associated exhibits. | 0.80 | $ 800.00/hr | $ 640.00 |
| 05/05/2026 | CM | **A104 - Review/analyze**<br>**L520 - Appellate Briefs**<br>Review appellant's supplemental briefing. Draft response briefing. | 1.20 | $ 800.00/hr | $ 960.00 |
| 05/06/2026 | CM | **A103 - Draft/revise**<br>**L520 - Appellate Briefs**<br>Draft supplemental brief on standing issues. | 2.90 | $ 800.00/hr | $ 2,320.00 |
| 05/06/2026 | CM | **A107 - Communicate (other outside counsel)**<br>**L520 - Appellate Briefs**<br>Call with K. White regarding division of briefing. | 0.20 | $ 800.00/hr | $ 160.00 |
| 05/07/2026 | CM | **A103 - Draft/revise**<br>**L520 - Appellate Briefs**<br>Research in support of and draft reply brief. | 4.50 | $ 800.00/hr | $ 3,600.00 |
| 05/08/2026 | CM | **A103 - Draft/revise**<br>**L520 - Appellate Briefs**<br>Draft supplemental reply brief. | 9.50 | $ 800.00/hr | $ 7,600.00 |
| 05/09/2026 | MS | **A104 - Review/analyze**<br>**L520 - Appellate Briefs**<br>Reviewed, analyzed, and edited supplemental brief. | 1.80 | $ 800.00/hr | $ 1,440.00 |
| 05/09/2026 | CM | **A103 - Draft/revise**<br>**L520 - Appellate Briefs**<br>Edit supplemental brief. | 0.30 | $ 800.00/hr | $ 240.00 |
| 05/11/2026 | CM | **A103 - Draft/revise**<br>**L520 - Appellate Briefs**<br>Edit supplemental brief. | 2.00 | $ 800.00/hr | $ 1,600.00 |
| 05/11/2026 | MS | **A105 - Communicate (in firm)**<br>**L520 - Appellate Briefs**<br>Call with C. McGuire to discuss supplemental-brief strategy; reviewed and edited supplemental brief. | 0.70 | $ 800.00/hr | $ 560.00 |

Exhibit "A"

| | | | | | |
|---|---|---|---|---|---|
| 05/11/2026 | CM | **A105 - Communicate (in firm)**<br>**L520 - Appellate Briefs**<br>Call with M. Stratton regarding supplemental brief. Correspondence with SilverBow counsel regarding same. Correspondence with client regarding the same. | 0.80 | $ 800.00/hr | $ 640.00 |
| 05/12/2026 | IG | **A104 - Review/analyze**<br>**L210 - Pleadings**<br>Reviewing and finalizing citations for Supplemental Brief. | 0.20 | $ 300.00/hr | $ 60.00 |
| 05/12/2026 | CM | **A103 - Draft/revise**<br>**L520 - Appellate Briefs**<br>Finalize and file supplemental brief. | 2.50 | $ 800.00/hr | $ 2,000.00 |
| 05/12/2026 | KB | **A104 - Review/analyze**<br>**L510 - Appellate Motions and Submissions**<br>Cite-checking Supplemental Brief; drafting TOA/TOC; creating appendices; discussing Supplemental Brief with C. McGuire. | 5.00 | $ 300.00/hr | $ 1,500.00 |
| 05/26/2026 | MS | **A107 - Communicate (other outside counsel)**<br>**L520 - Appellate Briefs**<br>Reviewed ETC's supplemental reply brief; call with K. White regarding supplemental sur-reply | 0.50 | $ 800.00/hr | $ 400.00 |
| 05/28/2026 | CM | **A105 - Communicate (in firm)**<br>**L520 - Appellate Briefs**<br>Call with M. Stratton regarding sur-reply to ETC's supplemental standing briefing. Review K. White's draft sur-reply and respond. | 0.60 | $ 800.00/hr | $ 480.00 |
| 05/28/2026 | MS | **A105 - Communicate (in firm)**<br>**L520 - Appellate Briefs**<br>Call with C. McGuire to discuss supplemental sur-reply. | 0.20 | $ 800.00/hr | $ 160.00 |

| | |
|---|---|
| **Total Hours** | 33.70 hrs |
| **Total Labor** | $ 24,360.00 |
| **Total Invoice Amount** | $ 24,360.00 |
| **Previous Balance** | **$ 40,128.43** |
| 05/22/2026 Payment - Wire Transfer | ($29,640.63) |
| **Balance (Amount Due)** | **$ 34,847.80** |

**Dawn Ragan, Ch. 11 Trustee for El Dorado**

# Invoice 10975

| | |
|---|---|
| **Date** | Jul 03, 2026 |
| **Terms** | |
| **Service Thru** | Jun 30, 2026 |

**In Reference To: ETC Texas Pipeline Appeal (Labor)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 06/01/2026 | MS | **A103 - Draft/revise**<br>**L190 - Other Case Assessment, Development and Admin**<br>Prepared Sixth Fee Statement and exhibits. | 0.50 | $ 800.00/hr | $ 400.00 |
| 06/01/2026 | MS | **A106 - Communicate (with client)**<br>**L520 - Appellate Briefs**<br>Sent D. Ragan ETC supplemental reply brief and correspondence regarding sur-reply. | 0.10 | $ 800.00/hr | $ 80.00 |
| 06/08/2026 | CM | **A103 - Draft/revise**<br>**L520 - Appellate Briefs**<br>Draft supplemental sur-reply. | 7.20 | $ 800.00/hr | $ 5,760.00 |
| 06/09/2026 | CM | **A103 - Draft/revise**<br>**L520 - Appellate Briefs**<br>Edit supplemental surreply. | 0.60 | $ 800.00/hr | $ 480.00 |
| 06/09/2026 | MS | **A103 - Draft/revise**<br>**L520 - Appellate Briefs**<br>Reviewed and edited supplemental sur-reply. | 2.00 | $ 800.00/hr | $ 1,600.00 |
| 06/10/2026 | MS | **A106 - Communicate (with client)**<br>**L150 - Budgeting**<br>Correspondence with D. Ragan about future case budget. | 0.30 | $ 800.00/hr | $ 240.00 |
| 06/10/2026 | KB | **A103 - Draft/revise**<br>**L520 - Appellate Briefs**<br>Cite-checking Post-Hearing Brief; creating TOC and TOA; assembling Appx. (17RR). | 1.60 | $ 300.00/hr | $ 480.00 |
| 06/12/2026 | CM | **A103 - Draft/revise**<br>**L520 - Appellate Briefs**<br>Finalize and file supplemental surreply. | 0.20 | $ 800.00/hr | $ 160.00 |
| 06/30/2026 | MS | **A103 - Draft/revise**<br>**L190 - Other Case Assessment, Development and Admin**<br>Prepared second interim fee application. | 2.00 | $ 800.00/hr | $ 1,600.00 |

| | |
|---|---|
| **Total Hours** | 14.50 hrs |
| **Total Labor** | $ 10,800.00 |
| **Total Invoice Amount** | $ 10,800.00 |

| | | |
|---|---|---|
| | **Previous Balance** | **$ 34,847.80** |
| 07/01/2026 | Payment - Wire Transfer | ($19,488.00) |
| | **Balance (Amount Due)** | **$ 26,159.80** |

**Dawn Ragan, Ch. 11 Trustee for El Dorado**

# Invoice 11046

| | |
|---|---|
| **Date** | Sep 09, 2026 |
| **Terms** | |
| **Service Thru** | Aug 31, 2026 |

**In Reference To: ETC Texas Pipeline Appeal (Labor)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 07/03/2026 | MS | **A103 - Draft/revise**<br>**L190 - Other Case Assessment, Development and Admin**<br>Prepared Seventh Fee Statement and exhibits. | 0.40 | $ 800.00/hr | $ 320.00 |
| 07/06/2026 | MS | **A106 - Communicate (with client)**<br>**L120 - Analysis/Strategy**<br>Call with client and outside counsel regarding status of appeal. | 0.90 | $ 800.00/hr | $ 720.00 |
| 08/27/2026 | CM | **A106 - Communicate (with client)**<br>**L520 - Appellate Briefs**<br>Review case documents and draft summary of case status. | 0.90 | $ 800.00/hr | $ 720.00 |

| | |
|---|---|
| **Total Hours** | 2.20 hrs |
| **Total Labor** | $ 1,760.00 |
| **Total Invoice Amount** | $ 1,760.00 |
| **Previous Balance** | **$ 26,159.80** |
| 07/29/2026 Payment - Wire Transfer Split Payment | ($10,488.00) |
| 08/05/2026 Payment - Wire Transfer Split Payment | ($3,768.20) |
| 08/05/2026 Payment - Wire Transfer Split Payment | ($4,871.80) |
| **Balance (Amount Due)** | **$ 8,791.80** |

23-51715-JAW Dkt 1978 Filed 09/11/26 Entered 09/11/26 13:20:44 Page 20 of 24

**EXHIBIT B**

**ITEMIZATION OF SERVICES RENDERED BY CATEGORY**
**FOR THE PERIOD OF MAY 1, 2026 TO AUGUST 31, 2026**

| Description of Services | Hours | Total |
|---|---|---|
| Case Administration | 3.7 | $2,960.00 |
| Analysis/Strategy | 0.9 | $720.00 |
| Appellate Briefs | 45.5 | $33,000.00 |
| Budgeting | 0.3 | $240.00 |
| **TOTAL:** | **50.4** | **$36,920.00** |

# EXHIBIT C

## ITEMIZATION OF SERVICES RENDERED BY TIMEKEEPR FOR THE PERIOD OF MAY 1, 2026, THROUGH AUGUST 31, 2026

| Timekeeper's Name | Title/Practice Area | State and Year of Bar Admission | Hourly Rate | Hours | Total |
|---|---|---|---|---|---|
| Michelle Stratton "MS" | Partner / Appellate | La. 2010 Tex. 2013 | $800.00 | 10.2 | $8,160.00 |
| Christian McGuire "CM" | Associate / Appellate | Okla. 2022 | $800.00 | 33.4 | $26,720.00 |
| Kennedy Barton "KB" | Paralegal | N/A | $300.00 | 6.6 | $1,980.00 |
| Izzy Guiterrez "IG" | Paralegal | N/A | $300.00 | 0.2 | $60.00 |
| **TOTAL:** | | | | **50.4** | **$36,920.00** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 23-51715-JAW** |
| | § | |
| **EL DORADO GAS & OIL, INC., *et al.*,**[1] | § | **CHAPTER 11** |
| | § | |
| **DEBTORS.** | § | **(Substantively Consolidated)** |
| | § | |

**ORDER GRANTING THE THIRD INTERIM APPLICATION FOR THE ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR MURPHY BALL STRATTON LLP FROM MAY 1, 2026 TO AUGUST 31, 2026**

Came on for consideration the *Third Interim Application for the Allowance of Compensation and Reimbursement of Expenses for Murphy Ball & Stratton LLP from January 1, 2026 through April 30, 2026* [Docket No. _] (the "Application")[2] filed by Murphy Ball Stratton LLP ("MBS" or the "Applicant"), special appellate counsel for Dawn M. Ragan, the chapter 11 trustee for El Dorado (the "Trustee") seeking the entry of an order allowing, on an interim basis, attorneys' fees and reimbursement of expenses incurred during the period from May 1, 2026 to

[1] The Debtors in these substantively consolidated cases are: *In re El Dorado Gas & Oil, Inc.*, Case No. 23-51715-JAW; *In re Hugoton Operating Company, Inc.*, Case No. 23-51139-JAW; *In re Bluestone Natural Resources II - South Texas, LLC*, Case No. 24-50223-JAW; and *In re World Aircraft, Inc.*, Case No. 24-50224-JAW.

[2] Capitalized terms used herein but not otherwise defined shall have the meaning given to them in the Application.

August 31, 2026 (the "Compensation Period"). The Court finds that (a) it has jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; (b) due notice of the Application was given and is sufficient under the circumstances, and that no other or further notice need be provided; (c) no objections were filed to the Application, or such objection have been withdraw, resolved, or overruled; and (d) the Application establishes Applicant's entitlement to the relief requested therein.

ACCORDINGLY, the Court hereby ORDERS that:

1. The Application is hereby GRANTED.

2. The Applicant is hereby allowed, on an interim basis, fees in the amount of $36,920.00 for professional services rendered during the Compensation Period (the "Allowed Fees"), for a total interim award of $36,920.00.

3. The amount of $36,920.00 as the Allowed Fees is reasonable compensation for services rendered by the Applicant during the Compensation Period.

4. The Trustee is authorized to pay the outstanding amount of Allowed Fees and in the amount of $7,384.00 to the Applicant for such services.

5. The interim allowance to the Applicant under this Order is provided pursuant to sections 330 and 331 of the Bankruptcy Code and the Interim Compensation Order.

6. This Court shall retain jurisdiction over all matters arising from or related to this Order.

**### END OF ORDER ###**

23-51715-JAW Dkt 1978 Filed 09/11/26 Entered 09/11/26 13:20:44 Page 24 of 24

Submitted by:


/s/ R. Michael Bolen
R. Michael Bolen (MSB No. 3615)
HOOD & BOLEN, PLLC
3770 Highway 80 West
Jackson, Mississippi 39209
Telephone: (601) 923-0788
Facsimile: (601) 922-2968
rmb@hoodbolen.com

*Counsel to Dawn M. Ragan, Chapter 11 Trustee for Hugoton Operating Company, Inc., and El Dorado Gas & Oil, Inc.*

-and-

Michelle Stratton (Texas Bar No. 24085606)
MURPHY BALL STRATTON LLP
1001 Fannin, Ste. 720
Houston, TX 77002
Telephone: (832) 726-8321
mstratton@mbssmartlaw.com

*Special Appellate Counsel to Dawn M. Ragan, Chapter 11 Trustee for El Dorado Gas & Oil, Inc.*

Special Notice List
Case No. 23-51715-jaw
El Dorado & Hugoton
04/15/2024
3917414_2

Dawn Ragan
Chapter 11 Trustee
13355 Noel Road
Ste. 2005
Dallas, TX 75240-6635

Dawn Ragan, Trustee
Attn: R. Michael Bolen
Hood & Bolen, PLLC
3770 Hw. 80 West
Jackson, MS 39209

Dawn Ragan, Trustee
Attn: Katherine T Hopkins
Kelly Hart & Hallman LLP
201 Main St., Suite 2500
Fort Worth, TX 76102

Dawn Ragan, Trustee
Attn: Nancy Ribaudo
Kelly Hart & Hallman LLP
201 Main St., Ste. 2500
Fort Worth, TX 76102

Dawn Ragan, Trustee
Attn: Joseph D. Austin
Kelly Hart & Hallman LLP
201 Main St., Suite 2500
Fort Worth, TX 76102

U.S. Trustee
Attn Abigail M. Marbury
501 East Court St., Ste. 6-430
Jackson, MS 39201

World Aircraft, Inc.
Attn: Patrick A. Sheehan
429 Porter Avenue
Ocean Springs, MS 39564-3715

Bluestone Natural Resources II -
South Texas, LLC
Attn: Patrick A. Sheehan
429 Porter Avenue
Ocean Springs, MS 39564-3715

U.S. Trustee
Attn: Christopher J. Steiskal, Sr.
501 East Court St., Ste. 6-430
Jackson, MS 39201

El Dorado Gas & Oil, Inc.
Attn: Thomas Swarek
1261 Pass Rd.
Gulfport, MS 39501

Escambia Asset Co
Drew McManigle Trustee
700 Milam, Ste. 1300
Houston, TX 77002

Dorado Drilling Inc.
Attn: Thomas Swarek
1261 Pass Rd.
Gulfport, MS 39501

Hugoton Operating Co. Inc
El Dorado Gas & Oil, Inc.
Attn: Patrick A. Sheehan
429 Porter Ave
Ocean Springs, MS 39564-3715

El Dorado Gas & Oil, Inc.
1261 Pass Road
Gulfport, MS 39501

Hugoton Operating Co., Inc.
1261 Pass Rd.
Gulfport, MS 39501

Advance Compression
Equipment, LLC
7502 US Highway 59
North Victoria, TX 77905

Annette Wied Sorrells
c/o Richard Morales
602 E. Calton Rd., #202
Laredo, TX 78041

Armstrong-El Sordo Ltd.
c/o Richard Morales
602 E. Calton Rd., #202
Laredo, TX 78041

Bexar County
c/o Don Stecker
112 E. Pecan St., #2200
San Antonio, TX 78205

Border Well Services
P.O. Box 1925
Laredo, TX 78044-1925

El Gato SWD, Inc.
Von Jones, Esq.
1250 NE Loop 410 #808
San Antonio, TX 78209

Excalibur Rentals, Inc.
P.O. Box 3941
Victoria, TX 77903

First Service Bank
Attn: Tom Grumbles
136 South Broadview
Greenbrier, AR 72058

Frank Armstrong
c/o Richard Morales
602 E. Calton Rd., #202
Laredo, TX 78041

Franklin Howard Wied
c/o Richard Morales
602 E. Calton Rd., #202
Laredo, TX 78041

Global Compressor Serv.
15 Smith Rd.
Ste. 4000
Midland, TX 79705

Howdy Enterprises Ltd.
P.O. Box 1656
Leander, TX 78646

Katco Vacuum Service
P.O. Box 399
Hebbronville, TX 78361

Katherine Styroman Nance
c/o Richard Morales
602 E. Calton Rd., #202
Laredo, TX 78041

Mark Stephen Wied
c/o Richard Morales
602 E. Calton Rd., #202
Laredo, TX 78041

MetLife Investment Mgt.
6750 Poplar Ave., Ste. 109
Memphis, TN 38138

Park Energy Servs LLC
500 N. Broadway, S #300
Oklahoma City, OK 73102

Qwik Pipe
1825 Upland Dr.
Houston, TX 77043

Stroman Ranch Co. Ltd.
c/o Richard Morales
602 E. Calton Rd., #202
Laredo, TX 78041

Thru Tubing Solutions
P.O. Box 203379
Dallas, TX 75320

Toyota Motor Credit Co.
PO Box 9013
Addison, TX 75001

Vault Pressure Control
2929 West Same Houston
Parkway North
Houston, TX 77043

TX Industrial Engine
P.O. Box 590
George West, TX 78022

Toyota Motor Credit Co.
14841 Dallas Parkway
Ste. 350
Dallas, TX 75254

Archrock
901 W Hwy 72
Kenedy, TX 78119

Brooks County
Linebarger Goggan Blair
P.O. Box 17428
Austin, TX 78760

Columbus Energy LLC
Brett Owens
3773 Richmond Ave. #950
Houston, TX 77046

Duvall County
Linebarger Goggan Blair
P.O. Box 17428
Austin, TX 78760

Fourth Floor Partners
Attn: Brett Owens
373 Richmond Ave #950
Houston, TX 77046

Freer ISD
Linebarger Goggan Blair
P.O. Box 17428
Austin, TX 78760

Hidalgo County
Linebarger Goggan Blair
P.O. Box 17428
Austin, TX 78760

Jim Hogg Co ISD
Linebarger Goggan Blair
P.O. Box 17428
Austin, TX 78760

Lavaca County
Linebarger Goggan Blair
P.O. Box 17428
Austin, TX 78760

McMullen County TX
Linebarger Goggan Blair
P.O. Box 17428
Austin, TX 78760

Mestena, LLC
Attn: Alan L. Smith
Baker, Donelson, Bearman et al.
100 Vision Drive, Ste. 400
Jackson, MS 39211-7009

Nueces County
Linebarger Goggan Blair
P.O. Box 17428
Austin, TX 78760

Price Partners
PMBG Law
8610 Broadway, Ste 440
San Antonio, TX 78217

Rio Grande City ISD
Linebarger Goggan Blair
P.O. Box 17428
Austin, TX 78760

Roma ISD
Linebarger Goggan Blair
P.O. Box 17428
Austin, TX 78760

SBOG, LLC
c/o Alan Smith Esq.
100 Vision Dr., #400
Jackson, MS 39211

Sidestream, LLC
1020 Highland Colony Pkwy
Ste. 1400
Ridgeland, MS 39157

Starr County
Linebarger Goggan Blair
P.O. Box 17428
Austin, TX 78760

Victoria County
Linebarger Goggan Blair
P.O. Box 17428
Austin, TX 78760

Webb CISD
Linebarger Goggan Blair
P.O. Box 17428
Austin, TX 78760

White Rock Oil & Gas
5810 Tennyon Pkwy
Ste. 500
Plano, TX 75024

7 Compression LLC
5636 Shirley Dr.
Tyler, TX 75708

Associated Resources
14425 Torrey Chanse Blvd.
Ste. 320
Houston, TX 77014

CherCo
2900 North Loop W., Ste. 850
Houston, TX 77092

Critical Control
29059 Network Place
Chicago, IL 60673

Eagle Rock Freight, LLC
427 North Ohio Ave.
Gaylord, MI 49735

Energy Fishing & Rental Services
P.O. Box 6406
Corpus Christi, TX 78466

Energy Gas Compression
2020 N. Lexington Blvd.
Corpus Christi, TX 78409

Express Oil & Gas
3709 Citation Way
Medford, OR 97504

Howdy Enterprises Ltd.
4256 St. Hwy. 21 W.
Caldwell, TX 77836

JBH Equipment PetroRigs
333 NW 5th St., #707
Oklahoma City, OK 73102

JW Power
P.O. Box 674814
Dallas, TX 75267

Lawrence Companies Inc.
327 North Roberts St.
Gilmer, TX 75644

Mid Continental
P.O. Box 21468
Tulsa, OK 74121

P2 Energy Solutions
1670 Broadway, Ste. 2800
Denver, Co 80202

Park Energy Service LLC
500 N. Broadway, S #300
Oklahoma City, OK 73102

Pilot Thomas Logistics
P.O. Box 737749
Dallas, TX 75373-7749

Premier Metal Buyers
1555 Highway 36
Brenham, TX 77833

RJ Young
P.O. Box 306412
Nashville, TN 37230

~~Archrock~~
~~901 W. Hwy. 72~~
~~Kenedy, TX 78119~~

Border Well Service c/o Jordan & Ortiz
Attn: Shelby A. Jordan & Antonio Ortiz
248 Addie Roy Road, B301
Austin, Texas 7874

Assured Partners
2900 North Loop West, Ste. 1150
Houston, TX 77092

Coastal Chemical
P.O. Box 843365
Dallas, TX 75284-3365

Critical Control Energy Srvs., Inc.
3401 N. Northeast Loop 323
Tyler, TX 75708

El Gato
P.O. Box 399
Hebbronville, TX 78361

Excalibur
P.O. Box 3941
Victoria, TX 77903

Foam Master
P.O. Box 159
Santa Elena, TX 78591

Imperative Chemicals
P.O. Box 679330
Dallas, TX 75267

J & J Pipe & Supply
P.O. Box 276
Ganado, TX 77962

K & R Operating
P.O. Box 463
Houston, TX 77210-4985

Katco
P.O. Box 399
Hebbronville, TX 78361

Lone Star Industries
57 E Hwy 359
P.O. Box 188
Hebbronville, TX 78361

Moran Equipment
319 Industrial Parkway
Elk City, OK 73644

Thru Tubing
P.O. Box 203379
Dallas, TX 75320

Pilot Thomas
P.O. Box 2136
Grapevine, TX 76099

Qwik Pipe
1825 Upland Dr.
Houston, TX 77043

Dept. of Treasury -
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

United Rentals
10330 David Taylor Dr.
Charlotte, NC 28262-2334

United Site Services
P.O. Box 246
Columbus, TX 78934

Zapata County
Linebarger Goggan Blair
P.O. Box 17428
Austin, TX 78760

United States Trustee
c/o Abigail M. Marbury
501 E. Court St., Suite 6-430
Jackson, MS 39201-5002

Internal Revenue Service
Dept. of the Treasury
401 W. Peachtree St., NW
M/S 334-D
Atlanta, GA 30308-3539

Internal Revenue Service
c/o U.S. Attorney
1575 20th Avenue, 2nd Floor
Gulfport, MS 39501-2040

Mississippi Dept. of Revenue
Bankruptcy Section
P.O. Box 22808
Jackson, MS 39225-2808

U.S. Securities & Exchange Comm.
Office of Reorg.
950 East Paces Ferry Rd., Ste. 900
Atlanta, GA 30326-1382

US Securities & Exchange Comm.
c/o U.S. Attorney
1575 20th Ave., 2nd Floor
Gulfport, MS 39501-2040

U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501-2036

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Texas Comptroller of Public Accts.
Ofc. of the Attorney General
Bankr. and Collections Div.
P.O. Box 12548, MC-008
Austin, TX 78711-2548

~~U.S. Bankruptcy Court~~
~~Dan M. Russell, Jr. U.S. Courthouse~~
~~2012 15th Street, Suite 244~~
~~Gulfport, MS 39501-2036~~

U.S. Securities & Exchange Comm.
c/o US Attorney
501 E. Court St., Suite 4.430
Jackson, MS 39201-5002

Internal Revenue Service
c/o U.S. Attorney
501 E. Court Street, Ste. 4.430
Jackson, MS 39201-5025

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Pecos County
Linebarger Goggan Blair &
Sampson, LLP
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205

McMullen County
Linebarger Goggan Blair &
Sampson, LLP
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205

Live Oak CAD
Linebarger Goggan Blair &
Sampson, LLP
PO Box 17428
Austin, TX 78760-7428

Jim Wells CAD
Linebarger Goggan Blair &
Sampson, LLP
PO Box 17428
Austin, TX 78760-7428

JBH Equipment, LLC
PO Box 154
Arcadia, OK 73007

Excalibur Rentals, Inc.
c/o John Massouh
PO Box 15008
Amarillo, TX 79105

Mike D. Menke
84 Turquoise Drive
Sandria Park, NM 87047

K.S. Bracken Limited Partnership
P.O. Box 131209
Tyler, TX 75713

Bracken 1984 Children's Trust
FBO A. Bracken
Walter J. Batla
10941 Circle Drive
Austin, TX 78736

Bracken 1984 Children's Trust
FBO H. Bracken
Walter J. Batla
10941 Circle Drive
Austin, TX 78736

Bracken 1984 Children's Trust
FBO R. Bracken
Walter J. Batla
10941 Circle Drive
Austin, TX 78736

Bracken 1984 Children's Trust
FBO J. Bracken
Walter J. Batla
10941 Circle Drive
Austin, TX 78736

Bracken Children's Trust
Walter J. Batla
10941 Circle Drive
Austin, TX 78736

Bracken Partners Limited
Walter J. Batla
10941 Circle Drive
Austin, TX 78736

Robert Bracken
dba Bracken Enterprises
Walter J. Batla
10941 Circle Drive
Austin, TX 78736

Kay S. Bracken
Walter J. Batla
10941 Circle Drive
Austin, TX 78736

S. Evans LTD
Walter J. Batla
10941 Circle Drive
Austin, TX 78736

PLC O&G Properties, LP
Walter J. Batla
10941 Circle Drive
Austin, TX 78736

Glenda Bracken
Walter J. Batla
10941 Circle Street
Austin, TX 78736

Thomas Swarek
11316 River Oaks, Dr.
Biloxi, Mississippi 39532

**ECF/NOA**
**El Dorado**

Resource Strategies LLC, Am. Nat'l Ins. Co.,
Briguna LLC, ATIC Ltd. Partnrshp.
Attn: Alan L. Smith
Baker, Donelson, Bearman et al.
100 Vision Drive, Ste. 400
Jackson, MS 39211
asmith@bakerdonelson.com

Drew McManigle
Attn: Jeffrey R. Barber
Jones Walker LLP
3100 North State St., Ste. 300
Jackson, MS 39216
jbarber@joneswalker.com

Drew McManigle
Attn: Joseph E. Bain
Jones Walker LLP
811 Main St., Suite 2900
Houston, TX 77002
jbain@joneswalker.com

Drew McManigle
Attn: Olivia K. Greenberg
Jones Walker LLP
811 Main St., Suite 2900
Houston, TX 77002
ogreenberg@joneswalker.com

White Rock Oil & Gas
Attn: Sarah Beth Wilson
Phelps Dunbar LLP
4270 I-55 North
Jackson, MS 39211
Sarah.Beth.Wilson@Phelps.Com

First Service Bank
Attn: John A. Crawford, Jr.
Butler Snow LLP
P.O. Box 6010
Ridgeland, MS 39158-6010
jack.crawford@butlershnow.com

First Service Bank
Attn: Paul S. Murphy
Butler Snow LLP
1300 25th Avenue, Ste. 204
Gulfport, MS 39501
paul.murphy@butlersnow.com

White Rock Oil & Gas
Attn: Brian A. Kilmer, Esq.
Phelps Dunbar LLP
910 Louisiana St., Ste. 4300
Houston, TX 77002
Brian.kilmer@Phelps.com

Thru Tubing Solutions, Inc.
Attn: Christopher H. Meredith
Copeland, Cook, Taylor & Bush, PA
P.O. Box 6020
Ridgeland, MS 39158-6020
cmeredith@cctb.com

Mike Menke
Attn: Kevin A. Rogers
Wells Marble & Hurst, PLLC
300 Concourse Blvd., Ste. 200
Ridgeland, MS 39157
krogers@wellsmar.com

Mestena, LLC
Attn: A. James Tulp, Esq.
Baker, Donelson, Bearman et al.
100 Vision Drive, Ste. 400
Jackson, MS 39211
jtulp@bakerdonelson.com

Resource Strategies LLC, Am. Nat'l Ins. Co.,
Briguna LLC, ATIC Ltd. Partnrshp.
Attn: A. James Tulp, Esq.
Baker, Donelson, Bearman et al.
100 Vision Drive, Ste. 400
Jackson, MS 39211
jtulp@bakerdonelson.com

Resource Strategies LLC, Am. Nat'l Ins. Co.,
Briguna LLC, ATIC Ltd. Partnrshp.
Attn: Alan L. Smith
Baker, Donelson, Bearman et al.
100 Vision Drive, Ste. 400
Jackson, MS 39211
asmith@bakerdonelson.com

J-W Power Company
Attn: Julie A. Walker
Miller Mentzer Walker, PC
P.O. Box 130
100 N. Main St.
Palmer, TX 75152
jwalker@milmen.com

Drew McManigle
Attn: Kristina M. Johnson
Jones Walker LLP
3100 North State St., Ste. 300
Jackson, MS 39216
kjohnson@joneswalker.com

Pilot Thomas Logistics, LLc
Attn: Nathan T. Simpson
Simpson Law Firm PA
P.O. Box 2058
Madison, MS 39130-2058
nsimpson@simpsonlawfirm.net

Pilot Thomas Logistics, LLC
Attn: Joshua N. Eppich
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton St., Ste. 1000
Fort Worth, TX 76102
joshua@bondsellis.com

Pilot Thomas Logistics, LLc
Attn: Nathan T. Simpson
Simpson Law Firm PA
P.O. Box 2058
Madison, MS 39130-2058
nsimpson@simpsonlawfirm.net

Hugoton Oper. Co. Inc.
Attn: R. Michael Bolen
Hood & Bolen, PLLC
3770 Hwy. 80 West
Jackson, MS 39209
rmb@hoodbolen.com

Cactus Wellhead, LLC
Attn: Glenn E. Glover
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, AL 35203
gglover@bradley.com

ETC Texas Pipeline, Ltd.
c/o Graig M. Geno
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
cmgeno@cmgenolaw.com

Archrock Partners Operating LLC
Attn: J. Walter Newman IV
Newman & Newman
587 Highland Colony Parkway
Ridgeland, MS 39157
wnewman95@msn.com

Archrock Partners Operating LLC
c/o Kevin M. Maraist
Anderson Lehrman Barre & Maraist, LLP
Gaslight Sq., 1001 Third St., Ste. 1
Corpus Christi, TX 78404
kmaraist@albmlaw.com

Metropolitan Life Ins. Company
c/o Timothy J. Anzenberger
Adams and Reese LLP
1018 Highland Colony Pkwy., Ste. 800
Ridgeland, MS 39157
Tim.anzenberger@arlaw.com

Imperative Chemical Partners, Inc.
Attn: R. Scott Wells
Rushing & Guice, PLLC
P.O. Box 1925
Biloxi, MS 39533-1925
swells@rushingguice.com

Border Well Services, Inc.
Attn: William P. Wessler
P.O. Box 175
Gulfport, MS 39502
william@wesslerbankruptcy.com

Therese Crocker
Attn: W. Jarrett Little
2505 14th St., Suite 212
Gulfport, MS 39501
jarrett@thelittlelaw.com

Drew McManigle
Attn: Elizabeth Weis De Leon
Jones Walker LLP
811 Main Street, Suite 2900
Houston, TX 77002
edeleon@joneswalker.com

Howdy Enterprises Ltd.
Attn: Andrew R. Wilson
Bennett Lotterhos Sulser & Wilson PA
P.O. Box 1488
Madison, MS 39130
awilson@blswlaw.com

Sidestream, LLC
Attn: Thomas M Hewitt
Butler Snow LLP
1020 Highland Colony Pkwy., Ste. 1400
Ridgeland, MS 39157
Thomas.hewitt@butlersnow.com

Park Energy Services, LLC
Attn: Sharon L. Andrews
Connor J. Smith
2086 Old Taylor Rd., Ste. 1022
Oxford, MS 38655
sharon@andrewsvalenti.com

Cudd Pressure Control, Inc.
Attn: Christopher H. Meredith
Copeland, Cook, Taylor & Bush, PA
P.O. Box 6020
Ridgeland, MS 39158-6020
cmeredith@cctb.com

Bayshore Energy KS LLC
c/o George Parrott, II
701 Poydras St., #4500
New Orleans, LA 70139
Robert.parrott@arlaw.com

Columbus Energy, LLC
Attn: Jonathan M Lieb
McDowell Knight Roedder & Sledge LLC
P.O. Box 350
Mobile, AL 36601
jlieb@mcdowellknight.com

Texas Comptroller of Pub. Accts.
Attn: Kimberly A. Walsh
Asst AG, TX Atty. Gen. Ofc./Bankr. Div.
P.O. Box 12548
Austin, TX 78711-2548
Kimberly.walsh@oag.texas.gov

Donald Ramos, Esq.
P.O. Box 452009
Laredo, TX 78045

First Service Bank
136 South Broadview
Greenbrier, AR 72058

Richard Morales
602 E Calton Rd., #202
Laredo, TX 78041

Minerva Garza, Esq.
200 East Second St.
Rio Grande City, TX 78582

Therese Crocker, Esq.
c/o John Flood
802 N Carancahau, #900
Corpus Christi, TX 78401

Christopher Hogan, Esq.
1001 Fannin, Ste. 4775
Houston, TX 77002

The Little Law Firm
2505 14th St., Ste. 212
Gulfport, MS 39501

PMBG Law
8610 Broadway, Ste. 440
San Antonio, TX 78217

Matagorda County
1801 7th St.
Bay City, TX 77414-5091

Columbus Energy, LLC
Brett Owens
3773 Richmond Ave., Ste. 950
Houston, TX 77046

Alma Garza
1308 1st St.
Zapata, TX 78076

Linebarger Goggan
P.O. Box 17428
Austin, TX 78760-7428

Obdulia Leal
P.O. Box 734
Zapata, TX 78076

Osprey Resources, Inc.
P.O. Box 56449
Houston, TX 77256-6449

Zavala County
200 E Uvalde St., Ste.1
Crystal City, TX 78839

Lucia Esquivel
17 Miami Gardens Rd.
West Park, FL 33023

Lourdes Esquivel
P.O. Box 734
Zapata, TX 78076

Roberto Esquivel
P.O. Box 15248
Zapata, TX 78076

Clemcia Esquivel
2129 Danville Dr.
Monroe, MI 48162

Eileen Carother Wojahn
107 Alder Wood Terrace
Willis, TX 77318

Jose Lauro Maldonado II
87 Farm Road 3073
P.O. Box 125
Hebbronbille, TX 78361

Blackbeard Operating
201 West Wall St., Ste. 900
Midland, TX 79701

Blackbeard Resources
201 West Wall St., Ste. 900
Midland, TX 79701

Bluestone Natural Resources II, LLC
1751 River Rd., #405
Ft. Worth, TX 76107

Bluestone Natural
Resource Holdings II
2100 S Utica Ave., #200
Tulsa, OK 74114

Columbus Energy, LLC
1000 Memorial, Ste. 500
Houston, TX 77024

Copano Energy, LLC
2727 Allen Parkway, Ste. 1200
Houston, TX 77019-2153

Copano Field Services
South Texas, LLC
1001 Louisiana St., #1000
Houston, TX 77002-5089

Copano Field Service GP, LLC
2727 Allen Pkwy, #1200
Houston, TX 77019-2153

Copano Pipeline South Texas, LLC
1001 Louisiana St., #1000
Houston, TX 77002-5089

Enterprise Products
Holdings, LLC
P.O. Box 4324
Houston, TX 77210-4324

Enterprise Products
P.O. Box 4735
Houston, TX 77210-4735

Enterprise Partners, LP
350 North St Paul St.
Dallas, TX 75201

Enterprise Texas Pipeline
P.O. Box 4018
Houston, TX 77210-4018

Kinder Morgan Inc.
1001 Louisiana St.
Houston, TX 77002

NTU Pipeline, LLC
1751 River Run, Ste. 405
Ft. Worth, TX 76107-6646

Rio Grande E & P, LLC
1000 Memorial, Ste. 500
Houston, TX 77240

Miguel Esquivel
25786 Kinyon St.
Taylor, MI 48

BHCH Mineral Ltd
P.O. Box 1817
San Antonio, TX 78209

Fredericksburg Royalty Ltd
P.O. Box 1481
San Antonio, TX 78209

Label Matrix for local noticing
0538-6
Case 24-50224-JAW
Southern District of Mississippi
Gulfport-6 Divisional Office
Thu Feb 20 15:23:32 CST 2025

ATIC Limited Partnership
c/o Alan L. Smith, Esq.
Baker Donelson, PC
100 Vision Drive - Suite 400
Jackson, MS 39211-7009

American National Insurance Company
c/o Alan L. Smith, Esq.
Baker Donelson, PC
100 Vision Drive - Suite 400
Jackson, MS 39211-7009

Briguna, LLC
c/o Alan L. Smith, Esq.
Baker Donelson, PC
100 Vision Drive - Suite 400
Jackson, MS 39211-7009

Central Appraisal District of Taylor County
c/o McCreary, Veselka, Bragg & Allen
P.O. Box 1269
Round Rock, TX 78680-1269

Mestena, LLC
c/o Alan L. Smith, Esq.
Baker Donelson, PC
100 Vision Drive - Suite 400
Jackson, MS 39211-7009

Metropolitan Life Insurance Company
c/o Timothy J. Anzenberger
Adams and Reese LLP
1018 Highland Colony Parkway, Suite 800
Ridgeland, MS 39157-2057

Nueces County
Lineberger Goggan Blair & Sampson, LLP
PO Box 17428
Austin, TX 78760-7428

Resource Strategies, LLC
c/o Alan L. Smith, Esq.
Baker Donelson, PC
100 Vision Drive - Suite 400
Jackson, MS 39211-7009

World Aircraft, Inc.
1261 Pass Rd.
Gulfport, MS 39501-6236

U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501-2036

Alan L. Smith, Esq.
Baker Donelson Bearman Caldwell & Berkow
Counsel for ATIC Limited Partnership
100 Vision Drive, Suite 400
Jackson, Mississippi 39211-7009

Alan L. Smith, Esq.
Baker Donelson Bearman Caldwell & Berkow
Counsel for American National Insurance
100 Vision Drive, Suite 400
Jackson, Mississippi 39211-7009

Alan L. Smith, Esq.
Baker Donelson Bearman Caldwell & Berkow
Counsel for Briguna, LLC
100 Vision Drive, Suite 400
Jackson, Mississippi 39211-7009

Alan L. Smith, Esq.
Baker Donelson Bearman Caldwell & Berkow
Counsel for Resource Strategies, LLC
100 Vision Drive, Suite 400
Jackson, Mississippi 39211-7009

Anthony Steele
5230 Stahl Rd.
San Antonio, TX 78247-1713

Blue Diamond Energy, Inc.
Elizabeth De Leon
811 Main Street, Suite 2900
Houston, TX 77002-6116

Bullzeye Oilfield Services, LLC
Nealon Law LLC
442 Fifth Avenue, Suite 2455
New York, NY 10018-2794

Butler Snow, LLP
1020 Highland Colony
Parkway, Ste. 1400
Ridgeland, MS 39157-2139

Butler, Snow, O'Mara
Stevens & Cana
P.O. Drawer 22567
Jackson, MS 39225-2567

Central Appraisal Dist
Julie Ann Parsons
P.O. Box 1269
Round Rock, TX 78680-1269

Central Appraisal District of Taylor County
Julie Anne Parsons
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680-1269

Central Virginia Aviation, Inc.
Attn: Dennis F. Harrup, III
6751 Beck Chappell Drive
N Dinwiddie, VA 23803-6732

CesCom
Camp Systems Internat
999 Marconi Ave.
Ronkonkoma, NY 11779-7299

Corp Aircraft Mgmt LLC
5929 Rudd Nichols Rd.
Texarkana, AR 71854-8937

David Curry, Esq.
1113 Vine St., Ste. 240
Houston, TX 77002-1044

Department of Treasury -
Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

El Dorado Gas
& Oil, Inc.
1261 Pass Rd.
Gulfport, MS 39501-6236

Elizabeth De Leon, Esq.
JONES WALKER LLP
Counsel for Drew McManigle
811 Main Street, Suite 2900
Houston, Texas 77002-6116

Elizabeth R. Hadley, Esq.
GREENBERG TRAURIG, LLP
Counsel for MS Facilities LLC
300 West 6th Street Suite 2050
Austin TX 78701-4236

Escambia Asset Company, LLC
Elizabeth De Leon
811 Main Street, Suite 2900
Houston, TX 77002-6116

Escambia Operating Company, LLC
Elizabeth De Leon
811 Main Street, Suite 2900
Houston, TX 77002-6116

First Service Bank
Attn Tom Grumbles
136 South Broadview
Greenbrier, AR 72058-9603

First Service Bank
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400
Ridgeland, MS 39157-2139

First Service Bank
c/o John A. Crawford, Jr.
Butler Snow LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157-2139

Gary Hellenga
324 East Chart St.
Plainwell, MI 49080-1782

Gary W. Hellenga
324 E. Chart St.
Plainwell, MI 49080-1782

HS & E, Inc.
5113 Iroquois Dr.
Frisco, TX 75034-1268

Heimbuck Services LLC dba
Innovative Turbine Aircraft Solutions
Attn: Judy Heimbuck
62512 Airport Road, Bldg #14
Slidell, LA 70460-5282

Hugoton Operating, Inc.
1261 Pass Rd.
Gulfport, MS 39501-6236

IRS (p)
Cent Insolvency Op
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
c/o United States Attorney
501 E. Court Street, Ste. 4.430
Jackson, MS 39201-5025

JDS Aviation, Inc.
3801 East Castleridge
Texarkana, AR 71854-2416

Jack Crawford, Esq.
1020 Highland Colony
Parkway, Ste. 1400
Ridgeland, MS 39157-2137

Jeffrey R. Barber, Esq.
JONES WALKER LLP
Counsel for Drew McManigle
3100 North State Street, Suite 300
Jackson, Mississippi 39216-4013

John (Jack) A. Crawford, Jr., Es
Butler Snow LLP
Counsel for First Service Bank
P. O. Box 6010
Ridgeland MS 39158-6010

Joseph E. Bain, Esq.
JONES WALKER LLP
Counsel for Drew McManigle
811 Main Street, Suite 2900
Houston, Texas 77002-6116

Kevin Rogers, Esq.
Wells Marble
P.O. Box 131
Jackson, MS 39205-0131

(p)MISSISSIPPI STATE TAX COMMISSION
P O BOX 22808
JACKSON MS 39225-2808

(p)MIKE MENKE
84 TURQUOISE DRIVE
SANDIA PARK NM 87047-9515

Neuces County
Linebarger Goggan Blair
P.O. Box 17428
Austin, TX 78760-7428

Nueces County
Linebarger Goggan Blair & Sampson, LLP
PO Box 17428
Austin, TX 78760-7428

Okin Adams, LLP
1113 Vine St.
Ste. 240
Houston, TX 77002-1044

Olivia K. Greenberg, Esq.
JONES WALKER LLP
Counsel for Drew McManigle
811 Main Street, Suite 2900
Houston, Texas 77002-6116

Resource Strategies, LLC (as representative
c/o Alan L. Smith, Esq.
Baker Donelson, PC
100 Vision Drive - Suite 400
Jackson, MS 39211-7009

Ryand Health Serv LLC
5612 Damondale
San Antonio, TX 78261

State of Texas
1100 San Jacinto Blvd.
Austin, TX 78701-1935

State of Texas
1100 San Jacinton
Austin, TX 78701-1935

Thomas Farmer
9280 Prospect Hill Rd.
Mechanicsville, VA 23116-5480

Thomas M Hewitt
Butler Snow LLP
For First Service Bank
P.O. Box 6010
Ridgeland, MS 39158-6010

Thomas Swarek
1261 Pass Rd.
Gulfport, MS 39501-6236

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, Suite 900
Atlanta, GA 30326-1382

U.S. Securities and Exchange Commission
c/o United States Attorney
501 E. Court Street, Ste. 4.430
Jackson, MS 39201-5025

US Atty, SD of MS
Rep: IRS
1575 20th Ave.
Gulfport, MS 39501-2040

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

WM Corporate Services, Inc.
c/o Tara T. LeDay, Chamberlain Hrdlicka
1200 Smith Street, Suite 1400
Houston, TX 77002-4496

We Ship It, LLC
4501 Hills & Dales Rd.
NW, Ste. 202
Canton, OH 44708-1572

William Grant
1804 Eagles Crest Dr.
Port Orange, FL 32128-7234

World Ag Investment
1261 Pass Rd.
Gulfport, MS 39501-6236

Zack Maxey
Nealon Law LLC
442 Fifth Avenue, Suite 2455
New York, NY 10018-2794

Drew McManigle
c/o Jeffrey R. Barber
JONES WALKER LLP
Post Office Box 427
Jackson, MS 39205-0427

Patrick A. Sheehan
429 Porter Avenue
Ocean Springs, MS 39564-3715

Thomas L Swarek
#8 Bayou Place
Gulfport, MS 39503-6231

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

MS State Tax Commission
Bankruptcy Section
P.O. Box 23338
Jackson, MS 39225

Mike Menke
84 Turquoise Dr.
Sandia Park, NM 87047

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)First Service Bank

(u)MS Facilities 2020, LLC

(u)MS Facilities LLC

(d)ATIC Limited Partnership
c/o Alan L. Smith, Esq.
Baker Donelson, PC
100 Vision Drive - Suite 400
Jackson, MS 39211-7009

(d)American National Insurance Company
c/o Alan L. Smith, Esq.
Baker Donelson, PC
100 Vision Drive - Suite 400
Jackson, MS 39211-7009

(d)Briguna, LLC
c/o Alan L. Smith, Esq.
Baker Donelson, PC
100 Vision Drive - Suite 400
Jackson, MS 39211-7009

(d)Resource Strategies, LLC
c/o Alan L. Smith, Esq.
Baker Donelson, PC
100 Vision Drive - Suite 400
Jackson, MS 39211-7009

| End of Label Matrix | |
|---|---|
| Mailable recipients | 72 |
| Bypassed recipients | 7 |
| Total | 79 |